

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENITY MARSHALL,

                     Plaintiff,

    v.

STARBUCKS CORPORATION and
JENNIFER GURTOV, in her individual and
official capacities,

                     Defendants.

Civ. Action No. 11-CV-2521(RMB)(KNF)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**

       Plaintiff Serenity Marshall and defendants Starbucks Corporation and Jennifer Gurtov (collectively, "Defendants") hereby stipulate and agree as follows:

       WHEREAS, Defendants are not contesting the service of the Complaint;

       WHEREAS, Defendants' answer to the Complaint is due on May 6, 2011;

       WHEREAS, Defendants require additional time to respond to the Complaint;

       WHEREAS, this is Defendants' first request for an extension of time to file their answer; and

WHEREAS, the parties have agreed to extend the time for Defendants to file an answer to the Complaint up to and including May 16, 2011.

Dated: New York, New York
May 4, 2011

THOMPSON WIGDOR & GILLY LLP

By: _____
Scott B. Gilly
David E. Gottlieb
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845

*Counsel for Plaintiff*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Samidh Guha
Estela Díaz
One Bryant Park
New York, NY 10036
Telephone: (212) 872-8035
Facsimile: (212) 872-1002
Email: sguha@akingump.com
     ediaz@akingump.com

*Counsel for Defendants*

IT IS SO ORDERED: May 5, 2011

Richard M. Berman

2