UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/11
```

SERENITY MARSHALL,                         :
                                           :
                    Plaintiff,             :          ORDER
                                           :
          -against-                        :     11 Civ. 2521(RMB)(KNF)
                                           :
STARBUCKS CORPORATION and JENNIFER         :
GURTOV, in her individual and official capacities, :
                                           :
                    Defendants.            :
-------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on October 17, 2011,

to address certain discovery disputes that had been brought to the Court's attention via

correspondence.  As a result of the discussion had during the conference, IT IS HEREBY

ORDERED that:

    1.    the defendants' objection to the plaintiff's Document Request No. 6 is sustained;

    2.    the parties shall confer expeditiously, concerning plaintiff's Document Request

        No. 24 and No. 25, as well as plaintiff's Interrogatory No. 15 and No. 17, to

        determine whether a protocol can be established for exchanging information that

        will resolve the dispute concerning these discovery demands;

    3.    the defendants' objection to plaintiff's Interrogatory No. 17 is sustained; and

    4.    with respect to plaintiff's Interrogatory No. 18, the defendants shall provide to the

        plaintiff expeditiously, the names of all store managers whom defendant Jennifer

Gurtov has managed during her tenure as a district manager for the defendant

Starbucks Corporation.

Dated: New York, New York
      October 18, 2011

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

2