UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 27 2012

SERENITY MARSHALL,

    Plaintiff,

v.

STARBUCKS CORPORATION and
JENNIFER GURTOV, in her individual and
official capacities,

    Defendants.

Civ. Action No. 11-CV-2521(AJN)(KNF)

## ~~PROPOSED~~ SCHEDULING ORDER

Upon review of the parties' Proposed Briefing Schedule, it is hereby ORDERED that:

The parties' dispositive motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

- May 8, 2012:    Defendants' Motion for Summary Judgment
- June 15, 2012:    Plaintiff's Response in Opposition
- July 2, 2012:    Defendants' Reply

SO ORDERED.

_____
Judge Alison J. Nathan
United States District Judge

4/26/12