Samidh Guha
Estela Díaz
Jennelle D. Menendez
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1015
(212) 872-1002
sguha@akingump.com
ediaz@akingump.com
jmenendez@akingump.com

*Attorneys for Starbucks Corporation and*
*Jennifer Gurtov*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERENITY MARSHALL,<br><br>                              Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION and JENNIFER GURTOV, in her individual and official capacities,<br><br>                              Defendants. | Civ. Action No. 11-CV-2521(AJN)(KNF)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules; the Affidavit of Jennifer Gurtov sworn to on May 7, 2012, including all attachments thereto; the Declaration of Samidh Guha sworn to on May 8, 2012, including the attachments thereto; the Statement of Undisputed Facts; and all prior pleadings and proceedings herein, the undersigned attorneys for Defendants Starbucks Corporation and Jennifer Gurtov will move this Court at such time as the Court designates,

before the Honorable Alison J. Nathan, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendants' Motion for Summary Judgment with respect to Plaintiff Serenity Marshall's Complaint.

Dated: New York, New York
       May 8, 2012

Respectfully submitted,

/s/ Samidh Guha
Samidh Guha
Estela Díaz
Jennelle D. Menendez
AKIN GUMP STRAUSS HAUER &
    FELD LLP
One Bryant Park
New York, NY  10036
(212) 872-1015 (tel)
(212) 872-1002 (fax)
E-mail:  sguha@akingump.com
         ediaz@akingump.com
         jmenendez@akingump.com

*Attorneys for Defendants Starbucks Corporation and Jennifer Gurtov*