Samidh Guha
Estela Díaz
Jennelle D. Menendez
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
(212) 872-1002
sguha@akingump.com
ediaz@akingump.com
jmenendez@akingump.com

*Attorneys for Starbucks Corporation and Jennifer Gurtov*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERENITY MARSHALL,<br><br>                    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION and JENNIFER GURTOV, in her individual and official capacities,<br><br>                    Defendants. | Civ. Action No. 11-CV-2521(AJN)(KNF)<br><br>**DECLARATION OF SAMIDH GUHA** |

I, SAMIDH GUHA, an attorney duly admitted to practice law in the State of New York, and in the Southern District of New York, hereby affirm under penalty of perjury as follows:

    1.    I am an attorney at Akin Gump Strauss Hauer & Feld, LLP. My firm represents the defendants in the above-referenced action.

    2.    Attached to this declaration as "Exhibit A" is a true and correct copy of the "Starbucks Company Profile" report, printed May 8, 2012, and available on the official

Starbucks website at http://assets.starbucks.com/assets/aboutuscompanyprofileq42011121411final.pdf.

3. Attached to this declaration as "Exhibit B" is a true and correct copy of the transcript of the deposition of plaintiff Serenity Marshall, and the Exhibits thereto, dated December 8, 2011.

4. Attached to this declaration as "Exhibit C" is a true and correct copy of the Starbucks "New Hire Kit" information page, produced as part of defendants' document production and marked as STAR_MARSHALL0000513.

5. Attached to this declaration as "Exhibit D" is a true and correct copy of the Starbucks "Partner Guide," produced as part of defendants' document production and marked as STAR_MARSHALL0000514-0000569.

6. Attached to this declaration as "Exhibit E" is a true and correct copy of the Starbucks "Partner Resources Manual."

7. Attached to this declaration as "Exhibit F" is a true and correct copy of the transcript of the deposition of Tina Pizarro, and the Exhibits thereto, dated January 11, 2012.

8. Attached to this declaration as "Exhibit G" is a true and correct copy of the transcript of the deposition of defendant Jennifer Gurtov, and the Exhibits thereto, dated December 21, 2011.

9. Attached to this declaration as "Exhibit H" is a true and correct copy of the transcript of the deposition of defendant Terrie Rucker, and the Exhibits thereto, dated January 9, 2012.

10. Attached to this declaration as "Exhibit I" is a true and correct copy of an email produced as part of defendants' document production, the "Welcome Back Email", marked as STAR_MARSHALL0002119.

11. Attached to this declaration as "Exhibit J" is a true and correct copy of an email produced as part of defendants' document production, the "Cash Handling Email II", marked as STAR_MARSHALL0000182.

12. Attached to this declaration as "Exhibit K" is a true and correct copy of the PRSC Case Notes regarding Leedel Griffin, produced as part of defendants' document production and marked as STAR_MARSHALL0009590-0009593.

13. Attached to this declaration as "Exhibit L" is a true and correct copy of an email produced as part of defendants' document production, the "Adler Email", and marked as STAR_MARSHALL0002163.

14. Attached to this declaration as "Exhibit M" is a true and correct copy of the Starbucks "U.S. Benefits Plan Description," produced as part of defendants' document production and marked as STAR_MARSHALL0000233-0000512.

15. Attached to this declaration as "Exhibit N" is a true and correct copy of the transcript of the deposition of Nancy Murgalo, and the Exhibits thereto, dated December 23, 2011.

16. Attached to this declaration as "Exhibit O" is a true and correct copy of an email produced as part of defendants' document production, the "Recap Email", and marked as STAR_MARSHALL0002365.

17. Attached to this declaration as "Exhibit P" is a true and correct copy of the PRSC Case Notes regarding Serenity Marshall, produced as part of defendants' document production and marked as STAR_MARSHALL0009703-0009706.

18. Attached to this declaration as "Exhibit Q" is a true and correct copy of an email produced as part of defendants' document production, the "Summary Email", marked as STAR_MARSHALL0001614-0001622.

19. Attached to this declaration as "Exhibit R" is a true and correct copy of the Business and Ethics Hotline case summary, produced as part of defendants' document production and marked as STAR_MARSHALL0000001-0000004.

20. Attached to this declaration as "Exhibit S" is a true and correct copy of an email produced as part of defendants' document production, the "Murgalo Email", marked as STAR_MARSHALL0001662.

21. Attached to this declaration as "Exhibit T" is a true and correct copy of the Starbucks District Manager Job Description, produced as part of defendants' document production and marked as STAR_MARSHALL0009594-0009596.

22. I declare under the penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: New York, New York
May 8, 2012

/s/ Samidh Guha
Samidh Guha