
# Starbucks Company Profile

December 2011

## The Starbucks Story
Our story began in 1971. Back then we were a roaster and retailer of whole bean and ground coffee, tea and spices with a single store in Seattle's Pike Place Market.

Today, we are privileged to connect with millions of customers every day with exceptional products and more than 17,000 retail stores in over 55 countries.

## Folklore
Starbucks is named after the first mate in Herman Melville's *Moby Dick*. Our logo is also inspired by the sea – featuring a twin-tailed siren from Greek mythology.

## Starbucks Mission
Our mission: to inspire and nurture the human spirit – one person, one cup and one neighborhood at a time.

## Our Coffee
We've always believed in serving the best coffee possible. It's our goal for all of our coffee to be grown under the highest standards of quality, using ethical sourcing practices. Our coffee buyers personally travel to coffee farms in Latin America, Africa and Asia to select the highest quality *arabica* beans. Once these quality beans arrive at our roasting plants, Starbucks experts bring out the balance and rich flavor of the beans through the signature Starbucks Roast™.

## Our Stores
Our stores are a neighborhood gathering place for meeting friends and family. Our customers enjoy quality service, an inviting atmosphere and an exceptional cup of coffee.
**Total stores: 17,003**[*] **(as of October 2, 2011)**
> Argentina, Aruba, Australia, Austria, Bahamas, Bahrain, Belgium, Brazil, Bulgaria, Canada, Chile, China, Cyprus, Czech Republic, Denmark, Egypt, El Salvador, England, France, Germany, Greece, Guatemala, Hong Kong/Macau, Hungary, Indonesia, Ireland, Japan, Jordan, Kuwait, Lebanon, Malaysia, Mexico, New Zealand, Netherlands, Northern Ireland, Oman, Peru, Philippines, Poland, Portugal, Qatar, Romania, Russia, Saudi Arabia, Scotland, Singapore, South Korea, Spain, Sweden, Switzerland, Taiwan, Thailand, Turkey, United Arab Emirates, United States and Wales.

## Our Partners
We offer the finest coffees in the world, grown, prepared and served by the finest people. Our employees, who we call partners, are at the heart of the *Starbucks Experience*.

We believe in treating our partners with respect and dignity. We are proud to offer two landmark programs for our partners: comprehensive health coverage for eligible full- and part-time partners and equity in the company through *Bean Stock*.

---
[*] Includes Starbucks Coffee and Seattle's Best Coffee locations.

# Starbucks Company Profile

## Our Products

**Coffee:** More than 30 blends and single-origin premium *arabica* coffees.

**Handcrafted Beverages:** Fresh-brewed coffee, hot and iced espresso beverages, Frappuccino® coffee and non-coffee blended beverages, smoothies and Tazo® teas.

**Merchandise:** Coffee- and tea-brewing equipment, mugs and accessories, packaged goods, music, books and gift items.

**Fresh Food:** Baked pastries, sandwiches, salads, oatmeal, yogurt parfaits and fruit cups.

**Consumer Products:** Offered in Canada, China, Denmark, Finland, Germany, Ireland, Japan, Korea, Mexico, Norway, UK and U.S. Products include:
- **Coffee and Tea:** Whole bean and ground (Starbucks and Seattle's Best Coffee brands), Starbucks VIA® Ready Brew, Starbucks® K-Cups® portion packs, Tazo® tea filterbags and tea latte concentrates.
- **Ready-to-Drink (RTD):** Starbucks® bottled Frappuccino® coffee drinks, Starbucks Discoveries® chilled cup coffees, Starbucks Doubleshot® espresso drinks, Starbucks Doubleshot® Energy+Coffee drinks; Seattle's Best Coffee® Iced Lattes, Tazo® bottled iced and juiced teas.
- **Starbucks® Ice Cream**: Super-premium coffee and coffee-free flavors.

**Brand Portfolio**
Starbucks Coffee, Seattle's Best Coffee, Torrefazione Italia Coffee, Tazo Tea, and Evolution Fresh.

## Investor Information
- Starbucks went public on June 26, 1992 at a price of $17 per share (or $0.53 per share, adjusted for subsequent stock splits) and closed trading that first day at $21.50 per share.
- Starbucks was incorporated under the laws of the State of Washington, in Olympia, Washington, on Nov. 4, 1985.
- Starbucks Corporation's common stock is listed on NASDAQ, under the trading symbol SBUX.

## Being a Responsible Company
We are committed to doing business responsibly and conducting ourselves in ways that earn the trust and respect of our customers, partners and neighbors.

**Ethical Sourcing:** We've developed strong, long-term relationships with farmers all over the world that help ensure we are able to buy the high-quality coffee our customers expect from us. It's our goal that by 2015, all of our coffee will be grown using ethical trading and responsible growing practices.

**Environmental Stewardship:** We share our customers' commitment to the environment. And we believe in the importance of caring for our planet and encouraging others to do the same. It is our goal that by 2015, 100% of our cups will be reusable or recyclable. We will also work to significantly reduce our environmental footprint through energy and water conservation, recycling and green construction.

**Community Involvement:** From the neighborhoods where our stores are located to the ones where our coffee is grown – we believe in being involved in the communities we're a part of. Bringing people together, inspiring change and making a difference in people's lives – it's all part of being a good neighbor. By 2015, we hope to contribute one million volunteer hours each year to our communities.

## Website
www.starbucks.com

© 2011 STARBUCKS COFFEE COMPANY. ALL RIGHTS RESERVED.