# Better Way - SM Planning Guide

## Cash Management — Week 2

| Materials: | Location: |
|---|---|
| ☐ Safe Inventory Tracking Sheet | Store Portal>Documents>Program Materials>Better Ways>Cash Management |

| Date | Store Manager Activity: |
|---|---|
| 8/10-8/16 | 1. Track safe inventory daily using the Safe Inventory Tracking Sheet.<br><br>2. For the week of Aug. 24 schedule time to complete the following:<br><br>**Set Up Safe, MWS and Change Cadence**<br>☐ Schedule one hour to set up visual management in the safe (50 min.), set up the MWS (10 min.) and establish a change order cadence.<br>☐ Bill this hour time to store "training."<br><br>**Customize your store's Repeatable Routine. Implement and teach the customized routine to cash controllers.**<br>☐ Bill one hour to store "training." |



© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.      3

CONFIDENTIAL

STAR_MARSHALL0000781

# Better Way - SM Planning Guide

## Cash Management – Week 3

For this week's activities, you will use the following materials:

| Materials: | Location: |
|---|---|
| ☐ Safe Inventory Tracking Sheet | |
| ☐ SM Planning Guide for Cash Management | |
| ☐ Two copies of each Go See Worksheet for Cash Management<br>   o Part 1: Banking Process<br>   o Part 2: Safe Count | Store Portal>Documents>Program Materials>Better Ways>Cash Management |
| ☐ Cash Management Program Guide | |
| ☐ Repeatable Routine Instruction Sheet for Cash Management | |
| ☐ Repeatable Routine Job Aid | |
| ☐ Deposit Workflow Job Aid | |
| ☐ Deposit Workflow Placemat | |

| Date | Store Manager Activity: |
|---|---|
| 8/17-8/23 | **1. Continue tracking safe inventory daily using the Safe Inventory Tracking Sheet.**<br><br>**2. Receive and print Cash Management Better Way materials.**<br>  ☐ Print two copies of each Go See Worksheet.<br>  ☐ Use the SM Planning Guide to determine when you should review specific program materials. This will help you focus on the right materials at the right time.<br>  ☐ Read the Program Guide to learn how to approach and implement this Better Way. The purpose of the Program Guide is to understand:<br>    ❖ What are the key concepts of this Better Way?<br>    ❖ What's different?<br>    ❖ Ideas on how to set up:<br>      ☐ Visual management in the safe.<br>      ☐ The managers' workstation (MWS) area to support the Repeatable Routine and Deposit Workflow.<br>    ❖ How to get started using a change cadence<br><br>**3. Print Go See Worksheets.**<br>  ☐ Print two copies of each Go See Worksheet.<br>  ☐ Review in advance of observations.<br>  ☐ Complete the Go See activity prior to reviewing the remainder of the materials in order to remain objective during observation and prevent thinking about what the future state may be. |

See Cash Management Week 3 - continued on the following page.



© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.    4

CONFIDENTIAL

# Better Way - SM Planning Guide
## Cash Management Week 3—continued

| Date | Store Manager Activity: |
|------|-------------------------|
| 8/17–8/23 | **4. Complete Go See: Banking Work.**<br>❑ Create the environment for an effective Go See. Put partners at ease – let them know you will be watching the work, not the partners.<br>❑ Observe two different cash controllers complete the banking process (change order and deposit).<br>    ❑ Observe one cash controller who frequently completes these tasks.<br>    ❑ Observe one cash controller who occasionally completes these tasks.<br>❑ Record measurements on the Go See Worksheet. Document each observation separately.<br><br>**5. Complete Go See: Safe Count.**<br>❑ As part of your regular shifts observe two different cash controllers complete a safe count at shift change.<br>❑ Create the environment for an effective Go See. Put partners at ease – let them know you will be watching the work, not the partners.<br>❑ Record measurements on the Go See Worksheet. Document each observation separately.<br><br>**6. Reflect on Go See observations.**<br>❑ What did you see?<br>❑ What were the differences between the partners you observed?<br><br>    ❖ Troubleshooting approaches from other store managers<br><br>**7. Complete introduction to Repeatable Routine for Cash Management.**<br>❑ Compare and identify key differences between observed Go Sees and the Repeatable Routine. What differences do you notice? What may need to be customized for your store?<br>❑ Complete a change order and deposit at least two times using the Repeatable Routine. (Do not bill to training time)<br><br>**8. Discuss Go See findings and other learnings with your district manager (DM).** |



© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.     5

CONFIDENTIAL

# Better Way - SM Planning Guide

## Cash Management – Week 4

For this week's activities, you will use the following materials:

| Materials: | Location: |
|---|---|
| ☐ Safe Inventory Tracking Sheet | |
| ☐ Repeatable Routine Customized Instruction Worksheet | |
| ☐ Repeatable Routine Customized Job Aid | |
| ☐ Cash Management Program Guide<br>  o MWS Station Setup Guide for Repeatable Routine<br>  o Visual Workflow for Repeatable Routine – Deposit<br>  o Understanding the Change Cadence | Store Portal>Documents>Program Materials>Better Ways>Cash Management |
| ☐ Colored Tape | Arrived in store mail on Aug. 17 |
| ☐ Safe Station Setup Guide for Repeatable Routine and Visual Management for Repeatable Routine – Safe Setup | Color copy arrived in store mail on Aug. 17 (also included in Cash Management Program Guide) |

| Date | Store Manager Activity: |
|---|---|
| 8/24–8/30 | **1. Continue tracking safe inventory** Monday June 29 – Sunday, July 5 using the Safe Inventory Tracking Sheet.<br><br>**2. Set up and implement visual management in the safe.**<br>  ☐ Use the Setup Guide to prepare your store.<br>  ☐ Locate colored tape that arrived in store mail.<br><br>**3. Set up and organize MWS area.**<br>  ☐ Use the Setup Guide to prepare your store.<br><br>**4. Set up and implement change order cadence.**<br>  ☐ Refer to the Program Guide for an overview on how to get started using a change cadence.<br>  ☐ Refer to the completed Safe Inventory Tracking sheets.<br><br>**5. Complete your store's Repeatable Routine Customized Instruction Worksheet.**<br>  ☐ Review and understand the major steps of the Repeatable Routine.<br>  ☐ Evaluate where adjustments must be made to customize the Repeatable Routine for your store.<br>    ❖ In this Better Way the sequence of work directly correlates to an overall improvement in time and quality. Carefully consider before modifying.<br>    ❖ Customization is anticipated primarily in adjustments to station setups and variation based on safe location.<br>    ❖ Customization to the major steps and/or sequence of the steps should be minimal. |



See Cash Management Week 4- continued on the following page.

© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.
6

# Better Way – SM Planning Guide

## Cash Management Week 4 – continued

| Date | Store Manager Activity: |
|------|--------------------------|
| 8/24-8/30 | **5. (cont.) Complete your store's Repeatable Routine Customized Instruction Worksheet.**<br>❑ Consider ways to involve your team. Since they are closest to the work, they have great ideas to contribute, appreciate the involvement and gain a sense of pride in the work.<br>❑ Complete the Repeatable Routine Customized Instruction Worksheet. You will use this worksheet to teach the Repeatable Routine at your store.<br>Complete the Repeatable Routine Job Aid.<br><br>**6. Implement and teach your store's customized Repeatable Routine.**<br>❑ Teach cash controllers your store's Repeatable Routine.<br>❑ Consider the following when teaching your store's Repeatable Routine:<br>❖ Demonstrate the Major Steps.<br>❖ Demonstrate the routine a second time and explain the Major Steps, Key Points and Reasons Why.<br>❖ Have the partner demonstrate the routine and coach adjustments with the partner to ensure partner follows routine.<br>❖ To ensure comprehension, have the partner teach the process to you, including the Major Steps, Key Points and Reasons Why.<br>❖ Some partners may benefit from seeing the first Go See results and/or materials in the Program Guide or Setup Guides.<br>❑ Place the Repeatable Routine Job Aid and Deposit Workflow in the line of sight of the cash controller.<br>❑ Throughout the week, check in with cash controllers.<br>❖ Ask for feedback:<br>• What are they experiencing?<br>• Why?<br><br>**7. For the week of Sept. 7 schedule time to complete the following:**<br><br>**Follow-up Go See: Banking Process**<br>❑ Schedule two 30-minute Go Sees to observe two different cash controllers complete the banking process (change order and deposit).<br>❑ Plan to observe one cash controller who frequently completes these tasks.<br>❑ Plan to observe one cash controller who occasionally completes these tasks.<br>❑ Bill this time to store "training."<br><br>**Follow-up Go See: Safe Count**<br>❑ As part of your regular shifts plan to observe two different cash controllers complete a safe count at shift change. (Do not bill to training time)<br><br>**8. Roll up first Go See data to DM.** |

BETTER WAY3
CASH MGMT.

© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.        7

CONFIDENTIAL

STAR_MARSHALL0000785

# Better Way - SM Planning Guide

## Cash Management – Week 5

For this week's activities, you will use the following materials:

| Materials: | Location: |
|---|---|
| ☐ No materials needed | |

| Date | Store Manager Activity: |
|---|---|
| 8/31–9/6 | 1. **Teach remaining cash controllers your store's customized Repeatable Routine.**<br><br>2. **Continue using the Repeatable Routine.**<br>☐ Be accessible to coach the routine and safe count.<br>☐ Consider tracking improvements to the deposit, change cadence and safe count.<br><br>3. **Check and adjust change order cadence.**<br>☐ Does the reduced change order frequency support the business?<br>☐ Could you further reduce the frequency?<br>☐ Did you have sufficient change across all days? If not, why?<br>☐ What other information would you need to adjust the cadence?<br><br>4. **Review the deposit start/stop times on the Cash Management Log as a tool to gauge if there is an improvement in time.** |



© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.        8

CONFIDENTIAL

# Better Way - SM Planning Guide

## Cash Management – Week 6

For this week's activities, you will use the following materials:

| Materials: | Location: |
|---|---|
| ☐ Two copies of each Go See Worksheet for Cash Management<br>　　o　Part 1: Change Order & Deposit<br>　　o　Part 2: Safe Count | Store Portal>Documents>Program Materials>Better Ways>Cash Management |

| Date | Store Manager Activity: |
|---|---|
| 9/7–9/13 | **1. Complete follow-up Go Sees:**<br>☐ Go See the Banking Work and Safe Count process at your store. Observe and collect data on your store's customized Repeatable Routine.<br>☐ Create the environment for an effective Go See. Put partners at ease – let them know you will be watching the work, not the partners.<br><br>**Go See: Banking Process**<br>☐ Observe two different cash controllers complete the banking process (change order and deposit).<br>　　❖Observe one cash controller who frequently completes these tasks.<br>　　❖Observe one cash controller who occasionally completes these tasks.<br>　　❖Bill this time to store "training."<br><br>**Go See: Safe Count**<br>☐ As part of your regular shifts observe two different cash controllers complete a safe count at shift change. (Do not bill to training time)<br><br>☐ Did you see improvements between your first Go Sees and your follow-up Go Sees?<br>☐ How does the improved proficiency time compare to time observed in the first Go Sees?<br>　　❖ Was there less motion?<br>　　❖ Did it take less time?<br>　　❖ Why or why not? How do you know?<br>☐ How will you sustain improvements?<br>☐ What additional adjustments will contribute to the success of this routine?<br>☐ Discuss findings with your DM. |



CONFIDENTIAL

STAR_MARSHALL0000787

# Better Way - SM Planning Guide

## Cash Management – Week 7

For this week's activities, you will use the following materials:

| Materials: | Location: |
|---|---|
| ☐   Reference tools and materials as needed. | Store Portal>Documents>Program Materials>Better Ways>Cash Management |

| Date | Store Manager Activity: |
|---|---|
| 9/14-9/20 | **1. Continue to coach partners and improve your store's customized Repeatable Routine.**<br>   ☐  Establish a place for your store's Repeatable Routine Customized Instruction Sheet to live as reference for improvement and/or training.<br>**2. Use data and observations collected from the follow-up (and future) Go Sees to check, adjust and improve the Repeatable Routine.**<br>   ☐  The purpose of the Cash Management Repeatable Routine is to:<br>     ❖  Reduce Time<br>     ❖  Simplify the Process<br>     ❖  Ensure Quality<br><br>**3.   Sustain the Repeatable Routine at your store.**<br>   ☐  Periodically check and adjust. By engaging your team and observing the work, you will find more opportunities for improvement over time. Share your future learning and results with your DM and peers.<br><br>3. Roll up follow-up Go See data to DM.<br><br>*Go to www.mystarbucksidea.com/partner and locate the Starbucks Lean Thinking Blog to submit questions and suggestions and to engage in dialogue with the Lean Team and fellow partners* |



© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.          10

CONFIDENTIAL

STAR_MARSHALL0000788

*** Slip Sheet ***

Document

# Safe Inventory Tracking Sheet

The purpose of this tool is to track your safe inventory in order to understand how much is in your safe today. This will help you establish appropriate inventory levels, set pars and follow a change order cadence.

- Count and log at the same time every day (following the morning peak period and prior to completing the change order and deposit)
- Record if the tills are stocked at the time of the safe count.
- Record the start and stop time of the safe the count and change order (when completed)
- Record daily thoughts/feelings about inventory levels and a brief explanation of why a change order was/was not completed.

| Day | EXAMPLE | | MONDAY | | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | 6/8 | | | | | | | | | |
| Cash Controller Name | Hollie | | | | | | | | | |
| Tills Stocked (Y/N) | Y | | | | | | | | | |
| Start Time | 0:13 | | | | | | | | | |
| Stop Time | 0:19 | | | | | | | | | |
| Change Order (Y/N) | Y | | | | | | | | | |
| Change Order Amount | $200 in 5s | | | | | | | | | |
| Pennies | $0.01 | 9 | $0.01 | | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 |
| Nickels | $0.05 | 21 | $0.05 | | $0.05 | $0.05 | $0.05 | $0.05 | $0.05 | $0.05 |
| Dimes | $0.10 | 48 | $0.10 | | $0.10 | $0.10 | $0.10 | $0.10 | $0.10 | $0.10 |
| Quarters | $0.25 | 60 | $0.25 | | $0.25 | $0.25 | $0.25 | $0.25 | $0.25 | $0.25 |
| Dollars | $1 | 172 | $1 | | $1 | $1 | $1 | $1 | $1 | $1 |
| Two Dollars | $2 | 0 | $2 | | $2 | $2 | $2 | $2 | $2 | $2 |
| Fives | $5 | 0 | $5 | | $5 | $5 | $5 | $5 | $5 | $5 |
| Tens | $10 | 0 | $10 | | $10 | $10 | $10 | $10 | $10 | $10 |
| Twenties | $20 | 200 | $20 | | $20 | $20 | $20 | $20 | $20 | $20 |
| Other | OTHER $s | | OTHER $s | | OTHER $s | OTHER $s | OTHER $s | OTHER $s | OTHER $s | OTHER $s |
| Total Change Fund | 600 | | | | | | | | | |
| Daily Notes | Tills fully stocked, may have had enough 5s for Tues | | | | | | | | | |

General Observations & Notes

© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.

CONFIDENTIAL

STAR_MARSHALL0000789

BETTER WAYS

CASH MGMT.

Week #

*** Slip Sheet ***

Document

# Go See Cash Management

For this activity, go where the work is done and observe another cash controller completing the banking work for the day (safe count, change order, and deposit completion)

## Objectives:

See the banking process and know how long it takes

See hand and body motion and it's impact on the customer, partner and process

See how the way the work is done affects quality

## Remember:

Focus on what actually happens, not what should happen

Be an unbiased learner, not an inspector or judge of the work

Focus on the "how" not the "who"

## Before you go see...

- Schedule yourself in addition to a cash controller to do the banking work for the day
- Schedule and instruct the cash controller to complete the deposit, change order and bank run consecutively
- Ensure that you have the following supplies:
  1. Cash Go See (this document)
  2. A writing utensil
  3. A timing device
  4. A notebook/timing sheet

## While you are in the store...

- Watch the banking work and safe count
- Use the worksheet to draw, measure and observe the banking work and safe count
- Record the time, hand movements, organization, general observations and reasons why

© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.

BETTER WAYS

CASH MGMT.

CONFIDENTIAL

STAR_MARSHALL0000790

STAR_MARSHALL0000791

# Part 1: Banking Work

**Sample**

## Step 1: Record Deposit Prep and Bank Time

| | Task | Total |
|---|---|---|
| **Start:** Get Safe | 10:06 | |
| **Stop:** Bank Witness | 10:35 | 29 min |
| **Start:** Leave Store | 10:40 | |
| **Stop:** All Banking Complete* | 11:03 | 23 min |

*including putting change away and completing Cash Management Log

## Step 2: Record Hand Motions in Deposit Work

*Example*

| Tally | Reason(s) |
|---|---|
| //// /// | Pulling out keyboard tray |

| Keystrokes (Record only # bags) | Reason(s) |
|---|---|
| **Tally** | |
| //// //// //// / | Partner had to keystroke down to get to right place to enter amount |

## Step 3: Record Instances of Mental Strain

| Tally | Reason(s) |
|---|---|
| //// | Recount of bags, much rework |

## Step 4: Draw Deposit Work Area

*Example*



Store #: 5223

Date: Mondays, May 12

CONFIDENTIAL

© 2003 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.

# Part 2: Safe Count

**Sample**

## Step 4:
### Draw the Content of the Safe



Store #: 5223

Date: Monday, May 12

## Step 1:
### Record Total Safe Count Time

| Start: Set Safe | Stop: Close Safe | Total |
|---|---|---|
| 9:45 | 9:52 | 7 min |

## Step 2:
### Record Partner Motion at the Safe (every time partner touches any item)

| Tally | Reasons |
|---|---|
| ‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖<br>‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖ | Partner recounted change multiple times and touched items multiple times |

## Step 3:
### Record General Observations

Partner picked up/put down pen multiple times

Many items in the safe seemed unnecessary

Counting incurred much mental strain

© 2003 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.

STAR_MARSHALL0000792

CONFIDENTIAL

# Part 1: Banking Work

## Step 1:
### Record Deposit Prep and Bank Time

| Start: Set Safe | Stop: Bank Witness | Total |
|---|---|---|
| | | |

| Start: Leave Store | Stop: All Banking Complete* | Total |
|---|---|---|
| | | |

*including putting change away and completing Cash Management Log

## Step 2:
### Record Hand Motion for Deposit Work

| Reaching | Reason(s) | Tally |
|---|---|---|
| | | |

| Keystrokes (Record only 3 bags) | Reason(s) | Tally |
|---|---|---|
| | | |

## Step 3:
### Record Instances of Mental Strain

| Troubleshooting (Scratching, Rising of Eyebrows) | Reason(s) | Tally |
|---|---|---|
| | | |

## Step 4:
### Draw Deposit Work Area

| |
|---|
| |

Store #:
Date:

© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.

CONFIDENTIAL

STAR_MARSHALL0000793

BETTER WAYS   CASH MGMT.

# Part 2: Safe Count

## Step 4:
### Draw the Content of the Safe

## Step 1:
### Record Total Safe Count Time

| Start: Set Safe | Stop: Close Safe | Total |
|---|---|---|
| | | |

## Step 2:
### Record Partner Motion at the Safe
(every time partner touches any item)

| Tally | Reasons |
|---|---|
| | |

## Step 3:
### Record General Observations

| |
|---|

Store #:
Date:

© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.

BETTER WAYS

CASH MGMT.

CONFIDENTIAL

STAR_MARSHALL0000794

5

## Repeatable Routine Instruction Sheet

| Cash Management | Key Concepts: Motion ≠ Work & Value of Repeatable Routines | | |
|---|---|---|---|
| **Major Step** (Defines what to do) | **Key Point** (Indicates how to complete Major Step) | **Reason Why** (Tells why) | **Time** |
| **1** Set Outer Safe, Set Inner Safe and Prepare for Deposit | • Prep deposit bag / slip / Cash Management Log (CML) during two minute safe timer<br>• Set screen to main menu<br><br>• Set up workstation<br>• Count log of previous day's bags | • Save time<br><br>• Save time and maintain security<br>• Reduce errors<br>• Reduce errors | 2 min |
| IF CHANGE ORDER DAY: | • Prepare change order form at safe<br><br>• Call bank with change order | • Reduce motion and save time<br>• Save time | 4 min |
| **2** Collect Previous Day's Till Drop Bags | • Verify previous day's drop bags and match to log<br><br><br>• Close the safe | • Quality: correct money, correct day<br>• Meet safety requirements | 1 min |
| **3** Sort Bags | • Sort and stack by matching register and top/bottom drawer assignment | • Maintain order of bags | 30 sec |
| **4** Count Bags & Verify Funds | • Follow sequence on MWS to enter amount by denomination or lump sum (F5) | • Save time and Quality | 40 sec per bag |
| **5** Verify Total Deposit Funds | • Use cash scale to count funds<br><br>• If funds do not match, re-weigh<br>• If funds do not match a second time, hand-count | • Save time and improve quality<br>• Improve quality<br>• Quality check machine accuracy | 1 min, 10 sec |
| **6** Finalize Deposit | • Finish deposit bag / slip / CML<br><br>• Consolidate funds in bag<br>• Bunch all previous day's sales media, staple and place in envelope<br>• Staple bag strip to CML | • Improve accuracy and meet standards<br>• Save time<br>• Improve quality and save time<br>• Meet standards | 2 min |
| **7** Go To Bank | • Obtain bank witness | • Meet standards | Variable |
| **8** Complete Banking | • Document bank records in CML (during two minute timer, if applicable) | • Meet safety standards | 30 sec |
| IF CHANGE ORDER DAY: | • Set safe, control change funds<br>• Put change in safe and close safe | • Meet standards<br>• Meet safety standards | 2 min, 30 sec |

*Total Proficiency Time: 18 - 25 Minutes (excluding bank trip)*

BETTER WAYS CASH MGMT.

© 2009 Starbucks Coffee Company. All Rights Reserved. For Internal Use Only.

CONFIDENTIAL

DEFENDANT'S EXHIBIT 12-8-11 TF NO. 9

STAR_MARSHALL0000805

**S00847 6th Waverly**                                    *1088330*

**To...**

**Cc...**

**Bcc...**

        **Subject:**

**Attachments:**

Hello Leedel, Jessica, Brytisha, Glenda and Alex,

Usually, I would discuss something like this in a management meeting but this subject is too important to wait. With the rollout of Cash Management Simplification (CHS), we have been experiencing a lot of problems that need to be addressed ASAP.

1. The safe must NEVER fall below $2400...do NOT short the safe to fix tills! Beginning Monday, October 22, any safe shortages will be attributed to the Cash Controller (CC) on duty and that CC will receive a corrective action immediately. As a CC you have the responsibiltiy of accurately handling your cash. Here are some examples:
*you somehow "misplace" cash from the safe during your shift- even if the money is later found, you will receive a corrective action for mishandling cash- you need to be accurate!
*you lose cash and the money isn't found- immediate corrective action.

2. You must complete your safe count- this includes time, initials, everything! When counting the safe over to someone, you should time manage well enough that the next CC can count before you clock out and verify your count. If you take the safe from someone AND it is short AND you didn't verify the safe together or before the first key holder left, BOTH CC will be written up since we can't tell who the shortage belongs to.
If you open and the safe is short but the closer says the safe was fine, I need to be alerted ASAP by voicemail or text so that I can run an investigation.

3. If you complete the deposit but "forget" to get witnesses, staple any of the necessary papers to the book (the computer printout, the bank receipt, the bag seal), or don't completely fill out the deposit prep information- including the bank time and change amount- you will receive a corrective action. You are being paid to not forget!

4. If you "forget" to write the over/shorts when completing the deposit, you will receive a corrective action. Again, you get paid to NOT FORGET.

5. We all need to do a better job of not letting tills fall below $200. If you are the CC, you should be parring tills so that doesn't happen. If you are closing, you should be pulling the entire till to the back so that we don't have bags with excess cash in them. Use the DCR's to help you plan who will be using the till last so that at the end of the night you don't have money problems.

This situation is extremely serious...the management team is having more trouble with CHS than necessary...if you have ANY questions ask me ASAP. I am making everyone sign this and I'm putting it in your file...again, corrective actions will begin on Monday 10/22.

Serenity Marshall

DEFENDANT'S
EXHIBIT
12-8-11  VF
NO. 10

PENGAD 800-631-6989

STAR_MARSHALL0000181



# FISCAL YEAR 2011

Nov 1 – 7

**OCTOBER, PERIOD 1—FY '11**
10/4/10–10/31/10

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 1 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| week 2 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| week 3 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| week 4 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**APRIL, PERIOD 7—FY '11**
4/4/11–5/1/11

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 27 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| week 28 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| week 29 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| week 30 | 25 | 26 | 27 | 28 | 29 | 30 | 1 |

DEFENDANT'S
EXHIBIT
12-8-11
NO. 11
PERIOD 800-631-9989

**NOVEMBER, PERIOD 2—FY '11**
11/1/10–11/28/10

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 5 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| week 6 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| week 7 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| week 8 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

**MAY, PERIOD 8—FY '11**
5/2/11–5/29/11

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 31 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| week 32 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| week 33 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| week 34 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

**DECEMBER, PERIOD 3—FY '11**
11/29/10–1/2/11

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 9 | 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| week 10 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| week 11 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| week 12 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| week 13 | 27 | 28 | 29 | 30 | 31 | 1 | 2 |

**JUNE, PERIOD 9—FY '11**
5/30/11–7/3/11

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 35 | 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| week 36 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| week 37 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| week 38 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| week 39 | 27 | 28 | 29 | 30 | 1 | 2 | 3 |

**JANUARY, PERIOD 4—FY '11**
1/3/11–1/30/11

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 14 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| week 15 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| week 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| week 17 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**JULY, PERIOD 10—FY '11**
7/4/11–7/31/11

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 40 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| week 41 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| week 42 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| week 43 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**FEBRUARY, PERIOD 5—FY '11**
1/31/11–2/27/11

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 18 | 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| week 19 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| week 20 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| week 21 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |

**AUGUST, PERIOD 11—FY '11**
8/1/11–8/28/11

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 44 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| week 45 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| week 46 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| week 47 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

**MARCH, PERIOD 6—FY '11**
2/28/11–4/3/11

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 22 | 28 | 1 | 2 | 3 | 4 | 5 | 6 |
| week 23 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| week 24 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| week 25 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| week 26 | 28 | 29 | 30 | 31 | 1 | 2 | 3 |

**SEPTEMBER, PERIOD 12—FY '11**
8/29/11–10/2/11

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| week 48 | 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| week 49 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| week 50 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| week 51 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| week 52 | 26 | 27 | 28 | 29 | 30 | 1 | 2 |

CONFIDENTIAL

### Cash Management Log Policies, Standards & Procedures

The Cash Management Log must be completed each day. Print legibly and complete in pen.
Store operating funds and tip funds must be secured at all times.

**Till Drop Procedure (Cash Controller):**
1. Record register partner's name, Register ID (#, Top/Bottom), date and CC initials on till drop bag.
2. Place funds from drop box, sales media from POS drawer and Closing Register Receipt in till drop bag. Seal till drop bag.
3. Record register partner name, entire till drop bag #, CC initials and time on the matching Register ID section of the Till Drop Log.
4. Secure till drop bag in inner compartment of safe, behind door 2.

**Final Use Till Count Procedure (Cash Controller):**
1. Remove till, sales media from POS drawer, funds from drop box and Closing Register Receipt.
2. Count down combined funds from till and drop box using cash scale in cash calculator mode.
3. Remove funds in excess of opening fund amount, leaving opening fund amount in till.
4. Follow Till Drop Procedure to secure excess funds, sales media and closing register receipt.
5. Secure till with verified opening fund in POS drawer or safe.

**Safe Count Procedure (Cash Controller):**
The safe must not be left open and unattended.
The safe must not be opened or the time delay set during the first 30 minutes and the last 30 minutes of customer operations.
Only the Cash Controller may set and access the safe.
Complete and record an accurate physical "start" count when accepting the cash controller keys and an "end" count when passing the cash controller keys to the next cash controller or counting out at the end of day.
1. Record CC initials and start or end count time on the Safe Count Log.
2. Count and record change fund amount, opening till fund amounts, # of till drops, # of Customer Recovery certificates, PCard, and # of tip drops.
    NOTE: Lock Out Period Safes: When completing a safe count during the Lockout Period (3pm-8am) record "N/A" or "Locked Out" in the number of till and tip drop section of the safe count. All safe counts occurring outside of the lockout period (8am-3pm) must include an actual physical count of all till and tip drop bags.

**Deposit Log (Cash Controller):**
    NOTE: Procedures for preparing the deposit and transporting the deposit to the bank are located in the Store Operations manual section 4 Cash Control.
The deposit must be prepared and transported to the bank every day.
The deposit must be prepared after 8am and must be transported to the bank by 3pm.
The deposit must be taken inside the bank for processing if the bank is open. The weekend depository box must only be used if the bank is closed.

**Deposit Prep Section Procedure:**
1. Record the start time and CC initials in the Deposit Prep section on the date the deposit is processed.
2. Record deposit $, deposit bag # and completion time.
3. **Deposit Witness** records their initials after confirming that the CC initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in the Deposit Prep section.
4. Secure sealed deposit bag in inner compartment of safe, behind door 2, if not immediately transported to bank.

**Deposit to Bank Section Procedure:**
1. Record CC name taking deposit to bank, date to bank, time to bank and deposit bag # in the Deposit to Bank section on the date the deposit is processed.
2. **Banking Witness** records their initials after confirming that the CC initials, date and time of the CC departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.
3. Record validated deposit amount and validated time on Deposit to Bank section and attach validated deposit slip after returning from the bank or when the deposit slip has been retrieved for deposits made through the weekend depository.

**Till Audit Procedure (Store Manager):**
A minimum of two random till audits must be performed each week.
1. Follow steps 1-4 of Final Use Till Count.
2. Record SM name, date, register partner's name and Register ID on Partner Till Audit Log. Over/short will be recorded when deposit is prepared.
3. Secure till with verified opening fund in POS drawer or safe.
4. Ensure over/short is recorded after deposit is prepared on following day.

**Report Store Operating Funds Procedure (Store Manager):**
The Store Operating Funds (change bank and till bank) must be physically verified and updated on the MWS each week.
1. From the MWS select "Manager Menu", "Daily Bookkeeping Menu", "Report Store Operating Funds"
2. F1 – to Count Change/Till Bank Funds. Enter the amount of money actually in the Change and Till Bank in the two fields "Total Change Bank" and "Total Assigned/Unassigned Tills". Record the total on the Cash Management Log under "Report Store Operating Funds" and sign off.
3. Upon completion of entering the funds amounts press "F1" to Save and then "F7" to Quit.

**Tip Drop Procedure (all partners):**
Tip funds must be secured at all times.
1. Remove tip funds from plexi, place funds in a tip drop bag and seal tip drop bag.
2. Record date on tip drop bag.
3. Record partner #, initials, and entire tip drop bag # on the Tip Drop Log.
4. Secure tip drop bag in inner compartment of safe, behind door 2.
5. Witness records their initials and time after verifying the tips have been secured in the safe.

**Tip Drop Removal Procedure**
1. Remove tip drop bags from inner compartment of safe (cash controller).
2. Record entire tip drop bag # for each tip drop bag on Partner Tip Removal Log.
3. Record CC initials as **Witness** and time.
4. Transfer tip drop bags to partner processing tips.
5. Partner receiving tip drop bags records partner # and initials after verifying tip drop bag #'s.

**Accountability and Duty to Report**
Failure to comply with cash management log policy endangers partner safety. Acts in violation or omissions of policy are grounds for disciplinary action up to and including termination. Uncorrected or continuing violations must be reported to management, your local Partner Resources generalist or the Standards of Business Conduct Helpline at 800/611-7792 (866/614-0760 for French-speaking partners).

CONFIDENTIAL

STAR_MARSHALL0001180

CONFIDENTIAL

# Cash Management Log

## STORE COMMUNICATIONS

DAY - Monday          DATE - 11/01/10

KimSam (-9.01)  CA
Rebecca (-10.43) told Kevin
Liz (-4.50)
(-23.24)

| REGISTER 1 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| Jasie | 59441816 | CA | 4PT |
| | | | |
| | | | |
| | | | |

| REGISTER 1 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Rebecca | 59441766 | BN | 1:59p |
| Roy | 59441728 | CA | 6 PM |
| | | | |
| | | | |
| | | | |

| REGISTER 2 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Caleb | 59441714 | NB | 12:40 |
| Kim | 59441726 | CA | 4:30PM |
| Tracy | 59441718 | CA | 7:30pm |
| | | | |
| | | | |

| REGISTER 2 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Liz | 59441720 | BR | 102pm |
| Giselle | 59441724 | CA | 6pm |
| | | | |
| | | | |
| | | | |

| REGISTER 3 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |

| REGISTER 4 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

# Values Walk

Top Two CV Opportunities: 1 _Speed_ _57%_    Overall Sat: _72_
Time: 2 _cleanliness_ _51%_

*Dominique  Tracy*
*Bethany  Liz*
*Nicole  Kim*
*Yvo*
*Tosha*

---

**Purpose: To see the store through the customer's eyes**
The Values Walk is designed to help you evaluate how your store looks and feels from the customer's point of view. You need to become the customer, experience what they experience, and observe what they observe. Based on your observation, think about what immediate actions will ensure the store is executing standards and exhibiting The Green Apron behaviors to create the Third Place environment for our customers.
· Complete a Values Walk daily
· Focus on what actually occurs during your Values Walk
· Be detailed and thorough on what is applicable to your store when recording your experiences and observations
· Take timely action immediately and discuss follow up items with your manager

---

**Be Welcoming - Store Exterior**
Do our customers have a welcoming first impression of the store?
To ensure customers have a positive first impression of the store, observe the customer's travel path into or around the store such as the condition of the store's footprint, entrance, trash cans, windows, outdoor seating, parking lot, sidewalks, etc. Determine what can be done to improve the customer experience and take action.

Observation: Who has 10 minute timer _Monika_     Time left on timer _0:00_

Coach: _Monika should be in charge of store_     Recognize: .

---

**Be Welcoming - Store Ambiance**
Does the store create the ThirdPlace environment for customers?
Your store should be welcoming and have an inviting and comfortable atmosphere. Ensure your store is creating the Third Place environment by evaluating the store's ambiance; look at store layout, perimeter, music, lighting,temperature, seating areas and traffic areas. Determine what can be done to improve the customer experience and take action.

Observation: Lobby Slide Routine
· _condiment bar_
· _RTD_
· _table service to new customers_

Coach:     Recognize:

---

**Be Genuine - Customer Connection**
Is the customer highly satisfied with his or her experience?
Every customer should leave the store happy and highly satisfied. Baristas should do everything in their power to make this happen by connecting, discovering, and responding to the customer's needs. Look for cues such as baristas smiling, offering help and being friendly. Listen for a thank you at the register and at the hand-off. Ask customers that leave the store whether they were happy with their experience. Determine what can be done to improve the customer experience and take action.

Anticipate:
Coach: _Tracy: filling sleeves/saw customer/did not greet_     Recognize:
Connect:
Coach:     Recognize: _Kim recognizing / connecto / smile / eye contact @ bar window_

---

Personalize:

Coach: *Bethany: while mochi not allboot by nme* Recognize:

Own:

Coach:                                              Recognize:

Follow up Action:

---

**Be Involved - Wait time experience**

Does the customer have a quality experience while waiting?

The customer's perception of their experience is greatly influenced by what occurs during the time they are waiting in line. They notice whether the barista is acknowledging them, if all baristas are focused on their tasks, the appeal of the pastry case, how the food and beverages are handled, the cleanliness of the counters and the view into the cafe. Many customers enjoy being involved in conversations, and love to try samples. Determine what can be done to improve the customer experience and take action.

Observation:

Follow up Action:

---

**Be Considerate - Teamwork**

Are baristas working together effectively and efficiently?

When baristas work well together while interacting with their customers, they are perceived as professionals with a passion for what they do. Evaluate your team's performance in areas such as friendliness, teamwork, personal connection, etc. Baristas are properly positioned to meet customer's needs. Ask customers if their order was delivered accurately and what they think of their service. Determine what can be done to improve the customer experience and take action.

| Observation: BR2 | [ ] milk steamed per beverage | [ ] eye contact, thank, promise |
| | [ ] barista foliow 4 major steps | [ ] beverage sequenced (like for like, 2 at a time) |
| Coach: | | Recognize: |

---

**Be Knowledgeable - Meeting Customer Retail Needs**

Do baristas use Connect, Discover, and Respond to meet customer retail needs?

Watch the customers and baristas interact in the merchandise area. Evaluate the barista's knowledge of our coffees, teas and merchandise, and If they demonstrate The Green Apron behaviors. Whole bean, tea, merchandise and condiment bar presentation should be appealing, clean, organized, and well stocked. Determine what can be done to improve the customer experience and take action.

| Observation: VIA | Partner Name: | Goal: |
| | [ ] Samples present at register | [ ] Goal basket at POS |
| | [ ] VIA merchandise fully stocked | [ ] Check-in amount: |
| Coach: | | Recognize: *Liz Shano* *5 Sbox card* |

---

**Be Welcoming - Facilities**

Are all areas frequented by customers reflective of the Third Place environment?

The cleanliness and condition of facilities such as the floors, hallways and restrooms often impact the customer's perspective of a store. Ensure the store interior, surroundings, exterior building, equipment, furniture, fixtures and materials are in good repair and are working properly so the customer has a positive impression. Determine what can be done to improve the customer experience and take action.

Observation Action Taken:

Follow up Action:

---

Completed By:                                              Date:

CONFIDENTIAL

STAR MARSHALL0001184

# HELPLINE AND EMAIL REFERENCE GUIDE

## STORE OPERATIONS

| | | |
|---|---|---|
| Accounts Payable | APCustomerCare@starbucks.com (888) 796-5282 ext. 20631-84307 | Questions regarding invoices and payment status |
| Enterprise Help Desk (EHD) | (888) 796-5282 ext. 1 | All POS/MWS computer system related issues, IT hardware, software, network, telephone |
| Entertainment Support Desk (ESD) | (888) 796-5282 ext. 1 | For 32" LCD screen, Black Box, "Now Playing" equipment stores |
| Facility Contact Center (FCC) | (877) 728-9349 | Brewing, grinding, Alarm System, Safe, Drive Thru headsets, and building facility issues (i.e. roof leaks, parking lot, landscaping) |
| Inventory | retinv@starbucks.net (888) 796-5282 ext. 20631-88441 | Questions regarding cycle counts, coffee counts, full inventories and P&L inventory adjustments |
| Licenses and Permits | (888) 796-5282 ext. 20631-86705 | Questions regarding licenses or permits |
| Play Network Customer Service | (888) 567-PLAY | Order CDs if necessary for overhead play |
| Promo/Operations Hotline | (888) 796-5282 ext. 50000-51184 option 3 | Requests for promotional materials (Workbook, Siren's Eye, training materials, job aids), Daily Records Books and Duty Roster Notebooks. Questions regarding Siren's Eye, operational issues, products, beverages, or Hear Music. |
| Purolator Shipping Labels | (800) 326-4963 ext. 4240 (CN) | Order preprinted shipping labels for mailpack to the SSC (CN) |
| Retail Accounting | RetAcct@starbucks.net | Questions regarding P&L |
| Sales Audit | SalesAudit@starbucks.net | Questions regarding banking issues and overs/shorts |
| Sales Reporting Hotline | (888) 796-5282 Ext. 20631-87400 | For questions from a landlord or mall office representative requesting store sales information |
| Signage | Preferred: signage@starbucks.com Back up: (888) 796-5282 ext. 20631-84782 | Requests for promotional signage, Drive thru and interior menu inserts, pastry signage, non-SKU'd core signage and POS transaction policy stickers |
| Starbucks North America Voicemail (SNA VM) | (888) 729-5656 | Field and support partner access |

## EMERGENCIES AND SECURITY

| | | |
|---|---|---|
| Emergency Communications | (800) 923-BEAN [2326] ext. 2 | Message board used for unexpected emergencies and information |
| Global Security Operations Center - GSOC | (888) 796-5282 ext. 85400 | Report non-emergency and emergency security incidents |
| Risk Management/Quality Assurance | (888) 796-5282 ext. 3 | Report damage to store property, work-related injuries, and customer incidents |
| Product Quality Hotline | (888) 796-5282 ext. 3, option 3 | Report specific product quality issues |

## PAYROLL AND PARTNER RESOURCES

| | | |
|---|---|---|
| Canadian Benefits Centre | (866) 821-7913 | To enroll or review your Benefit selections and RRSP contribution |
| Employee Assistance Program | (800) 327-5564 (U.S.) (800) 268-5211 (CN) | For assistance with personal issues and services to help balance work and life |
| Partner Contact Center (PCC) | (866) 504-7368 | Questions regarding pay- related issues, reporting partner injuries, benefit inquiries and direct deposit assistance Canada only - contact for personal information and direct deposit changes |
| US Benefits Center | (877) SBUX-BEN [7289-236] | To enroll, review elections, and make changes to Benefits |
| Partner Self Service/My Partner Info | Store Portal | View/update personal information including direct deposit, sick/vacation time, address, emergency contact, W-4 |

## CORPORATE COMPLIANCE

| | | |
|---|---|---|
| Business Conduct Helpline | (800) 611-7792 (866) 614-0760 – French-speaking partners | One of several ways that partners may ask questions or report concerns regarding Business Code of Conduct |



*The following is the only information that may be provided to customers.*

## CUSTOMER SERVICE

| | | |
|---|---|---|
| Customer Relations | (800) 23-LATTE [52883] | Store locations, donation requests, customer comments and questions, and equipment returns |
| Investor Relations | (888) 796-5282 20631-87118 | Starbucks stock information. |
| Media Relations | (206) 318-7100 | Starbucks media inquiries |
| Starbucks Internet website | Starbucks.com | Company information, Starbucks Card, nutritional information, job postings, etc. |
| Starbucks Card | (800) 782-7282 | Questions regarding Starbucks Card |

STAR_MARSHALL0001185

# DAILY RECORDS BOOK

**Use of the Daily Records Book (DRB)**
This monthly book is used to record daily store information and is divided into weekly tabs for quick reference.

**Retention and Destruction**
For security and legal compliance, the Daily Records Book must remain in store for six months and then be returned for long-term storage and destruction. Every six months you will receive communication requiring all DRBs older than six months to be boxed up and returned using an online return or pre-addressed mailing label. This ensures retention of legally required payroll documents that are included in the DRB.

**Calendar**
The Daily Records Book contains the Fiscal Year Calendar to use for planning and recording store events.

**Checklists and Logs**
- **Paid Out Log** is a monthly log located behind the Paid Out tab and is designed to ensure all paid outs are recorded and approved. This log should be reconciled weekly by the store manager.
- **Emergency Wage Advance Log** is a monthly log designed to record all emergency wage paid outs.
- **Store Repair and Maintenance Tracking Log** is a monthly log located in the front of the DRB and is designed to track calls made to the Enterprise Help Desk, Facility and Service Desk and the Facility Contact Center.
- **Punch Communication Log, Borrowed Partner Log,** and **Paid Time Off Log** are located at the end of the book under the Time and Attendance tab. Use these logs to record key time and attendance information using the policies and procedures on the Time and Attendance tab.

**Weekly Tabs**
The following information is included in each Weekly Tab section:
- **Store Partner Pages:** a flexible tool to capture store information in one easy-to-reference place.
  - *Store Communication* ~ communicate voicemail, email and barista need-to-know information for all store partners.
  - *Partner Till Drop Log* ~ all partners with assigned tills must complete this section using the policies and procedures behind each Weekly tab.
  - *Safe Count, Change Bank Reconciliation, Deposit, and Partner Till Audit* ~ for details refer to the policies and procedures behind each Weekly tab.
  - *Partner Tip Drop Log* ~ use this log to track all tip bags dropped into the safe on a daily basis.
  - *Partner Tip Drop Removal* ~ use this space to track tip bags being removed from the store safe on a weekly basis.

**Miscellaneous**
- **Sales Audit Envelope** ~ for credit card slips, refunds, voids and gift certificates.
- **P-Card/Paid Out Envelope** ~ for all P-Card, Paid In and Paid Out receipts.

**This book is the property of Starbucks Coffee Company.**
**The materials in this book should not be reproduced and should not be used by anyone other than an authorized Starbucks partner.**
**Keep book secured when not in use.**

CONFIDENTIAL

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*************************************

Transaction #137
Account Number Ending In:          0515
Checking Deposit                $409.13

Cash Amount                     $409.13

Further review may result in delayed
availability of this deposit
....................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/02/2010 13:04

Business Date 11/02/2010
Session #64

Thank you - Milay
Cashbox #04

STAR_MARSHALL0001187

# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
## CHASE CHECKING CUSTOMER
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
# CHASEEXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
## CHASE CHECKING CUSTOMER
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES
Restrictions and limitations apply

CONFIDENTIAL

STAR_MARSHALL0001188

TranSource®

DATE 11/1/10

**DEPOSIT TICKET**

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 409 | |
| COIN | | 13 |
| CHECKS | | |

STARBUCKS COFFEE COMPANY
STORE #11649
345 HUDSON ST

JPMORGAN CHASE BANK

DEPOSIT PREPARED BY

DEPOSIT VERIFIED BY JTA

PRINT NAME Serenity

DEPOSIT BAG # 127602928

**TOTAL** 409 13

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

TOTAL ITEMS 1

TO REORDER
CALL 1-888-150-4545
AND REFERENCE
ORDER #ZNHY1304

409.13

**DEPOSIT TICKET**

STAR_MARSHALL0001189



CONFIDENTIAL

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL $ 109.12

DATE: 11/1/10

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127602929

CONFIDENTIAL

STAR_MARSHALL0001191

**D Bank**

America's Most Convenient Bank®

*Thank You*

1-888-751-9000
www.tdbank.com

4    12:51PM  ·  11/01/10  08
Penny Arcade
14th and 5th

$282.38 ~
D# 5441 411

(16.94)
10%

265.44

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ALL ITEMS ARE RECEIVED SUBJECT TO VERIFICATION,
COLLECTION AND THE PROVISIONS OF ANY APPLICABLE COLLECTION AGREEMENT.
TD Bank, N.A.

50-0178 09/09

CONFIDENTIAL

STAR MARSHALL0001192

# Cash Management Log

DAY: Monday   DATE: 11/01/10

## SAFE COUNT

| NAME | OPEN: NORQ | | MID 1: | | MID 2: | | MID 3: | | CLOSE: 8150 W | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 5:00AM | | | | | | | | 2PM | 730 |
| $0.01 | 20 | | | | | | | | 25 | 22 |
| $0.05 | 0 | | | | | | | | 14 | 4 |
| $0.10 | 0 | | | | | | | | 70 | 58 |
| $0.25 | 110 | | | | | | | | 210 | 590 |
| $1.00 | 181 | | | | | | | | 261 | 204 |
| $2.00 | 0 | | | | | | | | 4650 | |
| $5.00 | 1145 | | | | | | | | 1030 | 1050 |
| $10.00 | 100 | | | | | | | | 90 | 100 |
| $20.00 | 240 | | | | | | | | 0 | 260 |
| OTHER $'s | 60 | | | | | | | | 8 | 50 |
| Total Change Fund | 1800 | | | | | | | | 1800 | 1790 |
| # Tills/Total $ | 4/1200 | | | | | | | | 6/2000 | 6/2000 |
| # Till Drops | 40 | | | | | | | | 4 | 40 |
| Cust. Recov. Cert. | 25 | | | | | | | | 25 | 28 |
| P-Card | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| # Tip Bags | 60 | | | | | | | | 0 | 210 |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

***Attach validated deposit slip/courier slip and deposit bag receipt to this sheet***

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | RM | Taken By Cash Controller: | Dicka |
| Start Time: | 2PM | Date to Bank: | 1pm |
| Deposit Bag #: | 127602929 | Time to Bank: | 1122 |
| Deposit Witness: | | Deposit Bag #: | 127602929 |
| Deposit $: | 409.13 | Banking Witness: | |
| Completion Time: | 2:39p | Bank Validated $: | 409.13 |
| Change Order #: | 0 | Bank Validation Time: | 1:04p |
| Comments: | 0 | Change $ Received: | 0 |
| | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.
**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed deposit bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory): | TIME: |
|---|---|---|---|---|
| 1609344 | BT | 33580857 | | 8:00PM |
| | BT | 3358003.58 | | |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | 1609344 | INITIALS: | BT |
|---|---|---|---|
| CC WITNESS INITIALS: | | TIME: | 12:46P |

DROP BAG #'S:
33580295    0297
0289    0261
0298
0260
0296
0294
0293

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

STAR_MARSHALL0001193

# Cash Management Log

**STORE COMMUNICATIONS**

DAY - Tuesday          DATE - 11/02/10

+4.61

## REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Kimberly | 5944170 | Sy | 3pm |
| Giselle | 5944134 | Gu | 7PM |
| | | | |
| | | | |
| | | | |

## REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Liz | 5944732 | NB | 1PA |
| Tousha | 5944736 | RN | 7PM |
| | | | |
| | | | |
| | | | |

## REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Nikita | 5944730 | NB | 739A |
| Serenity | 5944738 | Gu | 7PM |
| | | | |
| | | | |
| | | | |

## REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Karen | 5944894 | NB | 740A |
| Beth | 5944742 | Gu | 930P |
| | | | |
| | | | |
| | | | |

## REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL: $ _____

DATE: _____

STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

DO NOT DISCARD UPON REMOVAL

127602930

CONFIDENTIAL

STAR MARSHALL0001195

**CHASE O    CHASE O    CHASE O    CHASE O**

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Transaction #138
Account Number Ending In:        0515
Checking Deposit            $3,042.00

Cash Amount                 $3,042.00

Further review may result in delayed
availability of this deposit
......................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/02/2010 13:04

Business Date 11/02/2010
Session #64

Thank you - Milay
Cashbox #04

CONFIDENTIAL

STAR MARSHALL0001196

JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASE**EXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASE**EXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER

STAR_MARSHALL0001197