



STAR_MARSHALL0001199

# Cash Management Log

DAY: _Tuesday_   DATE - _11, 02, 10._

## SAFE COUNT

| NAME | OPEN: Tuesday | | MID 1: | | MID 2: | | MID 3: | | CLOSE: Giselle | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 900 | 12m | | | | | | | 2pm | 730 |
| $0.01 | 21 | 27 | | | | | | | 27 | 26 |
| $0.05 | 4 | 20 | | | | | | | 20 | 16 |
| $0.10 | 30 | 80 | | | | | | | 80 | 60 |
| $0.25 | 270 | 390 | | | | | | | 390 | 350 |
| $1.00 | 205 | 208 | | | | | | | 208 | 188 |
| $2.00 | 0 | 0 | | | | | | | 0 | 0 |
| $5.00 | 725 | 915 | | | | | | | 915 | 700 |
| $10.00 | 130 | 160 | | | | | | | 160 | 200 |
| $20.00 | 300 | 0 | | | | | | | 0 | 200 |
| OTHER $'s | 1x2.00 | | | | | | | | | |
| Total Change Fund | 1795 | 1800 | | | | | | | 1800 | 1800 |
| # Tills/Total $ | 4020 | Point | | | | | | | Actual | 4220 |
| # Till Drops | 15 | 18 | | | | | | | 40 | 40 |
| Cust. Recov. Cert. | 25 | 25 | | | | | | | 25 | 25 |
| P-Card | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| # Tip Bags | 10 | 2B | | | | | | | 40 | 40 |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

**Attach validated deposit slip/courier slip and deposit bag receipt to this sheet**

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller: | TM | Taken By Cash Controller: | Nireka |
| Preparing Deposit: | | Date to Bank: | 112 |
| Start Time: | 1pm | Time to Bank: | 1pm |
| Deposit Bag #: | 127 602930 | Deposit Bag #: | 127 602930 |
| Deposit Witness: | | Banking Witness: | |
| Deposit $: | 3042. | Bank Validated $: | 3042. |
| Completion Time: | 1:30pm | Bank Validation Time: | 1.04p |
| Change Order $: | 0 | Change $ Received: | 0 |
| Comments: | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

*Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG # | WITNESS (mandatory) | TIME: |
|---|---|---|---|---|
| 1029629 | TW | 33580263 | 4w | 8.40 |
| 1029629 | TW | 33580262 | TW | |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

CONFIDENTIAL

STAR_MARSHALL0001200

## Cash Management Log

**STORE COMMUNICATIONS**

DAY - wednesday        DATE - 11-3-10

Good Morning the garbage
room is filled with water in
the corner couldn't get to
clean it and the hand
dryer in the men's bathroom
isnt working noticed it when
I was changing to leave so
I couldnt tell a lot
have a good day
Liz (-30.56)   CA                                Myrelle
TS (-18.82)

| REGISTER 1 TOP | | | TILL DROP LOG |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| James | 59441748 | NB | 12-40 |
| bethany | | EG | 8p |
| | | | |
| | | | |
| | | | |

| REGISTER 1 BOTTOM | | | TILL DROP LOG |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| yes | | EG | 8p |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 TOP | | | TILL DROP LOG |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Marie | 59441744 | NB | 739A |
| lin | | EG | 8p |
| | | | |
| | | | |
| | | | |

| REGISTER 2 BOTTOM | | | TILL DROP LOG |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| tray | | EG | 8p |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 TOP | | | TILL DROP LOG |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 BOTTOM | | | TILL DROP LOG |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 TOP | | | TILL DROP LOG |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| REGISTER 4 BOTTOM | | | TILL DROP LOG |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

STAR MARSHALL0001203



CONFIDENTIAL

127602931

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL: $ 360.04

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

DATE: 11/3/10

STAR_MARSHALL0001205

CHASE

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

************************************

Transaction #129
Account Number Ending In:              0515
Checking Deposit                   $3,160.04

Cash Amount                        $3,160.04

Further review may result in delayed
availability of this deposit

..................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/04/2010 13:31

Business Date 11/04/2010
Session #59

Thank you - Milay
Cashbox #04

CONFIDENTIAL

STAR MARSHALL0001206

Restrictions and ~~ions apply
JPMorgan Chase Ba~~   Member FDIC.

INTRODUCING
# CHASE EXCLUSIVES℠

## BETTER
## RATES

## MORE
## REWARDS

## BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES
Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
CHASE EXCLUSIVES℠

BETTER
RATES

MORE
REWARDS

BIGGER

CONFIDENTIAL          STAR_MARSHALL0001207





STAR MARSHALL0001209

# Cash Management Log

DAY- _WED_       DATE - _11 03 10_

## SAFE COUNT

| NAME | OPEN: NaNa | | MID 1: | | MID 2: | | MID 3: | | CLOSE: Emily | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 739A | 129Am | | | | | | | 130p | 8p |
| $0.01 | 20 | 10 | | | | | | | 20 | 19 |
| $0.05 | 16 | 12 | | | | | | | 12 | 6 |
| $0.10 | 68 | 45 | | | | | | | 45 | 55 |
| $0.25 | 350 | 290 | | | | | | | 290 | 210 |
| $1.00 | 188 | 143 | | | | | | | 143 | 160 |
| $2.00 | 0 | 0 | | | | | | | 0 | 0 |
| $5.00 | 700 | 300 | | | | | | | 300 | 960 |
| $10.00 | 200 | 220 | | | | | | | 220 | 40 |
| $20.00 | 260 | 760 | | | | | | | 780 | 360 |
| OTHER $'s | | 0 | | | | | | | 0 | 0 |
| Total Change Fund | 1800 | 1800 | | | | | | | 1800 | 1510 |
| # Tills/Total $ | 48200 | 48200 | | | | | | | 48200 | 48200 |
| # Till Drops | 20 | 25 | | | | | | | (2) | NA |
| Cust. Recov. Cert. | 25 | 25 | | | | | | | 25 | 24 |
| P-Card | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | 20 | 45 | | | | | | | (4) | NA |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller | SM | Taken By Cash Controller: | Emily |
| Preparing Deposit: | SM | Date to Bank: | 11/3 |
| Start Time: | 4pm | Time to Bank: | |
| Deposit Bag #: | 1276029931 | Deposit Bag #: | 1276029931 |
| Deposit Witness: | | Banking Witness: | SM |
| Deposit $: | 3260.04 | Bank Validated $: | 3160.04 |
| Completion Time: | 4:20p | Bank Validation Time: | 1:31p |
| Change Order $: | 0 | Change $ Received: | 0 |
| Comments: | | Comments: | Fake $100 |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory) | TIME: |
|---|---|---|---|---|
| 1609374 | BJ | 335B0264 | JN | 8:26pm |
| | BJ | 335B0265 | JN | |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

# Cash Management Log

**STORE COMMUNICATIONS**

DAY -          DATE -

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Wes | 5944983 | CW | 12PM |
| John | 5944760 | CW | 1PM |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Troy | 5944750 | CW | 8PM |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Nikki | 5944782 | NB | 739? |
| Tasha | 5944754 | CW | 6PM |
| | | | |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Jayel | 5944151 | CW | 2PM |
| Beth | 5944764 | CW | 7.3? PM |
| | | | |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

CHASE 🌀

CHASE 🌀

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*********************************

Transaction #130
Account Number Ending In:           0515
Checking Deposit              $3,179.42

Cash Amount                   $3,179.42

Further review may result in delayed
availability of this deposit

...............................................

CHASE 🌀

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000249
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/04/2010 13:31

Business Date 11/04/2010
Session #59

Thank you - Miley
Cashbox #04



CONFIDENTIAL

STAR_MARSHALL0001212

DISCOU

SPECIAL BENEFITS JUST FOR BEING A
## CHASE CHECKING CUSTOMER
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
# CHASEEXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
## CHASE CHECKING CUSTOMER
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
# CHASEEXCLUSIVES℠

# BETTER
# RATES

CONFIDENTIAL

STAR_MARSHALL0001213



CONFIDENTIAL

STAR_MARSHALL0001214



STAR MARSHALL0001215

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL $3,179.42

DATE 11/4/10

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127602932

CONFIDENTIAL

STAR MARSHALL0001216

# Cash Management Log

DAY - *Thursday*  DATE - *11/04/10*

## SAFE COUNT

| NAME | OPEN: *Nikka* | | MID 1: | | MID 2: | | MID 3: | | CLOSE: *Giselle* | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 730am | 110pm | | | | | | | 12PM | 8PM |
| $0.01 | 19 | 17 | | | | | | | 17 | 15 |
| $0.05 | 6 | 6 | | | | | | | 6 | 6 |
| $0.10 | 55 | 55 | | | | | | | 55 | 25 |
| $0.25 | 210 | 180 | | | | | | | 180 | 650 |
| $1.00 | 160 | 147 | | | | | | | 147 | 100 |
| $2.00 | 8 | 8 | | | | | | | 8 | 8 |
| $5.00 | 0 | 860 | | | | | | | 860 | 660 |
| $10.00 | 960 | 60 | | | | | | | 60 | 110 |
| $20.00 | 40 | 480 | | | | | | | 480 | 740 |
| OTHER $'s | 300 | 0 | | | | | | | | |
| Total Change Fund | 1800 | 1800 | | | | | | | 1800 | 1802 |
| # Tills/Total $ | 4@500 | active | | | | | | | active | 4@500 |
| # Till Drops | 45 | 90 | | | | | | | 28 | 40 |
| Cust. Recov. Cert. | 24 | 24 | | | | | | | 24 | 24 |
| P-Card | Ⓨ N | Ⓨ N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Ⓨ N | Ⓨ N |
| # Tip Bags | 10 | 56 | | | | | | | 6 | 26 |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller | | Taken By Cash Controller | |
| Preparing Deposit: | | Date to Bank: | |
| Start Time: | | Time to Bank: | |
| Deposit Bag #: | | Deposit Bag #: | |
| Deposit Witness | | Banking Witness | |
| Deposit $: | | Bank Validated $: | |
| Completion Time: | | Bank Validation Time: | |
| Change Order $: | | Change $ Received: | |
| Comments: | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory) | TIME: |
|---|---|---|---|---|
| 1609344 | BJ | 33580266 | | 8:36 |
| | | 33560267 | | |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

CONFIDENTIAL

# Cash Management Log

## STORE COMMUNICATIONS

DAY - *Friday*        DATE - 11/05/10

~~(scribbled out text)~~

YY (-4.66)

Liz (-11.68)

T/OS (-13.12)

| REGISTER 1 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Yen | 1918 | EQ | 415p |
| Emily | 1900 | EQ | 826p |
| | | | |
| | | | |
| | | | |

| REGISTER 1 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Karen | 5944762 | NB | 12³⁰p |
| Kim | 6760 | EQ | 570p |
| | | | |
| | | | |
| | | | |

| REGISTER 2 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Noela | 5944783 | NB | 737pm |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Lin | 6808 | EQ | 500p |
| Tien | 6890 | EQ | 826p |
| | | | |
| | | | |
| | | | |

| REGISTER 3 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |

| REGISTER 4 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL:$ 2900.78

DATE: @ 11/5/10

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127602933

CONFIDENTIAL

STAR_MARSHALL0001219



Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Transaction #154
Account Number Ending In:              0515
Checking Deposit            $2,960.78

Cash Amount                 $2,960.78

Further review may result in delayed
availability of this deposit.

.................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/05/2010 13:40

Business Date 11/05/2010
Session #65

Thank you - Miley
Cashbox #04

CONFIDENTIAL

STAR_MARSHALL0001220

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASE EXCLUSIVES**℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES
Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASE EXCLUSIVES**℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER



STAR_MARSHALL0001222



STAR MARSHALL0001223

## Cash Management Log

DAY - *Friday*   DATE - *11/05/10*

### SAFE COUNT

| NAME | OPEN: N. Obba | | MID 1: | | MID 2: | | MID 3: | | CLOSE: emily | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 6:19 AM | 7:00 pm | | | | | | | 2:45 | 8:00 |
| $0.01 | 15 | 28 | | | | | | | 258 | 78 |
| $0.05 | 20 | 16 | | | | | | | 16 | 58 |
| $0.10 | 25 | 60 | | | | | | | 60 | 30 |
| $0.25 | 150 | 200 | | | | | | | 200 | 180 |
| $1.00 | 100 | 201 | | | | | | | 201 | 739 |
| $2.00 | | | | | | | | | CD | CD |
| $5.00 | 600 | 1295 | | | | | | | 1295 | 1020 |
| $10.00 | 110 | CD | | | | | | | CD | 70 |
| $20.00 | 740 | CD | | | | | | | CD | 720 |
| OTHER $'s | CD | CD | | | | | | | CD | CD |
| Total Change Fund | 1800 | 1800 | | | | | | | 1800 | 1795 |
| # Tills/Total $ | 2000 | CD/CD | | | | | | | 4000 | 4800 |
| # Till Drops | 45 | 28 | | | | | | | 2 | NA |
| Cust. Recov. Cert. | 24 | | | | | | | | 24 | NA |
| P-Card | (Y)/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | (Y)/N | (Y)/N |
| # Tip Bags | 13 | 272 | | | | | | | 8 | NA |
| Comments: | | | | | | | | | | |

### Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

### DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | N. Balbuena | Taken By Cash Controller: | N. Balbuena |
| Start Time: | 11:59 Am | Date to Bank: | 11/05/10 |
| Deposit Bag #: | 127600933 | Time to Bank: | 12:39 pm |
| Deposit Witness: | | Deposit Bag #: | 127600933 |
| Deposit $: | 2960.78 | Banking Witness: | |
| Completion Time: | 11:51 AM | Bank Validated $: | 2960.78 |
| Change Order $: | CD | Bank Validation Time: | 12:01 pm |
| Comments: | | Change $ Received: | CD |
| | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.*
*Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.*

### PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG # | WITNESS (mandatory) | TIME |
|---|---|---|---|---|
| 1196053 | FQ | 02168 | PO | 8:20 |
| | | | | |
| | | | | |
| | | | | |

### PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.*

### DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

CONFIDENTIAL

# Cash Management Log

## STORE COMMUNICATIONS

DAY - Sat          DATE - 11/6/10

(- 10¢)

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Ebb | 594411802 | SBd | 4p |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Caleb | 5944770 | SB | 1:30pm |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

CHASE ⬡   CHASE ⬡   CHASE ⬡   CHASE ⬡   CHASE ⬡

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!   •

My Transaction Summary

**********************************************

Transaction #164
Account Number Ending In:              0515
Checking Deposit                 $2,763.25

Cash Amount                      $2,763.25

Further review may result in delayed
availability of this deposit
.........................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch C00243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/08/2010 12:58

Business Date 11/08/2010
Session #59

Thank you - Milay
Cashbox #04

CONFIDENTIAL

STAR MARSHALL0001226

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING

# CHASE EXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING

# CHASE EXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER

STAR MARSHALL0001227



STAR_MARSHALL0001228



STAR_MARSHALL0001229

127602934

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL:$ 2763.25

DATE: 4/6/10

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

CONFIDENTIAL

# Cash Management Log

DAY- _Sat_    DATE - _11/10/10_

## SAFE COUNT

| NAME | OPEN: | | MID 1: | | MID 2: | | MID 3: | | CLOSE: | |
|------|-------|------|--------|-----|--------|-----|--------|-----|--------|-----|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 8:00a | 3pm | | | | | | | | |
| $0.01 | 28 | 28 | | | | | | | | |
| $0.05 | 8 | 8 | | | | | | | | |
| $0.10 | 30 | 30 | | | | | | | | |
| $0.25 | 180 | 180 | | | | | | | | |
| $1.00 | 239 | 199 | | | | | | | | |
| $2.00 | Ø | Ø | | | | | | | | |
| $5.00 | 1020 | 775 | | | | | | | | |
| $10.00 | 70 | 70 | | | | | | | | |
| $20.00 | 220 | 360 | | | | | | | | |
| OTHER $'s | Ø | Ø | | | | | | | | |
| Total Change Fund | 1795 | 1800 | | | | | | | | |
| # Tills/Total $ | 40200 | 40200 | | | | | | | | |
| # Till Drops | 40 | 40 | | | | | | | | |
| Cust. Recov. Cert. | 24 | 24 | | | | | | | | |
| P-Card | (Y) N | (Y) N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | <10 | 40 | | | | | | | | |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

**Attach validated deposit slip/courier slip and deposit bag receipt to this sheet**

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | | Taken By Cash Controller: | |
| Start Time: | 10:00 m | Date to Bank: | |
| Deposit Bag #: | 127602934 | Time to Bank: | |
| Deposit Witness: | | Deposit Bag #: | |
| Deposit $: | 2,763.25 | Banking Witness: | |
| Completion Time: | 10:53am | Bank Validated $: | |
| Change Order $: | Ø | Bank Validation Time: | |
| Comments: | | Change $ Received: | |
| | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory): | TIME: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

STAR_MARSHALL0001231

# Cash Management Log

## STORE COMMUNICATIONS

DAY -                    DATE -

| REGISTER 1 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 1 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

# Cash Management Log

## STORE COMMUNICATIONS

DAY -                          DATE -

| REGISTER 1 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 1 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

# Cash Management Log

DAY- _____  DATE - _____/_____/_____

## SAFE COUNT

| NAME | OPEN: | | MID 1: | | MID 2: | | MID 3: | | CLOSE: | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | | | | | | | | | | |
| $0.01 | | | | | | | | | | |
| $0.05 | | | | | | | | | | |
| $0.10 | | | | | | | | | | |
| $0.25 | | | | | | | | | | |
| $1.00 | | | | | | | | | | |
| $2.00 | | | | | | | | | | |
| $5.00 | | | | | | | | | | |
| $10.00 | | | | | | | | | | |
| $20.00 | | | | | | | | | | |
| OTHER $'s | | | | | | | | | | |
| Total Change Fund | | | | | | | | | | |
| # Tills/Total $ | | | | | | | | | | |
| # Till Drops | | | | | | | | | | |
| Cust. Recov. Cert. | | | | | | | | | | |
| P-Card | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| # Tip Bags | | | | | | | | | | |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | | Taken By Cash Controller: | |
| Start Time: | | Date to Bank: | |
| Deposit Bag #: | | Time to Bank: | |
| Deposit Witness: | | Deposit Bag #: | |
| Deposit $: | | Banking Witness: | |
| Completion Time: | | Bank Validated $: | |
| Change Order $: | | Bank Validation Time: | |
| Comments: | | Change $ Received: | |
| | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed bag # are accurately recorded in Deposit Prep section.
**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

### PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | TIME (mandatory): | TIME: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

### DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

STAR_MARSHALL0001234