## CASH MANAGEMENT TROUBLESHOOTING

**ISSUE: Till is short opening fund when CC counts down drawer after final use.**
Possible Causes:
- Drop box funds were not pulled.
- Drop box swept and till drop made without realization that till would not be used again that day.
- Paid Out brought drawer below opening funds.
- Register partner dropped funds in wrong drop box.

Solution:
1. Verify drop box funds were pulled (do not mix funds from other Register ID's).
2. Calculate funds needed to bring till to opening fund (whole $ amount only) and remove that amount from change bank.
3. *Record removal of funds ($ amount and Register ID [#, Top/Bottom]) on Comments section of Safe Count Log.*
4. The shortage in the change bank must be corrected when the deposit is prepared.

*NEXT DAY:*
1. Before beginning to prepare the deposit, to balance the change bank, review Comments section of the Safe Count Log from the previous day to determine which Register ID was associated with the change bank shortage.
2. Remove funds from the last logged till drop bag of that Register ID and place funds in the change bank to return it to the correct amount.
3. *Record removal of funds ($ amount and Register ID [#, Top/Bottom]) on the Comments section of the Deposit Prep Log.*

**ISSUE: Unassigned till is over opening funds.**
Possible Causes:
- Drop box funds were not pulled the last time the till was closed.
- Till drop was made without realization that the till would not be used again that day.
- Funds were dropped from another till in this till's drop box.

Solution:
1. Using the cash scale in cash calculator mode return the till to opening fund.
2. Refer to the Till Drop Log to determine which partner was the last to use that Register ID.
3. Place extra funds in till drop bag and record Register ID (#, Top/Bottom), the final register partner's name, and "extra funds drop" on the till drop bag.
4. Record till drop bag in the correct Till Drop section per normal.

*NEXT DAY:*
1. When preparing the deposit combine the contents of the two drop bags before entering that partner's till funds at the MW S.

**ISSUE: Forgot to pull drop box funds and sales media before next register partner begins ringing transactions.**
Possible Cause: Drop box funds and sales media not pulled by CC before next register partner begins to ring transactions.
Solution:
1. As soon as possible, pull drop box funds and sales media and prepare a till drop per normal.
2. Make a note on the till drop bag that funds/sales media were pulled late.

**ISSUE: There are no drop box funds/sales media to pull and drop after register partner closes till.**
Possible Cause: Register partner rang very few transactions and received no 20's or sales media.
Solution:
1. Even though there are no funds or sales media to drop, prepare a till drop bag per normal, placing the Closing Register Receipt in the bag.
2. Record the till drop bag on the Till Drop Log under the appropriate Register ID (#, Top/Bottom) and secure the till drop bag in the safe.

**ISSUE: "undocumented till drop bag" Till drop bag in safe; not logged on Till Drop Log; no till assignment listed on MWS.**
Possible Causes:
- Till drop not recorded when a drawer overage was found and dropped.
- Change bank was over during cash count and overage was removed to balance safe.
- Funds were discovered FOH and were dropped without documentation.

Solution:
1. Look for any documentation on CML, on or inside bag (Register ID or Closing Register Receipt) to indicate source of funds.
2. If funds belong to an identified partner combine the contents of the two drop bags before entering that partner's till funds at the MWS.
   - If the partner had two till assignments, combine the contents of the two drop bags that are from the same Register ID before entering that partner's till funds at the MWS.
   NOTE: If the Register ID is unknown, combine the contents of the undocumented till drop bag to one of the identified partner's till drop bags before entering that partner's till funds at the MWS. This will create an overage in one of the partner's Register ID Drawer O/S and a shortage in the partner's other Register ID Drawer O/S. These two Drawer O/S should balance each other out.
3. If funds belong to a Register ID but no partner is identified, combine the contents of the undocumented till drop bag with the contents of the till drop bag of the final partner assigned to that Register ID before entering that partner's till funds at the MWS.
4. If funds can not be matched to a partner or Register ID, the funds will be added to the deposit total after all other till drop bags have been processed and accepted.
5. *After adjusting the deposit total to include the undocumented till drop bag funds make a note in the Deposit Prep section Comments box. Notify Sales Audit (Explain Over/Short to Sales Audit).*

**ISSUE: Consolidated till drop bag funds do not match MWS deposit total:**
Possible Cause:
- A data entry error was made when entering funds at the MWS during the recount process.
- A till assignment was not Accepted (Y) on the MWS deposit screen.
- An error was made when counting funds.

Solution:
1. Recount consolidated deposit funds using the cash scale in cash calculator mode.
2. Verify that all till assignments have been Accepted (Y) on the MWS deposit screen.
3. Adjust deposit total to match actual funds on hand and accept deposit.
4. *Make a note in the Deposit Prep section Comments box of the deposit adjustment amount. Notify Sales Audit (Explain Over/Short to Sales Audit).*

Confidential. For internal use only.    ©2009 Starbucks Coffee Company.   All rights reserved.

*Nov 8 – 14*

## Cash Management Log Policies, Standards & Procedures

The Cash Management Log must be completed each day.  Print legibly and complete in pen.
Store operating funds and tip funds must be secured at all times.

**Till Drop Procedure (Cash Controller):**
1. Record register partner's name, Register ID (#, Top/Bottom), date and CC initials on till drop bag.
2. Place funds from drop box, sales media from POS drawer and Closing Register Receipt in till drop bag.  Seal till drop bag.
3. Record register partner name, entire till drop bag #, CC initials and time on the matching Register ID section of the Till Drop Log.
4. Secure till drop bag in inner compartment of safe, behind door 2.

**Final Use Till Count Procedure (Cash Controller):**
1. Remove till, sales media from POS drawer, funds from drop box and Closing Register Receipt.
2. Count down combined funds from till and drop box using cash scale in cash calculator mode.
3. Remove funds in excess of opening fund amount, leaving opening fund amount in till.
4. Follow Till Drop Procedure to secure excess funds, sales media and closing register receipt.
5. Secure till with verified opening fund in POS drawer or safe.

**Safe Count Procedure (Cash Controller):**
The safe must not be left open and unattended.
The safe must not be opened or the time delay set during the first 30 minutes and the last 30 minutes of customer operations.
Only the Cash Controller may set and access the safe.
Complete and record an accurate physical "start" count when accepting the cash controller keys and an "end" count when passing the cash controller keys to the next cash controller or counting out at the end of day.
1. Record CC initials and start or end count time on the Safe Count Log.
2. Count and record change fund amount, opening till fund amounts, # of till drops, # of Customer Recovery certificates, PCard, and # of tip drops.
   NOTE: Lock Out Period Safes: When completing a safe count during the Lockout Period (3pm-8am) record "N/A" or "Locked Out" in the number of till and tip drop section of the safe count. All safe counts occurring outside of the lockout period (8am-3pm) must include an actual physical count of all till and tip drop bags.

**Deposit Log (Cash Controller):**
   NOTE: Procedures for preparing the deposit and transporting the deposit to the bank are located in the Store Operations manual section 4 Cash Control.
The deposit must be prepared and transported to the bank every day.
The deposit must be prepared after 8am and must be transported to the bank by 3pm.
The deposit must be taken inside the bank for processing if the bank is open. The weekend depository box must only be used if the bank is closed.

**Deposit Prep Section Procedure:**
1. Record the start time and CC initials in the Deposit Prep section on the date the deposit is processed.
2. Record deposit $, deposit bag # and completion time.
3. **Deposit Witness** records their initials after confirming that the CC initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in the Deposit Prep section.
4. Secure sealed deposit bag in inner compartment of safe, behind door 2, if not immediately transported to bank.

**Deposit to Bank Section Procedure:**
1. Record CC name taking deposit to bank, date to bank, time to bank and deposit bag # in the Deposit to Bank section on the date the deposit is processed.
2. **Banking Witness** records their initials after confirming that the CC initials, date and time of the CC departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.
3. Record validated deposit amount and validated time on Deposit to Bank section and attach validated deposit slip after returning from the bank or when the deposit slip has been retrieved for deposits made through the weekend depository.

**Till Audit Procedure (Store Manager):**
A minimum of two random till audits must be performed each week.
1. Follow steps 1-4 of Final Use Till Count.
2. Record SM name, date, register partner's name and Register ID on Partner Till Audit Log. Over/short will be recorded when deposit is prepared.
3. Secure till with verified opening fund in POS drawer or safe.
4. Ensure over/short is recorded after deposit is prepared on following day.

**Report Store Operating Funds Procedure (Store Manager):**
The Store Operating Funds (change bank and till bank) must be physically verified and updated on the MWS each week.
1. From the MWS select "Manager Menu", "Daily Bookkeeping Menu", "Report Store Operating Funds"
2. F1 – to Count Change/Till Bank Funds.  Enter the amount of money actually in the Change and Till Bank in the two fields "Total Change Bank" and "Total Assigned/Unassigned Tills". Record the total on the Cash Management Log under "Report Store Operating Funds" and sign off.
3. Upon completion of entering the funds amounts press "F1" to Save and then "F7" to Quit.

**Tip Drop Procedure (all partners):**
Tip funds must be secured at all times.
1. Remove tip funds from plexi, place funds in a tip drop bag and seal tip drop bag.
2. Record date on tip drop bag.
3. Record partner #, initials, and entire tip drop bag # on the Tip Drop Log.
4. Secure tip drop bag in inner compartment of safe, behind door 2.
5. Witness records their initials and time after verifying the tips have been secured in the safe.

**Tip Drop Removal Procedure**
1. Remove tip drop bags from inner compartment of safe (cash controller).
2. Record entire tip drop bag # for each tip drop bag on Partner Tip Removal Log.
3. Record CC initials as Witness and time.
4. Transfer tip drop bags to partner processing tips.
5. Partner receiving tip drop bags records partner # and initials after verifying tip drop bag #'s.

**Accountability and Duty to Report**
Failure to comply with cash management log policy endangers partner safety. Acts in violation or omissions of policy are grounds for disciplinary action up to and including termination. Uncorrected or continuing violations must be reported to management, your local Partner Resources generalist or the Standards of Business Conduct Helpline at 800/611-7792.

CONFIDENTIAL

CONFIDENTIAL

## Cash Management Log

### STORE COMMUNICATIONS

| DAY - | DATE - |
|---|---|

T.S (-6.98)

JS (-13.13) not employed

(-19.45) T O/S

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Nathan | 5944172 | SN | 9:50a |
| Tara | 594448 D | | 3 pm |
| Tracy | 5944179 | | 730 |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Tasha | 594428 | | 6pm |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Troy | 5944129 | | 1pm |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Liz | 5944229 | | 7pm |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |

CONFIDENTIAL

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL $ 266.94

DO NOT DISCARD UPON REMOVAL       DATE: 11/3/10
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127603060

CONFIDENTIAL

STAR_MARSHALL0001239

**CHASE** **CHASE** **CHASE** **CHASE** **CHASE** **CHASE**

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

****************************************

Transaction #165
Account Number Ending In:            0515
Checking Deposit              $355.94

Cash Amount                   $355.94

Further review may result in delayed
availability of this deposit
.........................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/08/2010 12:59

Business Date 11/08/2010
Session #59

Thank you - Milay
Cashbox #04

CONFIDENTIAL

STAR_MARSHALL0001240

## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASEEXCLUSIVES**℠

# BETTER
# RATES

## MORE
### REWARDS

## BIGGER
### DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASEEXCLUSIVES**℠

# BETTER
# RATES

STAR_MARSHALL0001241



STAR_MARSHALL0001242



CONFIDENTIAL



CONFIDENTIAL

STAR_MARSHALL0001244

# Cash Management Log

DAY _Monday_ / DATE _11/08/10_

## SAFE COUNT

| NAME | OPEN Uowa | | MID 1: | | MID 2: | | MID 3: | | CLOSE: Giselle | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 7:30m | 1:40pm | | | | | | | 10PM | 130pm |
| $0.01 | 28 | 33 | | | | | | | 33 | 35 |
| $0.05 | 8 | 26 | | | | | | | 26 | 26 |
| $0.10 | 30 | 115 | | | | | | | 115 | 95 |
| $0.25 | 180 | 370 | | | | | | | 370 | 330 |
| $1.00 | 199 | 206 | | | | | | | 206 | 206 |
| $2.00 | 0 | 0 | | | | | | | | |
| $5.00 | 925 | 1030 | | | | | | | 1030 | 925 |
| $10.00 | 70 | 0 | | | | | | | 0 | 30 |
| $20.00 | 3000 | 0 | | | | | | | 0 | 160 |
| OTHER $'s | 0 | 0 | | | | | | | 0 | 0 |
| Total Change Fund | 4500 | 1800 | | | | | | | 1800 | 1805 |
| # Tills/Total $ | 4200 | active | | | | | | | actul | 4200 |
| # Till Drops | 40 | 18 | | | | | | | 18 | 40 |
| Cust. Recov. Cert. | 24 | 24 | | | | | | | 24 | 24 |
| P-Card | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | 10 | 0 | | | | | | | 0 | 10 |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

_Attach validated deposit slip/courier slip and deposit bag receipt to this sheet_

## DEPOSIT INFORMATION

| Deposit Prep | | | Deposit to Bank | | |
|---|---|---|---|---|---|
| Cash Controller | | | Taken By Cash Controller: | | |
| Preparing Deposit | | | Date to Bank: | | |
| Start Time: | | | Time to Bank: | | |
| Deposit Bag #: | | | Deposit Bag #: | | |
| Deposit Witness | | | Banking Witness | | |
| Deposit $: | | | Bank Validated $: | | |
| Completion Time: | | | Bank Validation Time: | | |
| Change Order $: | | | Change $ Received: | | |
| Comments: | | | Comments: | | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

*Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

| PARTNER TILL AUDIT #1 | | PARTNER TILL AUDIT #2 | | PARTNER TILL AUDIT #3 | |
|---|---|---|---|---|---|
| Store Manager: | | Store Manager: | | Store Manager: | |
| Date: | | Date: | | Date: | |
| Partner Name: | | Partner Name: | | Partner Name: | |
| Register ID | | Register ID | | Register ID | |
| Over/Short $: | | Over/Short $: | | Over/Short $: | |
| Comments: | | Comments: | | Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG # | WITNESS (mandatory) | TIME |
|---|---|---|---|---|
| 1609344 | BJ | 33580070 | Y/N | 8:30 |
| 1609344 | BJ | 33580071 | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER # | 1609344 | INITIALS | BJ |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | 12:00PM |

DROP BAG #'S:

33580269   0265
0268   0266
0257   0263
0267   0258
0262
0264

## DM VERIFICATION

| DM Signature: | | Date Reviewed: |
|---|---|---|
| Comments: | | |

*Witness on tip drop removals must be the scheduled cash controller.

CONFIDENTIAL

## Cash Management Log

### STORE COMMUNICATIONS

DAY - _Tuesday_     DATE - _11-9-10_

you Have 4 decaf
travelers an 6 Regulars
that would be coming
between 7AM - 7:15 AM
No supplies needed

(Q) → deposit          Have a good
                              Day :-)

                              Vaca _____

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Xaven | 59441801 | SH | 2:11po |
| Troy | 59441721 | NB | 6:24pm |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Serenity | 59441717 | NB | 3:29pm |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Yel | 5944805 | NB | 1:34pm |
| NORa | 5944725 | NB | 7:39pm |
| | | | |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| James | 5944723 | NB | 4:07pm |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Kra | 5944733 | NB | 7:3pm |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | 9288 | NB | |
| | 9288 | NB | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

**********************************************

Transaction #177
Account Number Ending In:              0515
Checking Deposit               $3,101.36

Cash Amount                    $3,101.36

Further review may result in delayed
availability of this deposit

...........................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/10/2010 14:13

Business Date 11/10/2010
Session #75

Thank you - Lekeisha
Cashbox #02

STAR_MARSHALL0001247

REWARDS

# BIGGER
## DISCOUNTS.

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES
Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
## CHASE EXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
## CHASEEXCLUSIVES℠

STAR_MARSHALL0001248



CONFIDENTIAL

STAR_MARSHALL0001249



STAR_MARSHALL0001250

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL.$ 301.30

DATE 1/9/10

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127603061

CONFIDENTIAL

STAR_MARSHALL0001251

# Cash Management Log

DAY- _____  DATE - _____ / _____ / _____

## SAFE COUNT

| NAME | OPEN: Tuaka | MID 1: | | MID 2: | | MID 3: | | CLOSE: | |
|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | |
| TIME | 1:49pm | 6:39pm | | | | | | | |
| $0.01 | 33 | 25 | | | | | | | |
| $0.05 | 26 | 20 | | | | | | | |
| $0.10 | 95 | 50 | | | | | | | |
| $0.25 | 330 | 320 | | | | | | | |
| $1.00 | 206 | 182 | | | | | | | |
| $2.00 | 20 | 0 | | | | | | | |
| $5.00 | 925 | 1125 | | | | | | | |
| $10.00 | 30 | 20 | | | | | | | |
| $20.00 | 160 | 60 | | | | | | | |
| OTHER $'s | 0 | 0 | | | | | | | |
| Total Change Fund | 1805 | 1800 | | | | | | | |
| # Tills/Total $ | 2015 | 2000 | | | | | | | |
| # Till Drops | 8 | 60 | | | | | | | |
| Cust. Recov. Cert. | 24 | 24 | | | | | | | |
| P-Card | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | 4 | 10 | | | | | | | |
| Comments: | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Cash Controller | | | |
|---|---|---|---|
| Preparing Deposit: | GM | Taken By Cash Controller: | Nuveen |
| Start Time: | 1:45pm | Date to Bank: | 10/9/10 |
| Deposit Bag #: | 127603061 | Time to Bank: | 2:06pm |
| Deposit Amount: | | Deposit Bag #: | 127603061 |
| Deposit $: | 3101.36 | Banking Witness: | |
| Completion Time: | 2pm | Bank Validated $: | |
| Change Order $: | 0 | Bank Validation Time: | |
| Comments: | | Change $ Received: | |
| | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.
**Banking Witness confirms that cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG #: | WITNESS (mandatory) | TIME |
|---|---|---|---|---|
| 1609344 | BJ | 3358 0272 | AV | 8:30pm |
| | | 3.3580273 | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory) | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | Date Reviewed: |
|---|---|
| Comments: | |

STAR MARSHALL0001252

## Cash Management Log

### STORE COMMUNICATIONS

DAY - _____     DATE - _____

+91.84

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Uer. | 5944739 | NB | 3:40m |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Liz | 5944741 | NB | 3:4 |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Tasha | 5944809 | NB | 4:31m |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |

CONFIDENTIAL

CHASE ◯ CHASE ◯ CHASE ◯ CHASE ◯ CHASE ◯ CH

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary.

*******************************************

Transaction #178
Account Number Ending In:                0515
Checking Deposit                  $3,108.68

Cash Amount                       $3,108.68

Further review may result in delayed
availability of this deposit
..............................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000249
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/10/2010 14:19

Business Date 11/10/2010
Session #75

Thank you - Lakeisha
Cashbox #02

STAR_MARSHALL0001254

# BETTER RATES

# MORE REWARDS

# BIGGER DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A

**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING

# CHASEEXCLUSIVES℠

# BETTER RATES

# MORE REWARDS

# BIGGER DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A

**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

STAR_MARSHALL0001255





CONFIDENTIAL

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL $ 3108.68

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

DATE: 11/19/10

127602935

CONFIDENTIAL

STAR_MARSHALL0001258

# Cash Management Log

DAY- _____  DATE - _____/_____/_____

## SAFE COUNT

| NAME | OPEN: | | MID 1: | | MID 2: | | MID 3: | | CLOSE: | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 6:18a | 2pm | | | | | | | 19 | 6:78 |
| $0.01 | 23 | 19 | | | | | | | 16 | 18 |
| $0.05 | 20 | 16 | | | | | | | 40 | 14 |
| $0.10 | 50 | 40 | | | | | | | 250 | 20 |
| $0.25 | 320 | 250 | | | | | | | 146 | 200 |
| $1.00 | 182 | 145 | | | | | | | 45 | 218 |
| $2.00 | 8 | 8 | | | | | | | 230 | |
| $5.00 | 1005 | 230 | | | | | | | 8 | 1270 |
| $10.00 | 20 | 8 | | | | | | | 8 | 40 |
| $20.00 | 80 | 8 | | | | | | | 8 | 8 |
| OTHER $'s | 8 | 1100 | | | | | | | 1100 | 8 |
| Total Change Fund | 1700 | 1800 | | | | | | | 1800 | 1800 |
| # Tills/Total $ | 3020 | mu sc | | | | | | | 2039 | 4000 |
| # Till Drops | 6.0 | 8 | | | | | | | 8 | 8 |
| Cust. Recov. Cert. | 29 | 24 | | | | | | | 24 | 24 |
| P-Card | (Y)N | (Y)N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | (Y)N | (Y)N |
| # Tip Bags | 60 | 8 | | | | | | | 60 | 65 |
| Comments: | le216 2a6c(-8100) $100 -change | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

## DEPOSIT INFORMATION

| Deposit Prep | | | Deposit to Bank | | |
|---|---|---|---|---|---|
| Cash Controller Preparing Deposit: | | | Taken By Cash Controller: | | |
| Start Time: | | | Date to Bank: | | |
| Deposit Bag #: | | | Time to Bank: | | |
| Deposit Witness | | | Deposit Bag #: | | |
| Deposit $: | | | Banking Witness | | |
| Completion Time: | | | Bank Validated $: | | |
| Change Order $: | | | Bank Validation Time: | | |
| Comments: | | | Change $ Received: | | |
| | | | Comments: | | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.
**Banking Witness confirms that cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory) | TIME: |
|---|---|---|---|---|
| 1609344 | BJ | 33580274 33580275 | | 8:30pm |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory) | | TIME | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

CONFIDENTIAL

## Cash Management Log

### STORE COMMUNICATIONS

DAY - _____     DATE - _____

(- .47)

| REGISTER 1 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Karen | 5944180 | NB | 2:49p |
| Andrea | 5944783 | NB | 4pm |

| REGISTER 1 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Serenity | 5944785 | NB | 3:5pm |

| REGISTER 2 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Nathan | 5944184 | SG | 11am |
| Kim | 5944811 | NB | 3:31pm |

| REGISTER 2 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Lee | 5944813 | NB | 5pm |

| REGISTER 3 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |

| REGISTER 3 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |

| REGISTER 4 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |

| REGISTER 4 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |

CONFIDENTIAL

STAR_MARSHALL0001260

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

**********************************

Transaction #194
Account Number Ending In:              0515
Checking Deposit            $3,027.69

Cash Amount                 $3,027.69

Further review may result in delayed
availability of this deposit
..................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000249
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/12/2010 13:28

Business Date 11/12/2010
Session #59

Thank you - Milay
Cashbox #04

CONFIDENTIAL

STAR MARSHALL0001261

CHASEEXCLUSIVES℠

# BETTER RATES

# MORE REWARDS

# BIGGER DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
CHASEEXCLUSIVES℠

# BETTER RATES

# MORE REWARDS

# BIGGER DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

CONFIDENTIAL

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL # 300460

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

DATE: 11/12/10

127602936

CONFIDENTIAL

STAR MARSHALL0001263

**TranSource®**

DATE 11/12/10

**DEPOSIT TICKET**

STARBUCKS COFFEE COMPANY
STORE #11649
345 HUDSON ST

JPMORGAN CHASE BANK

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 3021 | |
| COIN | | 69 |
| CHECKS LIST EACH SEPARATELY | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

DEPOSIT PREPARED BY

DEPOSIT VERIFIED BY NMA

PRINT NAME Seventy Marshall

DEPOSIT BAG # 12602936

| TOTAL | 3027 | 69 |
|---|---|---|

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

TOTAL ITEMS 1

TO REORDER
CALL 1-888-750-4545
AND REFERENCE
ORDER #ZYBYL304

**DEPOSIT TICKET**

CONFIDENTIAL



# Cash Management Log

DAY: _Thurs_   DATE: _11 / 11 / 10_

## SAFE COUNT

| NAME SAFE COUNT TIME | OPEN: _SA_ START _7:30a_ | END _2:30p_ | MID 1: START | END | MID 2: START | END | MID 3: START | END | CLOSE _Noryya_ START _1:44pm_ | END _7:30m_ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.01 | 18 | 18 | | | | | | | 18 | 12 |
| $0.05 | 14 | 14 | | | | | | | 14 | 6 |
| $0.10 | 20 | 20 | | | | | | | 20 | 6 |
| $0.25 | 200 | 200 | | | | | | | 200 | 100 |
| $1.00 | 248 | 208 | | | | | | | 208 | 192 |
| $2.00 | 8 | 8 | | | | | | | 8 | 6 |
| $5.00 | 1270 | 1070 | | | | | | | 1070 | 800 |
| $10.00 | 40 | 30 | | | | | | | 30 | 10 |
| $20.00 | 8 | 240 | | | | | | | 240 | 300 |
| OTHER $'s | 8 | 8 | | | | | | | | |
| Total Change Fund | 1810 | 1800 | | | | | | | 1800 | 1800 |
| # Tills/Total $ | 8 2200 | in use | | | | | | | | |
| # Till Drops | 40 | 7 | | | | | | | delise 41000 | |
| Cust. Recov. Cert. | 24 | 24 | | | | | | | 24 | 24 |
| P-Card | Y N | Y N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y N | Y N |
| # Tip Bags | 10 | 6 | | | | | | | 6B | 130 |
| Comments: | (e +B7) + $10 | | | | | | | | | |

## Report Store Operating Funds

| Signature: | $ Amount Entered: |
|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller | | | |
| Preparing Deposit: | _SA_ | Taken By Cash Controller: | |
| Start Time: | _12pm_ | Date to Bank: | |
| Deposit Bag #: | _127602936_ | Time to Bank: | |
| Deposit Witness: | | Deposit Bag #: | |
| Deposit $: | _3027.69_ | Banking Witness: | |
| Completion Time: | _12:33p_ | Bank Validated $: | |
| Change Order $: | _A_ | Bank Validation Time: | |
| Comments: | | Change $ Received: | |
| | | Comments: | |

*Deposit Witness confirms that co initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.
*Banking Witness confirms that the co initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

| PARTNER TILL AUDIT #1 | | PARTNER TILL AUDIT #2 | | PARTNER TILL AUDIT #3 | |
|---|---|---|---|---|---|
| Store Manager: | | Store Manager: | | Store Manager: | |
| Date: | | Date: | | Date: | |
| Partner Name: | | Partner Name: | | Partner Name: | |
| Register ID | | Register ID | | Register ID | |
| Over/Short $: | | Over/Short $: | | Over/Short $: | |
| Comments: | | Comments: | | Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG # | WITNESS (mandatory) | TIME |
|---|---|---|---|---|
| 1629627 | TW | 33580276 | WB | |
| 1629627 | TW | 33580277 | WB | |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER # | | INITIALS | |
|---|---|---|---|
| CO WITNESS (mandatory) | | TIME | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | Date Reviewed: |
|---|---|
| Comments: | |

STAR_MARSHALL0001266

# Cash Management Log

**STORE COMMUNICATIONS**

DAY - Friday          DATE - 11-12-10

K.S ($9.60)
L.I (61.08)
UY (5.60)

## REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Yer | 59441821 | | 1PM |
| Beth | 59441855 | | 730 |

## REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Kimberly | 59441823 | | 4pm |

## REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Karen | 59441871 | | 3PM |
| Yasha | 59441871 | | 8PM |

## REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Kimberly | 59441823 | | |
| Roy | 59441823 | | 8PM |

## REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|

## REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|

## REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|

## REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|

CONFIDENTIAL

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL $ 2713.74
DATE: 11/24/0

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127602937

CONFIDENTIAL

STAR MARSHALL0001268

CHASE 🄯 CHASE 🄯 CHASE 🄯 CHASE 🄯

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*************************************

Transaction #195
Account Number Ending In:            0515
Checking Deposit              $2,713.24

Cash Amount                   $2,713.24

Further review may result in delayed
availability of this deposit
.........................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
11/12/2010 13:28

Business Date 11/12/2010
Session #59

Thank you - Milay
Cashbox #04

STAR MARSHALL0001269

TranSource®



DATE 11/12/10

**DEPOSIT TICKET**

STARBUCKS COFFEE COMPANY
STORE #11649
349 HUDSON ST

JPMORGAN CHASE BANK

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 2713 | |
| COIN | | 24 |
| CHECKS | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

DEPOSIT PREPARED BY

DEPOSIT VERIFIED BY

PRINT NAME
Seventy

DEPOSIT BAG #

| TOTAL | 2713 | 24 |
|---|---|---|

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

TOTAL ITEMS 1

TO REORDER
CALL 1-888-750-4145
AND REFERENCE
ORDER #ZYBY1394

**DEPOSIT TICKET**

STAR MARSHALL0001270



STAR_MARSHALL0001271