CONFIDENTIAL

STAR MARSHALL0000995

# Cash Management Log

## STORE COMMUNICATIONS

DAY - Monday          DATE - 12/06/10

NB4 (-5.20)
TS (-4.77)
KV (-39.39)
TW
NB (-6.02)
KS +34
YY +19.21
BJ +101.03

Total O/S (-23.34)

| REGISTER 1 TOP | | | TILL DROP LOG | | REGISTER 1 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME | | PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Nathan | 8944765 | SM | 10:39 | | Karen | 5944751 | NB | 10 |
| Troy | 5944263 | CW | 6 PM | | Tracy | 5944203 | CW | 6 PM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| REGISTER 2 TOP | | | TILL DROP LOG | | REGISTER 2 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME | | PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Nicole | 5944204 | NB | 7:39 | | Yen | 5949759 | NB | 10 |
| KIM | 5944203 | CW | 6 PM | | Beth | 5944203 | SM | 8 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| REGISTER 3 TOP | | | TILL DROP LOG | | REGISTER 3 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME | | PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| REGISTER 4 TOP | | | TILL DROP LOG | | REGISTER 4 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME | | PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CONFIDENTIAL

127603067

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL $ 560.00
DO NOT DISCARD UPON REMOVAL                        DATE: 12/1/10
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

STAR MARSHALL0000997

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*****************************************

Transaction #170
Account Number Ending in:              0515
Checking Deposit             $580.50

Cash Amount                  $580.50

Further review may result in delayed
availability of this deposit

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/08/2010 14:15

Business Date 12/08/2010
Session #73

Thank you - Carlos
Cashbox #01

CONFIDENTIAL

**BETTER RATES**

**MORE REWARDS**

**BIGGER DISCOUNTS**

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

**TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES**

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASE EXCLUSIVES**℠

**BETTER RATES**

**MORE REWARDS**

**BIGGER DISCOUNTS**

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

**TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES**

CONFIDENTIAL

# Cash Management Log

DAY _Monday_   DATE _02/06/10_

## SAFE COUNT

| NAME | OPEN: Chanla | MID 1: | | MID 2: | | MID 3: | | CLOSE: Gisel|e | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 6AM | 12:50pm | | | | | | | 145 | 8 PM |
| $0.01 | 10 | 11 | | | | | | | 11 | 21 |
| $0.05 | 8 | 6 | | | | | | | 6 | 12 |
| $0.10 | 50 | 30 | | | | | | | 80 | 60 |
| $0.25 | 210 | 140 | | | | | | | 140 | 430 |
| $1.00 | 125 | 194 | | | | | | | 194 | 158 |
| $2.00 | 8 | 8 | | | | | | | 8 | 8 |
| $5.00 | 110 | 75 | | | | | | | 75 | 820 |
| $10.00 | 300 | 70 | | | | | | | 20 | 240 |
| $20.00 | 980 | 1400 | | | | | | | 1400 | 280 |
| OTHER $'s | | 8 | | | | | | | | |
| Total Change Fund | 1800 | 1801. | | | | | | | 1801 | 1801 |
| # Tills/Total $ | 4@200 | active | | | | | | | active | 4@200 |
| # Till Drops | 45 | 46. | | | | | | | 46 | 60 |
| Cust. Recov. Cert. | 18 | | | | | | | | 18 | 18 |
| P-Card | Y N | Y N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y N | Y / N |
| # Tip Bags | 16 | 08 | | | | | | | 08 | 16 |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

_Attach validated deposit slip/courier slip and deposit bag receipt to this sheet_

## DEPOSIT INFORMATION

| Deposit Prep. | | Deposit to Bank: | |
|---|---|---|---|
| Cash Controller | SM | Taken By Cash Controller: | Giselle Mitchell |
| Preparing Deposit: | | Date to Bank: | 12/06/10 |
| Start Time: | 1:210 | Time to Bank: | 2:09 |
| Deposit Bag #: | N/A | Deposit Bag #: | 127603010 |
| Deposit $: | 580.50 | Banking Witness | SM |
| Completion Time: | 1:23p | Bank Validated $: | 580 |
| Change Order $: | 8 | Bank Validation Time: | |
| Comments: | | Change $ Received: | 1400 |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

*Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

| PARTNER TILL AUDIT #1 | | PARTNER TILL AUDIT #2 | | PARTNER TILL AUDIT #3 | |
|---|---|---|---|---|---|
| Store Manager: | | Store Manager: | | Store Manager: | |
| Date: | | Date: | | Date: | |
| Partner Name: | | Partner Name: | | Partner Name: | |
| Register ID | | Register ID | | Register ID | |
| Over/Short $: | | Over/Short $: | | Over/Short $: | |
| Comments: | | Comments: | | Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory) | TIME: |
|---|---|---|---|---|
| 1530473 | GZ | 34131833 | | 8 PM |
| 1530473 | | 34131832 | | 8PM |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | 1385242 | | |
|---|---|---|---|
| CC WITNESS (mandatory): | NB | TIME: | 1:29pm |

DROP BAG #'S:
- ✓ 34131828   ✓ 34131843
- ✓ 34131836   ✓ 34131835
- ✓ 34131842   ✓ 34131841
- ✓ 34131834
- ✓ 34131831
- ✓ 34131829

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

CONFIDENTIAL

STAR_MARSHALL0001000

Dec 13 - 19   Dec 20 - 26   Dec 27 - Jan 2

# Cash Management Log

## STORE COMMUNICATIONS

DAY - _Tues_     DATE - _12/7_

AS (-12.93)

T/O/S(-14.71)

| REGISTER 1 TOP | | | | |
|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | | CC INITIALS | TIME |
| Mary/Deshawn | 59442043 | | MB | 12:00 |
| Bobby | 59442089 | | | 9:13 |
| | | | | |
| | | | | |

| REGISTER 1 BOTTOM | | | | |
|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | | CC INITIALS | TIME |
| Andre | 594420 | | | 8:00 |
| Tasha | 5 | | | |
| | | | | |
| | | | | |

| REGISTER 2 TOP | | | | |
|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | | CC INITIALS | TIME |
| Maria | 59442039 | | MB | 8:39am |
| Nathan | 59442041 | | | 10:40a |
| Kimberly | 59442088 | | | 4pm |

| REGISTER 2 BOTTOM | | | | |
|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | | CC INITIALS | TIME |
| Herb | 59442066 | | | 4:19 |
| Giselle | 59442059 | | | 9:20 |
| | | | | |

| REGISTER 3 TOP | | | | |
|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | | CC INITIALS | TIME |
| | | | | |
| | | | | |
| | | | | |

| REGISTER 3 BOTTOM | | | | |
|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | | CC INITIALS | TIME |
| | | | | |
| | | | | |
| | | | | |

| REGISTER 4 TOP | | | | |
|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | | CC INITIALS | TIME |
| | | | | |
| | | | | |
| | | | | |

| REGISTER 4 BOTTOM | | | | |
|---|---|---|---|---|
| PARTNER NAME | DROP BAG # | | CC INITIALS | TIME |
| | | | | |
| | | | | |
| | | | | |

CONFIDENTIAL

CHASE ♦

CHASE ♦

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*****************************************

Transaction #168
Account Number Ending In:          0515
Checking Deposit                $2,132.76

Cash Amount                     $3,132.76

Further review may result in delayed
availability of this deposit
...................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/08/2010 14:15

Business Date 12/08/2010
Session #73

Thank you - Carlos
Cashbox #01

♦

CONFIDENTIAL
STAR_MARSHALL0001002

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
# CHASEEXCLUSIVES℠

## BETTER
## RATES

## MORE
### REWARDS

## BIGGER
### DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
CHASE CHECKING CUSTOMER

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
# CHASEEXCLUSIVES℠

## BETTER
## RATES

## MORE

STAR_MARSHALL0001003



STAR_MARSHALL0001004



STAR_MARSHALL0001005

127603066

STARBUCKS COFFEE COMPANY DEPOSIT RECORD 6

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATE.

CONFIDENTIAL

# Cash Management Log

DAY- 12/07/10   DATE- TUE

## SAFE COUNT

| NAME | OPEN: | | MID 1: | | MID 2: | | MID 3: | | CLOSE: Giselle | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 6PM | 12:18m | | | | | | | 1PM | 8PM |
| $0.01 | 27 | 16 | | | | | | | 16 | 15 |
| $0.05 | 12 | 4 | | | | | | | 4 | 35 |
| $0.10 | 60 | 40 | | | | | | | 40 | 320 |
| $0.25 | 430 | 330 | | | | | | | 330 | 320 |
| $1.00 | 138 | 85 | | | | | | | 85 | 58 |
| $2.00 | 0 | 0 | | | | | | | | |
| $5.00 | 620 | 355 | | | | | | | 355 | 15 |
| $10.00 | 240 | 630 | | | | | | | 210 | 630 |
| $20.00 | 280 | 700 | | | | | | | 700 | 980 |
| OTHER $'s | | | | | | | | | | |
| Total Change Fund | 1800 | 1800 | | | | | | | 1800 | 1800 |
| # Tills/Total $ | 4/2300 | 3/2000 | | | | | | | 3/2000 | 4/2300 |
| # Till Drops | 6 | 38 | | | | | | | 6 | 38 |
| Cust. Recov. Cert. | | | | | | | | | | |
| P-Card | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | 100 | 203 | | | | | | | 203 | 410 |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller: | SA | Taken By Cash Controller: | Giselle |
| Preparing Deposit: | | Date to Bank: | 12/7 |
| Start Time: | 7pm | Time to Bank: | 7pm |
| Deposit Bag #: | 127603066 | Deposit Bag #: | 127603066 |
| Deposit Witness: | RS | Banking Witness: | SA |
| Deposit $: | 3,132.76 | Bank Validated $: | 3,132.76 |
| Completion Time: | 7:26p | Bank Validation Time: | 2:15p |
| Change Order $: | 0 | Change $ Received: | 0 |
| Comments: | | Comments: | |

*Deposit Witness confirms that cc initial's, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

*Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory) | TIME: |
|---|---|---|---|---|
| US30493 | G | 34131830 | TV | 820 |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

CONFIDENTIAL

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*****************************************

Transaction #169                        0515
Account Number Ending In:
Checking Deposit                   $3,195.66

Cash Amount                        $3,195.66

Further review may result in delayed
availability of this deposit

.........................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/08/2010 14:15

Business Date 12/08/2010
Session #73

Thank you - Carlos
Cashbox #01



CONFIDENTIAL

STAR MARSHALL0001008

REWARD

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
### CHASE CHECKING CUSTOMER

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
## CHASEEXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
### CHASE CHECKING CUSTOMER

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
## CHASEEXCLUSIVES℠

CONFIDENTIAL

STAR_MARSHALL0001009

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL $2,919.66

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

DATE: 2/6/10

127603001

CONFIDENTIAL

STAR MARSHALL0001010

# Cash Management Log

DAY- _____ DATE - _____/_____/_____

## SAFE COUNT

| NAME SAFE COUNT | OPEN: | | MID 1: | | MID 2: | | MID 3: | | CLOSE: | |
|---|---|---|---|---|---|---|---|---|---|---|
| | START | END | START | END | START | END | START | END | START | END |
| TIME | 9am | 230m | | | | | | | 2:45 | 7pm |
| $0.01 | 15 | 23 | | | | | | | 23 | 22 |
| $0.05 | 27 | 20 | | | | | | | 20 | 20 |
| $0.10 | 25 | 110 | | | | | | | 110 | 90 |
| $0.25 | 300 | 300 | | | | | | | 300 | 200 |
| $1.00 | 35 | 200 22 | | | | | | | 213 | 78 |
| $2.00 | 0 | 0 | | | | | | | 0 | 0 |
| $5.00 | 745 | 1115 | | | | | | | 1115 | 765 |
| $10.00 | 290 | 0 | | | | | | | 0 | 160 |
| $20.00 | 1000 | 20 | | | | | | | 20 | 400 |
| OTHER $'s | 0 | | | | | | | | 0 | 0 |
| Total Change Fund | 1800 | 1801 | | | | | | | 1801 | 1801 |
| # Tills/Total $ | 400 Doctor | | | | | | | | actue 800 | 80 |
| # Till Drops | 4 | 31 | | | | | | | 45 | 10 |
| Cust. Recov. Cert. | 10 | 10 | | | | | | | | |
| P-Card | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | 60 | 205 | | | | | | | 30 | 40 |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Cash Controller: | | Taken By Cash Controller: | |
|---|---|---|---|
| Preparing Deposit: | DM | Date to Bank: | 12/8 |
| Start Time: | 1pm | Time to Bank: | 7pm |
| Deposit Bag #: | 12760300 | Deposit Bag #: | 12760300 |
| Deposit $: | 3195.66 | Bank Validated $: | |
| Completion Time: | 1:00pm | Bank Validation Time: | |
| Change Order $: | 0 | Change $ Received: | |
| Comments: | | Comments: | |

## PARTNER TILL AUDIT #1
| Store Manager: | |
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2
| Store Manager: | |
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3
| Store Manager: | |
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG # | WITNESS (mandatory) | TIME |
|---|---|---|---|---|
| 1609344 | BJ | 34131845 34131846 | | 8:30pm |

## PARTNER TIP REMOVAL (weekly)

| PARTNER # | | INITIALS | |
|---|---|---|---|
| cc WITNESS (mandatory) | | TIME | |

DROP BAG #'S:

## DM VERIFICATION
| DM Signature: | | Date Reviewed: | |
| Comments: | | | |

STAR_MARSHALL0001011

# Cash Management Log

## STORE COMMUNICATIONS

DAY - *Thursday*    DATE - *12/09/10*

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Tasha | 5944208 | | 6P |
| Tracy | 5944207 | | 8PM |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Troy | 594408 | | 1PM |
| Giselle | 5944209 | | 7PM |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Niasha | 5942010 | | 1PM |
| Alex | 5944208 | | 7PM |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Troy | 5944208 | | 1PM |
| Andre | 5944209 | | 7PM |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |

CONFIDENTIAL

CHASE

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

**************************************

Transaction #172
Account Number Ending In:          0515
Checking Deposit              $3,280.36

Cash Amount                   $3,280.36

Further review may result in delayed
availability of this deposit
.................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/10/2010 13:40

Business Date 12/10/2010
Session #72

Thank you - Carlos
Cashbox #01



CONFIDENTIAL

RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
# CHASEEXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

CONFIDENTIAL



STAR_MARSHALL0001015



**TranSource®**

DATE 12/9/10

**DEPOSIT TICKET**

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 3280 | |
| COIN | | 36 |
| CHECKS LIST EACH SEPARATELY | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

DEPOSIT PREPARED BY

DEPOSIT VERIFIED BY NA

PRINT NAME Jeremy

DEPOSIT BAG # 12760 3202

| | | |
|---|---|---|
| TOTAL | 3280 | 36 |

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

STARBUCKS COFFEE COMPANY
STORE #11649
345 HUDSON ST

JPMORGAN CHASE BANK

$

TOTAL ITEMS 1

TO REORDER
CALL 1-888-730-4545
AND REFERENCE
ORDER #ZG5P383

3280.36

**DEPOSIT TICKET**

STAR_MARSHALL0001016

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL:$ 3280.36

DATE: 12|9

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127603002

STAR MARSHALL0001017

## Cash Management Log

DAY Thursday  DATE 12.09.10

### SAFE COUNT

| NAME | OPEN 11/11/10 | | MID 1: | | MID 2: | | MID 3: | | CLOSE (+seve) | |
|------|------|------|------|------|------|------|------|------|------|------|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 10h | 12pm | | | | | | | 1:30 | 7:30 |
| $0.01 | 72 | 28 | | | | | | | 88 | 73 |
| $0.05 | 90 | 24 | | | | | | | 24 | 20 |
| $0.10 | 90 | 115 | | | | | | | 115 | 105 |
| $0.25 | 260 | 260 | | | | | | | 260 | 260 |
| $1.00 | 187 | 213 | | | | | | | 214 | 178 |
| $2.00 | 0 | 0 | | | | | | | 0 | 0 |
| $5.00 | 975 | 1160 | | | | | | | 1160 | 740 |
| $10.00 | 180 | 0 | | | | | | | 0 | 50 |
| $20.00 | 40 | 0 | | | | | | | 0 | 420 |
| OTHER $'s | 0 | 0 | | | | | | | | |
| Total Change Fund | 1811 | 1800 | | | | | | | 1800 | 1801 |
| # Tills/Total $ | 400xx | Active | | | | | | | Active | 40 200 |
| # Till Drops | | 38 | | | | | | | 38 | 60 |
| Cust. Recov. Cert. | 11 | 11 | | | | | | | 11 | 11 |
| P-Card | Y/N | Y/N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y/N | Y/N |
| # Tip Bags | 71 | 58 | | | | | | | 48 | L 70 |
| Comments: | | | | | | | | | | |

### Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

### DEPOSIT INFORMATION

| *Deposit Prep* | | *Bank Deposit* | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | SM | Taken By Cash Controller: | Norka |
| Start Time: | 4pm | Date to Bank: | 12/10/10 |
| Deposit Bag #: | 127603002 | Time to Bank: | 10m |
| *Deposit Witness:* | SM | Deposit Bag #: | 127603002 |
| Deposit $: | 3280.36 | *Banking Witness:* SM | |
| Completion Time: | 5:06p | Bank Validated $: | 3280.30 |
| Change Order $: | 0 | Bank Validation Time: | 10p |
| Comments: | | Change $ Received: | 0 |
| | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.
**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

### PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG # | WITNESS (mandatory) | TIME |
|---|---|---|---|---|
| 6093411 | BJ | 3413 1847 48 | | 8:39pm |
| | | | | |
| | | | | |
| | | | | |

### PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory) | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller

### DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

CONFIDENTIAL

STAR MARSHALL0001018

# Cash Management Log

## STORE COMMUNICATIONS

DAY - Fri          DATE - 12/10

T O S (-1072)
Multiple partners w/ small shortages
but nothing close to ever $3

### REGISTER 1 TOP                TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Yce | 89442092 | | 30 |
| Liz | 89442098 | | 3PM |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM             TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Sampson Taylor | 89442101 | | 8R |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP                TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Nathan | 89442091 | | 1214m |
| Beth | 89442099 | | 8:30m |
| | | | |
| | | | |
| | | | |

### REGISTER 2 BOTTOM             TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Troy | 89442091 | | 6R |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 TOP                TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM             TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP                TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM             TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL



CHASE

CHASE

CHASE

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*****************************************

Transaction #218
Account Number Ending In:                    0515
Checking Deposit                        $2,908.23

Cash Amount                             $2,908.23

Further review may result in delayed
availability of this deposit

.........................................

CHASE

        JPMorgan Chase Bank, N.A.
        Hudson Street, Branch 000243
              1-800-935-9935
       Member FDIC, Equal Housing Lender
        Please keep your receipt
             12/13/2010 15:07

Business Date 12/13/2010
Session #103

Thank you - Williemae
Cashbox #06

EQ

CONFIDENTIAL

STAR_MARSHALL0001020

BETTER
RATES

## MORE
REWARDS

## BIGGER
DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
CHASE CHECKING CUSTOMER

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES
Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
## CHASEEXCLUSIVES℠

## BETTER
RATES

## MORE
REWARDS

## BIGGER
DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
CHASE CHECKING CUSTOMER

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

CONFIDENTIAL

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL $ 2908.23

DATE 12/10/10

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALID ED RECEIPT.

127602950

CONFIDENTIAL

STAR_MARSHALL0001022

# Cash Management Log

DAY - _Friday_      DATE - _12/10/10_

## SAFE COUNT

| NAME | OPEN: _WaWa_ | | MID 1: | | MID 2: | | MID 3: | | CLOSE: _Giselle_ | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 730an | 130pm | | | | | | | 130 | 730 |
| $0.01 | 28 | 31 | | | | | | | 31 | 31 |
| $0.05 | 20 | 14 | | | | | | | 14 | 14 |
| $0.10 | 105 | 85 | | | | | | | 85 | 85 |
| $0.25 | 760 | 360 | | | | | | | 360 | 360 |
| $1.00 | 178 | 245 | | | | | | | 245 | 144 |
| $2.00 | 0 | 0 | | | | | | | 0 | 0 |
| $5.00 | 790 | 1065 | | | | | | | 1065 | 525 |
| $10.00 | 50 | 0 | | | | | | | 0 | 50 |
| $20.00 | 920 | 0 | | | | | | | 0 | 790 |
| OTHER $'s | 0 | 0 | | | | | | | 0 | 0 |
| Total Change Fund | 1871 | 1800 | | | | | | | 1800 | 1799 |
| # Tills/Total $ | 40/2000 | actual | | | | | | | actual | 6/300 |
| # Till Drops | 10 | | | | | | | | 28 | 10 |
| Cust. Recov. Cert. | | 7B | | | | | | | 7 | 7 |
| P-Card | Y / (N) | Y / (N) | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / (N) | Y / (N) |
| # Tip Bags | 10 | | | | | | | | 7B | 10 |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | Giselle Mitchell | Taken By Cash Controller: | |
| Start Time: | 4 PM | Date to Bank: | |
| Deposit Bag #: | 121602950 | Time to Bank: | |
| Deposit Witness: | | Deposit Bag #: | |
| Deposit $: | 2908.25 | Banking Witness: | |
| Completion Time: | | Bank Validated $: | |
| Change Order $: | 0 | Bank Validation Time: | |
| Comments: | | Change $ Received: | |
| | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.*
*Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.*

| PARTNER TILL AUDIT #1 | | PARTNER TILL AUDIT #2 | | PARTNER TILL AUDIT #3 | |
|---|---|---|---|---|---|
| Store Manager: | | Store Manager: | | Store Manager: | |
| Date: | | Date: | | Date: | |
| Partner Name: | | Partner Name: | | Partner Name: | |
| Register ID | | Register ID | | Register ID | |
| Over/Short $: | | Over/Short $: | | Over/Short $: | |
| Comments: | | Comments: | | Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG # | WITNESS (Initial) | TIME |
|---|---|---|---|---|
| 1629627 | TW | 34131850 | CW | 830 |
| 1629627 | TW | 34131849 | CW | 830 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER # | INITIALS | TIME |
|---|---|---|
| CC WITNESS (handles): | | |
| DROP BAG #'S: | | |

*Witness on tip drop removals must be the scheduled cash controller.*

## DM VERIFICATION

| DM Signature: | Date Reviewed: |
|---|---|
| Comments: | |

CONFIDENTIAL

# Cash Management Log

## STORE COMMUNICATIONS

| DAY - | Sat | DATE - | 12 | 11 |

Good Morning
when I did the deposit
it said 3577.12
but my amount was
29080.23 + fixed it
I couldnt find the deposit
slips any questions
call me.

Giselle

(-4¢)

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Stel | 59442107 | SM | 3pm |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Kim | 59442103 | SM | 1pm |
| Liz | 59442115 | SM | 30m |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

STAR_MARSHALL0001024

127603069

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL $2970.42

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

DATE 12/11/10

STAR_MARSHALL0001025

CHASE ◯

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

**********************************

Transaction #216
Account Number Ending In:              0515
Checking Deposit                  $2,970.42

Cash Amount                       $2,970.42

Further review may result in delayed
availability of this deposit
..................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/13/2010 15:02

Business Date 12/13/2010
Session #102

Thank you - Williemae
Cashbox #06

REWARDS

## BIGGER
### DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

---

INTRODUCING
## CHASEEXCLUSIVES℠

## BETTER
## RATES

## MORE
### REWARDS

## BIGGER
### DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

---

INTRODUCING
## CHASEEXCLUSIVES℠

BETTER

STAR_MARSHALL0001027



STAR_MARSHALL0001028



CONFIDENTIAL

# Cash Management Log

DAY - *Sat*    DATE - *12/11/10*

## SAFE COUNT

| NAME | OPEN: | | MID 1: | | MID 2: | | MID 3: | | CLOSE: | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 1pm | 3:20p | | | | | | | | |
| $0.01 | 31 | 31 | | | | | | | | |
| $0.05 | 14 | 14 | | | | | | | | |
| $0.10 | 85 | 85 | | | | | | | | |
| $0.25 | 360 | 360 | | | | | | | | |
| $1.00 | 113 | 113 | | | | | | | | |
| $2.00 | 8 | 8 | | | | | | | | |
| $5.00 | 625 | 625 | | | | | | | | |
| $10.00 | 50 | 50 | | | | | | | | |
| $20.00 | 620 | 620 | | | | | | | | |
| OTHER $'s | 8 | 8 | | | | | | | | |
| Total Change Fund | 1798 | 1798 | | | | | | | | |
| # Tills/Total $ | 4e200 | 4e200 | | | | | | | | |
| # Till Drops | 7 | 40 | | | | | | | | |
| Cust. Recov. Cert. | 7 | 7 | | | | | | | | |
| P-Card | Y/(N) | Y/(N) | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| # Tip Bags | 9 | 40 | | | | | | | | |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

**Attach validated deposit slip/courier slip and deposit bag receipt to this sheet**

## DEPOSIT INFORMATION

| Deposit Prep | | Change to Bank | |
|---|---|---|---|
| Cash Controller | | Taken By Cash Controller: | |
| Preparing Deposit: | *TM* | Date to Bank: | |
| Start Time: | 1:40pm | Time to Bank: | |
| Deposit Bag #: | 127603049 | Deposit Bag #: | |
| Deposit Witness: | NN | Banking Witness | |
| Deposit $: | 2970.42 | Bank Validated $: | |
| Completion Time: | 2pm | Bank Validation Time: | |
| Change Order $: | 0 | Change $ Received: | |
| Comments: | bank closed! | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

| PARTNER TILL AUDIT #1 | | PARTNER TILL AUDIT #2 | | PARTNER TILL AUDIT #3 | |
|---|---|---|---|---|---|
| Store Manager: | | Store Manager: | | Store Manager: | |
| Date: | | Date: | | Date: | |
| Partner Name: | | Partner Name: | | Partner Name: | |
| Register ID | | Register ID | | Register ID | |
| Over/Short $: | | Over/Short $: | | Over/Short $: | |
| Comments: | | Comments: | | Comments: | |

## PARTNER TIP DROP LOG

| PARTNER #: | INITIALS: | DROP BAG #: | WITNESS (mandatory): | TIME: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: |
|---|---|---|
| CC WITNESS (mandatory): | | TIME: |
| DROP BAG #'S: | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | Date Reviewed: |
|---|---|
| Comments: | |

CONFIDENTIAL

## CASH MANAGEMENT TROUBLESHOOTING

**ISSUE: Till is short opening fund when CC counts down drawer after final use.**
Possible Causes:
- Drop box funds were not pulled.
- Drop box swept and till drop made without realization that till would not be used again that day.
- Paid Out brought drawer below opening funds.
- Register partner dropped funds in wrong drop box.

Solution:
1. Verify drop box funds were pulled (do not mix funds from other Register ID's).
2. Calculate funds needed to bring till to opening fund (whole $ amount only) and remove that amount from change bank.
3. *Record removal of funds ($ amount and Register ID [#, Top/Bottom] on Comments section of Safe Count Log.*
4. The shortage in the change bank must be corrected when the deposit is prepared.
   *NEXT DAY:*
1. Before beginning to prepare the deposit, to balance the change bank, review Comments section of the Safe Count Log from the previous day to determine which Register ID was associated with the change bank shortage.
2. Remove funds from the last logged till drop bag of that Register ID and place funds in the change bank to return it to the correct amount.
3. *Record removal of funds ($ amount and Register ID [#, Top/Bottom]) on the Comments section of the Deposit Prep Log.*

**ISSUE: Unassigned till is over opening funds.**
Possible Causes:
- Drop box funds were not pulled the last time the till was closed.
- Till drop was made without realization that the till would not be used again that day.
- Funds were dropped from another till in this till's drop box.

Solution:
1. Using the cash scale in cash calculator mode return the till to opening fund.
2. Refer to the Till Drop Log to determine which partner was the last to use that Register ID.
3. Place extra funds in till drop bag and record Register ID (#, Top/Bottom), the final register partner's name, and "extra funds drop" on the till drop bag.
4. Record till drop bag in the correct Till Drop section per normal.
   *NEXT DAY:*
1. When preparing the deposit combine the contents of the two drop bags before entering that partner's till funds at the MW S.

**ISSUE: Forgot to pull drop box funds and sales media before next register partner begins ringing transactions.**
Possible Cause: Drop box funds and sales media not pulled by CC before next register partner begins to ring transactions.
Solution:
1. As soon as possible, pull drop box funds and sales media and prepare a till drop per normal.
2. Make a note on the till drop bag that funds/sales media were pulled late.

**ISSUE: There are no drop box funds/sales media to pull and drop after register partner closes till.**
Possible Cause: Register partner rang very few transactions and received no 20's or sales media.
Solution:
1. Even though there are no funds or sales media to drop, prepare a till drop bag per normal, placing the Closing Register Receipt in the bag.
2. Record the till drop bag on the Till Drop Log under the appropriate Register ID (#, Top/Bottom) and secure the till drop bag in the safe.

**ISSUE: "undocumented till drop bag" Till drop bag in safe; not logged on Till Drop Log; no till assignment listed on MWS.**
Possible Causes:
- Till drop not recorded when a drawer overage was found and dropped.
- Change bank was over during safe count and overage was removed to balance safe.
- Funds were discovered FOH and were dropped without documentation.

Solution:
1. Look for any documentation on CML, on or inside bag (Register ID or Closing Register Receipt) to indicate source of funds.
2. If funds belong to an identified partner combine the contents of the two drop bags before entering that partner's till funds at the MWS.
   - If the partner had two till assignments, combine the contents of the two drop bags that are from the same Register ID before entering that partner's till funds at the MWS.
   NOTE: If the Register ID is unknown, combine the contents of the undocumented till drop bag to one of the identified partner's till drop bags before entering that partner's till funds at the MWS. This will create an overage in one of the partner's Register ID Drawer O/S and a shortage in the partner's other Register ID Drawer O/S. These two Drawer O/S should balance each other out.
3. If funds belong to a Register ID but no partner is identified, combine the contents of the undocumented till drop bag with the contents of the till drop bag of the final partner assigned to that Register ID before entering that partner's till funds at the MWS.
4. If funds can not be matched to a partner or Register ID, the funds will be added to the deposit total after all other till drop bags have been processed and accepted.
5. *After adjusting the deposit total to include the undocumented till drop bag funds make a note in the Deposit Prep section Comments box. Notify Sales Audit (Explain Over/Short to Sales Audit).*

**ISSUE: Consolidated till drop bag funds do not match MWS deposit total:**
Possible Cause:
- A data entry error was made when entering funds at the MWS during the recount process.
- A till assignment was not Accepted (Y) on the MWS deposit screen.
- An error was made when counting funds.

Solution:
1. Recount consolidated deposit funds using the cash scale in cash calculator mode.
2. Verify that all till assignments have been Accepted (Y) on the MWS deposit screen.
3. Adjust deposit total to match actual funds on hand and accept deposit.
4. *Make a note in the Deposit Prep section Comments box of the deposit adjustment amount. Notify Sales Audit (Explain Over/Short to Sales Audit).*

Confidential.  For internal use only.    ©2009 Starbucks Coffee Company.  All rights reserved.

Week 11
Dec 13 - 19

                                                                        STAR_MARSHALL0001031