### Cash Management Log Policies, Standards & Procedures

The Cash Management Log must be completed each day.  Print legibly and complete in pen.
Store operating funds and tip funds must be secured at all times.

**Till Drop Procedure (Cash Controller):**
1. Record register partner's name, Register ID (#, Top/Bottom), date and CC initials on till drop bag.
2. Place funds from drop box, sales media from POS drawer and Closing Register Receipt in till drop bag.  Seal till drop bag.
3. Record register partner name, entire till drop bag #, CC initials and time on the matching Register ID section of the Till Drop Log.
4. Secure till drop bag in inner compartment of safe, behind door 2.

**Final Use Till Count Procedure (Cash Controller):**
1. Remove till, sales media from POS drawer, funds from drop box and Closing Register Receipt.
2. Count down combined funds from till and drop box using cash scale in cash calculator mode.
3. Remove funds in excess of opening fund amount, leaving opening fund amount in till.
4. Follow Till Drop Procedure to secure excess funds, sales media and closing register receipt.
5. Secure till with verified opening fund in POS drawer or safe.

**Safe Count Procedure (Cash Controller):**
The safe must not be left open and unattended.
The safe must not be opened or the time delay set during the first 30 minutes and the last 30 minutes of customer operations.
Only the Cash Controller may set and access the safe.
Complete and record an accurate physical "start" count when accepting the cash controller keys and an "end" count when passing the cash controller keys to the next cash controller or counting out at the end of day.
1. Record CC initials and start or end count time on the Safe Count Log.
2. Count and record change fund amount, opening till fund amounts, # of till drops, # of Customer Recovery certificates, PCard, and # of tip drops.
   NOTE: Lock Out Period Safes: When completing a safe count during the Lockout Period (3pm-8am) record "N/A" or "Locked Out" in the number of till and tip drop section of the safe count. All safe counts occurring outside of the lockout period (8am-3pm) must include an actual physical count of all till and tip drop bags.

**Deposit Log (Cash Controller):**
   NOTE: Procedures for preparing the deposit and transporting the deposit to the bank are located in the Store Operations manual section 4 Cash Control.
The deposit must be prepared and transported to the bank every day.
The deposit must be prepared after 8am and must be transported to the bank by 3pm.
The deposit must be taken inside the bank for processing if the bank is open. The weekend depository box must only be used if the bank is closed.

**Deposit Prep Section Procedure:**
1. Record the start time and CC initials in the Deposit Prep section on the date the deposit is processed.
2. Record deposit $, deposit bag # and completion time.
3. **Deposit Witness** records their initials after confirming that the CC initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in the Deposit Prep section.
4. Secure sealed deposit bag in inner compartment of safe, behind door 2, if not immediately transported to bank.

**Deposit to Bank Section Procedure:**
1. Record CC name taking deposit to bank, date to bank, time to bank and deposit bag # in the Deposit to Bank section on the date the deposit is processed.
2. **Banking Witness** records their initials after confirming that the CC initials, date and time of the CC departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.
3. Record validated deposit amount and validated time on Deposit to Bank section and attach validated deposit slip after returning from the bank or when the deposit slip has been retrieved for deposits made through the weekend depository.

**Till Audit Procedure (Store Manager):**
A minimum of two random till audits must be performed each week.
1. Follow steps 1-4 of Final Use Till Count.
2. Record SM name, date, register partner's name and Register ID on Partner Till Audit Log. Over/short will be recorded when deposit is prepared.
3. Secure till with verified opening fund in POS drawer or safe.
4. Ensure over/short is recorded after deposit is prepared on following day.

**Report Store Operating Funds Procedure (Store Manager):**
The Store Operating Funds (change bank and till bank) must be physically verified and updated on the MWS each week.
1. From the MWS select "Manager Menu", "Daily Bookkeeping Menu", "Report Store Operating Funds"
2. F1 – to Count Change/Till Bank Funds.  Enter the amount of money actually in the Change and Till Bank in the two fields "Total Change Bank" and "Total Assigned/Unassigned Tills". Record the total on the Cash Management Log under "Report Store Operating Funds" and sign off.
3. Upon completion of entering the funds amounts press "F1" to Save and then "F7" to Quit.

**Tip Drop Procedure (all partners):**
Tip funds must be secured at all times.
1. Remove tip funds from plexi, place funds in a tip drop bag and seal tip drop bag.
2. Record date on tip drop bag.
3. Record partner #, initials, and entire tip drop bag # on the Tip Drop Log.
4. Secure tip drop bag in inner compartment of safe, behind door 2.
5. Witness records their initials and time after verifying the tips have been secured in the safe.

**Tip Drop Removal Procedure**
1. Remove tip drop bags from inner compartment of safe (cash controller).
2. Record entire tip drop bag # for each tip drop bag on Partner Tip Removal Log.
3. Record CC initials as Witness and time.
4. Transfer tip drop bags to partner processing tips.
5. Partner receiving tip drop bags records partner # and initials after verifying tip drop bag #'s.

**Accountability and Duty to Report**
Failure to comply with cash management log policy endangers partner safety. Acts in violation or omissions of policy are grounds for disciplinary action up to and including termination. Uncorrected or continuing violations must be reported to management, your local Partner Resources generalist or the Standards of Business Conduct Helpline at 800/611-7792.

CONFIDENTIAL

STAR_MARSHALL0001032

CONFIDENTIAL

## Cash Management Log

**STORE COMMUNICATIONS**

DAY - Mon          DATE - 12/13

(-6.58) multiple

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Nathan | 59442105 | SH | 12.30p |
| ~~Jason~~ Ver | 594424 | SH | 2.03p |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Troy | 59442119 | CW | 7PM |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Karen | 59442120 | SH | 2450 |
| Andrew | 59442121 | CW | 7PM |
| | | | |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Tasha | 59442109 | SH | P9 |
| Seulbon | 59442117 | CW | 8PM |
| | | | |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*****************************************
Transaction #220
Account Number Ending In:          0515
Checking Deposit                $394.08

Cash Amount                     $394.08

Further review may result in delayed
availability of this deposit
·················································

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000249
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/13/2010 15:09

Business Date 12/13/2010
Session #104

Thank you - Williemae
Cashbox #06

CONFIDENTIAL

STAR_MARSHALL0001035

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASE EXCLUSIVES**℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASE EXCLUSIVES**℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER

STAR MARSHALL0001036



STAR_MARSHALL0001037

## Cash Management Log

### STORE COMMUNICATIONS

DAY - Tues          DATE - 12/4

+1.52

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Troy | 59442141 | W | 6pm |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| 5944211 | Nathan | SU | 11am |
| yen | 59442113 | | 4pm |
| beth | 59442 | | 6pm |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Karen | 59442123 | W | 4pm |
| tasha | | W | 4pm |
| seM | 59442143 | W | 8p |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |

CONFIDENTIAL

STAR_MARSHALL0001038

127603068

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL: $ 3,146.76

DO NOT DISCARD UPON REMOVAL

STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

DATE: 12/14/10

CONFIDENTIAL

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

**********************************

Transaction #39
Account Number Ending In:              0615
Checking Deposit          $3,146.76

Cash Amount               $3,146.76

Further review may result in delayed
availability of this deposit
....................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/14/2010 15:53

Business Date 12/14/2010
Session #15

Thank you — CANDIS
Cashbox #05

CONFIDENTIAL

STAR MARSHALL0001040

BETTER
**RATES**

**MORE**
REWARDS

**BIGGER**
DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply.
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASEEXCLUSIVES**℠

**BETTER
RATES**

**MORE**
REWARDS

**BIGGER**
DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

STAR_MARSHALL0001041



CONFIDENTIAL

STAR_MARSHALL0001042

DATE 12/14/10

**DEPOSIT TICKET**

STARBUCKS COFFEE COMPANY
STORE #11649
345 HUDSON ST

JPMORGAN CHASE BANK

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

DEPOSIT PREPARED BY

DEPOSIT VERIFIED BY

PRINT NAME  Serenity Marshall

DEPOSIT BAG # 12x003068

TOTAL  3146  76

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED

TOTAL ITEMS

TO REORDER
CALL 1-888-750-4745
AND REFERENCE
ORDER #Z6689383

$ 3146.76

**DEPOSIT TICKET**

STAR_MARSHALL0001043

# Cash Management Log

DAY- _Tues_    DATE- _12_ / _14_ / _10_

## SAFE COUNT

| SAFE COUNT | OPEN: _SH_ | | MID 1: | | MID 2: | | MID 3: | | CLOSE: _Giselle_ | |
|---|---|---|---|---|---|---|---|---|---|---|
| | START | END | START | END | START | END | START | END | START | END |
| TIME | 6:10a | 1PM | | | | | | | 130 | 732 |
| $0.01 | 25 | 25 | | | | | | | 25 | 21 |
| $0.05 | 6 | 6 | | | | | | | 6 | 9 |
| $0.10 | 25 | 25 | | | | | | | 240 | 150 |
| $0.25 | 240 | 240 | | | | | | | 144 | 60 |
| $1.00 | 194 | 148 | | | | | | | | |
| $2.00 | 0 | 0 | | | | | | | 610 | 260 |
| $5.00 | 810 | 610 | | | | | | | 90 | 110 |
| $10.00 | 180 | 10 | | | | | | | 140 | 1220 |
| $20.00 | 320 | 740 | | | | | | | | |
| OTHER $'s | 0 | | | | | | | | 1700 | 1801 |
| Total Change Fund | 1800 | 1800 | | | | | | | | |
| # Tills/Total $ | 3@200 | 1@200 | | | | | | | | |
| # Till Drops | 610 | 1 | | | | | | | | |
| Cust. Recov. Cert. | 7 | 7 | | | | | | | | |
| P-Card | (Y)N | (Y)N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | (Y)N | |
| # Tip Bags | 610 | 2 | | | | | | | 26 | 610 |
| Comments: | 1+14+#5 | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller | _SH_ | Taken By Cash Controller: | _GH_ |
| Preparing Deposit: | | Date to Bank: | 12/14 |
| Start Time: | 12:30p | Time to Bank: | 3:30p |
| Deposit Bag #: | 127603068 | Deposit Bag #: | 127603068 |
| Deposit Witness: | | Banking Witness: | NB |
| Deposit $: | 2146.76 | Bank Validated $: | |
| Completion Time: | 12:50p | Bank Validation Time: | |
| Change Order $: | 0 | Change $ Received: | 0 |
| Comments: | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed deposit bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG #: | WITNESS (mandatory) | TIME |
|---|---|---|---|---|
| 1530173 | (R) | 34131853 | (R) | 8:20 |
| 1530173 | (R) | 34131854 | (R) | 8:20 |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

CONFIDENTIAL

## Cash Management Log

### STORE COMMUNICATIONS

DAY - Wed          DATE - 12/15

( - 69 ¢ )

| REGISTER 1 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Andrea | 5944115 | LW | 6PM |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 1 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Liz | 5944115 | LW | 6PM |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Masha | 5942151 | AB | 7:14AM |
| Karen | 5944140 | LW | 1PM |
| Leslie | 5944119 | LW | 10PM |
| | | | |
| | | | |

| REGISTER 2 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Yer | 5944213 | AB | 12PM |
| Scott | 5944215 | LW | 8PM |
| | | | |
| | | | |
| | | | |

| REGISTER 3 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |

| REGISTER 4 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

CHASE

CHASE

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*******************************************

Transaction #341
Account Number Ending In:              0515
Checking Deposit                  $2,900.43

Cash Amount                       $2,900.43

Further review may result in delayed
availability of this deposit
.........................................

CHASE

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/15/2010 17:31

CHASE

Business Date 12/15/2010
Session #157

Thank you - Williemae
Cashbox #06

CONFIDENTIAL

STAR MARSHALL0001046

CHASEEXCLUSIVES

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
CHASE CHECKING CUSTOMER

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES
Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
CHASEEXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
CHASE CHECKING CUSTOMER

CONFIDENTIAL

STAR_MARSHALL0001047

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL: $2900.43

DATE 12/12/10

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT

127603070

CONFIDENTIAL

STAR_MARSHALL0001048





STAR_MARSHALL0001050

# Cash Management Log

DAY- _WED_    DATE- _12/15/10_

## SAFE COUNT

| NAME | OPEN: Maria | | MID 1: | | MID 2: | | MID 3: | | CLOSE: Giselle |  |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 739A | 139Pm | | | | | | | 2PM | 730 |
| $0.01 | 21 | 25 | | | | | | | 25 | 23 |
| $0.05 | 0 | 16 | | | | | | | 16 | 12 |
| $0.10 | 0 | 70 | | | | | | | 70 | 45 |
| $0.25 | 130 | 330 | | | | | | | 330 | 300 |
| $1.00 | 60 | 247 | | | | | | | 250 | 180 |
| $2.00 | 8 | 8 | | | | | | | 980 | 840 |
| $5.00 | 260 | 980 | | | | | | | 980 | 840 |
| $10.00 | 110 | 10 | | | | | | | 110 | 110 |
| $20.00 | 1220 | 120 | | | | | | | 120 | 500 |
| OTHER $'s | 0 | 8 | | | | | | | 0 | 0 |
| Total Change Fund | 1801 | 1798 | | | | | | | 1801 | 1800 |
| # Tills/Total $ | 40cc active | | | | | | | | active | 40,700 |
| # Till Drops | 0 | 3B | | | | | | | 9-5 | 40 |
| Cust. Recov. Cert. | 0 | 0 | | | | | | | 0 | 0 |
| P-Card | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | 40 | 4B | | | | | | | 4B | 60 |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: Giselle Mitchell | | Taken By Cash Controller: Giselle  Mitchell | |
| Start Time: 5PM | | Date to Bank: 12/15/10 | |
| | | Time to Bank: 8-3PM | |
| Deposit Bag #: 127603010 | | Deposit Bag #: 127603010 | |
| Deposit Witness | | Banking Witness | |
| Deposit $: 2900.45 | | Bank Validated $: 2900.405 | |
| Completion Time: 5.22PM | | Bank Validation Time: 8-37PM | |
| Change Order $: | | Change $ Received: | |
| Comments: | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.
*Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG #: | WITNESS (mandatory) | TIME: |
|---|---|---|---|---|
| 1629627 | JV | 734/3860 | | 8.30 |
| 1629627 | TW | 543/859 | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

CONFIDENTIAL

STAR_MARSHALL0001051

**CHASE**

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*****************************************

Transaction #941
Account Number Ending In:              0515
Checking Deposit              $2,900.43

Cash Amount                  $2,900.43

Further review may result in delayed
availability of this deposit
.........................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC. Equal Housing Lender
Please keep your receipt
12/15/2010 17:31

Business Date 12/15/2010
Session #157

Thank you - Williemae
Cashbox #06

STAR_MARSHALL0001052

CHASEEXCLUSIVES

# BETTER RATES

# MORE REWARDS

# BIGGER DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES
Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
CHASE**EXCLUSIVES**℠

# BETTER RATES

# MORE REWARDS

# BIGGER DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

CONFIDENTIAL

STAR MARSHALL0001053

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL $2900.43

DATE: 12/12/10

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127603070

CONFIDENTIAL

STAR_MARSHALL0001054



CONFIDENTIAL

STAR MARSHALL0001055

TranSource

DATE 12/13/10

**DEPOSIT TICKET**

STARBUCKS COFFEE COMPANY
STORE #11649
345 HUDSON ST

JPMORGAN CHASE BANK

| CURRENCY | | DOLLARS | CENTS |
|---|---|---|---|
| | | 2900 | |
| COIN | | | 43 |
| CHECKS | 1ST EACH SEPARATELY | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

DEPOSIT PREPARED BY

DEPOSIT VERIFIED BY

PRINT NAME
NH.

DEPOSIT BAG
# 127603070

**TOTAL** 2900 43

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED

TOTAL ITEMS

TO REORDER
CALL 1-800-730-4545
AND REFERENCE
ORDER #26459383

**DEPOSIT TICKET**

STAR_MARSHALL0001056

## Cash Management Log

DAY- _Wed_    DATE -_12/15/10_

### SAFE COUNT

| SAFE COUNT | OPEN: _Maria_ | | MID 1: | | MID 2: | | MID 3: | | CLOSE: _Gisell_ | |
|---|---|---|---|---|---|---|---|---|---|---|
| | START | END | START | END | START | END | START | END | START | END |
| TIME | 739A | 139PM | | | | | | | 2PM | 735 |
| $0.01 | 21 | 25 | | | | | | | 25 | 25 |
| $0.05 | 0 | 16 | | | | | | | 16 | 12 |
| $0.10 | 0 | 70 | | | | | | | 70 | 45 |
| $0.25 | 130 | 330 | | | | | | | 330 | 300 |
| $1.00 | 60 | 247 | | | | | | | 250 | 280 |
| $2.00 | 0 | 0 | | | | | | | 0 | |
| $5.00 | 260 | 980 | | | | | | | 980 | 640 |
| $10.00 | 110 | 10 | | | | | | | 10 | 40 |
| $20.00 | 1220 | 120 | | | | | | | 120 | 580 |
| OTHER $'s | 0 | 0 | | | | | | | 0 | 0 |
| Total Change Fund | 1801 | 1798 | | | | | | | 1801 | 1800 |
| # Tills/Total $ | 4-Inactive | active | | | | | | | Actve | 4Actve |
| # Till Drops | 0 | 35 | | | | | | | 0-5 | 40 |
| Cust. Recov. Cert. | 0 | 0 | | | | | | | | |
| P-Card | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | 40 | 40 | | | | | | | 40 | 40 |
| Comments: | | | | | | | | | | |

### Report Store Operating Funds

Signature: _____    $ Amount Entered: _____

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

### DEPOSIT INFORMATION

| Deposit Prep | | Depositing Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | Giselli Mitchell | Taken By Cash Controller: | Giselle Mitchell |
| Start Time: | 5PM | Date to Bank: | 12/15/10 |
| Deposit Bag #: | 127603010 | Time to Bank: | 5-23 PM |
| | | Deposit Bag #: | 127603010 |
| Deposit Witness: | | Banking Witness: | |
| Deposit $: | 2900.43 | Bank Validated $: | 2900.43 |
| Completion Time: | 5-22 PM | Bank Validation Time: | 5-37 PM |
| Change Order $: | | Change $ Received: | |
| Comments: | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

### PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG # | WITNESS (mandatory) | TIME: |
|---|---|---|---|---|
| 1629627 | JW | 341/3860 | | 8:30 |
| 1629627 | JW | 343/859 | | 8:30 |
| | | | | |
| | | | | |
| | | | | |

### PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

### DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

CONFIDENTIAL

STAR_MARSHALL0001057

## Cash Management Log

**STORE COMMUNICATIONS**

DAY - Thursday          DATE - 12/16/10

Tasha (-22.89) ✓
Nathan (-9.25)

Total O/S (-34.01)

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Yeu | 5944265 | AB | 1:19pm |
| Giselle | 5944261 | CN | 720 |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Kim | 5944213 | CN | 3pm |
| Samson | 5944263 | BS | 8pm |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Nathan | 5944257 | MB | 1:31pm |
| Troy | 5944261 | CN | 720 |
| | | | |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Maria | 5944731 | MB | 12pm |
| Tasha | 5944257 | MB | 1:39pm |
| Tracy | 5944259 | CN | 720 |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*****************************************

Transaction #259
Account Number Ending In:          0515
Checking Deposit                $2,987.69

Cash Amount                     $2,987.69

Further review may result in delayed
availability of this deposit
.......................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000293
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/17/2010 13:41

Business Date 12/17/2010
Session #103

Thank you - Carlos
Cashbox #01

STAR_MARSHALL0001059

# RATES

## MORE
### REWARDS

## BIGGER
### DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A

**CHASE CHECKING CUSTOMER**
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply.
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING

## CHASE EXCLUSIVES℠

## BETTER
## RATES

## MORE
### REWARDS

## BIGGER
### DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A

**CHASE CHECKING CUSTOMER**
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply.

STAR_MARSHALL0001060



CONFIDENTIAL



STAR MARSHALL0001062

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL.$ 2987.69

DATE. 12/16/10

DO NOT DISCARD UPON REMOVAL.
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127603071

CONFIDENTIAL

STAR_MARSHALL0001063

# Cash Management Log

DAY _Thursday_ DATE - _12/16/10_

## SAFE COUNT

| NAME | OPEN: Maria | | MID 1: | | MID 2: | | MID 3: | | CLOSE: Gisela | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 7:00A | 4:00PM | | | | | | | 4:15 | 7:30 |
| $0.01 | 23 | 19 | | | | | | | 14 | 18 |
| $0.05 | 12 | 10 | | | | | | | 10 | 4 |
| $0.10 | 45 | 30 | | | | | | | 50 | 25 |
| $0.25 | 300 | 200 | | | | | | | 200 | 170 |
| $1.00 | 211 | 171 | | | | | | | 171 | 133 |
| $2.00 | 0 | 0 | | | | | | | 0 | 0 |
| $5.00 | 640 | 430 | | | | | | | 430 | 130 |
| $10.00 | 40 | 140 | | | | | | | 140 | 240 |
| $20.00 | 500 | 800 | | | | | | | 880 | 1040 |
| OTHER $'s | 0 | 0 | | | | | | | 1800 | |
| Total Change Fund | 1800 | 1800 | | | | | | | 800 | 1800 |
| # Tills/Total $ | 4@200 active | | | | | | | | ACTIVE | 4@200 |
| # Till Drops | 16 | 50 | | | | | | | 50 | 10 |
| Cust. Recov. Cert. | 0 | 0 | | | | | | | 0 | 0 |
| P-Card | Ⓨ N | Ⓨ N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Ⓨ N | Ⓨ N |
| # Tip Bags | 0 | 60 | | | | | | | 60 | 60 |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | N Balbuena | Taken By Cash Controller: | N Balbuena |
| Start Time: | 1:55pm | Date to Bank: | 12:17 |
| | | Time to Bank: | 1:30pm |
| Deposit Bag #: | 127603071 | Deposit Bag #: | 127603071 |
| Deposit Witness | | Banking Witness | |
| Deposit $: | 2987.69 | Bank Validated $: | 2987.69 |
| Completion Time: | 2:10pm | Bank Validation Time: | 1:41p |
| Change Order $: | | Change $ Received: | 0 |
| Comments: | Droppin safe (busy) | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG # | WITNESS (initials) | TIME |
|---|---|---|---|---|
| 6530413 | GB | 34131855 | | 8:20 |
| US3041 | | 34131860 | | 8:20 |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER # | | INITIALS | | TIME |
|---|---|---|---|---|
| CC WITNESS (initials) | | | | |
| DROP BAG #'S: | | | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

CONFIDENTIAL

**STORE COMMUNICATIONS**

DAY - FRI   DATE - 12/17

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Troy | 59446248 | PW | 630 |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Karen | 59442461 | PW | 3PM |
| Serenity | 59442497 | PW | 630 |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Nathan | 59442171 | PW | 1050a |
| Tasha | 59442173 | PW | 330p |
| Samson | 59442202 | PW | 8 20 |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Liz | 59442287 | PW | 437 |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

**CHASE**



Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Transaction #166
Account Number Ending In:           0515
Checking Deposit                 $2,910.99

Cash Amount                      $2,910.99

Further review may result in delayed
availability of this deposit
.......................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/17/2010 14:14

Business Date 12/17/2010
Session #70

Thank you - Williemae
Cashbox #06

CONFIDENTIAL

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
# CHASE EXCLUSIVES℠

## BETTER
## RATES

## MORE
### REWARDS

## BIGGER
### DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
# CHASE EXCLUSIVES℠

## BETTER
## RATES

## MORE
### REWARDS

## BIGGER

CONFIDENTIAL



STAR_MARSHALL0001068