Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

**********************************

Transaction #13
Account Number Ending In:          0515
Checking Deposit            $1,716.35

Cash Amount                 $1,716.35

Further review may result in delayed
availability of this deposit

........................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/31/2010 12:50

Business Date 12/31/2010
Session #7

Thank you - Williemae
Cashbox #06

CONFIDENTIAL

STAR_MARSHALL0001143

DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
## CHASE CHECKING CUSTOMER
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
## CHASE EXCLUSIVES℠

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
## CHASE CHECKING CUSTOMER
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
## CHASE EXCLUSIVES℠

# BETTER
# RATES

CONFIDENTIAL

STAR_MARSHALL0001144

TranSource®

DATE 12/31/11 ⑩

**DEPOSIT TICKET**

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 171.0 | |
| COIN | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| **TOTAL** | 1716 | 35 |

STARBUCKS COFFEE COMPANY
STORE #11649
345 HUDSON ST

JPMORGAN CHASE BANK

DEPOSIT PREPARED BY _N. Balbuena_

DEPOSIT VERIFIED BY _GS_

PRINT NAME _N. Balbuena_

DEPOSIT BAG # _187 7 x 50157_

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED

TOTAL ITEMS [ ]

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. FUNDS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

TO REORDER
CALL 1-888-334-4545
AND REFERENCE
ORDER #Z65FP0X83

$

**DEPOSIT TICKET**

⑪ 1649⑪   :560020125:   777170515⑪   1716 35

STAR_MARSHALL0001145

TranSource®

DATE 12/31/10

**DEPOSIT TICKET**

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

DEPOSIT PREPARED BY

DEPOSIT VERIFIED BY

PRINT NAME

DEPOSIT BAG #

TOTAL

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

**STARBUCKS COFFEE COMPANY**
STORE #11649
345 HUDSON ST

JPMORGAN CHASE BANK

⑆11649⑆ ⑈5603010228⑈ 777170515⑈

TOTAL ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

TO REORDER CALL 1-888-750-4545 AND REFERENCE ORDER #Z6SP9383

**DEPOSIT TICKET**

CONFIDENTIAL

# Cash Management Log

DAY- _Friday_    DATE- _12 | 31 | 10_

## SAFE COUNT

| NAME | OPEN: Griselle | | MID 1: | | MID 2: | | MID 3: | | CLOSE: Nidia | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 6AM | 9:40 | | | | | | | 1022A | 3:40pm |
| $0.01 | 21 | 21 | | | | | | | 21 | 17 |
| $0.05 | 18 | 18 | | | | | | | 18 | 20 |
| $0.10 | 90 | 80 | | | | | | | 85 | 75 |
| $0.25 | 810 | 800 | | | | | | | 800 | 270 |
| $1.00 | 171 | 171 | | | | | | | 171 | 178 |
| $2.00 | 0 | 0 | | | | | | | 0 | 0 |
| $5.00 | 810 | 770 | | | | | | | 770 | 670 |
| $10.00 | 50 | 50 | | | | | | | 50 | 50 |
| $20.00 | 260 | 380 | | | | | | | 380 | 520 |
| OTHER $'s | 0 | 0 | | | | | | | 0 | 0 |
| Total Change Fund | 1790 | 1790 | | | | | | | 1795 | 1800 |
| # Tills/Total $ | 4@200 | Active | | | | | | | Active | 4@200 |
| # Till Drops | 40 | 9B | | | | | | | 9B | 9B |
| Cust. Recov. Cert. | 23 | 23 | | | | | | | 23 | 23 |
| P-Card | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | 2/0 | 2B | | | | | | | 2B | 2B |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

**Attach validated deposit slip/courier slip and deposit bag receipt to this sheet**

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | N. Balbuena | Taken By Cash Controller: | N. Balbuena |
| Start Time: | 12:14pm | Date to Bank: | 12/31/10 |
| Deposit Bag #: | 127603587 | Time to Bank: | 12:56pm |
| Deposit Witness: | BJ | Deposit Bag #: | 127603587 |
| Deposit $: | 1716.35B | Banking Witness: | |
| Completion Time: | 12:34pm | Bank Validated $: | 1716.35 |
| Change Order $: | | Bank Validation Time: | |
| Comments: | | Change $ Received: | 0 |
| | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

## PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory): | TIME: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

STAR_MARSHALL0001147

# Cash Management Log

## STORE COMMUNICATIONS

DAY - _____          DATE - _____

| REGISTER 1 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 1 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 TOP | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 BOTTOM | | | TILL DROP LOG |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Cash Management Log

DAY- _____   DATE - _____/_____/_____

| SAFE COUNT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | OPEN: | | MID 1: | | MID 2: | | MID 3: | | CLOSE: | |
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | | | | | | | | | | |
| $0.01 | | | | | | | | | | |
| $0.05 | | | | | | | | | | |
| $0.10 | | | | | | | | | | |
| $0.25 | | | | | | | | | | |
| $1.00 | | | | | | | | | | |
| $2.00 | | | | | | | | | | |
| $5.00 | | | | | | | | | | |
| $10.00 | | | | | | | | | | |
| $20.00 | | | | | | | | | | |
| OTHER $'s | | | | | | | | | | |
| Total Change Fund | | | | | | | | | | |
| # Tills/Total $ | | | | | | | | | | |
| # Till Drops | | | | | | | | | | |
| Cust. Recov. Cert. | | | | | | | | | | |
| P-Card | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| # Tip Bags | | | | | | | | | | |
| Comments: | | | | | | | | | | |

| Report Store Operating Funds | | |
|---|---|---|
| Signature: | $ Amount Entered: | |

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

| DEPOSIT INFORMATION | | | |
|---|---|---|---|
| Deposit Prep: | | Deposit to Bank: | |
| Cash Controller | | Taken By Cash Controller: | |
| Preparing Deposit: | | Date to Bank: | |
| Start Time: | | Time to Bank: | |
| Deposit Bag #: | | Deposit Bag #: | |
| Deposit Witness: | | Banking Witness: | |
| Deposit $: | | Bank Validated $: | |
| Completion Time: | | Bank Validation Time: | |
| Change Order $: | | Change $ Received: | |
| Comments: | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

| PARTNER TILL AUDIT #1 | |
|---|---|
| Store Manager: | |
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

| PARTNER TILL AUDIT #2 | |
|---|---|
| Store Manager: | |
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

| PARTNER TILL AUDIT #3 | |
|---|---|
| Store Manager: | |
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

| PARTNER TIP DROP LOG | | | | |
|---|---|---|---|---|
| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory): | TIME: |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| PARTNER TIP REMOVAL (weekly) | | |
|---|---|---|
| PARTNER #: | INITIALS: | |
| CC WITNESS (mandatory): | TIME: | |
| DROP BAG #'S: | | |

*Witness on tip drop removals must be the scheduled cash controller.

| DM VERIFICATION | |
|---|---|
| DM Signature: | Date Reviewed: |
| Comments: | |

STAR_MARSHALL0001149

# Cash Management Log

## STORE COMMUNICATIONS

DAY -                              DATE -

| REGISTER 1 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 1 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 2 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 TOP | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 BOTTOM | | TILL DROP LOG | |
|---|---|---|---|
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

# Cash Management Log

DAY- _____   DATE - _____/_____/_____

## SAFE COUNT

| | OPEN: | | MID 1: | | MID 2: | | MID 3: | | CLOSE: | |
|---|---|---|---|---|---|---|---|---|---|---|
| ~~N~~AME SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | | | | | | | | | | |
| $0.01 | | | | | | | | | | |
| $0.05 | | | | | | | | | | |
| $0.10 | | | | | | | | | | |
| $0.25 | | | | | | | | | | |
| $1.00 | | | | | | | | | | |
| $2.00 | | | | | | | | | | |
| $5.00 | | | | | | | | | | |
| $10.00 | | | | | | | | | | |
| $20.00 | | | | | | | | | | |
| OTHER $'s | | | | | | | | | | |
| Total Change Fund | | | | | | | | | | |
| # Tills/Total $ | | | | | | | | | | |
| # Till Drops | | | | | | | | | | |
| Cust. Recov. Cert. | | | | | | | | | | |
| P-Card | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| # Tip Bags | | | | | | | | | | |
| Comments: | | | | | | | | | | |

### Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep: | | Deposit to Bank: | |
|---|---|---|---|
| Cash Controller: | | Taken By Cash Controller: | |
| Preparing Deposit: | | Date to Bank: | |
| Start Time: | | Time to Bank: | |
| Deposit Bag #: | | Deposit Bag #: | |
| Deposit Witness: | | Banking Witness: | |
| Deposit $: | | Bank Validated $: | |
| Completion Time: | | Bank Validation Time: | |
| Change Order $: | | Change $ Received: | |
| Comments: | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

### PARTNER TILL AUDIT #1

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TILL AUDIT #2

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TILL AUDIT #3

| Store Manager: | |
|---|---|
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

### PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | TIME (mandatory) | TIME: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

### DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

CONFIDENTIAL



## PAYROLL PROCESSES FOR PAYROLL ERRORS

Payroll Processing **must be completed by 2:00 p.m.** local time. If after processing payroll it is discovered that a partner is missing hours there are three different processes for compensation.

1. **Complete a Prior Period Adjustment** – This will ensure the missing hours are on the partner's next paycheck. The store manager must enter all missing hours by completing a Prior Period Adjustment through the Benefits Adjustment tab in Time and Attendance.

2. **Complete an Emergency Wage Advance** – This process compensates partners who require immediate payment for missing funds. The partner may receive 80% of the total gross wages earned or up to $150.00, which ever is less.

   - Contact your district manager for approval (**authorization is required**).
   - The store manager must enter all missing hours by completing a Prior Period Adjustment through the Benefits Adjustment tab in Time and Attendance.
   - Calculate the amount of the advance (total hours x rate of pay x 80%).
   - Complete a **Paid Out** on the POS using the Reason Code "Payroll Emergencies."
   - Complete the Emergency Wage Advance Log.
   - Complete the Wage Advance and Payroll Deduction Form (SKU #176571 or print it from the Store Portal) and have it signed by the store manager and the partner.
   - Attach the Paid Out receipt to the wage signed Advance and Payroll Deduction Form. The store manager and partner receiving the advance must sign the receipt.
   - The partner has 14 days to return the Emergency Wage Advance.
   - Complete a **Paid In** to repay the Emergency Wage Advance and attach the receipt to the Wage Advance and Payroll Deduction Form. The receipt must be signed by the store manager and partner.
   - Complete the Emergency Wage Advance Log.
   - File the Wage Advance and Payroll Deduction Form in the partner's employment file.

3. **Complete a request for an On Demand Check** – This process compensates partners who require an advance exceeding $150.00.

   - Contact your store manager for approval (**authorization is required**).
   - The store manager must call the Partner Contact Center at (866) 504-7368 with the authorized hours to be paid and request an **On Demand Check**.

Note: **No Emergency Cash Advances using the Paid Out method or through the Partner Contact Center may be processed without prior authorization and approval from the district manager.**

## EMERGENCY WAGE ADVANCE LOG

| PAID OUT DATE | PARTNER NAME AND NUMBER | DESCRIPTION | AMOUNT (of the Paid Out's record the on the log) | CASE # | MANAGER SIGNATURE | DM (Print/Approval) | PAID IN DATE | DISTRICT MANAGER (Print Approval) |
|---|---|---|---|---|---|---|---|---|
| 4/15/10 | John Doe 987654 | No vacation hours entered – 4/10/10 | $100.00 | ABC-456 | *Mary Smith* | Via Voice Mail 4/14 | 4/27/10 | *Harry Smith* |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

STAR_MARSHALL0001152

# PUNCH COMMUNICATION LOG

**Week 9 — Nov 29 – Dec 5**

STORE # 11649

Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked.  Use of this log is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Resources Manual for more details).

| DATE | PARTNER NAME | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | DETAILED DESCRIPTION | PARTNER INITIALS | DATE | MANAGER INITIALS | DATE ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-29-10 | Elizabeth Saint Paul | 1714040 | 7:58am | | 1:25 | 5pm | | GSP/40 | | 7M | 12/2/10 |
| 11-29-10 | Giselle Mitchell | 1361748 | 8:20am | 1:05 | 7:14p | | | 7:14p | | 0pm | 12/2/10 |
| 11-30-10 | | 1530x73 | 11:53am | | | | | Vu.N | | 7M | 12/1/10 |
| 11-30-10 | Kimberlie Brouges | 1700495 | | 12:20pm | | 1:44pm | | | | 7M | 12/1/10 |
| 11-30-10 | Elizabeth Saint Paul | 1714047 | 6a | | | | | | | 7M | 12/1/10 |
| 11-30-16 | Raikun Buchanan | 1663648 | | | | | | | | 0pm | 11/30/10 |
| 12/01/10 | Andrae Suttord | 4105845 | 8:45 | 1:50pm | 2:20 | — | Borrowed Partner | YJP | 12/01/10 | 7M | 12/3/10 |
| 11/29/10 | Andrae Suttord | | 4:50 | | 5:20 | | deleted double | | | 0pm | 12/2/10 |
| 11/30/10 | Rathan Buchanan | 1663645 | | | | 10:08a | no punch | | | 0pm | 12/2/10 |
| 11/30/10 | Latasha Ingram | 1361748 | 5:30a | | | | | | | 7M | 12/2/10 |
| 12/2/10 | Karen Vargas | 1718481 | | | | 11:35 | may not compute | | | 0pm | 12/2/10 |
| 11/29/10 | Giselle Mitchell | 1530x73 | | | 12:30p | | no punch | | | 7M | 12/2/10 |
| 11/30/10 | Troy Scott | 1689419 | 8:40a | | | | no punch | | | 7M | 12/2/10 |
| 11/30/10 | Karel Vargas | 1718481 | | | 11:39a | | '' | | | 7M | 12/2/10 |
| 11/29/10 | Troi Wanrebebe | 1589042 | | | | | '' | | | 7M | 12/2/10 |
| 12/3/10 | Yu Yang | | | 11:59a | | | changed to out | | | 7M | 12/4/10 |
| 12/3/10 | K Inman | 1361748 | | 1:45 | 2:05 | | no punch | | | 7M | 12/4/10 |
| 12/10 | Andrae Sutherland | | 10:30 | 3:25 | 3:55 | 5:30 | no punch | LT | | 0pm | 12/6/10 |
| 12-30 | Troy Scott | 1689419 | | 13p | | 4:05 | Computer not working | | | 7M | 12/6/10 |
| 12/4/10 | Giselle Mitchell | 1530x73 | | | 8:30 | 4:08 | no punch | | | 7M | 12/6/10 |
| 12-2 | Antwanil Rhiman | 1409334 | 12:00pm | | | | '' | | | 0pm | 12/6/10 |
| 12-3 | Andrae Sutherland | | 9:40 AM | | | 1:00 PM | '' | | | 0pm | 12/6/10 |
| 12-1 | Andrae Sutherland | | 12:00 AM | | | 7:00 PM | | | | 7M | 12/6/10 |
| 12-1 | Andrae Sutherland | | 8:00 AM | | | 1:00 PM | '' | | | 7M | 12/6/10 |
| 12/04 | Latoshae | 1335252 | 7:30a | | 1:30p | | forgot to punch | MB | 12/04 | 7M | 12/6/10 |
| 12/2 | Karen Vargas | 1718481 | | | | 11:30g | | | | 7M | 12/6/10 |
| 12/1 | Brittney Johnson | 1098314 | 9:15 AM | 1:30 PM | | 2:00pm | | | | 0pm | 12/6/10 |
| 12-12 | Yu Yang | 1712482 | | 11:39a | | | | | | 7M | 12/6/10 |
| 12/4 | Latasha Ingram | 1361748 | 7:40a | | | | no punch | | | 7M | 12/6/10 |
| 12/4 | | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

CONFIDENTIAL

STAR MARSHALL0001153

# PUNCH COMMUNICATION LOG

Week 10 — Dec 6 – 12

STORE # 11699

Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked. Use of this tag is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Resources Manual for more details).

| DATE | PARTNER NAME | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | DETAILED DESCRIPTION | PARTNER INITIALS | DATE | MANAGER INITIALS | DATE ENTERED |
|------|-------------|-----------|----------|----------|----------|-----------|---------------------|------------------|------|------------------|--------------|
| 12/06/10 | Nathan Buchanan | 1663445 | 5:18am | | | | No punch | KB | 12/06 | JH | 12/6 |
| 12/8/10 | Kimberly Daniels | 1900435 | | 12:18 | | | Using Corp | KB | | N/A | N/A |
| | Yer Yang | 1727482 | | | 12:35p | | " | | | JH | 12/6 |
| 12/07 | Kukra Balbuena | 1335142 | 12p | 5:27pm | | 2:10pm | " | KB | 12/07 | N/A | N/A |
| 12/07 | Lamson Minithead | | 7:00am | | 5:37pm | 8:47pm | " | | | JH | 12/3 |
| 12/06 | Yer Yang | 1727482 | | | | 12:00pm | on Comp | VYY | 12/08 | JH | 12/3 |
| 12/08 | Yer Yang | 1727482 | 12:17pm | 5:01 | | 8:27pm | On Comp | VYY | 12/08 | JH | 12/3 |
| 12/08 | Sahisene Malathou | 1684119 | 9:52am | | 5:31 | | training | JS | 12/08 | JH | 12/3 |
| 12/8 | Troy Scott | 1700435 | | | | 11:35 | Train System | TSYY | 12-08 | JH | 12/3 |
| 12/9 | Kimberly Barnes | 1738051 | 10:30am | | | | Comp Froze | A.S | 12-09 | JH | 12/3 |
| 12/9 | Andre Sutherland | 1336242 | | | 12:44p | 1:30p | No Punch | | | JH | 12/3 |
| 12/9 | Nucha Balbuena | | | | | | | | | | 12/3 |
| 12/10 | LaToya Ingram | 1361148 | | | | 11:36p | delet dir incorrect | | | JH | 12/13 |
| 12/10 | Giselle Hillnet | 1300435 | | 6:84p | | 4p | No punch | | | JH | 12/13 |
| 12/11 | Kimberly Samuels | 1700436 | | | | 4p | " | | | JH | 12/13 |
| 12/10 | Andrae Sutherland | 1738061 | 4p | | | | " | | | JH | 12/13 |
| 12/10 | Raven Vanegas | 1718481 | | | 11:16a | | " | | | JH | 12/13 |
| 12/10 | Yer Yang | 1727482 | | | 12:33p | 2:30p | " | | | JH | 12/13 |
| 12/7 | " " | | | | | | delet ed double | | | JH | 11/13 |

CONFIDENTIAL

STAR MARSHALL0001154

# BORROWED PARTNER LOG

Use this log to capture partner and punch information for all borrowed partners. Borrowed partners should also punch in and out at the POS or MWS.

## Week 9 — Nov 29 – Dec 5

| DATE | PARTNER NAME | HOME STORE | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | PARTNER INITIALS | REASON |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1590301 | 9am | | | 3pm | | |
| | | | 1437762 | 4:65p | | | | | deleted b/c of no info |
| | | | 1279161 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# PAID TIME OFF LOG

Use this log to request paid time off such as vacation, jury duty, bereavement, and personal day.   **NOTE :** Personal day pay is based on average hours worked per shift.

| TODAY'S DATE | PARTNER NAME | PARTNER # | TYPE OF PAID TIME OF (vacation, jury, etc.) | TYPE OF PAID TIME OF (vacation, personal, etc.) | # OF HOURS | APPLY PAID TIME OFF TO (date(s)) | PARTNER INITIALS | MANAGER INITIALS | DATE ENTERED IN HRA |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

STAR_MARSHALL0001155

# PUNCH COMMUNICATION LOG

*Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked. Use of this log is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Resources Manual for more details).*

PROCEDURE:

1. The SM, ASM, or SS makes the actual written detailed entry into the log. The partner does not write the actual entry, but is responsible for initialing and approving the entry.
2. All entries in the log must be initialed and dated by the SM or ASM and the partner prior to processing payroll.
3. Shift Supervisors do not replace the SM or ASM as the signing authority on the *Punch Communication Log.*
4. Before processing payroll, compare the Audit Report and the Payroll Summary Report and make sure all punch edits have been added to the *Punch Communication Log* and approved by the partners. After payroll is processed, attach the Audit Report to the *Punch Communication Log.*
5. Keep the *Punch Communication Log* attached to your Daily Records Book. This form is required to be mailed with the DRB to Iron Mountain every six months for long term storage.

# BORROWED PARTNER LOG

*Use this log to capture partner and punch information for all borrowed partners.*

PROCEDURE:

1. All borrowed partners must punch in/out on the POS or Manager's Workstation in order to be paid and included in the weekly tip distribution.
2. All borrowed partners must also sign in/out on this *Borrowed Partner Log* before they leave the store.
3. Keep the *Borrowed Partner Log* attached to your Daily Records Book. This form is required to be mailed with the DRB to Iron Mountain every six months for long term storage.

# PAID TIME OFF LOG

*Use this log to request paid time off such as vacations, jury duty, bereavement and personal days.*

PROCEDURE:

1. All requested paid time off must be entered, initialed and dated in this log by the requesting partner BEFORE the SM or ASM processes payroll.
2. The SM or ASM must enter the paid time off into Time and Attendance prior to processing payroll. Do not send timecards for paid time off unless requested to do so by the Payroll department.
3. The SM or ASM who entered the paid time off in Time and Attendance must initial and date the original partner entry. Shift supervisors do not replace the SM or ASM as the signing authority.
4. Before processing payroll, compare the Payroll Summary Report with the *Paid Time Off Log.*
5. Keep the *Paid Time Off Log* attached to your Daily Records Book. This form is required to be mailed with the DRB to Iron Mountain every six months for long term storage.
6. *Refer to the Partner Resources Manual for more details on the eligibility for paid time off.*

STAR_MARSHALL0001156

# BORROWED PARTNER LOG

Use this log to capture partner and punch information for all borrowed partners. Borrowed partners should also punch in and out at the POS or MWS.

## Week 10 — Dec 6 - 12

| DATE | PARTNER NAME | PARTNER # | HOME STORE # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | PARTNER INITIALS | REASON |
|------|--------------|-----------|--------------|----------|----------|---------|-----------|------------------|--------|
|  |  | 1726329 |  | 10a |  |  |  |  | no punch / no in |

# PAID TIME OFF LOG

Use this log to request paid time off such as vacation, jury duty, bereavement, and personal day.

**NOTE:** Personal day pay is based on average hours worked per shift.

| TODAY'S DATE | PARTNER NAME | PARTNER # | TYPE OF PAID TIME OFF (Vacation, Personal Day, etc.) | NUMBER OF PAID TIME OFF (Used Hours) | PTO HOURS APPLY? | PAID TIME OFF FOR (Other dates) | PARTNER INITIALS | MANAGER INITIALS | DATE ENTERED IN RA |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |



# PUNCH COMMUNICATION LOG

**Week 11 — Dec 13 - 19**

STORE # 11699

Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked. Use of this log is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Ressources Manual for more details).

| DATE | PARTNER NAME | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | DETAILED DESCRIPTION | PARTNER INITIALS | DATE | MANAGER INITIALS | DATE ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/10 | Nathan Buchanan | 1003445 | 5am | | | 10:00 am | forgot to punch out | NMB | 12/15/10 | SM | 12/15 |
| 12/13/10 | Alex Marks | 1727482 | | 4:39 | | 3:3pm | on computer | AM | 12/3/10 | SM | 12/15 |
| 12/13/10 | Samson Mangena | 1738756 | 2am | | | 6pm | forgot to punch out | A.S | 12/13/10 | SM | 12/14 |
| 12/13/10 | Andre Sutherland | 173,8051 | 5am | 10:45pm | | | no punch | | | SM | 12/15 |
| 12/14 | C Morgan | 1301746 | | | | 10:30a | no acessible | | | SM | 12/14 |
| 12/14 | Nathan Buchanan | 1003449 | | | 12/29 | | clover training | | | SM | 12/14 |
| 12/14 | Kimberly Samuels | 1701326 | | | | | clover training | | | SM | 12/14 |
| 12/14 | Dominate Grate | | 10:00pm | | | 4:00pm | | | | SM | 12/15 |
| 12/14 | Michael Percipita | | 10:30pm | | | 4:00pm | | | | SM | 12/15 |
| 12/14 | Xi Yang | 1727483 | | 12:10p | 12:40p | | no punch | AP | | SM | 12/15 |
| 12/14 | Karen Vertega95 | 1718481 | | 11:30a | | | on computer | | | SM | 12/15 |
| 12/15 | Michael Percipita | | 12:00pm | | | 4:00pm | | OX | | SM | 12/20 |
| 12/15 | Dominate Grate | | 12:30pm | | 12:40m | | Markham | | | SM | 12/20 |
| 12/16 | Yee Vang | 1725482 | Markham | | 12:15p | 4pm | Markham | VXY | 12/16 | SM | 12/20 |
| 12/16 | Walter Palblang | 1325242 | | 1:65m | | | Mr. Palblang | NWB | 12/16 | SM | 12/20 |
| 12-18 | Kimberly Percipita | 1700435 | 12:00PM | | 12:20p | 4:00 PM | forgot to punch in | | | SM | 12/20 |
| 12-18 | Nuwa Palkuwaye | 1736242 | | | 1:20p | | no punch | | | SM | 12/20 |
| 12/6 | Giselle Mitchell | 1530473 | | 6:0p | | | no punch | | | SM | 12/20 |
| 12/18 | Karen Vertega95 | 1718481 | | 11:3a | | | no punch | | | SM | 12/20 |
| 12/19 | Samson Palblang | 1735756 | 12p | | | | | | | SM | 12/20 |

CONFIDENTIAL

STAR MARSHALL0001158

# BORROWED PARTNER LOG

*Use this log to capture partner information for all borrowed partners. Borrowed partners should also punch in and out at the host POS system.*

## Week 11 — Dec 13 - 19

| DATE | PARTNER NAME | PARTNER # | HOME STORE | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | PARTNER INITIALS | REASON |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

# PAID TIME OFF LOG

*Use this log to request paid time off such as vacation, jury duty, bereavement, and personal day.*   **NOTE:** *Personal day pay is based on average hours worked per shift.*

| TODAY'S DATE | PARTNER NAME | PARTNER # | TYPE OF PAID TIME OFF (Vacation, Personal Day, etc.) | # OF HOURS | APPLY PAID TIME OFF TO (enter dates) | PARTNER INITIALS | MANAGER'S INITIALS | DATE ENTERED IN PAX |
|---|---|---|---|---|---|---|---|---|
| 12/20 | Gisele Mitchel | 15 30473 | Vacation | 3 | 11/18 | | SA | 12/20 |
| | | | | | | | | |

CONFIDENTIAL

STAR_MARSHALL0001159

# PUNCH COMMUNICATION LOG

Week 12 — Dec 20 - 26

STORE # 11699

Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked. Use of this log is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Resources Manual for more details).

| DATE | PARTNER NAME | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | DETAILED DESCRIPTION | PARTNER INITIALS | DATE | MANAGER INITIALS | DATE ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/20 | Karen Vanasosu | 1718481 | 12:01 | 11:55a | | | mgr on com | | | JA | 12/21 |
| 12/20 | Giselle Mitchell | 1735013 | 12:38p | 6p | 6:30p | 4:76 | " " " | BO | | JA | 12/21 |
| 12/20 | Dominique Clinton | 1739426 | | 6p | 1:v | | | | | JA | 12/21 |
| 12/20 | Yer Yang | | 12:07p | 4:17 | 4:47 | | | | | JA | 12/21 |
| 12/20 | Samson Whatstone | | | | | | | | | JA | 12/21 |
| 12/20 | LaTasha | 1361744 | | | | 4:02 | no punch LT | | | JA | 12/21 |
| 12/20 | Abdul Ramph | 1739420 | 2p | | 5:00PM | | " " " | | | JA | 12/21 |
| 12/20 | Diorka Palbuena | 1339242 | | 12p | 12:30 | 11:50p | no punches | | | JA | 12/21 |
| 12/21 | Giselli Mitchell | 1535013 | | 10:35 | 7:35 | | | | | JA | 12/22 |
| 12/21 | Heal Scott | 1600414 | | | | 8:55 | using the cafe TC | | | JA | 12/23 |
| 12/21 | Teal Whatacre | 1079677 | | | | 8:55 | computer being used | TC | | JA | 12/23 |
| 12/21 | Samson Whatstone | 1731756 | 8:05 | 1:05 | 1:36 | 4:04 | | | 12:27:0 | JA | 12/23 |
| 12/22/10 | Elizabeth Santiago | 1714090 | | | | | | | | JA | 12/23 |
| 12/22/10 | Kimberly Deness | 1100425 | 8:04 | | | | using Computer | CG | 12-22 | JA | 12/23 |
| 12/22/10 | L. Frazman | 1367148 | 8:32am | | | | " " | CG | | JA | 12/23 |
| 12/23/10 | Nathan McCrinh | 1663945 | | | | 10:30 | first to punch out | NMK | | JA | 12/23 |
| 12/23/10 | Samson Whatstone | | 5:00 Am | | | | | | | JA | 12/23 |
| 12/23/10 | Nashawn Bondowson | 1727482 | | | 10a | | Shift lead late | JJ | 12/23 | JA | 12/23 |
| 12/24/10 | Nashawn Bondowson | 1663945 | | 12p | | | no punch | JJ | | JA | 12/23 |
| 12/24/10 | Woska Palbuena | 1339242 | | | | | " " | JJ | | JA | 12/23 |
| 12/24/10 | Catasha Ingram | 1361744 | open | | | | " " | JJ | | JA | 12/23 |
| 12/24/10 | Dominique Clinton | 1739426 | 12:21p | | | 1:30 a | change to train | JJ | | JA | 12/23 |
| 12/24/10 | Michael Perungah | 1731420 | 6:20a | | | | no punch | JJ | | JA | 12/23 |
| 12/24/10 | Kimberly samuels | 1100425 | 7:20a | | | | change to Dorsda | JJ | | JA | 12/23 |
| 12/24 | Kimberly Danese | 1100425 | 8:30a | | | | no punch | | | JA | 12/23 |
| 12/24 | Bethany Johnson | 1693344 | 12:35 | | | | Came Back | JK | | JA | 12/24 |
| 12/24 | Giselle Mitchell | 1535013 | | 4p | 4:00p | 1:00p | Store | JK | | JA | 12/27 |

CONFIDENTIAL

STAR MARSHALL0001160

# BORROWED PARTNER LOG

Use this log to capture partner and punch information for all borrowed partners. Borrowed partners should also punch in and out at the POS or MWS.

## Week 12 — Dec 20 – 26

| DATE | PARTNER NAME | PARTNER # | HOME STORE | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | PARTNER INITIALS | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/10 | Walter Free | 1719327 | 8th & Hudson | 2:350 | 11:400 | 12:10p | 3:02p | WF | Borrowed |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# PAID TIME OFF LOG

Use this log to request paid time off such as vacation, jury duty, bereavement, and personal day.   **NOTE:** Personal day pay is based on average hours worked per shift.

| TODAYS DATE | PARTNER NAME | PARTNER # | TYPE OF PAID TIME OFF (vacation, personal day, etc.) | # OF HOURS APPLIED (only dates) | PAID TIME OFF TO | PARTNER INITIALS | MANAGER INITIALS | DATE ENTERED IN TKA |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CONFIDENTIAL

STAR_MARSHALL0001161

# PUNCH COMMUNICATION LOG

## Week 13 — Dec 27 – Jan 2

STORE # _1 1 6 4 9_

Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked.  Use of this log is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Resources Manual for more details).

| DATE | PARTNER NAME | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | DETAILED DESCRIPTION | PARTNER INITIALS | DATE | MANAGER INITIALS | DATE REVIEWED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/28 | Domingo Clinton | 1739426 | | 11:15a | | | deleted double | | | | 12/29 |
| 12/28 | Giselle Mitchell | 1670073 | | 5p | 5:30p | | no meal | | | | 12/29 |
| 12/31 | Diovka Balayera | 1335242 | | | 1:30p | | no punch | | | | 1/3 |
| 12/28 | Nathan Buchanan | 1663445 | | | | 10:28a | deleted double | | | | 1/3 |
| 12/28 | Michael Peruposto | 1739420 | 3:30p | | | | change to tomsha | | | | 1/3 |

CONFIDENTIAL

STAR_MARSHALL0001162

# BORROWED PARTNER LOG

Use this log to capture partner and punch information for all borrowed partners. Borrowed partners should also punch in and out at the POS or MWS.

### Week 13 — Dec 27 – Jan 2

| DATE | PARTNER NAME | PARTNER # | HOME STORE # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | PARTNER INITIALS | REASON |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

# PAID TIME OFF LOG

Use this log to request paid time off such as vacation, jury duty, bereavement, and personal day.    **NOTE:** Personal day pay is based on average hours worked per shift.

| TODAYS DATE | PARTNER NAME | PARTNER # | TYPE OF PAID TIME OFF (Vacation, personal day, etc.) | # OF HOURS | APPLY PAID TIME OFF TO (enter dates) | PARTNER INITIALS | MANAGER INITIALS | DATE ENTERED INTO PDA |
|---|---|---|---|---|---|---|---|---|
| 12/30 | | 10858730 | vacation | 8 | | | | 1/3 |
| 12/21 | | 10858730 | holiday | 8 | | | | 1/3 |

CONFIDENTIAL

# Store Repair and Maintenance Tracking Log

Procedure:
1. Identify the correct Support Group for your issue
2. Please log all calls with the appropriate information

## Enterprise Help Desk: 1-888-796-5282  Registers, Cash Scale, Phone and Computers

| Date | Equipment | Store Partner | Analyst Name | Trouble Ticket | Description | Vendor Dispatched YES or NO | Issue Resolve Date |
|---|---|---|---|---|---|---|---|
| 01/1/10 | phone | SM | r | 02933008 | re-called in line #1 not working | | |
| 12/22/10 | phone | SM | Johan | 02933008 | called in phone line # 1 again | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Facility Contact Center 1-877-728-9349  Store Facility and Equipment Issues

| Date | Equipment | Store Partner | Caller Center Telephone | Work Order # | Description | Urgency Level | Resolution Date |
|---|---|---|---|---|---|---|---|
| 12/01 | espresso machine | 11049 | Linda | 9694648 | leaking, coffee, no product (steam) | GM | |
| 12/01 | paint coat | 116a(a) | Dominque | 9696057 | swork no | urgent | 24hr |
| 12/01 | lot fridg | 11049 | Dominque | 9696056 | (leaking) not cold | | |
| 12/3 | roast | SM | Jorge | 9697510 | bar leaking water 1st swig bottles | urgent | 48hrs |
| 12/03 | sink | RG | Linda | 9695049 | '' '' '' | urgent | 48hrs |
| 12/20 | hot water | RG | Siong | 9698233 | no hot water | non em | |
| 12/20 | door | RG | sheg | 9689248 | door can't lock | non em | 48hr |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

STAR  MARSHALL0001164

## P-CARD POLICIES: COMPLIANCE = 100% COMPLETION

**P-card Policy**
The Store P-card is a Starbucks backed charge card used to purchase business critical items at a retail merchant that is essential to store operations.
See P-card section in the *POS Register Resource Manual* under the Management Functions tab.

**P-card Standard**
- The P-card is to be kept in the change bank compartment of the safe.
- The P-card can be used by any store partner as directed by the cash controller on duty.
- With the exception of office and bar supplies, district manager approval is required for all P-card purchases that exceed $20.00.
- The P-card must be used when placing an office supply order with Staples by phone, online or making an in-store purchase.

**All Partners – P-card Procedures**
- The P-card must be removed from the safe by the scheduled cash controller.
- **Record** to whom and why the P-card is being given under "Comments" on the Safe Count section of the Store Management page in the Daily Records Book.
- After completing a P-card purchase, complete the *P-card/Paid Out Log* and file the receipt in the P-card/Paid Out envelope. Please print legibly and in pen.
- Leave all P-card receipts in the envelope. Do not send into Sales Audit.
- Return the P-card to the scheduled cash controller on duty; to be placed back in the safe immediately.
- **Record** that the P-card has been replaced and by whom under "Comments" on the Safe Count section of the Store Management page in the Daily Records Book.

*Note: Charges at specific store types (e.g. grocery stores) will be classified to those specific accounts on the P&L (e.g. Dairy Variance). Some merchants (e.g. personal services) are blocked and purchases will be declined at these locations.*

Contact the Store P-card Administrator at 1-888-796-5282, option 8, ext. 20631-86896 or email spcardadm@starbucks.com for declined, lost and stolen cards or when a temporary limit increase to cards is requested.

## PAID OUT/PAID IN POLICIES: COMPLIANCE = 100% COMPLETION

**Paid Out/Paid In Policies**
Paid Outs are for business critical exceptions where p-cards are not accepted. Emergency payroll Paid Outs should be entered on the *Emergency Wage Advance Log* after receiving a case number from the Partner Contact Center (PCC). See Paid Out and Paid In sections in the *POS Register Resource Manual* under the Management Functions tab.

**All Partners – Paid Out/Paid In Procedures**
- With the exception of bar supplies, obtain district manager approval for all purchases over $20.00.
- After completing the paid out/in at the POS, complete the *P-card/Paid Out Log* and file the receipt and the paid out/in register slip in the P-card/Paid Out Envelope. Please print legibly and in pen.
- Leave all Paid Out/Paid In receipts in the envelope. Do not send into Sales Audit.

## P-CARD AND PAID OUT/PAID IN MANAGEMENT POLICIES: COMPLIANCE = 100% COMPLETION

**Cash Controllers – Safe Count Policies**
The safe count must include accurate physical counts of all items in the safe, including the store P-card.

**Managers – Weekly Reconciliation**
Weekly, the store manager should reconcile the P-card and Paid Out/Paid In Log with the Cash Management Report. This report is located in the Store Web Reports on the MWS.

**District Manager and Manager – Monthly Reconciliation**
Monthly, the store manager and district manager should review, reconcile and approve the monthly total of P-card and Paid Out/Paid In transactions.

**All Partners – ACCOUNTABILITY AND DUTY TO REPORT**
Failure to comply with cash management policy endangers partner safety. Acts in violation or omissions of policy are grounds for disciplinary action up to and including termination. Uncorrected or continuing violations must be reported to management, your local Partner Resources generalist or the Business Conduct Helpline at 800/611-7792.

STAR MARSHALL0001165

DM check-in  12/22:

- Safe count area = within 10 minutes / person
- All prods: document once daily
- tip witnesses / received written per tip/tng
- No opening safe count on 11/30
- 12/02 Nerissa + Griselle safe count / not done appropriate steps
- Security deposit amt doesn't match slip 12/3, 11/29
- 12/4: Security no count

## Cash Management Log

### STORE COMMUNICATIONS

DAY - Mon          DATE - 12/21

Total O/S (-2.94)

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Niorva | 59441814 | NB | 1:23p |
| Troy | 59441814 | TN | 1:32p |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Kimberly | 5944812 | TN | 12:84p |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

STAR MARSHALL0001167

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*********************************************

Transaction #161
Account Number Ending In:                    0515
Checking Deposit                          $604.50

Cash Amount                               $604.50

Further review may result in delayed
availability of this deposit
.........................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/29/2010 13:56

Business Date 12/28/2010
Session #6S

Thank you - Carlos
Cashbox #01

CONFIDENTIAL

STAR MARSHALL0001168

BETTER
RATES

MORE
REWARDS

BIGGER
DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASE EXCLUSIVES**℠

BETTER
RATES

MORE
REWARDS

BIGGER
DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**

TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

CONFIDENTIAL

STAR_MARSHALL0001169



CONFIDENTIAL



CONFIDENTIAL

STAR MARSHALL0001171

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL.$ 1064.00

DATE: 12/24/10

DO NOT DISCARD UPON REMOVAL
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127603079

CONFIDENTIAL

STAR MARSHALL0001172

## Cash Management Log

DAY - _Monday_ / DATE - _12/27/10_

| SAFE COUNT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| NAME | OPEN: Vi Ong | | MID 1: Sba | | MID 2: | | MID 3: | | CLOSE: |
|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 7:00 | 12:40pm | 12:56p | 1:50p | | | | | | |
| $0.01 | 13 | 13 | 13 | 13 | | | | | | |
| $0.05 | 24 | 24 | 24 | 24 | | | | | | |
| $0.10 | 55 | 55 | 55 | 55 | | | | | | |
| $0.25 | 210 | 210 | 210 | 210 | | | | | | |
| $1.00 | 268 | 228 | 228 | 228 | | | | | | |
| $2.00 | 8 | 10 | 8 | 8 | | | | | | |
| $5.00 | 1190 | 1070 | 1070 | 1070 | | | | | | |
| $10.00 | 40 | 120 | 120 | 120 | | | | | | |
| $20.00 | 8 | 80 | 80 | 80 | | | | | | |
| OTHER $'s | 8 | 8 | 8 | 8 | | | | | | |
| Total Change Fund | 1800 | 1800 | 1800 | 1800 | | | | | | |
| # Tills/Total $ | 4800 | 4000 | in use | 4e200 | | | | | | |
| # Till Drops | 10 | 20 | 3 | 3 | | | | | | |
| Cust. Recov. Cert. | 24 | 24 | 24 | 24 | | | | | | |
| P-Card | Y/N | Y/N | Y/N | Y/N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| # Tip Bags | 15 | 856 | 12 | 13 | | | | | | |
| Comments: | | | | | | | | | | |

| Report Store Operating Funds | |
|---|---|
| Signature: _Seventy Marshall_ | $ Amount Entered: _1800.—_ |

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

| DEPOSIT INFORMATION | |
|---|---|
| **Deposit Prep** | **Deposit to Bank** |
| Cash Controller: SM | Taken By Cash Controller: SM |
| Preparing Deposit: SM | Date to Bank: ~~12/27/10~~ → 12/28/10 b/c of no fog |
| Start Time: 1pm | Time to Bank: 1:40pm → 1:40pm |
| Deposit Bag #: 127603079 | Deposit Bag #: 127603079 |
| Deposit Witness: NJ | Banking Witness: |
| Deposit $: 604.50 | Bank Validated $: 604.50 |
| Completion Time: 1:18pm | Bank Validation Time: 1:30pm |
| Change Order $: | Change $ Received: |
| Comments: bank closed - Snow | Comments: Key broken - unable to use night deposit |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.
**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

| PARTNER TILL AUDIT #1 | | PARTNER TILL AUDIT #2 | | PARTNER TILL AUDIT #3 | |
|---|---|---|---|---|---|
| Store Manager: | | Store Manager: | | Store Manager: | |
| Date: | | Date: | | Date: | |
| Partner Name: | | Partner Name: | | Partner Name: | |
| Register ID | | Register ID | | Register ID | |
| Over/Short $: | | Over/Short $: | | Over/Short $: | |
| Comments: | | Comments: | | Comments: | |

| PARTNER TIP DROP LOG | | | | | PARTNER TIP REMOVAL (weekly) | |
|---|---|---|---|---|---|---|
| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory) | TIME: | PARTNER #: | INITIALS: |
| 1689414 | TS | BT594478l6 | N.J. | 2:15 | CC WITNESS (mandatory): | TIME: |
| | | | | | DROP BAG #'S: | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| DM VERIFICATION | |
|---|---|
| DM Signature: | Date Reviewed: |
| Comments: | |

*Witness on tip drop removals must be the scheduled cash controller.

STAR MARSHALL0001173

## Cash Management Log

**STORE COMMUNICATIONS**

DAY - Tuesday          DATE - 12/28/10

Total O/S +4.47

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Dominique | 59441820 | CW | 2:56 |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Serenity | 59441829 | CW | 6:39 |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Nathan | 59441818 | CW | 12:18 PM |
| Michael | 59441826 | CW | 9.48 |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Tray | 59441822 | CW | 6:36 |
| | | | |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

CHASE

CHASE

Special benefits for Chase checking
customers! Take advantage of exclusive
offers on many Chase products. To learn
more visit chase.com/exclusives
or talk to a banker today!

My Transaction Summary

*************************************

Transaction #160
Account Number Ending In:              0515
Checking Deposit                    $452.74

Cash Amount                         $452.74

Further review may result in delayed
availability of this deposit

.........................................

JPMorgan Chase Bank, N.A.
Hudson Street, Branch 000243
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/28/2010 13:56

Business Date 12/28/2010
Session #65

Thank you - Carlos
Cashbox #01

STAR MARSHALL0001175

REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASEEXCLUSIVES** SM

# BETTER
# RATES

# MORE
## REWARDS

# BIGGER
## DISCOUNTS

SPECIAL BENEFITS JUST FOR BEING A
**CHASE CHECKING CUSTOMER**
TALK TO A BANKER TODAY OR
VISIT CHASE.COM/EXCLUSIVES

Restrictions and limitations apply
JPMorgan Chase Bank, N.A. Member FDIC.

INTRODUCING
**CHASEEXCLUSIVES** SM

BETTER



STAR MARSHALL0001177



STAR_MARSHALL0001178

# RE: 345 Hudson St Starbucks-getting bad

| From: | Shelby Wood <SWood@emmisny.com> |
|---|---|
| To: | Jen Gurtov; Giancarlo Negovetti |
| CC: | Kevin Cox; S11649 Hudson & King |
| Subject: | RE: 345 Hudson St Starbucks-getting bad |
| Sent: | 7/6/2010 9:00:04 PM +00:00 |

Thank you so much for getting back to us Jennifer, we really appreciate it.

Sorry that my response was delayed, I was out of town and we were closed for the holiday.

However, almost immediately we have seen more staff at this Starbucks and it doesn't seem so chaotic.
Still a lot of new faces, but it seems to be going a little smoother.
We have not spoken to Serenity yet, but thank you for giving us a name.

We'll see how it goes and continue to give you feedback as needed.

I also wanted to give a special recognition to Giselle who works at this location.
I went there the other day and was venting to my co-worker about something work-related and I was pretty upset/annoyed.
She gave me my coffee on the house since I "seemed really upset and could need something nice"
I immediately smiled and cheered up.
That was very nice of her and so unexpected!  So I wanted to make sure I mentioned her to you.

Thanks again!

STAR_MARSHALL000182

DEFENDANT'S
EXHIBIT
12-8-11 rf
NO. 13
PENGAD 800-631-6989