

Welcome to Starbucks!

We're glad you decided to join our team and wish you an exciting journey with us. You will soon find yourself immersed in a world of great coffee and great people. To get started, the enclosed *Partner Guide*, along with the *Standards of Business Conduct* and the *Partner Safety Manual*, will help introduce you to the spirit of how we work, our vision as a company, our passion for coffee and the foundation from which we operate.

In addition to these three booklets, you'll find all of the necessary "new hire" forms to be completed with your manager:
- **Partner Acknowledgement Form** (in the back of the *Partner Guide*)
- **W-4 Tax Withholding Form**
- **Direct Deposit of Payroll**
- **I-9 Employment Eligibility Verification** (witnessed by your manager)
- **Safety Handbook Acknowledgement Form** (in the back of the *Safety At Starbucks: A Guide for Store Partners*)
- **Work Opportunity Tax Credit (if applicable)**
- **Partner Personal Profile Form (optional)**
- **CUP Fund Pledge Form (optional)**

For your convenience and quick reference, we've included a handy, pocket-size card with frequently-used and important phone numbers here at Starbucks. And, of course, your Temporary Partner Card—your passport to discover our coffees and teas through your partner discount and weekly product markout which you will learn more about today.

As you become eligible for more Starbucks Total Pay programs–Benefits, Savings and Stock—enrollment information will be sent to you. Until then, refer to the Total Pay Overview/Benefit Plans and Programs section (section 12) included in the *Partner Guide*. In the interim, you are encouraged to begin taking advantage of your Partner Perks programs including *Thrive, Make Wellness Your Own (see kit insert)*. *Thrive* provides partners with tools to manage their own health which, in turn, helps Starbucks to continue to offer affordable health care coverage to all partners–just one of the ways we care about our partners.

Again, welcome to the Starbucks team!

*Margie Giuntini*
Margie Giuntini
senior vice president
Partner Resources, US Businesses

CONFIDENTIAL