## Unpaid Time Off

Starbucks offers partners leaves of absence for extended periods of time, depending on the reason for the request.

### Types of Unpaid Leave

Starbucks currently offers the following unpaid leaves of absence:
- Family/Medical leave
- Medical leave
- Disability leave
- Military leave
- Personal leave
- Career Coffee Break

At all times, Starbucks complies with state and/or federal laws in providing partners with leaves of absence.

### Requesting a Leave of Absence

Partners who wish to apply for a leave of absence or obtain more information must contact Starbucks Benefits Center Leave Administration at (877) SBUXBEN or (877) 728-9236 (select the leave of absence option). Starbucks Benefits Center will counsel partners about leave of absence eligibility, required documentation, use of paid time off, short-term disability benefits, continued health coverage and other topics.  Starbucks Benefits Center will also mail leave of absence applications, required forms and reference materials to the requesting partner.

In extreme circumstances, a manager may contact Starbucks Benefits Center to initiate a leave for a partner who is unable to do so.

All required forms must be completed and returned to Starbucks Benefits Center by the deadline date indicated in the materials sent to the partner. It is the partner's responsibility to ensure that all paperwork is completed and returned by the deadline date indicated in the materials sent to the partner.  Failure to complete and return the necessary paperwork may delay the commencement of the partner's leave, or if leave has already begun, may result in a determination that the leave is unauthorized.

After review of the partner's request for leave, an email notification will be sent from Starbucks Benefits Center informing if the partner's leave has been approved and his or her expected return to work date. Starbucks Benefits Center will regularly update the partner, partner's manager and Partner Resources Support Center as to the partner's leave status and if additional action is needed.

**If a manager becomes aware that a salaried partner is on a leave of absence but is continuing to draw a regular paycheck, the manager must immediately alert the Partner Resources Support Center at (866) 504-7368, option 5, or Starbucks Benefits Center – Leave Administration at (877) 728-9236. A salaried partner is not entitled to receive regular pay while on a leave of absence.**

# Family/Medical Leave

Starbucks intends for its Family/Medical leave to provide benefits consistent with the federal Family and Medical Leave Act of 1993. At all times, Starbucks will follow applicable state law to the extent that it offers benefits more generous than those provided here.

Family/Medical leave provides up to 12 weeks of unpaid, job-protected leave to eligible employees. In certain circumstances, additional leave may be approved.

The partner will be required to submit detailed medical documentation of his or her inability to work. Starbucks will review the additional medical documentation and determine on a case-by-case basis whether a partner may receive additional time away from work under a State, Medical or Disability leave.

A request or application for Family/Medical leave must be made to Starbucks Benefits Center at least 30 days in advance of the partner's first day off work. If 30 days advance notice cannot be provided because the reason for leave is sudden and unexpected, notice should be provided as soon as possible.  If Family/Medical leave is requested due to a serious health condition or to care for an ill family member, the partner will receive paperwork that must be completed by his or her (or the family member's) health care provider.  It is the partner's responsibility to ensure that all paperwork is completed and returned within the time frame provided.

## Eligibility

To be eligible for Family/Medical leave, the partner must have been continuously employed by Starbucks for at least 90 days and actively working during that time.

If eligible, the partner has available up to 12 weeks of Family/Medical leave every 12 months, or up to 26 weeks to care for a covered service member with a serious illness or injury (Military Caregiver leave). For Family/Medical leave, Starbucks calculates the amount of time the partner has available by reviewing the 12-month period preceding the partner's first day of leave. The amount of Family/Medical leave taken in the prior 12 months will be subtracted from the 12 weeks of Family/Medical leave otherwise available to the partner. For Military Caregiver leave, the partner has 26 weeks available in the 12 months following the first date of leave.

## Partner Rights and Responsibilities

The following outlines employee rights and responsibilities under the Family and Medical Leave Act.

---

**Employee Rights and Responsibilities Under the Family and Medical Leave Act**

**Basic Leave Entitlement**
FMLA requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:
- For incapacity due to pregnancy, prenatal medical care or child birth;
- To care for the employee's child after birth, or placement for adoption or foster care;
- To care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or
- For a serious health condition that makes the employee unable to perform the employee's job.

**Military Family Leave Entitlements**
Eligible employees with a spouse, son, daughter, or parent on active duty or call to active duty status in the National Guard or Reserves in support of a contingency operation may use their 12-week leave entitlement to

---

address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered servicemember during a single 12-month period. A covered servicemember is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty that may render the servicemember medically unfit to perform his or her duties for which the servicemember is undergoing medical treatment, recuperation, or therapy; or is in outpatient status; or is on the temporary disability retired list.

**Benefits and Protections**
During FMLA leave, the employer must maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms. Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

**Eligibility Requirements**
Employees are eligible if they have worked for a covered employer for at least one year, for 1,250 hours over the previous 12 months, and if at least 50 employees are employed by the employer within 75 miles.

**Definition of Serious Health Condition**
A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than three consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

**Use of Leave**
An employee does not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the employer's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

**Substitution of Paid Leave for Unpaid Leave**
Employees may choose or employers may require use of accrued paid leave while taking FMLA leave. In order to use paid leave for FMLA leave, employees must comply with the employer's normal paid leave policies.

**Employee Responsibilities**
Employees must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days notice is not possible, the employee must provide notice as soon as practicable and generally must comply with an employer's normal call-in procedures.

> Employees must provide sufficient information for the employer to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees also may be required to provide a certification and periodic recertification supporting the need for leave.
>
> **Employer Responsibilities**
> Covered employers must inform employees requesting leave whether they are eligible under FMLA. If they are, the notice must specify any additional information required as well as the employees' rights and responsibilities. If they are not eligible, the employer must provide a reason for the ineligibility.
> Covered employers must inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. If the employer determines that the leave is not FMLA-protected, the employer must notify the employee.
>
> **Unlawful Acts by Employers**
> **FMLA makes it unlawful for any employer to:**
> - Interfere with, restrain, or deny the exercise of any right provided under FMLA;
> - Discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.
>
> **Enforcement**
> An employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer. FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

## Return to Work

When Family/Medical leave ends, the partner will return to work in the same position held when the leave began or to a similar position with similar pay, benefits and other terms and conditions of employment. The partner is required to contact his or her manager at least two weeks in advance of the return to work to ensure that the partner is scheduled to work. Additionally, a partner who has been unable to work due to his or her own serious health condition may be required to provide medical documentation of his or her fitness to return to work.

## Poster for Family and Medical Leave Act

Starbucks Family/Medical Leave policy is intended to comply with the federal Family and Medical Leave Act of 1993. Posters placed in all U.S. stores provide partners with further details regarding their rights and responsibilities under the FMLA. Additional information can be obtained by contacting Starbucks Benefits Center - Leave Administration or the Partner Resources Support Center (PRSC).

# Medical Leave

Medical leave may be available to a partner who is unable to work due to a serious health condition and who qualifies for and is approved for short-term disability benefits, either under Starbucks short-term disability plan or a disability benefit pursuant to state law, presently in California, Hawaii, New York, New Jersey and Rhode Island.

The maximum duration of a continuous Medical leave is 26 weeks. A Medical leave may run concurrent with Family/Medical leave under Starbucks policy or State leave if available.

To apply for a Medical leave or to obtain more information, a partner must contact Starbucks Benefits Center Leave Administration at (877) SBUXBEN or (877) 728-9236 and select the leave of absence option. Generally, medical documentation verifying the reason for and the expected duration of the leave will be required. A partner's failure to submit medical documentation may result in denial of leave and/or separation from employment.

### Return to Work

A partner must contact his or her manager at least two weeks prior to the end of his or her Medical leave to make arrangements to return. Generally, a partner will be reinstated to his or her same position. However, Starbucks cannot guarantee that he or she will retain the same position upon their return to work.

## Disability Leave

A leave of absence may be granted to accommodate a disability, provided the leave is reasonable and does not impose an undue hardship on Starbucks operations. If the partner's disabling condition also qualifies as a serious health condition under Starbucks Family/Medical leave policy, the partner's request for Disability leave will be treated as a request for Family/Medical leave. Disability leave may be approved if Family/Medical or Medical leave is not available.

To apply for a Disability Leave of Absence or to obtain more information, a partner must contact Starbucks Benefits Center at (877) SBUXBEN or (877) 728-9236 and select the leave of absence option.

### Medical Documentation and Accommodation

Generally, medical documentation verifying the reason for and the expected duration of the leave will be required. A partner's failure to submit medical documentation may result in denial of leave and/or separation from employment. Upon receipt of the required medical documentation, Starbucks will conduct a review to determine whether the leave may be reasonably accommodated. Starbucks will also reasonably accommodate the partner's return to work by reinstating the partner into a suitable position.

### Return to Work

A partner must contact his or her manager at least two weeks prior to the end of his or her Disability leave to make arrangements to return. Generally, a partner will be reinstated to his or her same position. However, Starbucks cannot guarantee that he or she will retain the same position upon their return to work.

## Military Leave

Starbucks abides by all applicable federal and state laws in providing members of our military services with an unpaid leave of absence to attend to military duties. If a partner is a member of the military and receives notice of annual reserve training or active duty, the partner must immediately notify his or her manager to arrange for the time away from work. The partner may also be required to provide a copy of the military orders.

When a partner is called to active duty, he or she may be eligible for a military allowance (the difference between the partner's Starbucks pay and his or her military pay) and continued health coverage. For more

information, or to apply for a military leave, contact Starbucks Benefits Center at (877) SBUXBEN or (877) 728-9236 and select the leave of absence option.

### Return to Work

Upon return from Military Leave, Starbucks will make reasonable efforts to reinstate a partner to his or her same or similar position in accordance with USERRA. Reporting to work or applying to return to work varies based on the length of time the partner was called into military service. Consult with the Partner Resources Support Center for more information.

### "Notice of Your Rights Under USERRA" Poster

Starbucks intends for its Military Leave policy to comply with the Uniformed Services Employment and Reemployment Act (USERRA). A *Notice Of Your Rights Under USERRA* poster, which provides partners with further details, is placed in all U.S. stores. Additional information can be obtained by contacting Starbucks Benefits Center - Leave Administration or the Partner Resources Support Center (PRSC).

## Personal Leave

An unpaid leave of absence for personal reasons is available to partners that have been continuously employed with Starbucks for at least 90 days. Personal leave is limited to 30 days and only one Personal leave will be granted every three years. Personal leave is not available to attend school or to extend Family/Medical leave, Disability leave or paid vacation.

A Personal leave of absence must be approved by both the partner's manager and Partner Resources.

A partner on Personal leave will be required to use unused vacation pay to substitute for any or all of the unpaid personal leave.

To apply for a Personal leave or to obtain more information, a partner must contact Starbucks Benefits Center at (877) SBUXBEN or (877) 728-9236 and select the leave of absence option.

### Return to Work

A partner must contact his or her manager at least two weeks prior to the end of his or her Personal leave to make arrangements to return. Generally, a partner will be reinstated to his or her same position. However, Starbucks cannot guarantee that he or she will retain the same position upon his or her return to work.

## Career Coffee Break

Career Coffee Break is intended to honor long term commitment to Starbucks and to provide an opportunity for partners to refresh and relax.

### Eligibility and Duration

A partner is eligible for a Career Coffee Break after completing 10 years of continuous service and receiving a Meets Expectations (or higher) performance rating. A second Career Coffee Break will be available to the partner after working seven consecutive years after the end of the first Career Coffee Break. No more than two Career Coffee Breaks will be granted to the same partner.

The maximum duration of any approved Career Coffee Break is 12 consecutive months. Career Coffee Break may be reduced by, and commensurate with, any amount of leave taken in the 12 months immediately preceding the Career Coffee Break.

### Requesting a Career Coffee Break

A partner requesting a Career Coffee Break should do so at least six (6) months prior to the requested leave commencement date. The request should be submitted in writing to the partner's manager, with a copy to the Partner Resources Support Center. The partner should also apply for a Career Coffee Break by calling Starbucks Benefits Center Leave Administration at (877) SBUXBEN or (877) 728-9236 and selecting the leave of absence option.

### Return to Work

A partner must contact his or her manager at least two weeks prior to the end of his or her Career Coffee Break to make arrangements to return. Starbucks will make every reasonable effort to reinstate the partner to his or her same or similar position. A position is not guaranteed except when the partner's total absence does not exceed six (6) months, unless the partner's position is eliminated as a result of a business restructure.

If it is determined that the partner's position will not be available at the end of the approved Break, the manager should begin working with the partner and Partner Resources to identify other opportunities that would align well with the partner's skill, experience and career interests. This work should begin at least three (3) months prior to the partner's scheduled last day of Break. The partner should be informed that he or she will need to apply and interview for positions. If the partner does not have a position secured when the Career Coffee Break ends, the partner's manager should separate the partner from employment effective the last day of the approved Break.

## Impact of Leave of Absence on Pay and Benefits Eligibility

### Pay While on Leave

Leaves of absence are unpaid. However, partners may be required to substitute any available vacation pay and/or sick pay consistent with the purpose of the leave. For example, sick pay cannot be used to substitute for any or all of unpaid Military leave, Personal leave, or Career Coffee Break (sabbatical leave).

A partner on leave for his or her own medical condition (Family Medical leave, Medical leave, or Disability leave) may be eligible for short-term disability benefits while absent. A partner who is unable to work because of an on-the-job injury or illness may be eligible for time-loss compensation through workers' compensation insurance.

### Benefits Eligibility While on Leave

To obtain more information about the impact a leave of absence may have on benefits eligibility, including payments during leave, and eligibility for other programs, please consult the U.S. Benefits Plan Description at mysbuxben.com or call Starbucks Benefits Center Leave Administration at (877) SBUXBEN or (877) 728-9236 and select the leave of absence option.

### Performance Review and Merit Increases While on Leave

All pay increases are delayed while a partner is on an approved leave (with the exception of Military leave). If the partner was in active status for enough of the performance period that a review is appropriate, the partner should receive a performance review and any corresponding pay change that was scheduled to occur

during his or her leave upon returning to work. The effective date of the increase will be the date the partner returned to work.

The performance review schedule for retail hourly partners will be reset to six months from the date the partner returns to work. Store managers and assistant store managers will have no change to their performance review schedule.

For partners returning from Military leave, the partner should receive a performance review and any corresponding pay change that was scheduled to occur during his or her leave. The effective date of the increase will be retroactive to the date on which the review was scheduled, with no change to the schedule for upcoming performance reviews.

## Leave of Absence Procedures for Retail Managers

These procedures are provided to store managers and district managers to assist in handling a partner's leave of absence.

### Leave Types and Resources

Be Knowledgeable: Familiarize yourself with the various leaves of absence offered by Starbucks, and understand the eligibility and approval processes.
- Family/Medical Leave
- Medical Leave
- Disability Leave
- Military Leave
- Personal Leave
- Career Coffee Break

Additional information is available in the *Partner Guide – U.S. Store Edition*, Time Away From Work section, and the *U.S. Benefits Plan Description*, Time Off section.

### Partner Requests for Leave

Be Welcoming and Be Considerate:  When a partner expresses a desire or need to take a leave of absence, direct him or her to the appropriate resources. Advise the partner to refer to the *Partner Guide – US Stores Edition* for general information. It is the partner's responsibility to initiate a leave of absence and follow the directions in the *Partner Guide*.  The partner should request a leave of absence by calling Starbucks Benefit Center at (877) SBUXBEN or (877) 728-9236 and selecting the leave of absence option. In extreme circumstances, a manager may contact the Starbucks Benefits Center to initiate a leave for a partner that is unable to do so.

### Working with Starbucks Benefits Center Leave Administration

**Note: The manager does not submit a PAN to start or end the partner's leave of absence; this will be done by Leave Administration.**

Throughout a partner's leave, pay careful attention to subsequent emails from Starbucks Benefits Center - Leave Administration that will provide important information on the status of your partner's leave and prompt you to take action when needed. These emails include:

- **Leave Initiation:** Advise you that your partner has initiated a leave of absence.
- **Leave Approval:** Inform you that your partner's leave has been approved and the expected return to work date.
- **Leave Denial:** Informs you that your partner's request for leave is denied and the reason. Instructs you to contact the Partner Resources Support Center at (866) 504-7368, option 5, to determine the appropriate next steps.
- **Contact Partner:** Approaching return to work date - Alerts you 14 days in advance that your partner's approved leave of absence is ending and advises you to make arrangements directly with your partner for his or her return to work.
- **Action Required:** Confirm return to work date for salaried partners - Asks you to confirm that your salaried partner actually returned so that his or her autopay may be restarted.
- **Leave of Absence Return to Work Date - Same Day Reminder**: Informs you that your hourly partner's approved leave has ended and the partner should be scheduled to return to work. Instructs you to work with the Partner Resources Support Center at (866) 504-7368 if your partner has not made arrangements to return to work.

## Communications and Administration

Be Genuine:  As your partner's leave draws to an end, it is important that you connect with your partner and help plan his or her return to work or if necessary, explore other options.

Be Involved:  As a manager, you play a key role in the leave of absence process. Actively communicate with your partner about his or her desire to take a leave and continue to remain in contact with your partner through the duration of the leave to coordinate use of vacation and sick time (if applicable) and to make arrangements for his or her return to work.

- When you receive the advance notification email that your partner's approved leave will end, contact your partner at home and discuss the schedule for the first week back to work. Ensure that your partner is back on the store's schedule the week in which the partner is expected to return.
- If the partner advises you that he or she is unable to return to work and needs additional time off, instruct the partner to contact Leave Administration to request an extension of the leave. Notify the Partner Resources Support Center of your partner's status and seek consultation on next steps.
- Finally, if your partner returns to work on the expected return to work date, communicate the return to work date to Starbucks Benefits Center at (877) 728-9236 or email Starbucks.cm@aonhewitt.com.

## Leave of Absence Support Roles

In addition to the manager, Starbucks Benefits Center and the Partner Resources Support Center have important roles in managing partners' leaves of absence.

### Starbucks Benefits Center

Starbucks Benefits Center can be reached at (877) SBUXBEN or (877) 728-9236, leave of absence option, and does the following:

- Counsels partners about leave of absence eligibility, required documentation, use of paid time off, short-term disability benefits, continued health coverage and other topics.
- Fields all requests for leaves of absence.
- Mails leave of absence applications, required forms and reference materials to partners requesting a leave.
- Updates the partner's leave status in the Starbucks Payroll/HR system.

- Stops autopay for salaried partners.
- Reviews and approves or denies requests for leave.
- Sends approval/denial letters and other leave related communication directly to the partner.

## Partner Resources Support Center (PRSC)

The PRSC can be reached at (866) 504-7368, option 5, for the following:
- If a partner decides not to return to work after his or her leave of absence has ended, provides consultation to managers to determine the appropriate course of action
- If a partner rails to return to work on the scheduled return day, consults with managers about the partner's employment status.  Managers should immediately contact the PRSC if a partner fails to work on the scheduled return day.