# Leave of Absence Quick Reference Guide

This guide is for store managers and district managers to assist in handling a partner's leave of absence.

**Manager Responsibilities**

- Be Knowledgeable - Familiarize yourself with the various leaves of absence offered by Starbucks, and understand the eligibility and approval processes. These are outlined in this Manual in the following sections:

    - Family/Medical Leave

    - State Leave

    - Medical Leave

    - Pregnancy Disability Leave

    - Disability Leave

    - Military Leave

    - Personal Leave

    - Career Coffee Break

    Additional resources are available in the U.S. Partner Guide, Time Away From Work section and the U.S. Benefits Plan Description, Time Off section.

- When a partner expresses a desire or need to take a leave of absence, direct him or her to the appropriate resources. Advise the partner to refer to page 34 of the *Partner Guide*. It is the partner's responsibility to initiate a leave of absence and follow the directions in the Partner Guide. A partner should request a leave of absence by calling **Starbucks Benefit Center – Leave Administration at (877) 728-9236, \*53**. In extreme circumstances, a manager may contact Leave Administration to initiate a leave for a partner that is unable to do so.

    *\*Note: The manager does **not** submit a PAN to start or end the partner's leave of absence; this will be done by Leave Administration.*

© 2009 Starbucks Coffee Company. All rights reserved. Printed in USA. 8/09

CONFIDENTIAL

STAR_MARSHALL0000760

- Be Involved - As a manager, you play a key role in the leave of absence process. Actively communicate with your partner about his or her desire to take a leave and continue to remain in contact with your partner through the duration of the leave to coordinate use of vacation and sick time (if applicable) and to make arrangements for their return to work.

Throughout a partner's leave, pay careful attention to subsequent emails from Starbucks Benefits Center - Leave Administration that will provide important information on the status of your partner's leave and prompt you to take action when needed. These emails include:

- Leave Initiation -Advise you that your partner has initiated a leave of absence.

- Leave Approval - Inform you that your partner's leave has been approved and their expected return to work date.

- Leave Denial – Informs you that your partner's request for leave is denied and the reason. Instructs you to work with your Partner Resources Manager to determine the appropriate next steps.

- Contact Partner: Approaching return to work date - Alerts you 14 days in advance that your partner's approved leave of absence is ending and advises you to make arrangements directly with your partner for their return to work.

- Action Required: Confirm return to work date for salaried partners - Asks you to confirm that your salaried partner actually returned so that their autopay may be restarted.

- Leave of Absence Return to Work Date: Same Day Reminder – Informs you that your hourly partner's approved leave has ended and they should be scheduled to return to work. Instructs you to work with your Partner Resources generalist if your partner has not made arrangements to return to work.

- Be Genuine - As your partner's leave draws to an end, it is important that you connect with your partner and help them plan his or her return to work or if necessary, explore other options.

- When you receive the advance notification email that your partner's approved leave will end, contact your partner at home and discuss the schedule for their first week back to work. Ensure that your partner is back on the store's schedule the week in which they are expected to return.

- If your partner advises you that they are unable to return to work and need additional time off, instruct them to contact Leave Administration to request an extension of their leave. Notify your Partner Resources generalist of your partner's status.

- If your partner decides not to return to work after their leave of absence has ended, work with your Partner Resources generalist to determine the appropriate course of action.

- If your partner fails to return to work on their scheduled return day, immediately contact your Partner Resources generalist to discuss your

CONFIDENTIAL                                             STAR_MARSHALL0000761

partner's status.

- Finally, if your partner returns to work on their expected return to work date, send a confirmation to Starbucks Benefits Center - Leave Administration at (877) 728-9236 *53 or StarbucksLA@hewitt.com.

In addition to the manager, Starbucks Benefits Center - Leave Administration and the Partner Resources Manager have important roles in managing partners' leaves of absence.

## Starbucks Benefits Center - Leave Administration

- Counsels partners about leave of absence eligibility, required documentation, use of paid time off, short-term disability benefits, continued health coverage and other topics.
- Fields all requests for leaves of absence.
- Mails leave of absence applications, required forms and reference materials to partners requesting a leave.
- Updates the partner's leave status in the Starbucks Payroll/HR system.
- Stops autopay for salaried partners.
- Reviews and approves or denies requests for leave.
- Sends approval/denial letters and other leave related communication directly to the partner.
- Communicates regularly by email with the Partner Resources generalist regarding the partner's leave status.

## Partner Resources Generalist

- Liaison between Leave Administration and the partner's manager.
- Assists Leave Administration, as necessary, in obtaining the appropriate documentation for the leave of absence from the partner.
- If a partner's request for leave has been denied or they do not return from an approved leave, the Partner Resources generalist assists the manager in determining their partner's employment status.

## One Final Note

If a manager becomes aware that a salaried partner is on a leave of absence but is continuing to draw a regular paycheck, the manager must immediately alert his or her Partner Resources generalist or Leave Administration at (877) 728-9236. A salaried partner is not entitled to receive regular pay while on a leave of absence.

© 2009 Starbucks Coffee Company. All rights reserved. Printed in USA. 8/09

CONFIDENTIAL

STAR_MARSHALL0000762



# U.S. Retail Hourly Nonexempt
# Vacation and Personal Day Policy Changes
# Effective February 16, 2009

Effective February 16, 2009 the vacation and personal day policy for U.S. retail hourly nonexempt partners (baristas, shift supervisors and café attendants) will change. These new policies are outlined below and supersede all previous vacation and personal day policies.

The vacation and personal day policy for retail salaried partners (store managers, assistant store managers and retail management trainees) and non-retail partners is not changing.

## Vacation Policy
The following principles apply to paid vacation:

- Retail hourly nonexempt partners are eligible to begin accruing and using vacation time after completing 12 months of continuous service with Starbucks.
- Vacation time must be requested in advance, preferably at least 30 days, to plan for the partner's absence. The partner should submit a vacation request to his or her manager using the Paid Time Off log.
- Vacation time may not be donated, borrowed or taken as cash in lieu of time off.
- Vacation is paid at the rate of pay the partner is earning at the time vacation is taken.
- Prior employment with Starbucks will not increase the amount of vacation time to which the partner is entitled.
- The partner may be required to use paid vacation to substitute for any or all unpaid leave, depending on the reason for the absence. Refer to the "Unpaid Time off" section of the Partner Guide and Partner Resources Manual for more information.

### *Accrual Vacation*
The accrual vacation program applies to all retail hourly nonexempt partners in all states.

After 12 months of continuous service, retail hourly nonexempt partners accrue paid vacation for each hour worked as follows:

- In the second and third year of employment, vacation accrues at the rate of .02 for each hour worked. At this rate, a full-time partner working 40 hours a week would receive 40 hours of vacation and a part-time partner working 20 hours a week would receive 20 hours of vacation.

- In the fourth and fifth year of employment, vacation accrues at the rate of .04 for each hour worked. At this rate, a full-time partner working 40 hours a week would receive 80 hours of vacation and a part-time partner working 20 hours a week would receive 40 hours of vacation.

- In the sixth year of employment and thereafter, vacation accrues at the rate of .06 for each hour worked. At this rate, a full-time partner working 40 hours a week would receive 120 hours of vacation and a part-time partner working 20 hours a week would receive 60 hours of vacation.

Starbucks limits or "caps" the amount of vacation time a partner may accrue. The maximum amount that may accrue depends on how long the partner has been employed. If accrued but unused vacation hours

STAR_MARSHALL0000763

reach the cap, a partner will cease to earn any additional vacation time until the partner uses some of the accumulated time and the total vacation balance falls below the maximum vacation accrual limit.

The table below outlines the maximum vacation accrual limits for retail hourly nonexempt partners.

| Completed Months of Service | Maximum Vacation Accrual Limit |
|---|---|
| 12 but less than 36 | 40 hours |
| 36 but less than 60 | 80 hours |
| 60 or more | 120 hours |

### Personal Day Policy

Personal days are available to retail salaried partners (store managers, assistant store managers and retail management trainees) and non-retail partners.   Retail hourly nonexempt partners (baristas, shift supervisors and café attendants) are not eligible for personal days.

Personal days are awarded on January 1 for use by June 30 and July 1 for use by December 31.  A partner must be employed by Starbucks at least 90 days prior to the award date and be in an eligible position on the award date to receive a personal day.

If a partner transfers into an eligible position (e.g. store manager or assistant store manager) they may be eligible to receive a personal day on the award date following their transfer.  If a partner transfers to a position that is not eligible (e.g. barista or shift supervisor) they may keep the personal day they were previously awarded and use it by the applicable deadline.

An unused personal day does not carry forward and is not paid upon separation (except where required by law) and no more than one personal day is available at any time.

The partner must submit a request to take a personal day in advance for approval by his or her manager.  A full-time partner (one who regularly works 40 or more hours each week) will receive eight hours of pay for each personal day.  Personal day benefit hours cannot be split between days.

CONFIDENTIAL

# Total Pay

This section provides an overview of many benefits available to Starbucks partners as part of their Total Pay package—Compensation, Benefits, Savings, Stock and Partner Perks, as well as resources for more specific information.

Health and Welfare Benefits ................................................................. 7.2

Savings and Stock ................................................................................. 7.7

Other Programs ..................................................................................... 7.9

CONFIDENTIAL

STAR_MARSHALL0000765

**Total Pay**

# Health and Welfare Benefits

This section highlights various health and welfare benefits currently offered by Starbucks to its eligible partners and partners of affiliated companies. For details regarding these Starbucks benefits, please consult the *U.S. Benefits Plan Description*, contact Starbucks Benefits Center at (877) SBUXBEN, or visit http://LifeAt.sbux.com.

While the intent is to maintain these benefits indefinitely, Starbucks also reserves the right to modify or terminate any of these benefits at any time.

**Eligibility and Enrollment**

Upon hire, all full- and part-time partners can immediately take advantage of Starbucks Employee Assistance Program and our Thrive wellness program.

To establish initial eligibility (become "benefits eligible") for other Starbucks benefit plans, a partner must be paid for at least 160 hours in a consecutive two-month period. Once this requirement is satisfied, an enrollment package will be mailed to the partner at his or her current home address on file with Payroll. The partner must enroll by the enrollment deadline outlined in the enrollment package. A missed deadline will result in no enrollment coverage.

After the partner has enrolled, coverage will begin on the first day of the second month after establishing eligibility. For example, if a partner is hired in April and the partner's paychecks for the months of April and May reflect pay for at least 160 hours, the partner's benefits will begin on July 1 following timely enrollment. Shortly after enrollment, a *U.S. Benefits Plan Description* will be mailed to the partner's home.

### For partners working in Hawaii

Salaried and nonretail hourly partners become benefits eligible the first day of the month following their most recent date of hire. Once this requirement is satisfied, an enrollment package will be mailed to the partner at his or her current home address on file with Payroll. The partner must enroll by the enrollment deadline outlined in the enrollment package. A missed deadline will result in no enrollment coverage.

Retail hourly partners become benefits eligible on the first of the month following a minimum of four consecutive weeks of employment for which they were paid at least 80 hours in a single calendar month. Once this requirement is satisfied, an enrollment package will be mailed to the partner at his or her current home address on file with Payroll. The partner must enroll by the deadline outlined in the enrollment package.

© 2010 Starbucks Coffee Company. All rights reserved. Printed in USA. 5/10

CONFIDENTIAL

STAR_MARSHALL0000766

## Maintaining Eligibility

To maintain eligibility for Starbucks benefits plans, a partner must be paid at least 240 paid hours in each calendar quarter. "Paid hours" are the number of hours that are reflected on the partner's paychecks issued during the calendar quarter. Calendar quarters are January 1 through March 31, April 1 through June 30, July 1 through September 30, and October 1 through December 31. At the conclusion of each calendar quarter, Starbucks conducts an audit to determine each partner's ongoing eligibility.

For more information about benefits eligibility—including initial, maintaining and reestablishing eligibility—refer to the *U.S. Benefits Plan Description*.

### For partners working in Hawaii

For retail hourly partners working in Hawaii, benefits eligibility is maintained on a month-to-month basis. The partner must remain an active partner at Starbucks and be paid for a minimum of 80 hours during each calendar month to maintain coverage.

## Losing Eligibility

If a partner's paid hours fall below 240 in a calendar quarter, he or she will lose eligibility and, coverage on the last day of the month following the end of the calendar quarter. For example, a partner who is paid less than 240 hours from October 1 through December 31 will lose eligibility and coverage on January 31. A written notice and information about available options will be mailed to the home address on file for each partner who loses eligibility as a result of the audit.

## Reestablishing Eligibility

A partner can re-establish eligibility if the partner is paid for at least 240 hours in a subsequent calendar quarter. If eligibility is reestablished, coverage will commence on the first day of the second month of the new calendar quarter. For example, a partner who is paid for at least 240 hours from January 1 through March 31 will be reinstated on May 1. Depending on when a partner reestablishes eligibility, the partner may be required to reenroll for desired coverage.

## Plan Highlights

### Medical, Dental and Vision

Starbucks medical plans extend coverage for eligible expenses associated with routine care, office visits, hospitalization, laboratory tests, X-rays, prescription drugs and emergency care. Mental health and chemical dependency treatment coverage includes eligible inpatient and outpatient treatments, up to plan limits. The cost, level of care and availability of coverage vary with each plan.

Starbucks Dental Plan covers preventive, basic and major services, as well as orthodontia care.

Starbucks Vision Plan provides coverage for eye exams, lenses, frames and contacts. Care is offered through a national network of eye-care professionals.

© 2010 Starbucks Coffee Company. All rights reserved. Printed in USA. 5/10

CONFIDENTIAL

**Total Pay**

### Disability Coverage

Starbucks disability plans provide partial replacement of wages if a partner is unable to work for an extended period of time due to an illness or injury. Two levels of coverage are available:

- **Short-term Disability** coverage is automatically available at no cost to all partners who are eligible for Starbucks benefits (except for partners working in Hawaii). This coverage provides a partner with partial replacement of lost wages for up to 26 weeks after a short waiting period for disability due to illness or injury that is not work related.

- **Long-term Disability** coverage is automatically provided at no cost to store managers and assistant store managers. Hourly retail partners may purchase long-term disability coverage when benefits eligibility is satisfied. Long-term disability protection provides continuation of the partial replacement of lost wages for an eligible condition extending beyond 26 weeks.

### Life and Accidental Death & Dismemberment (AD&D)

Life Insurance is available at no cost or little cost to partners. Partners may also elect to purchase life insurance for an eligible spouse, domestic partner or dependent child. Accidental Death & Dismemberment (AD&D) insurance is available at a small cost to all partners when benefits eligibility is satisfied.

### Compassionate Care Benefits for Terminally Ill Partners

Starbucks provides assistance to alleviate the financial burden of the cost of continued health care and life insurance coverage for an eligible partner diagnosed with a terminal illness. Certain eligibility requirements will apply. If eligible, the partner may receive continued life insurance coverage and a waiver of life insurance premiums. Also, Starbucks will provide fully paid continued health care coverage through COBRA for the partner and enrolled dependents for a period of time after employment ends.

### Reimbursement Accounts

Store managers and assistant store managers are eligible for establishing dependent care and health care reimbursement accounts. Eligible partners may set aside before-tax dollars to pay for qualified child or elder care expenses and out-of-pocket health care costs. Certain maximums may apply.

© 2010 Starbucks Coffee Company. All rights reserved. Printed in USA. 5/10

CONFIDENTIAL

STAR_MARSHALL0000768

## Adoption Expense Reimbursement

Starbucks provides financial assistance to partners who choose to adopt a child. A partner eligible for this benefit may receive up to $4,000 to help pay for the qualified expenses related to the adoption of an eligible child under the age of 18. Reimbursement is limited to a maximum of $12,000 per partner or per couple, if both spouses or domestic partners are employed by Starbucks. Qualified expenses include reasonable and necessary adoption fees, legal fees, court costs and traveling expenses directly related to and for the principal purpose of the adoption.

## Adoption Allowance

Starbucks provides up to two weeks of pay for partners who take time off from work to travel to pick up a newly adopted child and settle them into their home. A week of pay is calculated by averaging a partner's weekly paid regular hours over the 26-week period immediately preceding the adoption placement and multiplying it by the partner's rate of pay in effect at the time the allowance is used. The allowance must be used within the first four weeks following the child's placement. Adoption allowance is not available when adopting a child of a spouse/domestic partner or a child who is already living with the partner (e.g., a grandchild or foster child).

## Starbucks Tuition Reimbursement Program

Starbucks Tuition Reimbursement Program helps eligible U.S. partners with some of their educational costs upon successful completion of preapproved courses.

Accredited courses related to Starbucks business that are part of a GED, undergraduate, post-baccalaureate or eligible certificate program will be considered for approval.

The maximum reimbursement is based on position and length of continuous service at the beginning of each calendar year as shown below:

| Partner Position | Continuous Length of Service as of January 1 Each Year | Maximum Calendar Year Reimbursement |
|---|---|---|
| Below director level | Less than 36 months | $500 |
| | 36 but less than 60 months | $750 |
| | 60 months or more | $1,000 |
| *Director and higher | All lengths of service | $500 |

*Maximum calendar year reimbursement for directors and higher is restricted by IRS nondiscrimination rules.

**Total Pay**

Tuition reimbursement is available to all eligible partners in the U.S. and to U.S. expatriate partners who are on and remain on Starbucks U.S. payroll, regardless of performance rating. To be eligible, a partner must:

- Have completed at least one continuous year of service from the date of most recent hire,

- Be considered Starbucks "benefits eligible" at the time the class term begins,

- Have earned at least a "C-" grade or a "Pass" in "Pass/Fail" classes, and

- Be actively employed at Starbucks when the reimbursement is processed.

© 2010 Starbucks Coffee Company. All rights reserved. Printed in USA. 5/10

CONFIDENTIAL

STAR MARSHALL0000770

# Savings and Stock

**Future Roast
401(k) Savings**

*Future Roast* is Starbucks 401(k) savings plan. This plan provides a convenient way to assist partners with goals to save for the future on a before-tax basis through payroll deduction.

## Eligibility and Enrollment

U.S. partners age 18 or older with 90 days of service are generally eligible to participate in Future Roast 401(k). Shortly before a partner becomes eligible, enrollment information is mailed to the partner's home address.

In general, eligible partners may contribute from 1% to 75% of his or her pay each pay period, before taxes, up to the IRS annual limit ($16,500 in 2010, subject to annual IRS indexing). Partners age 50 or older are subject to a higher annual limit of $22,000 in 2010 (subject to annual IRS indexing). Future Roast 401(k) offers several investment funds from which to choose.

## Starbucks Match

As of January 1, 2009, Starbucks matching contributions are discretionary. This means that 401(k) contributions made to Future Roast 401(k) may or may not receive matching contributions from the company. The decision of whether to make matching contributions, the match rate, and any additional conditions that may apply, will be made by Starbucks at the end of each calendar year. Contributing to Future Roast 401(k) ensures that partners who meet the Future Roast 401(k) match eligibility requirements will share in the discretionary match for any year in which a match is made.

## Vesting Schedule

Partners are 100% vested in their entire account balance in the Future Roast 401(k) Plan. This includes any matching contributions, partner's 401(k) contributions, any rollover amounts, and earnings on all contributions.

## Rollover Contributions

A partner may transfer funds from another qualified 401(k), 403(b) or 457 plan into Starbucks Future Roast 401(k) Plan at any time after hire.

Questions about Future Roast 401(k) may be answered by calling Fidelity at (866) 697-1048 Monday through Friday between 5:30 a.m. to 9 p.m. Pacific.

CONFIDENTIAL

STAR_MARSHALL0000771

## Stock Investment Plan (S.I.P.)

Starbucks Stock Investment Plan (S.I.P.) provides eligible partners the unique opportunity to buy shares of Starbucks stock each calendar quarter at a discounted price through regular payroll deductions. Eligible partners can elect to contribute from 1% to 10% of his or her gross base pay to purchase shares of Starbucks stock through S.I.P.

### Eligibility and Enrollment

A partner is eligible to participate if they have worked as a regular partner for at least 90 days and have been paid for an average of 20 hours a week during the three months preceding the quarterly offering. Enrollment in S.I.P. is limited to four times per year: December 1–15, March 1–15, June 1–15, and September 1–15.

Questions about S.I.P. may be answered by calling the Partner Contact Center at (866) 504-7368.

## *Bean Stock*

*Bean Stock* is a program designed to give all partners the opportunity to own Starbucks stock and have a personal connection to the growth and benefits of Starbucks success.

Eligible partners receive stock options to purchase shares of Starbucks common stock. The grant of *Bean Stock* options is based on the company's fiscal year performance and profitability. *Bean Stock* options are generally granted after the close of Starbucks fiscal year, in November.

*Bean Stock* options give partners the opportunity to purchase a fixed number of shares at a fixed price for a specified period of time. *Bean Stock* options vest at 25% for each year of service following the date of the grant. After four completed years of service, the *Bean Stock* options are 100% vested.

### Eligibility

To be eligible for a *Bean Stock* grant, a partner must have been employed by Starbucks on April 1 preceding the grant date; paid at least 500 hours from the beginning of the fiscal year (around October 1) through March 31, or from April 1 through the end of the fiscal year (around September 30); and be employed in a position up through the director level.

Questions about *Bean Stock* may be answered by calling the Partner Contact Center at (866) 504-7368.

© 2010 Starbucks Coffee Company. All rights reserved. Printed in USA. 5/10

CONFIDENTIAL

STAR_MARSHALL0000772

# Other Programs

**Partner Discount Benefits**

Refer to the "Discount Procedures" section of the *POS Register Resource Manual* for information and procedures related to partner discount benefits.

**Employee Assistance Program (EAP)**

The Employee Assistance Program (EAP) provides short-term counseling for emotional issues, including stress, anxiety and coping with difficult situations. The EAP also provides work/life counseling that includes child and elder care referrals and legal and financial planning services. This program is available to all partners. Call toll free at (800) 682-0364.

**Mildly Ill Childcare Reimbursement Program**

The Mildly Ill Childcare benefit is available to all partners. If the partner's child is ill and cannot attend school or daycare, Starbucks will reimburse the partner for up to 50% of the cost of obtaining emergency backup care. The maximum benefit available is $30 per day, five days per year.

The Employee Assistance Program (EAP) can help you locate emergency backup care for mildly ill children at a medically supervised facility near your home. Partners are advised to arrange for backup care in advance, before it is actually needed.

For answers to questions about the Mildly Ill Childcare Reimbursement Program or to receive information about arranging advance daycare, call the EAP at (800) 588-8414.

**CUP Fund**

In 1999, Starbucks Coffee Company and a group of partners initiated a program that enables partners to help other partners in times of financial need – the Caring Unites Partners (CUP) Fund. CUP Fund is funded solely by partner contributions and fund raising activities, and it is administered by Starbucks.

CUP Fund is a safety net for partners who experience significant hardship due to catastrophic circumstances beyond their control. Situations that may cause a partner to be eligible for assistance include, but are not limited to: death, natural disaster, or other catastrophic circumstances, in which the CUP Fund grant would provide ample relief. All partners are eligible to apply for assistance upon date of hire. You need not contribute to the CUP Fund in order to request assistance.

© 2010 Starbucks Coffee Company. All rights reserved. Printed in USA. 5/10

CONFIDENTIAL

STAR_MARSHALL0000773

### Contributions to the fund

You can help ensure the long-term availability of the CUP Fund by contributing to it yourself.

**Payroll Deductions** - Sign up for payroll deductions by filling out a pledge form found at the Store Portal and at www.mysbuxben.com.

**Donations** - You can also send donations to the CUP Fund to mail stop S-PSS, in the form of a check made payable to Starbucks Coffee Company—CUP Fund. Donations are not tax deductible.

### Application Process

Each application will be individually evaluated. All information obtained through the application process is kept confidential. To apply for CUP Fund assistance, follow these steps:

1.  Use all available resources such as:
    - Employee Assistance Program (EAP) - visit **www.mysbuxben.com** (for legal advice, financial planning, community resources, and counseling services)
    - Health coverage
    - Paid time off - vacation/sick pay/personal day
    - Disability income benefits - call Starbucks Benefits Center at (877) SBUXBEN to see if you are eligible
    - Help from family or friends
    - Community services
    - Other financial resources including a 401(k) loan and sale of stock

2.  Read through the below initial eligibility requirements:
    - You must be in good standing ("meets expectations" level or higher) with Starbucks
    - You have not received any other grant(s) from the CUP Fund within the last three (3) years
    - You do not have available resources such as: paid time off (vacation/sick pay/personal day), savings, or stock

3.  Once you have used all available resources and determined that you meet the above eligibility requirements:
    - Call the Partner Contact Center (PCC) at 1(866)504-7368
    - If supporting documentation is requested, write your partner number on the supporting documentation and fax to (206)318-7812

4.  You will be contacted by a case specialist within five (5) business days.

© 2010 Starbucks Coffee Company. All rights reserved. Printed in USA. 5/10

CONFIDENTIAL

STAR_MARSHALL0000774

## Exclusions

The list below is used as a guide and is not intended to be all-inclusive. Funds from the CUP Fund will not be available for things such as:

- Lost wages when receiving income replacement
- Routine living expenses such as rent (unless past due or eviction notice is provided), phone bills, car payments and other non-essential utility bills
- Tuition or other school-related costs
- Car repairs or other transportation needs
- Payment of traffic or other court related fines
- Legal services (e.g., custody cases, immigration, etc.)
- Veterinary bills
- Reduced income due to a variance in the partner's scheduled hours
- Other personal debts such as income tax, child support, credit card debt, gambling, garnishment, loan repayment, etc.
- Expenses resulting from the actions of the partner's roommates (e.g., not paying rent, leaving without notice)
- Loss of the partner's personal property not impacting the partner's safety
- Financial assistance or services that the partner is not obligated repay
- Elective services (e.g. cosmetic procedures, fertility treatments, etc.)
- Debt that is in the collections process
- Anticipated future expenses or debts

Questions about the CUP Fund may be answered by calling the Partner Contact Center at (866) 504-7368.

© 2010 Starbucks Coffee Company. All rights reserved. Printed in USA. 5/10

CONFIDENTIAL

STAR_MARSHALL0000775



**STARBUCKS COFFEE COMPANY**
**PARTNER GUIDE**

**U.S. Store Version**

## POLICY UPDATE (supercedes any previously dated policy updates)

| | |
|---|---|
| **Date:** | **January 2005** |
| **Policies:** | **Leaves of Absence: Jury Duty, Military and Sabbatical** |
| **Partner Guide reference:** | **Section 11 – Time Away from Work; pages: 33, 36 and 37** |

| **Policy:** | **Jury/Witness Duty, page 33** |
|---|---|

**Addition to existing policy:**

If you have been selected to serve on a jury and it is anticipated to exceed two weeks in duration, contact your Partner Resources team member to discuss your status.

| **Policy:** | **Military Leave, page 36** |
|---|---|

**Changes made to paragraph 3 and 5 are in bold type, both effective November 2004:**

*Paragraph 3:*
The military allowance will be paid for the duration of the military leave, **up to 78 weeks** for a partner with at least six months of continuous service with Starbucks or **up to 52 weeks** for a partner with less than six months of continuous service.

*Paragraph 5:*
While on military leave, a partner will continue to receive health coverage **for up to 12 or 18 months**, depending on the partner's length of continuous employment with Starbucks before leave begins. Benefits will continue for the duration of the military leave **up to 18 months** for a partner **with at least six months** of continuous employment, **or up to 12 months** for a partner **with less than six months** of continuous employment. To receive continued coverage, the partner must remit his or her regular contributions toward coverage.

| **Policy:** | **Sabbatical Leave, page 37** |
|---|---|

**Addition to existing policy, paragraph 3, as indicated in bold type:**

The maximum duration for any approved sabbatical leave is 12 consecutive months. **Sabbatical leave may be reduced by, and commensurate with, any amount of leave taken in the 12 months immediately preceding the sabbatical leave.** The partner will be required to use all vacation pay available while on sabbatical. Sick pay or a personal day is not available while on sabbatical.

*A Guide to Your Partner Experience*

CONFIDENTIAL

# Leave of Absence

## Overview and Reference Guide

*This guide describes the leaves of absence types offered at Starbucks and the instructions for initiating a leave of absence with Starbucks Benefits Center.*

Starbucks offers unpaid leaves of absence for eligible partners who need to be away from work for extended periods of time.  The types of leaves are:

- Family/Medical leave
- Disability leave
- Military leave
- Personal leave
- Sabbatical leave

**Family/Medical leave**
Family/Medical leave is available if a partner is absent:

- Due to a serious health condition that prevents a partner from working, including on-the-job injury;
- Due to pregnancy or childbirth;
- To care for a family member with a serious health condition; or
- To stay home to care for a newborn child, newly adopted child or newly placed foster child.

To be eligible for Family/Medical leave, a partner must have been continuously employed by Starbucks for at least 90 days and actively working during that time.  If eligible, a partner has available up to 12 weeks of Family/Medical leave in a 12-month period.

A request for a Family/Medical leave must be made at least 30 days in advance, unless the reason for the leave is sudden and unexpected.

**Disability leave**
A leave of absence may be granted to accommodate a disability, provided the leave is reasonable and does not impose undue hardship on Starbucks business operations.  If a partner's condition also qualifies as a serious health condition under Starbucks Family/Medical leave policy, the partner's request for disability leave will be treated as a request for Family/Medical leave.  Disability leave may be approved if Family/Medical leave is not available.  Generally, medical

STAR_MARSHALL0000777

documentation verifying the partner's medical condition and the expected duration of the disability leave is required. Starbucks reviews the required documentation to determine if the leave may be reasonably accommodated.

**Military leave**

Starbucks complies with all applicable federal and state laws in providing members of our military services with an unpaid leave of absence to attend to military duties. If a partner is a member of the military and receives notice of annual reserve training or active duty, the partner must immediately notify his or her manager to arrange for the time away from work. A partner may also be required to provide a copy of the military orders and military pay stubs. When a partner is called to active duty, Starbucks may pay an allowance equal to the partner's base pay less their military pay.

**Personal leave**

An unpaid leave of absence for personal reasons is available in exceptional circumstances. To be eligible, a partner must have been continuously employed with Starbucks for at least 90 days. Personal leave is limited to 30 days and only one personal leave will be granted every three years. A personal leave of absence must be approved by the partner's manager and by the appropriate Partner Resources team member or district manager. Personal leave is not available to attend school or to extend Family/Medical leave, disability leave or paid vacation.

**Sabbatical leave**

A sabbatical leave is available to a partner with an interest in taking a break to travel, spend extended time with family and friends, or pursue volunteer interests or additional education. A partner is eligible for a sabbatical leave after completing 10 years of continuous service and working at least 1,000 hours in the 12 months prior to the first day of sabbatical leave. The maximum duration for any approved sabbatical leave is 12 consecutive months.

To obtain more information about leaves of absence, including the impact that being on a leave of absence may have on benefits eligibility, please consult the *U.S. Benefits Plan Description.*

CONFIDENTIAL



STARBUCKS COFFEE COMPANY
PARTNER GUIDE

U.S. Store Version

*A Guide to Your Partner Experience*

CONFIDENTIAL

STAR_MARSHALL0000514



Gurtov - 5

# Section 6

## Codes of Conduct and General Policies

### Attendance and Punctuality

A partner's reliability in reporting to work when scheduled and on time is essential to a store's efficient operations and in providing customers with the *Starbucks Experience*.

If a partner cannot report to work as scheduled or the partner will be late to work, it is the partner's responsibility to notify the store manager or assistant store manager. As much advance notice as possible should be given to the store manager or assistant manager directly; leaving notes without first making reasonable attempts to contact the store manager or assistant manager directly is not acceptable.

If a partner knows in advance that he or she will be unable to report to work for a scheduled shift, it is the partner's responsibility to arrange for another partner to substitute. In the case of sudden illness, injury or other emergency circumstances, however, the partner will not be held responsible for finding a substitute. The partner will still be responsible for notifying his or her store manager or assistant store manager of the absence; the store manager or assistant store manager will arrange for shift coverage.

Failure to abide by this policy may result in corrective action, up to and including termination of employment. Some examples of failure to follow this policy include irregular attendance, one or more instances of failing to provide advance notice of an absence or late arrival, or one or more instances of tardiness.

If a partner is absent due to a medical condition or experiences irregular attendance due to a medical condition, the store manager may require the partner to provide documentation from a health care provider. Under certain circumstances, inability to work due to a medical condition may entitle a partner to Family/Medical leave. Refer to the *Time Away from Work* section for more information.

### Dress Code and Personal Presentation

Your appearance and personal hygiene are important not only to you, but also to our customers and to those who work with you. Starbucks partners should present a clean, neat and professional appearance appropriate for a retailer of specialty gourmet products. A partner who comes to work inappropriately dressed or with unacceptable appearance may not be permitted to start his or her shift. Exceptions to the dress code may be made where required by law to accommodate sincerely held religious beliefs. Please contact your Partner Resources team member for more information about exceptions. Failure to adhere to the dress code may result in corrective action, including termination of employment.

These are the standards that are expected of all partners during the working day:

#### Shirts/Blouses

Plain black or white shirts with collars, polo style shirts, turtlenecks or mock turtlenecks should be worn. No other colors, designs, logos (with the exception of a small manufacturer's logo), writings or combination of white or black are allowed. The shirt may be short- or long-sleeved, but not sleeveless. If an undershirt is worn, such as a turtleneck, it must be the same color as the outer shirt. The shirt must be clean, pressed and tucked in at all times. A sweater may be worn over a turtleneck or shirt in cooler weather and must be solid white or black. Crew neck or v-neck T-shirts are not acceptable, with the exception of Starbucks promotional T-shirts, which may be worn only for the duration of the promotion.

#### Pants/Trousers/Shorts/Skirts

Pants, trousers, shorts and skirts must be solid black or khaki (tan). Shorts and skirts must be professional in appearance and never shorter than four inches above the knees. Denim (either blue or black), leather, athletic or stretch-style fabrics and leggings are not allowed.

#### Footwear

Your footwear should provide support, comfort and safety. Socks, stockings or pantyhose are required and must be in dark or neutral colors. Shoes must be brown or black work-style shoes or boots with flat heels. Black or brown

CONFIDENTIAL

STAR_MARSHALL0000530

leather sport shoes are acceptable; white is not. Open-toed shoes, sandals, clogs, cowboy boots, canvas shoes, athletic or jogging shoes are not allowed.

While Starbucks does not require slip-resistant shoes, the company strongly encourages partners to participate in the Slip-Resistant Shoe Program as a measure of prevention in our stores. More information regarding this program is included in *Safety at Starbucks: A Guide for Store Partners* also found in this kit. If partners prefer to purchase their shoes outside of the Starbucks program, approved brands of slip-resistant shoes include: Skechers® Work, Keuka Cafe℠, Kmart™ SafeTrax®, Lehigh® Dickies®, Lehigh® SlipGrips℠, Payless SafeTStep®, Shoes for Crews® and Wal-Mart® TredSafe.

**Ties/Bows**

Ties or bows are optional. If worn, the tie or bow must be a solid dark or neutral color (e.g., black, beige or white) and must be tasteful. Bolo ties are acceptable.

**Headwear**

Hats are permitted only if required by state or local laws, or if related to a promotion. The hat must display the Starbucks logo and must always be worn with the bill forward. A scarf may be worn only as a hair band or to tie the hair back and must be in a dark or neutral color.

**Maternity Clothing**

Pregnant partners must wear clothing consistent with the above, with certain exceptions: Stretch materials are permitted, the shirt or smock need not be tucked in. A jumper or shift in solid black or khaki (tan) may also be worn.

**Aprons**

Upon hire, each partner will receive two or more aprons in good condition (free of holes, tears, stains, etc.), which meet or surpass dress code guidelines. If the partner is working more than 20 hours per week, three aprons will be issued. If the partner is working less than 20 hours per week, two aprons will be issued.

The apron must be worn at all times while working, but should not be worn while on a rest or meal period. The apron must be worn full length;

it may not be folded in half and wrapped around one's waist. A clean apron is required at the beginning of each shift. Each partner is responsible for laundering and maintaining his or her own aprons.

Upon separation from employment, the partner is required to return all aprons in good condition (other than normal wear and tear). If the returned aprons are not in good condition, a replacement fee (presently $4.45 per apron, but subject to change) will be deducted from the partner's final paycheck. The partner provides authorization for this deduction by acknowledgement of the receipt of this Guide.

**Hair and Nails**

Hair must be clean and brushed. Hair must be kept back from the face and, if it is long, should be tied back with plain clips or hair bands. Hair color should look natural; bright or unnatural colors (for example, purple, blue or green) are not allowed. Beards and mustaches must be neat and trimmed. Fingernails should be clean, well manicured and of short or moderate length. Nail polish or artificial nails of any type are not permitted.

**Perfumes and Aftershaves**

Perfume, cologne, shaving lotion or highly fragrant deodorants or powders may not be worn because the smell affects the taste and aroma of our coffee.

**Tattoos**

Tattoos cannot be visible.

**Jewelry/Body Piercings**

Earrings must be small or moderately sized. No more than two earrings per ear may be worn. No other pierced jewelry or ornaments are allowed, including nose rings or tongue studs. Any other jewelry must be kept simple and may not be a distraction.

**Personal Hygiene**

Partners must follow all reasonable personal grooming standards, including regular bathing and use of deodorant.

Section 6

CONFIDENTIAL

STAR_MARSHALL0000531



### Pins

Partners are not permitted to wear buttons or pins that advocate a political, religious or personal issue. The only buttons or pins that will be permitted are those issued to the partner by Starbucks for special recognition or advertising a Starbucks-sponsored event or promotion; and reasonably-sized and -placed buttons or pins that identify a particular labor organization or a partner's support for that organization, except if they interfere with safety or threaten to harm customer relations or otherwise unreasonably interfere with Starbucks public image.

### Personal Telephone Calls

Partners are not permitted to receive personal telephone calls at the store, unless the nature of the call is an emergency. Personal telephone calls may be made only while on break, from the store's back room or office, and only if absolutely necessary and without disruption to store operations. Making a personal long-distance telephone call from the store telephone is strictly prohibited.

### Pagers and Cell Phones

Partners are not permitted to have their personal cell phones and pagers on their person while working; cell phones and pagers must be turned off and stowed away with the partner's personal belongings.

### Security of Your Personal Belongings

Partners are strongly advised not to bring large amounts of money, jewelry and valuables to work. Starbucks does not accept liability for the loss or damage to your personal possessions while on our premises, and a partner will not be reimbursed by the company for any such loss. If you have been provided with a locker, you should use it for the storage of your belongings while you are on shift and keep it locked at all times. It is not permissible to leave personal belongings, including clothing, at the store while you are not on shift.



CONFIDENTIAL

STAR_MARSHALL0000532

## Changes to Your Personal Information

Starbucks maintains records of each partner's home address, contact telephone numbers and emergency contact information. This information needs to be accurate for insurance and tax purposes, for emergencies and to ensure that the partner receives important notices, such as a W-2 or other Starbucks mailing(s), sent to his or her home address. Therefore, it is very important that a partner notify his or her manager of any change in this information each time a change occurs so that the company's records can be kept up to date.

## Distributing Notices/Soliciting

Partners are prohibited from distributing or posting in any work areas any printed materials such as notices, posters or leaflets. Partners are further prohibited from soliciting other partners or non-partners in stores or on company premises during working time or the working time of the partner being solicited.

The only exception that may apply to this policy is when a partner is engaged in distribution or solicitation related to a Starbucks-sponsored event or activity.

Persons not employed by Starbucks are at all times prohibited from selling, soliciting, distributing or posting written materials on company premises. If inappropriate solicitation occurs in your store by non-partners, you should politely ask the non-partner to stop or leave the store.

## Smoking

Starbucks provides a smoke-free environment for all partners and customers. Smoking is not permitted in Starbucks stores or offices. Smoke or the smell of smoke is easily absorbed by coffee beans. If a partner chooses to smoke while on break and outside the premises, the partner must first remove his or her apron and hat, if applicable. The partner is also required to wash his or her hands before returning to work.

## Visits from Family and Friends

Starbucks encourages our partners' family and friends to visit our stores and enjoy our products. However, their purchases should always be processed by another member of the team. Under no circumstances may family or friends stand behind the bar or access back-of-the-house areas.

## Employment of Relatives

In order to avoid problems with security, supervision or conflict of interest, certain restrictions apply regarding the employment of a partner's relative.

Starbucks prohibits the employment of relatives in situations where one relative directly or indirectly supervises the work of the other or where one is responsible for auditing the work of the other. Furthermore, a partner will not be placed in a position where he or she may work with or have access to sensitive information regarding a relative or where the placement of the two related partners may pose an actual or apparent conflict of interest. For purposes of this policy, a relative or family member will be construed broadly and will include a domestic partner.

As an example, a store manager or assistant store manager will not be permitted to employ any relative to work in the same store. If a situation arises that conflicts with this policy, appropriate action will be taken, which may include a transfer or the termination of employment of one or both partners.

## Close Relationships with Other Starbucks Partners

Starbucks encourages friendship and teamwork, but situations that may lead to a conflict of interest must be avoided. A conflict of interest may exist whenever a partner's judgment is affected or can be called into question because of a close relationship. For this reason, when a relationship develops between two partners, where one partner directly or indirectly supervises or is responsible for auditing the work of the other, one of the partners will be required to move to another store. If this is not possible, it may be necessary to terminate the employment of one or both partners. Starbucks may also refuse to recruit or hire an applicant, or transfer or promote a partner, if doing so would breach this policy.

CONFIDENTIAL

STAR_MARSHALL0000533

A partner who develops a close relationship with another partner that would violate this policy must notify his or her manager immediately.

## Harassment and Discrimination Prohibited

One of Starbucks Coffee Company's Guiding Principles is to *"provide a great work environment and to treat each other with respect and dignity."* Accordingly, Starbucks strictly prohibits discrimination, sexual harassment or harassment on the basis of race, color, national origin, religion, sexual orientation, physical or mental disability, age, veteran status, marital status or any other characteristic protected by applicable law.

This prohibition applies to all partners, vendors or customers. No partner is expected to tolerate any conduct prohibited by this policy from anyone while at work or while engaged in company business.

*Sexual harassment defined:* Sexual harassment prohibited by this policy includes any unwanted sexual advances, requests for sexual favors or visual, verbal or physical conduct of a sexual nature when:

- Submission to or rejection of such conduct is used as a basis for employment decisions affecting the partner; or

- Such conduct has the purpose or effect of unreasonably interfering with a partner's work performance or creating an intimidating, hostile or offensive working environment.

The following is a partial list of conduct that would be considered sexual harassment:

- Unwanted sexual advances or propositions

- Offering employment benefits in exchange for sexual favors

- Leering, making sexual gestures, displaying sexually suggestive objects or pictures, cartoons, calendars or posters

- Making or using derogatory comments, comments about a partner's body or dress, slurs, epithets or sexually suggestive jokes

- Written communications of a sexual nature distributed in hard copy or via a computer network, suggestive or obscene letters, notes or invitations

- Physical conduct such as unwanted touching, assault, impeding or blocking movements

- Making or threatening retaliation after a negative response to sexual advances or for reporting or threatening to report sexual harassment

Sexual harassment can occur between Starbucks partners of the same sex. It is unlawful for a male to sexually harass either females or males, or for a female to sexually harass either males or females.

Starbucks prohibits acts of harassment that include, but are not limited to, the following examples:

- Threats, degrading comments, epithets or slurs

- Derogatory posters, photographs, cartoons, drawings or gestures

- Written communications that could offend individuals in a particular group, such as references to racial or ethnic stereotypes or caricatures

- Making or threatening retaliation for reporting or threatening to report harassment, or for participation in an investigation of a harassment complaint

### As a Starbucks Partner, It Is Your Responsibility To:

1. Treat others with respect and dignity; maintain a professional workplace.

2. Understand Starbucks Anti-Harassment and Discrimination Policy, including the Complaint Procedure.

3. Take immediate steps to end offensive behavior by requesting that it stop, if comfortable doing so.

4. Immediately report your concerns to your manager, Partner Resources, or a member of the Business Conduct Helpline at (800) 611-7792.

5. Apologize if you have offended someone.

CONFIDENTIAL

STAR_MARSHALL0000534

section 6

*Complaint Procedure:* A partner who believes he or she has been subjected to behavior prohibited by this policy should make his or her feelings known to the offending partner, if comfortable doing so. The partner must also immediately report the behavior, preferably in writing, to management as follows:

A store partner must report the offensive behavior immediately to the store manager, district manager, regional director or regional Partner Resources team member. The name and phone number of the appropriate Partner Resources team member may be obtained by calling the Partner Contact Center (PCC) at (866) 504-7368 Monday–Friday from 5 a.m. to 5 p.m. Pacific. If you already know the name of your district manager, regional director or Partner Resources team member, you may find his or her phone number in the online Beanbook. Partners may also call the Business Conduct Helpline at (800) 611-7792 to report offensive behavior.

If any partner becomes aware of harassing conduct engaged in or endured by a Starbucks partner, regardless of whether such harassment directly affects that partner, the partner should immediately report that information, preferably in writing, to the appropriate manager as indicated above.

*Investigation and discipline:* When Starbucks is made aware of a situation that may violate this policy, an immediate, thorough and objective investigation will be undertaken. Starbucks will protect the confidentiality of those involved to the extent possible, consistent with the need to investigate and resolve the complaint.

Appropriate action will be taken against any partner found to have engaged in prohibited harassment to ensure that the conduct will not reoccur. Appropriate action will be taken against any partner who makes any report of harassment in bad faith. A partner found in violation of this policy may be subject to corrective action, up to and including termination of employment. The type of corrective action taken will depend on the severity of the conduct, as well as any other factors presented.

Starbucks strictly prohibits any form of retaliation against any partner for reporting harassment in good faith, for using this Complaint Procedure or for filing, testifying, assisting or participating in any matter in any investigation.

Starbucks will not tolerate any behavior prohibited by this policy and does not consider such behavior within the course and scope of employment, nor is such conduct authorized by Starbucks. Partners, including managers, may be held personally liable for actions that violate this policy.

## Drugs and Alcohol

Starbucks partners are prohibited from any involvement with alcohol, drugs or any other substance that may impair work performance or the ability to professionally represent Starbucks. Specifically, this policy forbids working while under the influence of alcohol or drugs and prohibits the use, sale, manufacture, possession or illegal distribution of alcohol, illegal drugs or controlled substances on company premises, while conducting company business or during working time. For purposes of this policy, working time includes meal and rest breaks. Furthermore, partners are strictly prohibited from reporting to work under the influence of alcohol, illegal drugs or controlled substances not in accord with a valid prescription. Partners who are taking prescription drugs that may affect their performance should also discuss their situation with their manager prior to working.

The only exceptions to this policy are for moderate use of alcohol as may be appropriate when entertaining business associates or in similar social settings related to company business. Even in those limited circumstances, partners must remain professional at all times or risk corrective action.

Corrective action, including termination, will be taken against any partner who violates this policy. Excessive use of alcohol off-duty or off-duty drug activity may affect Starbucks image and thus may also result in disciplinary action. Starbucks reserves the right to deal with each case in its discretion, in accord with the specific circumstances involved. This may include requiring the partner to participate in, and satisfactorily complete, a treatment program.

If you have a problem with drugs or alcohol, you are encouraged to speak with your manager so that Starbucks can assist you in obtaining help.

## Weapons

Starbucks strictly prohibits partners from possessing any weapon in a Starbucks store or on Starbucks property. For purposes of this policy, a

CONFIDENTIAL

STAR_MARSHALL0000535

Section 6

weapon is broadly defined to include a firearm, knife, baseball bat or as otherwise provided by the criminal code of any jurisdiction in which Starbucks does business.

## Workplace Violence

Starbucks does not tolerate violence or threats of violence in the workplace. Violence or a threat of violence may be defined as the use of physical force or a display of behavior or use of words that causes another person to believe that he or she is in imminent harm. Any partner who engages in workplace violence may be subject to immediate termination from employment.

If a partner observes a display of workplace violence, the partner should immediately inform his or her store manager, district manager or Partner Resources team member or call the Business Conduct Helpline at (800) 611-7792.

## Video and Audio Recording

Starbucks installs security cameras in the stores for partner and customer safety and to monitor activities involving cash. Partners should be aware that these security cameras will capture video and/or audio recordings.

## Register Operation and Customer Transactions

All partners are required to conduct themselves with the utmost honesty and integrity. This principle applies primarily when engaging in any transaction involving a customer of Starbucks and particularly when engaging in transactions involving the exchange of Starbucks product or merchandise for cash, coupons or gift certificates. Each partner will be held responsible for each transaction conducted at the cash register till assigned to him or her, including all transactions that take place, counting cash and balancing the till. Depending on one's position, a partner may additionally be responsible for accessing the store safe and preparing bank deposits.

The following rules apply to all partners:

- Ring into the cash register all customer transactions and provide all customers receipts for their purchases; never void a legitimate customer transaction.

- Leave the register on the "Begin Transaction Screen" prior to leaving the cash register unattended.

- Keep your till secure; do not share your cash register password or your till with any other partner.

- Deposit into the cash drop box assigned to the register all bills equaling or exceeding $20, as well as any smaller bills when their numbers become excessive.

- Balance your till at the end of your shift; consistent overages and shortages are not acceptable.

- Secure the store safe at all times.

- It's against Starbucks policy to give away free beverages, product or merchandise to family or friends.

- Do not misuse Starbucks coupons, service recovery coupons, gift certificates or Starbucks Cards.

- Do not misuse the "Partner Beverage" transaction. This is meant solely to process a beverage for a partner who works with you in your store only. You cannot use it for your own drink, for a customer or for any other reason.

- Adhere to the partner discount policy at all times.



CONFIDENTIAL

STAR_MARSHALL0000536

## Serving Customers with Disabilities

Starbucks goal is to provide the *Starbucks Experience* to as many people as possible. Many of our customers are persons with disabilities. To ensure that they will be able to enjoy the full *Starbucks Experience*, each partner should do the following:

*Store access:* Each store should have the appropriate number of wheelchair accessible tables inside and outside the store. Wheelchair accessible tables should be clear for customer use and not used for other purposes, such as merchandise display. The appropriate amount of clearance around the tables must also be maintained. Partners should make sure that the store pathways are clear for travel by wheelchair users and other customers with mobility impairments. Do not place chairs, trash cans, boxes, etc. on ramps, in hallways or in front of bathrooms or exits.

*Drink service:* A drink served to a customer using a wheelchair should easily be reached by the customers. Therefore, the partner should deliver the drink to the customer at the register counter or directly to his or her table. A partner should also offer to assist wheelchair users with their condiments, if the condiment bar is difficult to reach.

*Service animals:* Service animals that assist persons with disabilities are allowed in Starbucks stores. Service animals include seeing-eye dogs or other animals trained to alert persons with hearing impairments. A partner should politely ask a customer with an animal to leave the animal outside the store unless the customer informs the partner that the animal is a service animal. In that situation, no further questions may be asked of the customer, even if the animal does not have a harness or otherwise appears to be a service animal. The partner must not ask for proof that the customer is disabled or that the animal is trained. Nonetheless, the customer will be responsible for the service animal's care and supervision while in Starbucks. A service animal may be excluded from the store only if its behavior poses a direct threat to the health or safety of others.

## Corrective Action

Corrective action communicates to the partner that performance problems exist or that the partner is engaging in unacceptable behavior. The intent of corrective action is to give the partner a reasonable opportunity to re-establish an acceptable level of performance or behavior.

Corrective action may take the form of a verbal warning, a written warning, demotion, suspension or termination from employment. The form of corrective action taken will depend on the seriousness of the situation and the surrounding circumstances. The evaluation of the seriousness of the infraction and the form of the corrective action taken will be within the sole discretion of the manager. There is no guarantee that a partner will receive a minimum number of warnings prior to termination of employment or that corrective action will occur in any set manner or order.

In cases of serious misconduct, immediate termination from employment may be warranted. Examples of serious misconduct include, but are not limited to:

- Violation of safety and/or security rules
- Theft or misuse of company property or assets
- Falsification or misrepresentation of any company document
- Violation of Starbucks drug and alcohol policy
- Possession of or use of firearms or other weapons on company property
- Harassment or abusive behavior toward partners, customers or vendors
- Violence or threatened violence
- Insubordination (refusal or repeated failure to follow directions)
- Violation of any other company policy

CONFIDENTIAL

STAR_MARSHALL0000537

Section 6

# Operational Excellence

**Table of Contents**

- Objective .................................................................................................................2
- LEAN Thinking..........................................................................................................2
- Operational Excellence Tools ...................................................................................3
  - Values Walk ........................................................................................................3
  - Store Operations Assessment ...........................................................................3
  - Agenda Planner ..................................................................................................4
  - Root Cause Analysis Worksheet .......................................................................4
  - Store Plan of Action ...........................................................................................4
- Operational Excellence Process ...............................................................................5
  - Quarterly Planning .............................................................................................6
  - SM Completes Monthly Store Operations Assessment ....................................6
  - SM & DM Collaborate on Agenda Topics..........................................................7
  - DM Creates Agenda ...........................................................................................8
  - SM & DM Prepare for Store Plan of Action Visit ...............................................8
  - Store Plan of Action Visit Occurs ......................................................................9
  - SM Executes Store Plans of Action .................................................................11
  - SM Checks Status of Store Plans of Action .....................................................11
  - DM Follow Up Visits..........................................................................................11
- Roles & Responsibilities .........................................................................................12
  - Store Manager ..................................................................................................12
  - District Manager................................................................................................12
  - Regional Director ..............................................................................................13

Gurtov - 6

© 2009 Starbucks Coffee Company. All rights reserved.  Last Updated: 10/09

1

CONFIDENTIAL

STAR_MARSHALL0000896

# Operational Excellence

**Objective**

The primary focus of the Operational Excellence Process is to provide well planned and consistent approach to how we conduct business for purposes of executing our standards consistently and meeting our Strategic Plan objectives. By focusing on the utilization of root cause analysis, creating meaningful Store Plans of Action and coaching effectively, we will enhance our partners' business acumen, store manager (SM) leadership development, improve the customer experience and ultimately store business growth.

# LEAN Thinking

**Plan, Do, Check, Adjust**

Starbucks has adopted Lean Thinking principles in order to achieve many of the goals outlined in our Strategic Plan. The purpose of Lean Thinking at Starbucks is to change the way we approach our business by leveraging the talents of our partners who in turn enhance the Starbucks Experience for our customers.

The Plan, Do, Check and Adjust (PDCA) method of continuous improvement is a component of Lean Thinking and has been integrated into the Operational Excellence Process.

- First, grasp the situation by determining what is actually happening and identify the problem and root cause.
- Second, develop a Store Plan of Action identifying steps and targets for a proposed change that will improve the situation.
- Third, do or carry out the Store Plan of Action.
- Fourth, check and measure the results to determine if there is improvement, and last, adjust as needed and sustain positive results. Repeat as necessary.

## Plan, Do, Check, Adjust



**ACTION**

--Sustain positive results

--Adjust negative results

**PLAN**

--Agenda

--Root Cause Analysis

--Create Store Plans of Action

**REFLECT**

--Review Store Operations

--Root Cause Analysis

--Check Store Plans of Action

**DO**

--Store executes Store Plans of Action

--SM completes *Store Operations Assessment*

© 2009 Starbucks Coffee Company. All rights reserved.  Last Updated: 10/09

CONFIDENTIAL

STAR_MARSHALL0000897

# Tools

The Operational Excellence Process includes the following DM & SM support tools:

- *Values Walk and Values Drive*
- *Store Operations Assessment*
- *Agenda Planner*
- *Root Cause Analysis Worksheet*
- *Store Plan of Action*

## Values Walk and Values Drive

The *Values Walk* and *Values Drive* are designed to help evaluate how the store look and feels from the customer's point of view in order to take immediate action to improve the customer experience. The purpose is to see the store through the customer's eyes in the café and the drive thru.

### Standards
The *Values Walk* and *Values Drive should*:
- Be completed during every shift.
- Be kept for 30 days.
- Be completed by the DM and the store manager during each Store Plan of Action visit.
- Align the follow-up actions with the store's current *Store Plan of Action* by adjusting the action steps as appropriate.

## Store Operations Assessment

The *Store Operations Assessment* is a comprehensive set of measurements comprised of standards, procedures and guidelines. These measurements are derived from our Resource Manuals and other sources. The resource information is listed for each item for quick reference.

The *Store Operations Assessment* is used to evaluate the store's business and operations by quickly identifying the store's opportunities (status column) based on the last two *Store Operations Assessments* (except for the first time) in order to analyze the root cause of problems and discuss further with the DM.

### Standards
The *Store Operations Assessment should*:
- Take approximately 3 hours to complete and completed during the SM Admin day.
- Be completed by SM once per month.
- Be scheduled as non-coverage time.
- Be archived for future reference.

© 2009 Starbucks Coffee Company. All rights reserved. Printed in USA.  Last Updated: 10/09

CONFIDENTIAL

STAR_MARSHALL0000898

## Agenda Planner

The *Agenda Planner* is a customizable tool allowing users to create a custom agenda to be created that addresses the store's needs by taking a situational approach. The Agenda Planner contains a variety of topics in order to prompt conversation between the DM and SM. Each agenda will automatically include two topics: *Connections* and *Review Store Plan of Action*. Additional topics are determined by the DM and SM

### Standards
The *Agenda Planner* should:
- Be finalized by the DM in advance of each Store Plan of Action Visit.
- Be communicated to the SM prior to the DM store visit.

### Guidelines
- The DM may utilize the agenda planner to edit discussion points.
- Additional notes may be added in the Notes column as needed.

## Root Cause Analysis Worksheet

The *Root Cause Analysis worksheet* is a cause-identification tool. Completing a short series of questions, partners can uncover the "why" (or root cause) behind driving factors that may have inhibited the achievement of a business goal.

### Standard
*The Root Cause Analysis Worksheet should be ...*
- Completed by the SM with the DM coaching and direction as needed.
- Used for each problem identified at the store (One *Root Cause Analysis Worksheet per problem)*.

### Guideline
- A minimum of one (1) possible root cause should be identified for each problem.
- The possible root cause should be addressed on the Store Plan of Action.
- Root *Cause Analysis Worksheets* may be attached to the *Store Plan of Action* for referral.

## Store Plan of Action

The *Store Plan of Action* is the store's specific business plan that documents the business goal based on identified root causes.

### Standards
The *Store Plan of Action* should be...
- Created for each business goal.
- Created, implemented and maintained by the SM.
- Posted in a visible place in the store's backroom away from customer view.
- Stored in an appropriately labeled folder in the store's file cabinet.

### Guideline
- A store may have up to three active *Store Plans of Action* to ensure the focus is on the vital few and to build upon during subsequent sessions.

CONFIDENTIAL

STAR_MARSHALL0000899

# Operational Excellence Process

The Operational Excellence Process is a consistent approach to address the primary needs of the store and the SM by emphasizing root causes and meaningful Store Plans of Action. It should be focused and situational for each store, applied quarterly and supported by situational leadership.

## Standards

*The Operational Excellence process...*
- DMs should plan activities a quarter out.
- The DMs should complete a minimum of one Store Plan of Action Visit per store per quarter.
- The SM should schedule 4 hours non-coverage time for one Store Plan of Action Visit each quarter.
- The DM should plan the store's follow up visits during the store visit.
- Each store should have a minimum of two follow up visits per quarter.
- Each store should have at least one active Store Plan of Action at all times.
- The DM should complete a minimum of three (3) timings for the café and the drive thru channel per visit utilizing the Speed of Service Clock.



|  | Quarterly Planning | SM Completes Store Operations Assessment | SM & DM Collaborate On Agenda Topics | DM Creates Agenda | SM & DM Prepare for Store Visit | Store Plan of Action Visit Occurs | SM Executes Store Plans of Action | SM Checks Store Plans of Action | DM Follow Up Visits |
|---|---|---|---|---|---|---|---|---|---|
| **Supporting Resources** | Field Implementation Manager | Store Operations Assessment |  | Agenda Planner |  | Agenda, Values Walk, Root Cause Store Plans of Action | Store Plans of Action | Store Plans of Action | Store Plans of Action |
| **Store Manager** | Schedule 4hrs non-coverage for the Store Plan of Action Visit. DM Follow Up Visit plan to be determined during the store visit. (4 hours of non-coverage can be scheduled). | SM accountable for the monthly completion of the Store Operations Assessment. SM recommends agenda topics based on opportunities identified on the store. | SM discusses their proposed agenda topics with DM prior to the Store Plan of Action store visit by the DM. Agree and finalize agenda with DM | No action | SM prepares for the Store Plan of Action Visit during their admin time. SM prepares by reviewing scorecards, relevant reports, customer feedback, F&L, etc. Schedule partners that need to be present for the Store Plan of Action Visit. | Completes a Values Walk and discussion with DM with an agenda. Discuss root causes. Create a Store Plan of Action with DM support. Plan and schedule DM Follow Up Visits for the quarter. | SM communicates the Store Plan of Action with the store team. SM delegates tasks, as appropriate. SM accountable for the monthly completion of the Store Operations Assessment. | SM notes progress and status on Store Plan of Action as needed. SM makes necessary adjustments to Store Plan of Action SM discusses and provides an update to DM for any adjustments to the Store Plan of Action. | SM is prepared for DM Follow Up Visit. (Non-Coverage scheduled if appropriate) SM provides feedback to DM during DM Follow Up Visit. SM discusses new issues and next steps as appropriate. |
| **District Manager** | Plan and schedule 5 hrs/qtr for the Store Plan of Action Visit with the first hour connecting with the store. Plan and schedule blocks of time for DM Follow Up Visits with stores. Plan and schedule store visits with RD. | No action | DM discusses their proposed agenda topics with SM prior to the Store Plan of Action Visit. Agree and finalize agenda with SM. | DM creates an agenda with agreed upon topics. DM edits the discussion points on the agenda. DM shares agenda with SM. DM shares agenda with RD, if participating in the Store Plan of Action Visit. | DM prepares for the Store Plan of Action Visit by reviewing the scorecard, relevant reports, customer feedback, P&L, etc. DM adds notes to the agenda. DM plans length of time for each topic discussion during the store visit. | Completes a Values Walk Discussion with SM with an agenda keeping within the allotted time. Discuss root causes. Support and coach the SM with creating a Store Plan of Action. Plan and schedule with the SM the DM Follow Up Visits for the quarter. | DM support stores as needed. | DM makes notes for their own records of changes to the Store Plan of Action to discuss during the next DM Follow Up Visit. | DM is prepared for Follow Up Visit. DM reviews progress on Store Plan of Action and discusses new issues and next steps. DM coaches SM on adjustments to Store Plan of Action. DM makes notes for their records of changes to the Store Plan of Action. |
| **Regional Director** | Coach and calibrate execution and process. Support DM planning. Participate in store visits. |  |  |  |  |  |  |  |  |

© 2009 Starbucks Coffee Company. All rights reserved. Printed in USA.  Last Updated: 10/09

CONFIDENTIAL

STAR_MARSHALL0000900

**Quarterly Planning**

Quarterly planning allows for prioritization and focus for the upcoming quarter.

**SM Responsibilities:**
- Once the dates have been communicated by the DM, schedule 4 hours non-coverage per quarter for a Store Plan of Action Visit
- Determine the follow up visit plan during the store visit.
- Schedule 4 hours non-coverage for DM Follow up Visits.

**DM Responsibilities:**
- Plan and schedule 5 hours per quarter for a store visit (first hour is for DM observation and connection).
- Plan and schedule blocks of time for DM Follow up Visits with stores.
  - *The frequency of follow up visits for each store will not be determined until the store visit. Scheduling blocks of time will give the DM opportunities within the schedule to fill in as the follow up schedules are defined.*
- Plan and schedule when the regional director will participate.
- Communicate schedules with SMs to support planning.

**SM completes a monthly**
***Store Operations***
***Assessment***

Completing the *Store Operations Assessment* on a monthly basis supports insight to business trends.

**SM Responsibilities:**
- The SM completes prior to a Store Plan of Action Visit.
- The SM is accountable for the monthly completion of the Store Operations Assessment including the *Status* column.
- The line items marked as "O" for opportunity in the *Status* column on the Store Operations Assessment will help the SM identify agenda topics to be discussed during Store Plan of Action Visits and follow up visits utilizing root cause analysis for opportunities that have continued for the last two months.

**Procedure for completing the *Store Operations Assessment***
1. Complete the ***Current*** column. For each line item, write "Y" for yes, if the store meets the measurement at the time of the evaluation. "N" for no, if the store does not meet any part of the measurement. "NA" for not applicable, if the measurement does not apply to the store.
2. Complete the ***Status*** column. Using the last month's, unless this is the first month), completed Store Operations Assessment, find all line items marked with "N" in the current column. Next, on the current month's Store Operations Assessment, mark "O" for opportunity if the same line items are marked with "N". This indicates an opportunity still exists. All other line items are left blank in the status column.
3. Complete the ***Immediate Action To Be Taken*** section with actions for items that need immediate attention.

**SM & DM Collaborate on Agenda Topics**

In order to create a customized agenda for each store, it is important for the DM and SM to discuss each top priorities. This is an opportunity to reinforce and emphasize regional focuses through topics relevant to each individual store. This collaboration will ensure the agenda is relevant to the store as well as facilitate an in-depth conversation that will determine the root causes to issues to create meaningful Store Plans of Action.

**SM Responsibilities:**
- SM identifies & assesses the business utilizing the following resources:
  - Store Plans of Action
  - Opportunities identified in the most recent *Store Operations Assessment*
  - Opportunities identified during the DM follow-up visits
  - Customer Voice Report
  - Customer Comment Report
  - Daily and Monthly Scorecard
  - Store reports
  - Profit & Loss Statement (P&L)
  - Quality Assurance Store Audit (QASA)
  - Inventory Results
  - Deployment assessments
  - Daily Record Books
  - Duty Roster Notebooks
  - Values Walk and Values Drive follow up actions
  - Other feedback
- The SM discusses the proposed agenda topics with the DM prior to the Store Plan of Action Visit.
- Agree and finalize the agenda with the DM.

**DM Responsibilities:**
- The DM identifies & assesses the business utilizing the following resources:
  - Store Plans of Action
  - Opportunities identified during follow up visits
  - Customer Voice Reports
  - Customer Comment Reports
  - Store web reports on the Field leadership community
  - Partner Profit & Loss Statement (PPL) - accessible via a link on the *Field Leadership Community*
  - Retail Workbench
  - Profit & Loss Statement (P&L)
  - Quality Assurance Store Audit (QASA)
  - Inventory Results
  - Speed of Service Clock
  - Deployment Assessments
  - Daily Record Books
  - Duty Roster Notebooks
  - Other feedback
- The DM discusses the proposed agenda topics with the SM prior to the Store Plan of Action Visit.
- Agree and finalize the agenda with the SM.

© 2009 Starbucks Coffee Company. All rights reserved. Printed in USA. Last Updated: 10/09

CONFIDENTIAL

STAR_MARSHALL0000902

## DM Creates Agenda

The DM creates a custom agenda that is unique and focused on the topics most relevant to each store using the agenda planner tool. The topics for the agenda are agreed upon with the SM. The agenda planner tool should be customized. Once the agenda topics are populated on the agenda, the discussion points and notes may be edited to further focus the conversation.

### DM Responsibilities
- Create an agenda with agreed upon topics (using the *Agenda Planner* tool).
- Edits the discussion points and includes notes on the agenda that are specific to the individual store.
- Plans the amount of time to spend discussing each topic.
- Shares the agenda with the SM and RD if he/she will be participating in the Store Plan of Action Visit.

### Procedure for creating an agenda using the Agenda Planner
1. Complete the following information:
   - Store name and store number
   - SM name
   - DM name
   - Date of the store visit
2. Check the box next to the topics you would like to add to the agenda.
3. Once you have selected all topics, click the "Create Agenda" box to create a custom agenda.
4. Once it has run, click the "Custom Agenda" tab at the bottom of the document to view the customized agenda.
5. Enter the amount of time to spend discussing each topic in the "Minutes" column.
6. Enter notes in the "notes" section or edit contents in the custom agenda as desired.

## SM & DM Prepare for the Store Plan Of Action Visit

To ensure an effective and focused discussion, it is important for the SM and DM to adequately prepare for the Store Plan of Action Visit. Each should plan for approximately one hour of preparation.

### SM Responsibilities - *Prepares for the Store Plan of Action Visit:*
- Prepare as a part of the administration time.
- Based on the agenda by reviewing resources, reports and observations specific to the agenda topics.
- Identifying any trends, opportunities, strengths to leverage and elevate areas of recognition for the store and partners as appropriate.
- Ensure that any necessary partners are scheduled that need to be present for the Store Plan of Action Visit to connect with the DM.

### DM Responsibilities - *Preparing for the Store Plan of Action Visit:*
- By reviewing for each store the resources, reports, observations specific to the agenda topics.
- Identify any trends, opportunities, strengths to leverage and provide recognition for the store and partners as applicable.
- Add notes to the agenda based on his or her analysis.
- Make the necessary changes to the length of time for each topic of discussion during the Store Plan of Action Visit.

© 2009 Starbucks Coffee Company. All rights reserved. Printed in USA.  Last Updated: 10/09

CONFIDENTIAL

STAR_MARSHALL0000903

**Store Plan of Action
Visit Occurs**

The Store Plan of Action Visit should be completely focused on the store. The SMs should be scheduled as non-coverage time in order to be fully engaged in the visit. This visit is primarily a focused discussion between the DM and the SM. The agenda will help guide the discussion and manage time appropriately. The discussion will help identify issues to determine the root causes in order to develop meaningful Store Plans of Action.

**What may this look like?**
- DM arrives an hour before the scheduled time with the SM.
- DM connects with the store using the suggested topics from the Connections section of the agenda for the first hour.
  - Greeting and starting conversations with partners and customers.
  - Complete a *Values Walk* and *Values Drive* with the SM & ASM, if available.
  - Observing the speed of service (café and/or drive-thru) and deployment utilizing the Speed of Service Clock.
  - Sharing a coffee tasting with store partners and/or the SM.
  - Connecting with partners their own Customer Voice feedback. Sharing personal experiences as a customer and invite partners to share their stories.
- DM and SM review the status of the Store Plans of Action.
  - Review success metrics from the Store Plans of Action.
  - Discuss continued and new opportunities
  - Review monthly scorecard progress
- DM and the SM discuss the planned agenda.
- The DM and SM identify issues to root cause using the Root Cause Analysis Worksheet. There should be a separate worksheet for each issue.
- The SM develops Store Plans of Action based on the root causes that are identified with the DM coaching them on completion. There should be a separate Store Plan of Action for each business goal. A store may have from one to three Store Plans of Actions. The number of Store Plans of Action is situational to the store's needs, yet it is advised to have no more than three at one time to ensure the focus is on the vital few and to build upon that during subsequent sessions.
- DM and SM determine the appropriate follow up needed by planning for the rest of the quarter. This is situational for each store. The SM use the remaining non-coverage hours (approximately 4 hours) for the follow-up visits.
- DM records notes of the Store Plan of Action Visit and Store Plans of Action
  - Highlights from agenda discussion
  - Issues and their root causes
  - Goals for the store and actions steps the DM will focus on during follow up visits

**SM Responsibilities:**
- Schedule their time as non-coverage.
- Inform store partners they will be meeting with their DM.
- Keep the discussion focused on the agenda topics and stay within the allotted time.
- Discuss the root causes for issues identified by using the Root Cause Analysis Worksheet.
- The SM is responsible for creating Store Plans of Action with the DM's support during this visit.
- Post the Store Plans of Action for all partners to view in the backroom away from customer view.

© 2009 Starbucks Coffee Company. All rights reserved. Printed in USA.  Last Updated: 10/09

CONFIDENTIAL

STAR_MARSHALL0000904

- SMs are fully accountable for the Store Plans of Action.
- SMs should work with the DM in planning and scheduling follow up visits.

**DM Responsibilities:**
- Utilize the Speed of Service Clock with every store visit
- Keep the discussion focused with the SM on the agenda topics and stay within the allotted time.
- Discuss or facilitate self discovery of the root causes for issues identified by using the Root Cause Analysis Worksheet.
- Support the SM in creating Store Plans of Action during this visit.
- Work with the SM with planning and scheduling follow up visits.
- Keep notes on the conversation and action steps defined.

**Root Cause Analysis Worksheet**

The DM should facilitate use of the *Root Cause Analysis Worksheet* with the SM. The root causes identified are captured in the *Store Plans of Action*.

**How to use the Root Cause Analysis Worksheet**
Step 1
- Write down a specific problem affecting your store. This should be written as a complete sentence.

Step 2
Ask yourself why the problem exists and write down the answer or issue.
- If the answer does not identify the root cause of the problem from Step 1, ask yourself why - write the answer in the next "Why" section.
- Continue to ask why and write sentences until you and your DM are in agreement (or you and your team) that the problem's root cause is identified. Depending on the problem, you may not need to use all four "Why" sections to identify the root cause.

Step 3
- Summarize the root cause(s) of the problem. There may be more than one root cause. NOTE: If the problem reoccurs, it is likely that the symptoms of the problem were addressed rather than the root cause. Ask your DM for assistance with Root Cause Analysis if necessary.

**Store Plan of Action**

Once the root causes have been identified, a *Store Plan of Action* is created by the SM with coaching by the DM.
1. Write a Business Goal in a complete sentence. It should be written so that it attempts to solve the root cause of the problem on the Root Cause Analysis worksheet.
2. Write the root cause from Step 3 of the Root Cause Analysis Worksheet.
3. Write the Action Steps, who will lead and the due date that will need to happen to achieve the Business Goal.
   - Consider SMART goals (specific, measurable, attainable, realistic, and timely), the necessary behavior changes, and the resources required.
   - Consider the fundamentals of Situational Leadership and the readiness level of the partners.

© 2009 Starbucks Coffee Company. All rights reserved. Printed in USA. Last Updated: 10/09

CONFIDENTIAL

STAR_MARSHALL0000905

***SM Executes Store Plans of Action***

The SM is responsible for carrying out the actions steps outlined in the Store Plans of Action.

**SM Responsibilities:**
- Communicates the Store Plans of Action with the store team.
- As appropriate, SMs may delegate actions steps or tasks to the store partners, as appropriate.
- SMs are accountable for the monthly completion of the Store Operations Assessment.
- Request support from the DM as needed.

**DM Responsibilities:**
- Support the store as needed.

***SM Checks Store Plans of Action status***

The SM periodically checks the status of the Store Plans of Action to ensure the store is on track to meeting the business goals outlined in the Store Plans of Action.

**SM Responsibilities:**
- Notes progress and the status on the Store Plans of Action frequently.
- Make the necessary adjustments to the Store Plans of Action if there is risk of not meeting the objective of the plan.
- Discuss and provide an update to the DM of any adjustments to the Store Plans of Action.

**DM Responsibilities:**
- Create notes for his or her own records of changes to the Store Plans of Action for discussion during the next follow up visit.

***DM Follow Up Visits***

The DM follow up visits are an important step in maintaining Operational Excellence for each store. It helps create accountability for the SM and the DM. The DM follow up visits provide an opportunity for the SM and DM to check the store's progress on the Store Plans of Action and to reinforce successful behaviors and/or get back on track.

<u>Standards</u>
- Each store should have a minimum of two DM follow up visits per quarter.

<u>Guidelines</u>
- DM follow up visit frequency and length of visit should be situational to the needs of each store.
- DM follow up visits may be scheduled or unannounced.

**Follow up visits should consist of:**
- The DM connecting with the store by:
  - Greeting and starting conversations with partners and customers.
  - Completing a *Values Walk* with the SM & ASM, if available.
  - Observing the speed of service (café and/or drive-thru) and deployment utilizing the Speed of Service Clock
  - Sharing a coffee tasting with store partners and/or the SM.
  - Connecting with partners with their own Customer Voice feedback. Sharing personal experiences as a customer and invite partners to

CONFIDENTIAL

STAR_MARSHALL0000906

share their stories.
- The DM and SM reviewing the status of the Store Plans of Action.
  - o Discuss continued opportunities.
  - o Discuss new opportunities.
  - o Review success metrics from the *Store Plans of Action* and discuss results and incremental improvements.
  - o Determine the root cause(s) of new problems.
  - o Adjust the *Store Plans of Action* to ensure action items are included to resolve the problem(s) as necessary.

**SM Responsibilities:**
- Is prepared for the DM follow up visit.
- Uses 4 hours of non-coverage to support scheduled follow up visits.
- Provides feedback to the DM during the follow up visit.
- Discusses new issues and next steps, as appropriate.
- Makes additional adjustments to the Store Plans of Action, as appropriate.

**DM Responsibilities:**
- Is prepared for the follow up visit.
- Utilizes the Speed of Service Clock with every store visit.
- Reviews the store's progress on the Store Plans of Action.
- Discusses new issues and next steps, as appropriate.
- Coaches the SMs on adjustments to the Store Plans of Action.
- Makes notes for their records of changes to the Store Plans of Action.

# Roles & Responsibilities

## Store Manager

- Calibrate with the DM on operational expectations and standards.
- Coach the Operational Excellence Process as appropriate to store partners.
- Be accountable for Operational Excellence execution in the stores.
- Complete a *Values Walk* daily to see the store from the customer's eyes.
- Focus on planning and organization as a core competency.
- Utilize root cause analysis.
- Develop meaningful *Store Plans of Action*.
- Follow up on *Store Plans of Action* and check and adjust as needed with DM support.
- Analyze and identify business trends and quantify results.
- Provide feedback regarding Operational Excellence to the DM.
- Assess the store's business, determine opportunities and recognize and celebrate success.

## District Manager

- Calibrate with the SM on Operational Excellence expectations and standards.
- Coach the Operational Excellence process and execution in stores.
- Support the SM in planning and organization.
- Follow up on Store Plans of Action and support the SM in store level goal prioritization on Store Plans of Action
- Support clarity and prioritization for the SM regarding regional initiatives.
- Support the SM in analyzing and identifying business trends and quantifying results.
- Provide feedback regarding the Operational Excellence Process to the Field

© 2009 Starbucks Coffee Company. All rights reserved. Printed in USA. Last Updated: 10/09

CONFIDENTIAL

STAR_MARSHALL0000907

- Implementation Manager.
- Be knowledgeable of the Operational Excellence Process and ensure execution.
- Demonstrate and role model Situational Leadership for each SM during each step of the process.
- Coach and develop SMs as business owners.

**Regional Director**

- Calibrate with the DM on operational expectations and standards.
- Assess the DMs on readiness levels and current execution and coach situationally.
- Coach the Operational Excellence Process and execution.
- Support the DM in the quarterly planning process.
- Participate in DM store visits for calibration.
- Support a filter process to enable the DM to be in the stores 4 – 5 days a week.
- Follow up on Store Plans of Action for calibration for DMs.
- Support the DM in store level goal prioritization on Store Plans of Action.
- Provide clarity and prioritization regarding regional initiatives.
- Support the DM in analyzing and identifying business trends and quantifying results.
- Provide feedback regarding the Operational Excellence Process to Field Implementation Managers and US Store Services.

CONFIDENTIAL

STAR_MARSHALL0000908

**Agenda Planner**
*Company Operated Stores*

| | | | | Store Name/#: _____ |
|---|---|---|---|---|
| **Topics Shortcut** | | | | Store Manager: _____ |
| Profit Performance | Partner Development | Staffing & Succession Planning | Visual Presentation | District Manager: _____ |
| Labor Management | Store Manager Development | Partner Recognition | Whole Bean Coffee | Date: _____ |
| Beverage Quality | Customer Connection | Inventory Management | Safety & Security | |
| Customer Feedback | Training | Cash Management | Community Connection/CSR | |
| Food Management | Deployment | Store Cleanliness, Food Safety & Equipment Maintenance | Other | |

## Standard Topics:

### Connections
- Greet and start conversations with partners and customers.
- Complete the Values Walk and Values Drive with the store manager & assistant store manager, if available.
- Observe the store's speed of service and deployment utilizing the Speed of Service Clock
- Share a coffee tasting with store partners and/or the store manager.
- Connect with partners with their own Customer Voice feedback.  Share your personal experiences as a customer and invite partners to share their stories.

### Review Store Plan of Action
- Review the success metrics from the Store Plans of Action and discuss results and incremental improvements.
- Discuss continued and new opportunities.
- Review the monthly scorecard progress.

## Add Topics and Suggested Discussion Points

### Profit Performance

Back to Top
- Discuss the store's areas of success and opportunity on the profit and loss statement (P&L).  Discuss the trends and most significant areas of opportunity.  Discuss links to Customer Voice results.
- Discuss the store's transaction count and average ticket.  Discuss ideas to increase average ticket.
- Discuss the store's strategy to increase beverage, food, whole bean coffee and merchandise sales.
- Discuss how overall satisfaction is impacting customer experiences and business performance.
- Discuss how the store's inventory management impacts the business performance.
- Discuss how labor management impacts customer experiences and business performance.
- Discuss ideas on how to drive sales by using Store Level Marketing tools for Existing Stores.  Go to Field Leadership Community to access menu of sales tactics.

### Labor Management

Back to Top
- Discuss how the store is managing labor (variance to ideal) using the Weekly Labor Recap report.
- Discuss how the store's shift complement.
- Discuss how effectively the store manager is forecasting the store's customer count and how this is affecting their ability to schedule to 0% variance to ideal.
- Discuss how the store manager manages staffing and scheduling due to customer traffic changes in sales (upcoming events, holidays, change of store hours).
- Discuss how the store manager is managing training activities and labor hours.
- Discuss how the store manager is managing non-coverage activities (admin, cleaning, etc.) and labor hours using the Daily Scorecard.
- Discuss how labor management impacts customer experiences and business performance.
- Create a schedule together with the store manager.  Review the ALS audit findings.

### Beverage Quality
*Reference the Store Operations Assessment, Product Quality section*

Back to Top
- Discuss the store's beverage quality from observations, customer feedback and the scorecard metrics.  Discuss how the store is maintaining beverage standards.  Discuss the what actions need to happen to ensure consistent beverage quality.
- Discuss new and promotional beverages.  Discuss customer and partner feedback.  Discuss the store's strategy to increase sales for these beverages.
- Discuss how the beverage quality impacts the store's business performance.
- Discuss the store's sampling program and how it is impacting sales for the items sampled and overall sales.

### Customer Feedback

Back to Top
- Discuss the Customer Voice results and key learnings.
- Discuss Customer Comment report and all customer feedback and key learnings.  Compare feedback to business trends and customer metrics.  Discuss how the DM will support.
- Discuss how these results and key learning relate to customer and personal experiences observed during the visit.  Discuss the level of beverage quality, friendliness and speed of service during the visit.

### Food Management
*Reference the Store Operations Assessment, line items 11-12, 25, 43-44, 100-102, 142*

Back to Top
- Discuss the store's food program and strategy to increase food sales.  Review the total food UPH's from the scorecard.  Discuss the areas of success and opportunity and how to improve the food program.  Discuss how the store manager is managing food markouts and how this impacts customer experience and business performance
- Discuss how the store is managing the food case presentation throughout all dayparts.  Discuss successes and challenges.  Discuss the tools and resources that are available.
- Discuss new and promotional food products.  Discuss customer and partner feedback.  Discuss the store's strategy to increase sales for these food products during the promotion.
- Discuss the store's sampling program and how it is impacting sales for the items sampled and overall sales.

CONFIDENTIAL

STAR_MARSHALL0000909

## Partner Development

- Discuss how the store manager is supporting the team's Partner Development Plans (PDP)
- Discuss some of the key accomplishments partners have made with their Partner Development Plans (PDP).
- Discuss some of the obstacles that are keeping partners from meeting their goals.
- Review written Performance Appraisals and delivery timing.
- Observe the store manager deliver a Performance Appraisal and provide feedback.

Back to Top

## Store Manager Development

- Discuss the store manager's current performance and level of readiness for specific tasks (situational leadership)
- Discuss recent successes, progress and challenges that the store manager has faced.
- Review any partner feedback about this store and discuss any necessary action steps to address the feedback.
- Discuss the store manager's Partner Development Plan (PDP)

Back to Top

## Customer Connection
*Reference the Store Operations Assessment, Service Experience section*

- Welcome customers and request their feedback on the store and their experiences (customer intercepts).
- Celebrate customer service success stories. Discuss solutions to any customer service issues.
- Model active sampling: share new products with customers and engage them in conversation about the product.
- Observe and discuss how the store partners are developing enthusiastically satisfied customers all the time.
- Discuss how connecting with customers drives business results. Discuss how overall satisfaction is impacting customer experiences and business performance.

Back to Top

## Training
*Reference the Store Operations Assessment, line items 130-132*

- Review the team's training plans. Discuss execution and identify obstacles.
- Discuss partner's performance in delivering friendly, timely service and quality beverages. Discuss how training impacts customer experiences. Discuss training issues and how DM can support.
- Discuss the store's learning coaches. Discuss how the learning coaches are supporting training and beverage quality.
- Observe a learning coach with a new partner and provide feedback. Ask learning coaches for feedback on the program.

Back to Top

## Deployment
*Reference the Store Operations Assessment, Speed of Service section*

- Using the Deployment Assessment, observe how the store partners are using deployment. Discuss how to continue or improve the effectiveness of deployment in the store to ensure friendly, timely service and quality beverages. Discuss the tools and resources (Daily Coverage Report, Deployment Report, deployment training) that will help the store consistently deliver the Starbucks experience. Discuss wait times recorded by the Speed of Service Clock.
- Observe and discuss how the store is using deployment in the Drive Thru channel. Discuss how to continue or improve the efficiencies. Discuss the tools and resources (Daily Coverage Report, Deployment Report, deployment training) that will help the store improve efficiency for the store. Discuss the store's average window wait time during peak hours and how this affects transaction count.
- Observe the store's set-up for each station (cold beverage, espresso bar, food, brewed coffee, drive-thru stations) and its impact on service with speed. Identify potential ways to improve efficiency.
- Discuss how deployment impacts customer satisfaction (Speed of Service Scorecard metrics) and business performance.

Back to Top

## Staffing & Succession Planning

- Discuss the store manager's on-boarding practices including First Impressions, new hire paperwork completeness (e.g., WOTC form, I-9 form) and coaching through new partner's first month.
- Discuss the key findings from the completed market-specific partner planning tool. Identify and discuss any gaps, seasonal hiring needs and transfer requests. Discuss barista turnover and how it impacts customer experiences and business performance
- Discuss each assistant store manager's readiness for promotion. Review with the assistant store manager, progress on their training plans and Partner Development Plans (PDP).
- Identify top baristas and shift supervisors and discuss their readiness for promotion, their Partner Development Plan (PDP) and any areas for improvement.
- Discuss the store manager's recruiting, selection, and hiring processes and practices (interviewing, applicant tracking, etc).
- Observe an interview by the store manager or assistant store manager and provide feedback

Back to Top

## Partner Recognition

- Discuss how partners are being recognized for providing uplifting experiences for customers and it's impact on individual and the team's performance.
- Identify opportunities to recognize and reward that are appropriate and most relevant to the store. Discuss how the DM will support.
- Recognize newly promoted partners and/or partners taking on new roles such as becoming a new learning coach, coffee master or a new classroom facilitator.

Back to Top

## Inventory Management
*Reference the Store Operations Assessment, line item 141*

- Discuss the store's organization and storage and ideas to improve efficiency. Discuss how the store is managing food storage. Discuss the impact to customer experiences and business performance.
- Discuss the store's ordering and receiving and ideas to improve ordering and to reduce transfers. Discuss factors that may impact par levels using sales information.
- Discuss the store's product management. Discuss how to maximize sales and minimize shrinkage. Discuss the impact of product displays and how to maintain inventory levels consistently
- Discuss inventory accuracy of ringing procedures, markouts and inventory counts. Review inventory adjustments and discuss opportunities.

Back to Top

## Cash Management

- Discuss how the store is maintaining the Cash Management Log. Discuss how deployment affects cash management and safety. Discuss steps for improvement.
- Discuss till auditing processes and procedures for the store. Discuss impact to customer satisfaction, partner experience and business performance.
- Discuss how cash management impacts customer and partner experience and business performance.

Back to Top

CONFIDENTIAL

STAR_MARSHALL0000910

**Store Cleanliness, Food Safety, Facilities & Equipment Maintenance**
*Reference the Store Operations Assessment, Cleanliness & Equipment Maintenance section*

- Assess and discuss the store's cleanliness, food safety and product quality adherance.  Discuss how the Store Operations Assessment and Duty Roster are used to identify cleanliness and food safety issues.  Identify any ongoing areas for improvement.
- Discuss the store's facility and equipment maintenance program and what steps the store is taking to resolve equipment and facility issues and the status of DM orders.  Discuss how these issues impact friendly, timely service and quality beverages •
- Discuss the most recent Quality Assurance Store Audit issues and/or health department reports and what progress has been made.
- Discuss how store cleanliness, food safety, facility and equipment maintenance impact customer experiences, beverage quality and business performance.

**Visual Presentation**
*Reference the Store Operations Assessment, line item 10, 35, 87-98*

- Discuss the store's last promotional set-up.  Discuss the key learnings.  Walk around the store and assess the store's layout and visual presentation.  Discuss how this impacts friendly, timely service and quality beverages.
- Discuss your observations and determine any action steps.
- Discuss the next promotion and how the store manager is preparing for the set-up.

**Whole Bean Coffee**
*Reference the Store Operations Assessment, line item 10, 12, 41, 90, 132*

- Discuss the store's whole bean coffee sales, the store's trends and the top selling whole bean coffee offerings.
- Discuss how the store is managing coffee inventories, storage and maintaining the display volumes and how it impacts customer experiences and business performance.
- Discuss the store's sampling program and how it is impacting sales for the items sampled and overall whole bean sales.  Discuss creative ideas for sampling in the store.
- Discuss the Coffee Master program for the store and how it is impacting customer experience, beverage quality and business performance.

**Safety & Security**

- Discuss the store's OSHA compliance with monthly meetings and audits.  Discuss key learnings from the meetings and improvements that have been made to the store.
- Discuss store opening and closing safety measures (safe access, doors, # of partners working, etc.)  Discuss the impact to customer experience and business performance.
- Discuss the store's security measures.  Discuss how the store is maintaining safe codes, access levels and alarm codes.  Discuss areas of opportunity.
- Discuss how the store is reducing risks within the store.  Discuss recent incident reports and how the store is managing these and the impact to customer experience, beverage quality and business performance.

**Community Connection / Corporate Social Responsibility (CSR)**

- Discuss the store's recent or upcoming community events, Make Your Marks (MYM) and donations.  Discuss the impact on the community and the store's results.
- Leverage local community events calendar, Chamber of Commerce or other neighborhood business bureau to research upcoming community involvement.  Solicit partner and customer recommendations or thoughts on future community event opportunities based on findings to ensure local relevance.
- Discuss how the store's Community Board is positively impacting the community.  Discuss how the board is kept updated and relevant.
- Discuss how the store is positively impacting the environment through recycling in the store.  Discuss the store's recycling program and other ideas for the program.
- Discuss the store's waste reduction efforts and brainstorm new ideas for reuse with partners.
- Discuss the store's water and energy conservation efforts and new ideas for further conservation.
- Discuss how community connections and the corporate social responsibility efforts impact customer experiences and business performance.

**Other**

CONFIDENTIAL        STAR_MARSHALL0000911



# Values Walk

## Purpose: To see the store through the customer's eyes

The Values Walk is designed to help you evaluate how your store looks and feels from the customer's point of view. You need to become the customer, experience what they experience, and observe what they observe. Based on your observation, think about what immediate actions will ensure the store is executing standards and exhibiting *The Green Apron* behaviors to create the *Third Place* environment for our customers.

- Complete a Values Walk on every shift
- Focus on what actually occurs during your Values Walk
- Be detailed and thorough on what is applicable to your store when recording your experiences and observations
- Take timely action immediately and discuss follow up items with your manager

## Be Welcoming - Store Exterior

**Do our customers have a welcoming first impression of the store?**

To ensure customers have a positive first impression of the store, observe the customer's travel path into or around the store such as the condition of the store's footprint, entrance, trash cans, windows, outdoor seating, parking lot, sidewalks, etc. Determine what can be done to improve the customer experience and take action.

| Observation | Action Taken |
|---|---|
|  |  |

| Follow up Action |
|---|
|  |

## Be Welcoming - Store Ambiance

**Does the store create the *Third Place* environment for customers?**

Your store should be welcoming and have an inviting and comfortable atmosphere. Ensure your store is creating the *Third Place* environment by evaluating the store's ambiance; look at store layout, perimeter, music, lighting, temperature, seating areas and traffic areas. Determine what can be done to improve the customer experience and take action.

| Observation | Action Taken |
|---|---|
|  |  |

| Follow up Action |
|---|
|  |

## Be Genuine - Customer Connection

**Is the customer highly satisfied with his or her experience?**

Every customer should leave the store happy and highly satisfied. Baristas should do everything in their power to make this happen by connecting, discovering, and responding to the customer's needs. Look for cues such as baristas smiling, offering help and being friendly. Listen for a thank you at the register and at the hand-off. Ask customers that leave the store whether they were happy with their experience. Determine what can be done to improve the customer experience and take action.

| Observation | Action Taken |
|---|---|
|  |  |

| Follow up Action |
|---|
|  |

© Starbucks Coffee Company   All Rights Reserved   Last Updated: 10/09
CONFIDENTIAL AND PROPRIETARY INFORMATION.

## Be Involved - Wait time experience

**Does the customer have a quality experience while waiting?**

The customer's perception of their experience is greatly influenced by what occurs during the time they are waiting in line. They notice whether the barista is acknowledging them, if all baristas are focused on their tasks, the appeal of the pastry case, how the food and beverages are handled, the cleanliness of the counters and the view into the cafe. Many customers enjoy being involved in conversations, and love to try samples. Determine what can be done to improve the customer experience and take action.

| Observation | Action Taken |
|---|---|
|  |  |

**Follow up Action**

## Be Considerate - Teamwork

**Are baristas working together effectively and efficiently?**

When baristas work well together while interacting with their customers, they are perceived as professionals with a passion for what they do. Evaluate your team's performance in areas such as friendliness, teamwork, personal connection, etc. Baristas are properly positioned to meet customer's needs. Ask customers if their order was delivered accurately and what they think of their service. Determine what can be done to improve the customer experience and take action.

| Observation | Action Taken |
|---|---|
|  |  |

**Follow up Action**

## Be Knowledgeable - Meeting Customer Retail Needs

**Do baristas use Connect, Discover, & Respond to meet customer retail needs?**

Watch the customers and baristas interact in the merchandise area. Evaluate the barista's knowledge of our coffees, teas and merchandise, and if they demonstrate *The Green Apron* behaviors. Whole bean, tea, merchandise and condiment bar presentation should be appealing, clean, organized, and well stocked. Determine what can be done to improve the customer experience and take action.

| Observation | Action Taken |
|---|---|
|  |  |

**Follow up Action**

## Be Welcoming - Facilities

**Are all areas frequented by customers reflective of the *Third Place environment*?**

The cleanliness and condition of facilities such as the floors, hallways and restrooms often impact the customer's perspective of a store.  Ensure the store interior, surroundings, exterior building, equipment, furniture, fixtures and materials are in good repair and are working properly so the customer has a positive impression. Determine what can be done to improve the customer experience and take action.

| Observation | Action Taken |
|---|---|
|  |  |

**Follow up Action**

Completed By _____   Date _____

© Starbucks Coffee Company   All Rights Reserved   Last Updated: 10/09
CONFIDENTIAL AND PROPRIETARY INFORMATION.

STAR_MARSHALL0000913



# Values Drive

## Purpose:  To see the store through the customer's eyes

The Values Drive is designed to help you evaluate how your drive thru looks and feels from the customer's point of view. You need to become the customer, experience what they experience, and observe what they observe. Based on your observation, think about what immediate actions will ensure the store is executing standards and exhibiting *The Green Apron* behaviors to create the *Third Place* environment for our customers.

- Complete a Values drive on every shift
- Focus on what actually occurs during your Values Drive
- Be detailed and thorough when recording your experiences and observations.
- Take timely action immediately and discuss follow up items with your manager

## Be Welcoming – Drive Thru Lane

**Do the customers waiting in the Drive Thru queue have a welcoming first impression?**

To ensure customers have a positive experience, observe the condition of the drive thru lane to ensure it is clean and inviting. The landscaping should be well maintained with no visible trash. The cars in queue should be moving without lengthy delay. What messages are you seeing?

| Observation | Action Taken |
|---|---|
|  |  |

**Follow up Action**

## Be Knowledgeable – Order Experience

**Does the customer have a positive experience when placing their order?**

Barista are immediately greeting customers to take their order.  They are connecting, discovering, and responding to the customer's needs in order to create a positive experience. The barista will provide a genuinely welcoming experience by asking open-ended questions when customers are placing their order and offering knowledgeable answers when customers ask questions. Ensure the menu boards are well-lit and easy to read and the speaker is working properly.

| Observation | Action Taken |
|---|---|
|  |  |

**Follow up Action**

## Be Genuine - Customer Connection

**Is the customer highly satisfied with their Drive Thru window experience?**

The barista at the window warmly greets customers, smiles and makes direct eye contact.  From the customer's view, the store looks clean and uncluttered. All visible baristas appear to be on task. The order is repeated to the customer at the hand-off to ensure it is correct and the barista always offers a "thank you" to express appreciation for the customer's visit.

| Observation | Action Taken |
|---|---|
|  |  |

**Follow up Action**

Completed By _____   Date _____

© Starbucks Coffee Company   All Rights Reserved   Last Updated: 10/09
CONFIDENTIAL AND PROPRIETARY INFORMATION.

 STAR_MARSHALL0000914

# Operational Excellence Sample Scenarios

*The Operational Excellence sample scenarios are to provide some real-life examples of the Operational Excellence Process.*

**Table of Contents**

- Beverage Quality ............................................................................................ 2
- Customer Service ............................................................................................ 5
- Speed of Service ............................................................................................. 8
- Deployment .................................................................................................... 11
- Cleanliness ..................................................................................................... 14

1

STAR_MARSHALL0000915

# Beverage Quality Example

**Situation**

Customer Voice indicates that Taste of Beverage is lower than the Target. Additionally, the DM has personally noted a decrease in espresso quality during the last few visits.

- The DM requests to discuss Beverage Quality as a topic for the next Store Plan of Action Visit.
- The DM adds the Beverage Quality topic to the agenda using the *Agenda Planner* tool.  The DM edits the discussion points to focus on espresso beverages.
- The SM prepares for the scheduled Store Plan of Action Visit by reviewing the last two Store Operations Assessments specifically the *Product Quality section*, Customer Voice reports, Customer Comments reports and the Monthly Scorecard.  The SM solicits feedback from store partners and customers about beverage quality in the store.
- The DM prepares for the Store Plan of Action Visit by reviewing notes from previous Store Plan of Action Visits and follow-up visits, the store's Customer Voice reports, Customer Comment reports and the Retail Dashboard.  The DM talks to other partners and customers that regularly visit the store about the store's beverage quality.
- During the Store Plan of Action Visit, the SM and DM observe barista's making beverages at the espresso bar.  They discuss the store's Beverage Quality and decide a problem existed that is worth solving.  The SM and DM complete a *Root Cause Analysis Worksheet* on the problem and create a *Store Plan of Action.*  **(See Beverage Quality Root Cause Analysis Worksheet and Beverage Quality Store Plan of Action Examples)**.
- DM follow-up schedule is created to check progress of the *Store Plan of Action*.
    - One hour-long visit with the SM (non-coverage)
    - Five half-hour visits with store partners to observe and coach beverage quality
    - Two unscheduled visits by the DM for observation on beverage quality
- The SM posts the *Store Plan of Action* and communicates action steps and tasks to store partners.  The store partners leading each action step on the *Store Plan of Action* understand the expectations and goal(s) and take necessary action.
- The SM checks progress for the *Store Plan of Action*.
- The DM visits the store per the follow-up schedule.  The DM reviews the identified store's metrics for improvement and coaches the store team in achieving their *Store Plan of Action*.

**Result**

The store's beverage quality improved.  Based on the actions taken on the *Store Plan of Action*, the store had a sustainable plan to maintain the beverage quality and to be able identify more quickly when it begins to deteriorate.  The store's scorecard metrics including Customer Voice improved.

2

STAR_MARSHALL0000916



# Root Cause Analysis Worksheet — *Beverage Quality Example*

Store Name/#: *Highlands #119*　　　　DM: *Scott S.*

SM: *Kim M.*　　　　Date Created: *Dec 19*

| Root Cause Analysis is part of a problem-solving methodology aimed at asking questions to determine the underlying issues that are causing the problem. |
| --- |

| **Step 1** | What is the problem that's worth solving? |
| --- | --- |

| **Problem**<br>What is a problem that is preventing you from achieving your business goals(s)? | *Write a specific problem in the form of a sentence below:*<br><br>*Customer Voice indicates that Taste of Beverage is 42% Highly Satisfied, yet the Target is 75%.* |
| --- | --- |
| ***This problem affects which Strategic Platform?*** | ☒ Execute Standards　☐ Increase Customer Visits　☐ Develop Business Leaders　☐ Achieve Profits　☒ Sell More Beverages |

| **Step 2** | What are the underlying issues causing the problem? |
| --- | --- |

| **Why?**<br>What causes the Problem you wrote in Step 1 to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*In reviewing the comments in the Customer Voice report it appears that customers are not receiving a beverage that meet their expectations for flavor or taste.* |
| --- | --- |
| **Why?**<br>What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*The majority of comments state that the espresso tastes weak and drinks have no foam.* |
| **Why?**<br>What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*The partners do not check or taste the espresso shots every hour. Properly steaming and aerating milk is not understood and consistently demonstrated by all partners.* |
| **Why?**<br>What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*The partners do not know the standards for espresso shots and milk quality. And partners that do know the standards are not complying with them.* |

| **Step 3** | What are the possible root cause(s) of this problem? |
| --- | --- |

| **Possible Root Cause(s)** | *Write the possible root cause(s) below:*<br><br>*1) Completion of the Espresso Bar modules (A, B and C), Barista Certification and Learning Coach time is inconsistent.*<br>*2) Partners in charge of the shift are not taking the time to observe and provide coaching to baristas on beverage standards.* |
| --- | --- |

| ***NEXT STEP:*** **On your Store Plan of Action, identify the action steps to solve for this root cause(s).** |
| --- |

3

STAR_MARSHALL0000917

# Store Plan of Action – *Beverage Quality Example*



Store Name/#: *Highlands #119*       DM: *Scott S.*

SM: *Kim M.*      Date Created: *Dec 19*

| **Business Goal** Desired outcome | *Improve beverage quality and consistency with specific focus on milk and espresso standards* | | | | |
|---|---|---|---|---|---|
| **Strategic Plan** Check the platform(s) the goal supports | ☒ Execute Standards | ☐ Increase Customer Visits | ☐ Develop Business Leaders | ☐ Achieve Profits | ☒ Sell More Beverages |
| **Possible Root Causes Identified** | 1) Completion of the Espresso Bar modules (A, B and C), Barista Certification and Learning Coach time is inconsistent. 2) Partners in charge of the shift are not taking the time to observe and provide coaching to baristas on beverage standards. | | | | |
| **How Measured** List Scorecard & other metrics that apply | Taste of Beverage % on monthly scorecard; increased transaction/sales comp %; increase in total beverage USD; 75% of customers report that they are Highly Satisfied in the Taste of Beverage category for Customer Voice. | | | | |

**Action Step** - What specific action will be taken?     Led By: *Kim M.*    Due Date: *1/2*

☐ Completed   *Have a discussion with the management team and learning coaches and check their understanding on the following topics: standards of espresso shots and milk steaming, expectations for compliance to standards from all partners; current comments/results from Customer Voice on Taste of Beverage; why the standards are important; expectation of management team to coach to the standards daily.*

| **Check** - Note progress & overall status   Date: | **Adjust** - Adjustments needed to meet the objective above   Date: |
|---|---|
|  |  |
| **Check** - Note progress & overall status   Date: | **Adjust** - Adjustments needed to meet the objective above   Date: |
|  |  |

**Action Step** - What specific action will be taken?    Led By: *Chris, Kenya, & Mike*    Due Date: *1/1*

☐ Completed   *Each learning coach follows up with a specific list of baristas to conduct a conversation checking for understanding and clarifying reviewing espresso standards, milk steaming standards in the Beverage Resource Manual, Customer Voice comments, & why standards consistency is a current focus & important to our customers/business*

| **Check** - Note progress & overall status   Date: | **Adjust** - Adjustments needed to meet the objective above   Date: |
|---|---|
|  |  |
| **Check** - Note progress & overall status   Date: | **Adjust** - Adjustments needed to meet the objective above   Date: |
|  |  |

**Action Step** - What specific action will be taken?    Led By: *Management Team*    Due Date: *1/8*

☐ Completed   *Monitor execution of milk & espresso standards on all shifts by timing shots hourly, ensuring every barista knows how to adjust the grind for the espresso machine, observing compliance to Beverage Resource Manual recipe standards by all partners, frequently tasting beverages, coach non-compliance immediately/appropriately; role model the expectations*

| **Check** - Note progress & overall status   Date: | **Adjust** - Adjustments needed to meet the objective above   Date: |
|---|---|
|  |  |
| **Check** - Note progress & overall status   Date: | **Adjust** - Adjustments needed to meet the objective above   Date: |
|  |  |

**Sustainability** - Once this Store Plan of Action has been completed successfully, outline how you will sustain the success and/or improvement.

4

# Customer Service Example

**Situation**

Customer Voice indicates that Friendliness of Employees is lower than the Target.

- The DM requests to discuss Customer Connections and Customer Feedback as topics for the next Store Plan of Action Visit.
- The DM adds the Customer Connections and Customer Feedback topics to the agenda using the *Agenda Planner* tool.  The DM edits the discussion points to focus on partner friendliness.
- The SM prepares for the scheduled Store Plan of Action Visit by reviewing the last Store Operations Assessments specifically the *Service Experience section*, Customer Voice reports, Customer Comments reports and the Monthly Scorecard.  The SM solicits customer feedback from partners and customers.
- The DM prepared for the Store Plan of Action Visit by reviewing notes from previous Store Plan of Action Visits and follow-up visits, the store's Customer Voice reports, Customer Comment reports and the Retail Dashboard.
- During the Store Plan of Action Visit, the SM and DM observe the service being delivered.  They discuss what they see and decide a problem exists that is worth solving.  The SM and DM completed a *Root Cause Analysis Worksheet* on the problem and created a *Store Plan of Action*.  (***See Customer Service Root Cause Analysis Worksheet and Customer Service Store Plan of Action Examples***).
- DM follow-up schedule is created to check progress of the *Store Plan of Action*.
    - One hour-long visit with the SM (non-coverage)
    - Three half-hour visits with store partners to observe and coach in the moment
    - Two unscheduled visits by the DM for observation
- The SM posts the *Store Plan of Action* and communicates action steps and tasks to store partners.  The partners leading each action step on the *Store Plan of Action* understand the expectation and goal(s) and take necessary action.
- The SM checks progress for the *Store Plan of Action* and makes notes on the *Store Plan of Action* and makes adjustments to one of the action steps.
- The DM visits the store per the follow-up schedule.  The DM reviews the identified store's metrics for improvement and coaches the store team in achieving their *Store Plan of Action*.

**Result**

The store's customer service is improved.  The store's scorecard metrics including Customer Voice are improved.  The store begins receiving positive customer feedback.

CONFIDENTIAL

STAR_MARSHALL0000919

# Root Cause Analysis Worksheet – *Customer Service Example*



Store Name/# *Pine Valley #3022*

SM: *Anthony T.*

DM: *Amy S.*

Date Created: *Feb 19*

Root Cause Analysis is part of a problem-solving methodology aimed at asking questions to determine the underlying issues that are causing the problem.

| **Step 1** | What is the problem that's worth solving? |
|---|---|

**Problem**
What is a problem that is preventing you from achieving your business goals(s)?

*Write a specific problem in the form of a sentence below:*

*The Customer Voice reports indicate that Friendliness of Employees is 62% Highly Satisfied, yet the Target is 80%.*

***This problem affects which Strategic Platform?***

| ☒ Execute Standards | ☐ Increase Customer Visits | ☐ Develop Business Leaders | ☐ Achieve Profits | ☒ Sell More Beverages |
|---|---|---|---|---|

| **Step 2** | What are the underlying issues causing the problem? |
|---|---|

**Why?**
What causes the Problem you wrote in Step 1 to exist or occur?

*Write the issue in the form of a sentence below:*

*Customer comments reflect that partners are not consistently demonstrating Green Apron behaviors.*

**Why?**
What causes the issue you wrote on the PREVIOUS line to exist or occur?

*Write the issue in the form of a sentence below:*

*Partners are focused on completion of side tasks & projects and behave as if interrupted when a customer arrives.*

**Why?**
What causes the issue you wrote on the PREVIOUS line to exist or occur?

*Write the issue in the form of a sentence below:*

*The management team is not communicating that customer service has a higher priority than daily tasks & duties.*

**Why?**
What causes the issue you wrote on the PREVIOUS line to exist or occur?

*Write the issue in the form of a sentence below:*

*The management team has been unaware of service tone in the store and delegates tasks to partners without emphasizing and coaching the priority of exceeding customer service expectations.*

| **Step 3** | What are the possible root cause(s) of this problem? |
|---|---|

**Possible Root Cause(s)**

*Write the possible root cause(s) below:*

*1) Partners are not provided with enough coaching on store priorities when a task is delegated.*
*2) Partners are making task completion the priority over customer service because there is no follow-up or consequences for delivering mediocre service.*

***NEXT STEP: On your Store Plan of Action, identify the action steps to solve for this root cause(s).***

6

# Store Plan of Action– *Customer Service Example*



Store Name/#: *Pine Valley #3022*          DM: *Amy S.*

SM: *Anthony T.*          Date Created: *Feb 19*

| **Business Goal** Desired outcome | *Provide customer service that meets customer expectations for Friendliness of Employees.* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Strategic Plan** Check the platform(s) the goal supports | ☒ | Execute Standards | ☐ | Increase Customer Visits | ☐ | Develop Business Leaders | ☐ | Achieve Profits | ☐ | Sell More Beverages |
| **Possible Root Causes Identified** | *Partners are making task completion the priority over customer service because store priorities are not clearly communicated with a focus on customer service* | | | | | | | | |
| **How Measured** List scorecard & other metrics that apply | *Overall Satisfaction % of Highly Satisfied customers on monthly scorecard; increased transaction/sales comp %; 85% of customers are Highly Satisfied with Friendliness of Employees in Customer Voice* | | | | | | | | |

| **Action Step** - What specific action will be taken? | | **Lead By:** *Kim* | **Due Date:** *2/25* |
|---|---|---|---|
| Completed ☒ | *Conversation with all management team members to level set expectation that tasks are not delegated for operational procedures during peak period; all delegated tasks should be pre-framed with expectation to complete when customers are not requiring assistance; ensure partners understand why customer service is always a priority over task completion* | | |
| **Check** - Note progress & overall status **Date:** *3/5* | | **Adjust** - Adjustments needed to meet the objective above **Date:** |
| *Team members responded positively to the request and gave great examples of when tasks should be completed to ensure customer service expectations are met at all times!* | | |
| **Check** - Note progress & overall status **Date:** | | **Adjust** - Adjustments needed to meet the objective above **Date:** |
| | | |

| **Action Step** - What specific action will be taken? | | **Lead By:** *Management Team* | **Due Date:** *3/19* |
|---|---|---|---|
| Completed ☐ | *Verbally recognize & thank partners with Green Apron Cards who specifically stop tasks to provide customer service; Highlight customer comments and stories as examples of the "right" behavior and reward with Green Apron On the Spot recognition cards; encourage partners to share a story of how they made changes to improve their delivery of service.* | | |
| **Check** - Note progress & overall status **Date:** *3/5* | | **Adjust** - Adjustments needed to meet the objective above **Date:** |
| *Six partners have received recognition for customer service behaviors! They are recognizing each other with GAB cards and high fives. Keep up the great work!* | | |
| **Check** - Note progress & overall status **Date:** | | **Adjust** - Adjustments needed to meet the objective above **Date:** |
| | | |

| **Action Step** - What specific action will be taken? | | **Lead By:** *Management Team* | **Due Date:** *3/30* |
|---|---|---|---|
| Completed ☐ | *Immediately coach partners who do not demonstrate the behaviors associated with Starbucks customer service expectations using what, what, why. Provide feedback from conversations to SM* | | |
| **Check** - Note progress & overall status **Date:** *3/5* | | **Adjust** - Adjustments needed to meet the objective above **Date:** *3/5* |
| *Constructive coaching conversations are not happening in a timely manner. Partners are not coached in the moment so they do not always remember the situation where they did not customer service expectations while completing tasks* | | *Conduct one on one conversation with all management team members and ask them to "in the moment" respectfully remind partners to stop their task when a customer approaches. Manager on duty is to coach the partner after the customer interaction using what, what, why to ensure partners meet customer service expectations.* |
| **Check** - Note progress & overall status **Date:** | | **Adjust** - Adjustments needed to meet the objective above **Date:** |
| | | |

| **Sustainability** - Once this Store Plan of Action has been completed successfully, outline how you will sustain the success and/or improvement. |
|---|
| |

7

STAR_MARSHALL0000921

# Speed of Service Example

**Situation**

The speed of service for the store has been getting slower during the weekends, yet stays consistently good during the weekdays.

- During DM visits to the store, the DM checks the speed of service using the Speed of Service Clock. Additionally, the DM solicits feedback from customers to better understand their customer experiences in the store.
- The DM requests to discuss Deployment as a topic for the next Store Plan of Action Visit.
- The DM adds the Deployment topic to the agenda using the *Agenda Planner* tool. The DM edits the discussion points to focus on speed of service.
- The SM prepares for the scheduled Store Plan of Action Visit by reviewing the last Store Operations Assessments, Customer Voice reports, Customer Comments reports and the Monthly Scorecard. The SM observes the store's deployment and speed of service and solicits feedback from customer and partners about speed of service.
- The DM prepares for the Store Plan of Action Visit by reviewing notes from previous Store Plan of Action Visits and follow-up visits, the store's Customer Voice reports, Customer Comment reports and the Retail Dashboard. The DM talks to customers and partners that regularly visit the store about the store's speed of service.
- During the Store Plan of Action Visit, the SM and DM observe the store's speed of service. The Speed of Service Clock is used in conjunction with the Deployment Assessment to provide insight into how speed of service is impacted based upon how the store is staffed and executing deployment. They discuss the store's Speed of Service and decide a problem existed that is worth solving. The SM and DM complete a *Root Cause Analysis Worksheet* on the problem and create a *Store Plan of Action*. (**See Speed of Service Root Cause Analysis Worksheet and Speed of Service Store Plan of Action Examples**).
- DM follow-up schedule is created to check progress of the *Store Plan of Action*.
  - One hour-long visit with the SM (non-coverage)
  - Three half-hour visits with or without the SM and other store partners on weekends
  - Two unscheduled visits by the DM for observation during weekends
- The SM posts the *Store Plan of Action* and communicates action steps and tasks to store partners. The partners leading each action step on the *Store Plan of Action* understand the expectations and goal(s) and a take necessary action.
- The SM checks progress on the *Store Plan of Action* twice and makes notes and some adjustments to the action steps to better meet the *Store Plan of Action*.
- The DM visits the store per the follow-up schedule. The DM reviews the identified store's metrics for improvement and coaches the partners in achieving their *Store Plan of Action*.

**Result**

The store's speed of service is faster on the weekends while staying consistently good during the weekdays. Based on the actions taken on the *Store Plan of Action*, store has a sustainable plan to maintain the store's speed of service and the partners are able identify more quickly when speed of service begins to slow. The store's scorecard metrics including Customer Voice improve.

8

STAR_MARSHALL0000922

# Root Cause Analysis Worksheet — *Speed of Service Example*

Store Name/# *Appletown #4444*                    DM: *Sean K.*

SM: *Janet C.*                                   Date Created: *June 10*

| Root Cause Analysis is part of a problem-solving methodology aimed at asking questions to determine the underlying issues that are causing the problem. |
| --- |

| **Step 1** | What is the problem that's worth solving? |
| --- | --- |

| **Problem** What is a problem that is preventing you from achieving your business goals(s)? | *Write a specific problem in the form of a sentence below:* |
| --- | --- |
| | *Customer feedback indicates speed of service is slow on weekends.* |

| ***This problem affects which Strategic Platform?*** | ☒ Execute Standards | ☒ Increase Customer Visits | ☐ Develop Business Leaders | ☐ Achieve Profits | ☐ Sell More Beverages |
| --- | --- | --- | --- | --- | --- |

| **Step 2** | What are the underlying issues causing the problem? |
| --- | --- |

| **Why?** What causes the Problem you wrote in Step 1 to exist or occur? | *Write the issue in the form of a sentence below:* |
| --- | --- |
| | *Deployment is not being executed properly; partners are not multi-tasking* |

| **Why?** What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:* |
| --- | --- |
| | *Partners are not proficient in working the longer, intense rush periods on weekend mid-mornings* |

| **Why?** What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:* |
| --- | --- |
| | *Individual partner availability is not assessed regularly to ensure that each partner gets exposure and coaching in all customer business patterns.* |

| **Why?** What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:* |
| --- | --- |
| | *The partners scheduled on weekends usually have limited availability and work few hours and/or during slower periods and are not given the opportunity to fully get up to speed.* |

| **Step 3** | What are the possible root cause(s) of this problem? |
| --- | --- |

| **Possible Root Cause(s)** | *Write the possible root cause(s) below:* |
| --- | --- |
| | *The current scheduling practices do not ensure partner availability & skill complements and exceeds the expectations of our customers on the weekends.* |

| ***NEXT STEP:** On your Store Plan of Action, identify the action steps to solve for this root cause(s).* |
| --- |

9

STAR_MARSHALL0000923



# Store Plan of Action – *Speed of Service Example*

Store Name/#: *Appletown #4444*                    DM: *Sean K.*

SM: *Janet C.*                                      Date Created: *June 10*

| **Business Goal** Desired outcome | *Decrease bottlenecks and increase speed of service during peak periods on weekends* | | | | |
|---|---|---|---|---|---|
| **Strategic Plan** Check the platform(s) the goal supports | ☑ Execute Standards | ☒ Increase Customer Visits | ☐ Develop Business Leaders | ☐ Achieve Profits | ☐ Sell More Beverages |
| **Possible Root Causes Identified** | *The current scheduling practices do not ensure partner availability & skill complements and exceeds the expectations of our customers on the weekends.* | | | | |
| **How Measured** List Scorecard & other metrics that apply | *Increased transaction/sales comp %; actual coverage hours vs. ideal coverage hours* | | | | |

---

**Action Step** - What specific action will be taken?     Led By: *Janet*     Due Date: *7/14*

☒ Completed  *Activate the Z-phantoms with open availability in a scheduling chain to determine gaps in availability of partners to meet store staffing needs during peak periods*

| **Check** - Note progress & overall status     Date: *6/21* | **Adjust** - Adjustments needed to meet the objective above     Date: *6/21* |
|---|---|
| *Three gaps were identified by activating the Z-phantoms. Two additional four hour weekend shifts and one four hour afternoon shift are required to meet workload needs and achieve 0% variance to ideal* | *Run a second schedule in two weeks with Z-phantoms activated to identify any new gaps in availability.* |
| **Check** - Note progress & overall status     Date: *7/7* | **Adjust** - Adjustments needed to meet the objective above     Date: |
| *Run a second schedule with Z-phantom to continue to identify scheduling/ workload trends and needs—still need two weekend shifts* | |

---

**Action Step** - What specific action will be taken?     Led By: *Janet*     Due Date: *7/22*

☐ Completed  *Review staffing availability needs with all partners and determine if changes in current availability of team members can occur to ensure proper scheduling of labor during the weekend peak periods*

| **Check** - Note progress & overall status     Date: *6/21* | **Adjust** - Adjustments needed to meet the objective above     Date: |
|---|---|
| *Two partners were able to open up their weekend availability to accommodate scheduling needs.* | |
| **Check** - Note progress & overall status     Date: *7/7* | **Adjust** - Adjustments needed to meet the objective above     Date: |
| *Weekend service is improving with more partners scheduled during peak periods! We were 0% variance to ideal on Saturday and partners stated that the day was smooth! Can't wait to see the customer voice results!* | |

---

**Action Step** - What specific action will be taken?     Led By: *Management Team*     Due Date: *7/22*

☐ Completed  *Identify how many partners are needed after completion of first two action steps; Schedule interviews to hire new partners with open availability to meet scheduling needs of the store*

| **Check** - Note progress & overall status     Date: *6/21* | **Adjust** - Adjustments needed to meet the objective above     Date: *6/22* |
|---|---|
| *Scheduling workload requires: three more partners hired with morning and weekend availability; one more partner with afternoon & weekend availability*  *Interviews are scheduled for tomorrow!* | *Interviews on 6/22 were not successful in bringing in qualified candidates to meet all staffing needs; schedule more interviews for Saturday afternoon to attract candidates that are both qualified and available on weekends; call neighboring stores for potential applicants; talk to all current partners about the referral program and ask them to refer someone they know would be a good fit for the role.* |
| **Check** - Note progress & overall status     Date: *7/7* | **Adjust** - Adjustments needed to meet the objective above     Date: |
| *Three partners referred a potential partner—interviews are scheduled!* | |

---

**Sustainability** - Once this Store Plan of Action has been completed successfully, outline how you will sustain the success and/or improvement

*The first Monday of each month a schedule will be run with Z-phantoms to proactively identify staffing needs; interviews are scheduled weekly to maintain list of candidates for openings & candidates are shared with neighboring stores;  SM to be scheduled during weekend peak periods to monitor bottlenecks & labor hours.*

10

# Deployment Example

**Situation**

Through observations and using the Speed of Service Clock, the speed of service for the store is slow during peak times.

- During visits to the store, the DM checks the speed of service using the Speed of Service Clock.
- The DM requests to discuss Deployment as a topic for the next Store Plan of Action Visit.
- The DM adds the Deployment topic to the agenda using the *Agenda Planner* tool. The DM edits the discussion points to focus on speed of service.
- The SM prepares for the scheduled Store Plan of Action Visit by reviewing the last Store Operations Assessments, Customer Voice reports and Customer Comments reports. The SM spends some time observing the store's deployment and speed of service and solicits feedback from partners about speed of service.
- The DM prepares for the Store Plan of Action Visit by reviewing notes from previous Store Plan of Action Visits and follow-up visits, the store's Customer Voice reports, and Customer Comment reports. The DM talks to other partners that regularly visited the store about the store's speed of service and deployment observations.
- During the Store Plan of Action Visit, the SM and DM observe the store's speed of service. The Speed of Service Clock is used in conjunction with the Deployment Assessment to provide insight into how speed of service is impacted based upon how the store is staffed and executing deployment. They discuss the store's speed of service and deployment and decide a problem exists that is worth solving. The SM and DM complete a *Root Cause Analysis Worksheet* on the problem and created a *Store Plan of Action*. **(See Deployment Root Cause Analysis Worksheet and Deployment Store Plan of Action Examples)**.
- DM follow-up schedule is created to check progress of the *Store Plan of Action*.
  - Three one-hour visits with the SM (non-coverage)
  - One half-hour visit with or without the SM and other store partners
  - One unscheduled visit by the DM for observation during peak times
- The SM posts the *Store Plan of Action* and communicates action steps and tasks to store partners. The store partners leading each action step on the *Store Plan of Action* understand the expectations and goal(s) and take necessary action.
- The SM checks progress for the *Store Plan of Action* and make notes and one adjustment to an action step to better meet the *Store Plan of Action*.
- The DM visits the store per the follow-up schedule. The DM review the identified store's metrics for improvement and coach the store team in achieving their *Store Plan of Action*. The DM continues to make deployment observations and speed of service checks with the Speed of Service Clock.

**Result**

The store's deployment improves which results in increased speed of service during peak periods. Based on the actions taken on the *Store Plan of Action*, the store has a sustainable plan to maintain the store's deployment. The store's scorecard metrics improves.

CONFIDENTIAL

STAR_MARSHALL0000925



# Root Cause Analysis Worksheet – *Deployment Example*

Store Name/# *Troy #999*                    DM: *Sally V.*

SM: *Kelly H.*                    Date Created: *Oct 8*

| Root Cause Analysis is part of a problem-solving methodology aimed at asking questions to determine the underlying issues that are causing the problem. |
| --- |

| **Step 1** | What is the problem that's worth solving? |
| --- | --- |

| **Problem** What is a problem that is preventing you from achieving your business goal(s)? | *Write a specific problem in the form of a sentence below:*<br><br>*Observations from the Speed of Service Clock timings indicate service is slow during peak periods.* |
| --- | --- |

| *This problem affects which Strategic Platform?* | ☒ Execute Standards | ☒ Increase Customer Visits | ☐ Develop Business Leaders | ☐ Achieve Profits | ☐ Sell More Beverages |
| --- | --- | --- | --- | --- | --- |

| **Step 2** | What are the underlying issues causing the problem? |
| --- | --- |

| **Why?** What causes the Problem you wrote in Step 1 to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*Bottlenecks occur at various stations (i.e. POS, hand-off, espresso bar, CBS).* |
| --- | --- |
| **Why?** What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*Our partners do not execute proper deployment standards.* |
| **Why?** What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*The partners do not stay planted in their primary positions during peak periods.* |
| **Why?** What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*The deployment positions are not clearly understood by all partners on all shifts.* |

| **Step 3** | What are the possible root cause(s) of this problem? |
| --- | --- |

| **Possible Root Cause(s)** | *Write the possible root cause(s) below:*<br><br>*The supervisory team does not consistently set clear expectations and communicate deployment positions to partners.* |
| --- | --- |

| ***NEXT STEP:*** On your Store Plan of Action, identify the action steps to solve for this root cause(s). |
| --- |

12

CONFIDENTIAL

STAR_MARSHALL0000926



# Store Plan of Action – *Deployment Example*

Store Name/#: *Troy #999*　　　　　　DM: *Sally V.*

SM: *Kelly H.*　　　　　　　　　　　Date Created: *Oct 8*

| **Business Goal** Desired outcome | *Improve speed of service during peak periods* | | | |
|---|---|---|---|---|

| **Strategic Plan** Check the platform(s) the goal supports | ☒ Execute Standards | ☒ Increase Customer Visits | ☐ Develop Business Leaders | ☐ Achieve Profits | ☐ Sell More Beverages |
|---|---|---|---|---|---|

| **Possible Root Causes Identified** | *The supervisory team does not consistently set clear expectations or communicate deployment positions to partners* |
|---|---|

| **How Measured** List Scorecard & other metrics that apply | *Increased transaction/sales comp %; increase in sales vs. target; speed of service clock times improve.* |
|---|---|

**Action Step** - What specific action will be taken?　　　　　　　　Led By: *Kelly*　　　　Due Date: *11/11*

☐ Completed　*Identify deployment positions on the Daily Coverage Report for all shifts prior to business opening on Monday for the entire week; highlight peak periods on the Daily Coverage Report*

| **Check** - Note progress & overall status　Date: *10/10* | **Adjust** - Adjustments needed to meet the objective above　Date: *10/10* |
|---|---|
| *Deployment positions were labeled on the DCR and partners were deployed to their positions as assigned! Partners are adhering to expectations of deployment standards during highlighted peak periods* | *Partners did not always understand why they were assigned to a specific position; next week I will assign positions with my management team in our scheduled meeting & discuss "why" partners are assigned to specific positions* |
| **Check** - Note progress & overall status　Date: | **Adjust** - Adjustments needed to meet the objective above　Date: |
| | |

**Action Step** - What specific action will be taken?　　　　　　　Led By: *Kelly*　　　　Due Date: *11/9*

☐ Completed　*Schedule a management team meeting to reinforce expectations with management team regarding deployment standards; specifically to plant partners in their deployment position, minimize tasks and breaks during peak period, & monitor actual customer counts against forecast*

| **Check** - Note progress & overall status　Date: *10/10* | **Adjust** - Adjustments needed to meet the objective above　Date: |
|---|---|
| *Management team meeting is scheduled for 10/15 with the following agenda: review all deployment positions & slide positions; role play common scenarios (decision making re: breaks during peak periods, lobby emergencies like spills, customer at retail); assign next week deployment positions and discuss what/why; Management team to review information with all store team members by 11/9* | |
| **Check** - Note progress & overall status　Date: | **Adjust** - Adjustments needed to meet the objective above　Date: |
| | |

**Action Step** - What specific action will be taken?　　　　　Led By: *Management Team*　　　Due Date: *11/24*

☐ Completed　*Review slide tasks and deployment positions with all team members; provide in the moment coaching when proper deployment standards are not followed. Manager on duty provides feedback to SM on opportunities and trends.*

| **Check** - Note progress & overall status　Date: | **Adjust** - Adjustments needed to meet the objective above　Date: |
|---|---|
| | |
| **Check** - Note progress & overall status　Date: | **Adjust** - Adjustments needed to meet the objective above　Date: |
| | |

**Sustainability** - Once this Store Plan of Action has been completed successfully, outline how you will sustain the success and/or improvement.

13

# Cleanliness Example

**Situation**

The store's last two *Store Operations Assessments* reveal that many line items in the *Cleanliness & Equipment Maintenance section* are marked as "N" for no.

- The SM requests to discuss Store Cleanliness as a topic for the next Sore Plan of Action Visit.
- The DM adds the Store Cleanliness & Equipment, Food Safety & Equipment Maintenance topic to the agenda using the *Agenda Planner* tool.
- The SM prepares for the scheduled Store Plan of Action Visit by reviewing the last 2 Store Operations Assessments, the Quality Assurance Store Audit report from 3 months ago and the last Health Department Report from 6 months ago. The SM walks the store and makes notes about the store's cleanliness and solicits feedback from the ASM and shift supervisors regarding the store's cleanliness.
- The DM prepares for the Store Plan of Action Visit by reviewing notes from previous Store Plan of Action Visits and follow-up visits, the store's Customer Voice reports, Customer Comment reports and the store's Quality Assurance Store Audit report from three months ago.
- During the Store Plan of Action Visit, the SM and DM discuss the store's cleanliness and decide a problem exists that is worth solving. The SM and DM complete a *Root Cause Analysis Worksheet* on the problem and create a *Store Plan of Action*. (***See Cleanliness Root Cause Analysis Worksheet and Cleanliness Store Plan of Action Examples***).
- DM follow-up schedule is created to check progress of the *Store Plan of Action*.
    - Two one-hour visits with the SM (non-coverage)
    - Two half-hour visits with other store partners
    - One unscheduled visit by the DM for observation
- The SM posts the *Store Plan of Action* and communicates action steps and tasks to store partners. The store partners leading each action step on the *Store Plan of Action* understand the expectations and goal(s) and take necessary action.
- The SM checks progress for the *Store Plan of Action* twice and makes notes on the *Store Plan of Action*.
- The DM visits the store per the follow-up schedule. The DM reviews the identified store's metrics for improvement and coaches the store team in achieving their *Store Plan of Action*.

**Result**

The store's cleanliness improves in the short team and the store has a sustainable plan to maintain the store's cleanliness. The store's scorecard metrics including Customer Voice improves.

14

STAR_MARSHALL0000928



# Root Cause Analysis Worksheet *– Cleanliness Example*

Store Name/# *35ᵗʰ & Maple #2244*                    DM: *Sanya N.*

SM: *Michael J.*                                           Date Created: *Jan 10*

| Root Cause Analysis is part of a problem-solving methodology aimed at asking questions to determine the underlying issues that are causing the problem. |
|---|

| **Step 1** | What is the problem that's worth solving? |
|---|---|

| **Problem**<br>What is a problem that is preventing you from achieving your business goals(s)? | *Write a specific problem in the form of a sentence below:*<br><br>*The Store Operations Assessment shows that an opportunity exists for many cleanliness standards.* |
|---|---|

| **This problem affects which Strategic Platform?** | ☒ Execute Standards | ☐ Increase Customer Visits | ☐ Develop Business Leaders | ☐ Achieve Profits | ☐ Sell More Beverages |
|---|---|---|---|---|---|

| **Step 2** | What are the underlying issues causing the problem? |
|---|---|

| **Why?**<br>What causes the Problem you wrote in Step 1 to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*Partners are not thorough when completing the duty roster.* |
|---|---|

| **Why?**<br>What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*The partners do not understand the cleanliness expectations.* |
|---|---|

| **Why?**<br>What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:*<br><br>*The partners are not provided feedback on the completion of the cleanliness/maintenance tasks.* |
|---|---|

| **Why?**<br>What causes the issue you wrote on the PREVIOUS line to exist or occur? | *Write the issue in the form of a sentence below:* |
|---|---|

| **Step 3** | What are the possible root cause(s) of this problem? |
|---|---|

| **Possible Root Cause(s)** | *Write the possible root cause(s) below:*<br><br>*1) Partners are not provided with a learning frame when completing cleanliness tasks/duties.*<br>*2) Store partners do not ensure all daily/weekly/monthly cleaning duties are completed to standard.* |
|---|---|

| ***NEXT STEP:** On your Store Plan of Action, identify the action steps to solve for this root cause(s).* |
|---|

15

CONFIDENTIAL                                    STAR_MARSHALL0000929