# Store Plan of Action – *Cleanliness Example*



Store Name/#: *35ᵗʰ & Maple #2244*                     DM: *Sonya N.*

SM: *Michael J.*                                               Date Created: *Jan 10*

| **Business Goal** Desired outcome | *Meet Cleanliness standards outlined in the Store Operations Assessment* | | | | |
|---|---|---|---|---|---|
| **Strategic Plan** Check the platform(s) the goal supports? | ☒ Execute Standards | ☐ Increase Customer Visits | ☐ Develop Business Leaders | ☐ Achieve Profits | ☐ Sell More Beverages (Innovate) |
| **Possible Root Causes Identified** | *Store partners do not ensure that all daily/weekly/monthly cleaning duties are completed to standard* | | | | |
| **How Measured** List scorecard & other metrics that apply | *Increased transaction/sales comp %; overall satisfaction % of Highly Satisfied customers; improvement in Store Operating Assessment; Overall cleanliness % on Customer Voice report* | | | | |

**Action Step** - What specific action will be taken?     Lead By: *Michael*     Due Date: *2/13*

☒ Completed   *Assign daily/weekly/monthly tasks in the duty roster during Monday admin time to identify a specific partner as responsible for the completion of each task*

| **Check** - Note progress & overall status     Date: *1/20* | **Adjust** - Adjustments needed to meet the objective above     Date: |
|---|---|
| *Partners are assigned tasks every Monday and partners are looking for their task during slower sales periods!* | |

| **Check** - Note progress & overall status     Date: | **Adjust** - Adjustments needed to meet the objective above     Date: |
|---|---|
| | |

**Action Step** - What specific action will be taken?     Lead By: *Management team*     Due Date: *2/22*

☒ Completed   *Each manager on duty communicates the assigned duties to partners and checks for completion prior to partner clocking out; coach any areas that were missed, celebrate a job well done;  Manager on duty provides feedback to SM regarding task completion.*

| **Check** - Note progress & overall status     Date: *1/20* | **Adjust** - Adjustments needed to meet the objective above     Date: |
|---|---|
| *Partners are demonstrating pride in the cleanliness of the store and have conversations with each other on how to complete tasks more efficiently.  Overall cleanliness satisfaction % on Customer Voice report reflects 6% improvement!  Managers on Duty have started a log to communicate extra cleaning tasks that have been completed on shift and celebrate partner performance.* | |

| **Check** - Note progress & overall status     Date: | **Adjust** - Adjustments needed to meet the objective above     Date: |
|---|---|
| | |

**Action Step** - What specific action will be taken?     Lead By: *Kim Marchant*     Due Date: *3/20*

☐ Completed   *Review store cleanliness execution daily.  Identify trends or opportunities in completion of tasks to standard and follow up with individuals and management team to improve performance*

| **Check** - Note progress & overall status     Date: *1/20* | **Adjust** - Adjustments needed to meet the objective above     Date: |
|---|---|
| *Completed Store Operations Assessment and showing improvement in five areas!* | |

| **Check** - Note progress & overall status     Date: *2/2* | **Adjust** - Adjustments needed to meet the objective above     Date: |
|---|---|
| *Completed Store Operations Assessment and showing improvement in ALL areas!* | |

**Sustainability** - Once this Store Plan of Action has been completed successfully, outline how you will sustain the success and/or improvement
*Continue all action steps as standard operating procedures because they work!*

16

CONFIDENTIAL                                                          STAR_MARSHALL0000930



# STORE OPERATIONS ASSESSMENT
## Company Operated

**Starbucks Store Name/Store #:** _____

**Date Completed:** _____     **Completed By:** _____

| Purpose |
|---|
| The Store Operations Assessment is a comprehensive set of measurements used to evaluate the store's business and operations by identifying the store's successes and opportunities. It is comprised of policies, standards, procedures and guidelines which support Starbucks guiding principles. |

| Completion | Frequency | Commitment |
|---|---|---|
| Store manager is responsible for completion. | Monthly | Approximately three hours to complete. |

**Instructions**

**Current column:** Mark "Y" (yes) if the store meets the entire measurement at the time of evaluation, "N" (no) if the store does not meet any part of the measurement at the time of evaluation and "NA" (not applicable) if the measurement does not apply to the store (i.e., restrooms, seating, etc.).

**Status column:** Using the last month's completed Store Operations Assessment, find all line items marked with "N" in the current column. Next, on the current month's Store Operations Assessment, mark "O" for opportunity if the same line items are marked with "N". This indicates an opportunity still exists. All other line items are left blank in the status column.

| Ref # | Service Experience | Resource Manual | Current | Status |
|---|---|---|---|---|
| 1 | Baristas are genuinely welcoming customers into the store.  Baristas are smiling. | The Green Apron Book | | |
| 2 | Customers are verbally greeted, eye contact is made and are thanked at the register and at the hand-off. | The Green Apron Book | | |
| 3 | Customers are being personally recognized by their beverage. | The Green Apron Book | | |
| 4 | Customers are being personally recognized by name. | The Green Apron Book | | |
| 5 | Baristas are focused on customer needs. | The Green Apron Book | | |
| 6 | Baristas are responding to service delays. | The Green Apron Book | | |
| 7 | Local requirements for customers with disabilities are in place. | Store Operations | | |
| 8 | Menu boards, chalk boards and shuttle tags reflect the brewed coffees that are currently being offered. | Siren's Eye | | |
| 9 | Partners are not consuming beverages or food behind the counter or in view of customers. | Safety, Security & Health Standards | | |
| 10 | Whole Bean Counters and Black Apron Exclusives Floor Rack (if applicable) are set as directed in the current Siren's Eye. | Visual Presentation Standards / Siren's Eye | | |
| 11 | Food case products are displayed according to visual presentation guidelines.  All food products are displayed with pre-printed signage and sign holders are not in contact with the food. | Visual Presentation Safety, Security & Health Standards | | |
| 12 | All product sampling is being done through active sampling. | Food & Pastry | | |
| 13 | Re-usable serveware is available and utilized. | Store Operations | | |
| 14 | A cup sleeve is used on all water-based beverages except short cups.  A cup sleeve is used for all Venti cups.  Cups are not double cupped unless requested by a customer. | Beverage | | |
| 15 | Starbucks Customer Comment Cards are available and marked with the store number. | Store Operations | | |
| 16 | Customer recovery coupons are available and easily accessible. | Store Operations | | |
| 17 | The store thermostat is within range (U.S. 68°F - 75°F, Canada 20°C - 24°C). | Store Operations | | |

| Ref # | Speed Of Service | Resource Manual | Current | Status |
|---|---|---|---|---|
| 18 | The Daily Coverage Report is used to inform all baristas of their daily positions, schedules and assignments. | Store Operations | | |
| 19 | Deployment maps are posted. | Labor & Deployment | | |
| 20 | The store has a minimum of two baristas and complete management coverage at all times. | Labor & Deployment | | |
| 21 | The Starbucks Beverage Identification System is used for hot, cold and blended beverages. | Beverage | | |
| 22 | The Starbucks Beverage Calling System is used for hot, cold and blended beverages. | Beverage | | |
| 23 | POS Register Station is clean, stocked and set per schematic. | Season Layouts | | |

© 2008 Starbucks Coffee Company.  All rights reserved. Last Update: 11/08
CONFIDENTIAL AND PROPRIETARY INFORMATION

Store Operations Assessment-CO

CONFIDENTIAL

STAR_MARSHALL0000931

| Ref# | Speed Of Service | Resource Manual | Current | Status |
|---|---|---|---|---|
| 24 | Brewing Station is clean, stocked and set per schematic. | Station Layouts | | |
| 25 | Food Station is clean, stocked and set per schematic. | Station Layouts | | |
| 26 | Cold Beverage Station is clean, stocked and set per schematic. | Station Layouts | | |
| 27 | Espresso Bar Station is clean, stocked and set per schematic. | Station Layouts | | |
| 28 | Drive Thru POS Station is clean, stocked and set per schematic. | Station Layouts | | |
| 29 | Drive Thru Bar Station is clean, stocked and set per schematic. | Station Layouts | | |
| 30 | Drive thru staging area is being used to expedite orders. | Store Operations | | |
| 31 | Designated drive thru refrigerator is stocked per schematic. | Store Operations | | |
| 32 | For drive thru store, baristas are clearing the barista monitors after orders are completed. | POS | | |
| 33 | Observe multiple speed of service times for the drive thru window.  Window time was 30-45 seconds. State times: | Store Operations | | |
| 34 | Condiment bar is clean, stocked and set per schematic.  Containers and shakers are properly labeled. | Visual Presentation Beverage | | |
| 35 | Customer flow is not obstructed by Floor Fixtures and Baskets. Counter fixtures do not block Transaction Plane. Nothing is positioned at the Hand Off Counter. Fixtures and baskets are shoppable from all sides. | Visual Presentation Standards/ Siren's Eye | | |
| 36 | The person running the shift is assigned and easily identified as the Floater, if 3 or more people are working behind the counter. | Labor & Deployment | | |
| 37 | Line Calling is handled by the Floater or Beverage person. | Labor & Deployment | | |
| 38 | When supported by a Floater, baristas are "planted" at their primary positions. | Labor & Deployment | | |
| 39 | Observe the speed of service for multiple customers.  Time the customers from when they enter the line until they receive their beverage at the hand-off plane.  The total speed of service was 3 minutes or less. (Measure in minutes and seconds).  State total wait times: | Store Operations | | |

| Ref# | Product Quality | Resource Manual | Current | Status |
|---|---|---|---|---|
| 40 | Condiment bar stainless steel thermal containers are labeled, clean and dairy is at or below 41°F (5°C). | Store Cleanliness & Equip. Maint. | | |
| 41 | All coffee and tea throughout the store is within expiration date. | Beverage | | |
| 42 | Digital timers are used for brewed coffee.  Brewed coffee is within hold time. | Beverage | | |
| 43 | Clean tongs, pastry servers and/or foodservice gloves are used when handling food.  Barista's bare hands are not coming in contact with food-contact and mouth-contact surfaces of cups and lids. | Food & Pastry | | |
| 44 | All food products adhere to shelf-life standards.  Overnight food storage is in airtight plastic containers or plastic wrap, labeled with shelf life and within expiration date. | Food & Pastry | | |
| 45 | Iced Brewed Coffee is labeled with shelf life and within expiration time. | Beverage | | |
| 46 | All Tazo® iced teas are labeled with shelf life and within expiration time. | Beverage | | |
| 47 | Double-strength decaf coffee that is used for Frappuccino® Blended beverages is labeled with shelf life and within expiration time. | Beverage | | |
| 48 | Decaf Coffee/Decaf Coffee Light Frappuccino™ Mix, Coffee/Coffee Light Frappuccino™ Mix, Crème Frappuccino™ Mix are labeled with shelf life and within expiration time. | Beverage | | |
| 49 | Observe a barista prepare multiple promotional beverages of your choice using the appropriate *Beverage Resource Manual* recipes.  Beverages are made correctly. | Beverage | | |
| 50 | Observe a barista prepare multiple Frappuccino® blended beverages of your choice using the appropriate *Beverage Resource Manual* recipes.  Beverages are made correctly. | Beverage | | |
| 51 | Refrigerator temperatures do not exceed 41°F (5°C).  Freezer temperatures are at 0°F (-18°C) when not in defrost mode.  All refrigerators & freezers have hanging thermometers.  Refrigerators & freezers are clean.  Condenser coils and fan guards are free of dust. | Store Cleanliness & Equip. Maint. | | |
| 52 | Whipped cream dispensers are clean and refrigerated between uses.  It is discarded after 24 hours. | Beverage | | |
| 53 | Baristas are tasting espresso shots at least once per shift. | Beverage | | |
| 54 | Espresso shots are within the pour time standard. Espresso grinders are adjusted when shot times are consistently out of range. | Beverage | | |
| 55 | All baristas are knowledgeable on how to adjust the espresso machine grinder. | Beverage | | |
| 56 | Espresso shots are incorporated into a beverage immediately after they are pulled. | Beverage | | |
| 57 | Espresso shots are poured directly into "to go" paper cups or "for here" serveware, except for personal cups, iced cups or as directed in the recipe. | Beverage | | |
| 58 | Separate and appropriately labeled small (1 qt.) steaming pitchers are used for dairy and non-dairy products.  Steaming pitchers are clean and free of permanent milk residue. | Beverage Store Cleanliness & Equip. Maint. | | |
| 59 | Milk that has not been steamed is at or below 41°F (5°C). | Beverage | | |
| 60 | A fresh pitcher of milk is steamed for each beverage.  Baristas are aerating steamed milk for every pitcher. | Beverage | | |
| 61 | Steamed milk temperature is between 150°-170°F (66°-77°C).  Thermometers are always used to monitor milk temperature (on every type of espresso machine), even when using the auto-steam function. | Beverage | | |
| 62 | Baristas are tasting steamed milk at least once per shift. | Beverage | | |

© 2008 Starbucks Coffee Company.  All rights reserved Last Update: 11/08
CONFIDENTIAL AND PROPRIETARY INFORMATION

Store Operations Assessment-CO

CONFIDENTIAL

STAR_MARSHALL0000932

| Ref # | Product Quality | Resource Manual | Current | Status |
|---|---|---|---|---|
| 63 | Children's beverages are served at 130° F (54° C) or lower. | Beverage | | |
| 64 | All mocha sauce is labeled with shelf life and is within expiration time.  All mocha pumps are labeled, clean and calibrated to deliver 0.5 fl oz. (15ml) per pump. | Beverage Store Cleanliness & Equip. Maint. | | |
| 65 | White chocolate mocha sauce is labeled with shelf life and is within expiration date.  The metal white chocolate mocha pump is labeled, clean and calibrated to deliver 0.5 fl oz. (15ml). | Beverage Store Cleanliness & Equip. Maint. | | |
| 66 | Tazo® Chai concentrate is labeled with shelf life and within expiration time.  The Tazo® Chai pump is labeled, clean and calibrated to dispense .67 fl oz. (20ml). | Beverage Store Cleanliness & Equip. Maint. | | |
| 67 | Caramel sauce squeeze bottles are labeled, clean and kept at room temperature.  They are labeled with shelf life and are within expiration date. | Beverage | | |
| 68 | Mocha sauce squeeze bottles are labeled, clean and contents discarded properly at the end of the day. | Beverage | | |
| 69 | Condiment shakers, dispensers and squeeze bottles on the frontline are labeled, clean and within expiration date.  Opened beverage add-ins, sprinkles, powders or other toppings for beverages are labeled, clean and within expiration date. | Beverage | | |
| 70 | Thermometers are clean, checked daily for accuracy and are calibrated if needed.  Digital thermometers and thermocouples are working properly. | Store Cleanliness & Equip. Maint. | | |
| 71 | Observe a barista prepare multiple hot or cold espresso beverages of your choice using the appropriate *Beverage Resource Manual* recipes.  Beverages are made correctly. | Beverage | | |
| 72 | Temperatures are documented for fresh and frozen food products. | Food & Pastry | | |
| 73 | All milk products are within expiration dates. | Beverage | | |
| 74 | Food, coffee filters and single use items are protected from contamination and stored at least 6 inches (15 cm) from the floor. | Food & Pastry | | |

| Ref # | Cleanliness & Equipment Maintenance | Resource Manual | Current | Status |
|---|---|---|---|---|
| 75 | Trash cans and recycling bins are clean, free of odor and not overflowing.  Dumpster area is maintained and clean (if applicable). | Store Cleanliness & Equip. Maint. | | |
| 76 | Drive thru lane is free of debris, spilled product and other stains. | Store Cleanliness & Equip. Maint. | | |
| 77 | Sidewalks, landscaping and outside table and seating areas are clean. Outdoor furniture and fixtures are in good repair. Patio umbrellas have pin-lock system at the base. | Store Cleanliness & Equip. Maint. | | |
| 78 | Entry mats, work area mats and carpets are clean and in like-new condition.  All mats lie flat on the floor. | Store Cleanliness & Equip. Maint. | | |
| 79 | All furniture (table, chairs, etc.) is clean and in like-new condition. | Store Cleanliness & Equip. Maint. | | |
| 80 | All lighting, duct work, and ceilings are clean.  Lighting and duct work are in good working order.  Ceilings and soffits are in like-new condition. | Store Cleanliness & Equip. Maint. | | |
| 81 | Hallways, walls, artwork, doors and soffits are clean and in like-new condition. | Store Cleanliness & Equip. Maint. | | |
| 82 | Windows, windowsills and glass doors are clean. | Store Cleanliness & Equip. Maint. | | |
| 83 | Brass, chrome and wood surfaces are clean and in like-new condition. | Store Cleanliness & Equip. Maint. | | |
| 84 | Floors and baseboards are clean and in like-new condition. | Store Cleanliness & Equip. Maint. | | |
| 85 | All merchandise areas (wall bays, display units & shelves) are clean and in like-new condition. | Store Cleanliness & Equip. Maint. | | |
| 86 | Restroom surfaces and fixtures are clean and stocked. | Store Cleanliness & Equip. Maint. | | |
| 87 | Floor baskets are clean and in like-new condition.  They are set as directed in the current Siren's Eye. | Visual Presentation Stds | | |
| 88 | Signs (inside and outside) and signage stands are clean, in good working order, and in like-new condition.  All signage is approved and set as directed in the current Siren's Eye. | Visual Presentation Stds | | |
| 89 | Banner stand is clean and in good working order.  It is set as directed in the current Siren's Eye. | Visual Presentation Stds - Siren's Eye | | |
| 90 | Coffee Floor Stand is clean and set as directed in the current Siren's Eye. | Visual Presentation Stds - Siren's Eye | | |
| 91 | The Newspaper/Magazine Fixture is clean and in like new condition. | Visual Presentation Standards | | |
| 92 | Wall Bay and shelves are clean and in like-new condition.  They are set as directed in the current Siren's Eye. | Visual Presentation Stds - Siren's Eye | | |
| 93 | Etageres and banquettes are clean and in like-new condition.  They are set as directed in the current Siren's Eye. | Visual Presentation Stds - Siren's Eye | | |
| 94 | Knock Down (K.D.) Tables are clean and in like-new condition.  They are set as directed in the current Siren's Eye. | Visual Presentation Stds - Siren's Eye | | |
| 95 | Entertainment Floor Fixture is clean and in good working order.  It is set as directed in the current Siren's Eye. | Visual Presentation Stds - Siren's Eye | | |
| 96 | Grounds For Your Garden container is clean. | Visual Presentation Standards | | |
| 97 | All Menu Boards (interior and drive thru) are clean and in good working order.  They are set as directed in the current Siren's Eye. | Visual Presentation Standards - Siren's Eye | | |
| 98 | The Transaction Plane is clean and set as directed in the current Siren's Eye. | Visual Presentation Standards - Siren's Eye | | |
| 99 | The POS systems and surrounding areas are organized and clean. | Store Cleanliness & Equip. Maint. | | |
| 100 | Food case and tongs are clean.  Food case refrigerator rear coils are free of dust. | Store Cleanliness & Equip. Maint. | | |
| 101 | All food displayware, utensils and storage containers are clean. | Store Cleanliness & Equip. Maint. | | |

CONFIDENTIAL                    STAR_MARSHALL0000933

| Ref# | Cleanliness & Equipment Maintenance | Resource Manual | Current | Status |
|---|---|---|---|---|
| 102 | Oven and warming trays are clean.  Trays are free of cracks. Back of oven and wall is free of grease and dust accumulation. | Store Cleanliness & Equip. Maint. | | |
| 103 | Coffee and tea brewing equipment and servers are clean. | Store Cleanliness & Equip. Maint. | | |
| 104 | Sinks are clean.  Serveware, containers and smallwares are not stored in or on the sides of the sink.  Dish compartment sinks are labeled.  Hot water is available. | Store Cleanliness & Equip. Maint. | | |
| 105 | Handsinks are labeled, accessible and only used for handwashing.  Hot water is available. | Safety, Security & Health Standards | | |
| 106 | Hand soap and paper towel dispensers are stocked and clean. | Safety, Security & Health Standards | | |
| 107 | Baristas are following established hand washing standards and procedures. | Safety, Security & Health Standards | | |
| 108 | All counter tops and back splashes are clean and in like-new condition. | Store Cleanliness & Equip. Maint. | | |
| 109 | Grinders are clean and calibrated. | Store Cleanliness & Equip. Maint. | | |
| 110 | Coffee bins/drawers, scales and scoops are clean. | Store Cleanliness & Equip. Maint. | | |
| 111 | Cold beverage station containers and utensils are clean. | Store Cleanliness & Equip. Maint. | | |
| 112 | Counter top ice bin and ice caddy are clean. Ice scoops (including volumetric) are kept in clean, dedicated containers. | Store Cleanliness & Equip. Maint. | | |
| 113 | Graduated blender pitchers and lids are rinsed after each beverage.  When graduated blender pitchers and lids are not in use, they are stored inverted (not stacked). | Beverage | | |
| 114 | All cups, lids and surface areas are clean. Cups and lids are stacked inverted in clean containers to avoid direct contact with the counter. | Store Cleanliness & Equip. Maint. | | |
| 115 | Espresso machines reflect daily cleaning and maintenance. | Store Cleanliness & Equip. Maint. | | |
| 116 | Espresso bar station containers and utensils are clean. | Store Cleanliness & Equip. Maint. | | |
| 117 | The steam wand is cleaned with a wiping cloth saturated with sanitizer solution after each use. | Store Cleanliness & Equip. Maint. | | |
| 118 | Wiping cloths, including steam wand cloths are stored in appropriate strength sanitizing solution between uses.  Steam wand cloths are kept in a designated container.  Approved scouring pads in use. | Store Cleanliness & Equip. Maint. | | |
| 119 | Flavored syrup pumps are clean. | Beverage | | |
| 120 | Drive thru headsets are clean and in good working order. | Store Cleanliness & Equip. Maint. | | |
| 121 | Floor drain basins are clean. | Store Cleanliness & Equip. Maint. | | |
| 122 | Duty Roster Notebook (Open/Close Checklist, Weekly and Monthly Cleaning and Preventative Maintenance) is easily accessible and in active, daily use. | Store Operations | | |
| 123 | All approved, properly labeled chemicals are stored below and away from food and food contact surfaces and at least 6 inches (15 cm) off the ground. | Store Cleanliness & Equip. Maint. | | |
| 124 | The store is free of any insect or rodent activity. | Safety, Security & Health Standards | | |
| 125 | Ice machine interior and deflector plate is clean and rear coils are free of dust.  Ice bucket and scoop are the only items stored on the top of the ice machine. | Store Cleanliness & Equip. Maint. | | |
| 126 | Mop, mop bucket, strainer and mop sink are clean.  Mop buckets are stored empty when not in use. | Store Cleanliness & Equip. Maint. | | |
| 127 | The water filtration system is within standard. (Check the maintenance standards in the *Store Cleanliness & Equipment Maintenance Manual* to verify system is within standard.) | Store Cleanliness & Equip. Maint. | | |
| 128 | The dishmachine (dishwasher) and immediate area is stocked and clean.  The dishmachine is working properly. | Store Cleanliness & Equip. Maint. | | |
| Ref# | Administration & Development | Resource Manual | Current | Status |
| 129 | All information and communications that the barista's need to know are posted. | Store Operations | | |
| 130 | All training materials are available for barista & above. | Store Operations | | |
| 131 | Training plans are set up for all partners. | Store Operations | | |
| 132 | The Coffee Passport is completed or is actively in the process of being completed by all baristas. | Store Operations | | |
| 133 | Baristas are not working while ill. | Store Operations | | |
| 134 | All partners have participated in this month's *Safety and Security Meeting* and have signed the record of attendance. | Safety, Security & Health Standards | | |
| 135 | The *Monthly Safety and Security Brief Inspection* has been completed for the month. | Safety, Security & Health Standards | | |
| 136 | All incidents are reported within 24 hours.  Copies of the *Incident Report Forms* are on file in the store. | Safety, Security & Health Standards | | |
| 137 | All partner health permits (if required locally) are kept on file in the store. | Safety, Security & Health Standards | | |
| 138 | Partner personal belongings are stored separately from food storage and not left overnight. | Safety, Security & Health Standards | | |
| 139 | Tip funds are stored in the inner compartment of the safe (behind door number two). | Store Operations | | |
| 140 | All permits and licenses as required by jurisdiction are current and posted in store. | Safety, Security & Health Standards | | |
| 141 | All store deliveries are checked against the invoice or shipping manifest.  Online manifests are not showing they were auto-received. | Store Operations | | |
| 142 | Food markouts for bakery, sandwich & prepared foods and RTD&E are within target. | P&L | | |

CONFIDENTIAL          STAR_MARSHALL0000934

| Ref # | Administration & Development | Resource Manual | Current | Status |
|---|---|---|---|---|
| 143 | The store has a minimum of 3 learning coaches who have completed the Learning Coach In-Store Module or Workshop. | Training Materials | | |
| 144 | Starbucks dress code standards are followed. Aprons are clean and are not worn during breaks. | Partner Resources | | |

| Immediate Action To Be Taken | | |
|---|---|---|
| Action | By Whom | When |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

© 2008 Starbucks Coffee Company. All rights reserved. Last Update: 11/08
CONFIDENTIAL AND PROPRIETARY INFORMATION

Store Operations Assessment-CO

CONFIDENTIAL

STAR_MARSHALL0000935

# Root Cause Analysis Worksheet



Store Name/# _____   District Manager _____
Store Manager _____   Date Created _____

Root Cause Analysis is part of a problem-solving methodology aimed at asking questions to determine the underlying issues that are causing the problem.

| **Step 1** | What is the problem that's worth solving? |
|---|---|

**Problem**
What is a problem that is preventing you from achieving your business goals(s)?

*Write a specific problem in the form of a sentence below:*

| **Step 2** | What are the underlying issues causing the problem? |
|---|---|

**Why?**
What causes the Problem you wrote in Step 1 to exist or occur?

*Write the issue in the form of a sentence below:*

**Why?**
What causes the issue you wrote on the PREVIOUS line to exist or occur?

*Write the issue in the form of a sentence below:*

**Why?**
What causes the issue you wrote on the PREVIOUS line to exist or occur?

*Write the issue in the form of a sentence below:*

**Why?**
What causes the issue you wrote on the PREVIOUS line to exist or occur?

*Write the issue in the form of a sentence below:*

| **Step 3** | What are the possible root cause(s) of this problem? |
|---|---|

**Possible Root Cause(s)**

*Write the possible root cause(s) below:*

*NEXT STEP: On your Store Plan of Action, identify the action steps to solve for this root cause(s).*

© 2008 Starbucks Coffee Company.  All rights reserved  Last Updated: 10/08
CONFIDENTIAL AND PROPRIETARY INFORMATION

Root Cause Analysis Worksheet

CONFIDENTIAL

# Store Plan of Action



Store Name/# _____     District Manager _____
Store Manager _____     Date Created _____

| **Business Goal** Desired outcome | |
|---|---|
| **Possible Root Causes Identified** | |
| **How Measured** List Scorecard & other metrics that apply | |

**Action Step -** What specific action will be taken? | **Led By:** | **Due Date:**

Completed ☐

| **Check -** Note progress & overall status    Date: | **Adjust -** Adjustments needed to meet the objective above    Date: |
|---|---|
| | |
| **Check -** Note progress & overall status    Date: | **Adjust -** Adjustments needed to meet the objective above    Date: |
| | |

**Action Step -** What specific action will be taken? | **Led By:** | **Due Date:**

Completed ☐

| **Check -** Note progress & overall status    Date: | **Adjust -** Adjustments needed to meet the objective above    Date: |
|---|---|
| | |
| **Check -** Note progress & overall status    Date: | **Adjust -** Adjustments needed to meet the objective above    Date: |
| | |

**Action Step -** What specific action will be taken? | **Led By:** | **Due Date:**

Completed ☐

| **Check -** Note progress & overall status    Date: | **Adjust -** Adjustments needed to meet the objective above    Date: |
|---|---|
| | |
| **Check -** Note progress & overall status    Date: | **Adjust -** Adjustments needed to meet the objective above    Date: |
| | |

**Sustainability -** Once this Store Plan of Action has been completed successfully, outline how you will sustain the success and/or improvement.

© 2008 Starbucks Coffee Company. All rights reserved  Last Updated 10/08
CONFIDENTIAL AND PROPRIETARY INFORMATION

Store Plan of Action - CO

# Preventing and Responding to Security Incidents

> **All US and Canada retail non-emergency and emergency security incidents should be reported to the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com**

Create & Maintain a Safe, Secure & Legendary Environment .............................................. 5.2
    Access Standards: ...................................................................... 5.3
    Opening and Closing Policy ....................................................... 5.4
    Cash Handling Standards ........................................................... 5.6

Facilities Standards ........................................................................ 5.7
    Doors, Windows, Locks and Keys .............................................. 5.7

Responding to Security Incidents ..................................................... 5.10
    Robbery and Burglary .............................................................. 5.10
    Shoplifting/Disruptive customers .............................................. 5.13
    Shoplifting ............................................................................... 5.14
    Expulsion ................................................................................ 5.15
    Internal Theft .......................................................................... 5.17
    Protest and Civil Disorder ........................................................ 5.18
    Demonstration Guidelines ........................................................ 5.19
    Bomb Threats .......................................................................... 5.20

Additional Information .................................................................... 5.22
    Lost and Found Policy .............................................................. 5.22
    Suspicious Mail Handling ......................................................... 5.23
    Partner Bag and Package Check Policy ...................................... 5.24
    Weapons Policy ....................................................................... 5.25
    Drugs and Alcohol Policy ......................................................... 5.25



Gurtov - 7

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL

STAR_MARSHALL0000871

# Create & Maintain a Safe, Secure & Legendary Environment

The possibility of robbery, burglary, theft, shoplifting, vandalism, and other criminal acts or disruptive behavior exist in all stores. By understanding and practicing precautionary security measures, partners can avoid or minimize these incidents. The crime prevention information in this section is designed to assist store partners to achieve this goal.

In order to protect partners, customers and vendors from injury and to protect company assets against accidental or crime related incidents, it is necessary to maintain certain policies, standards, procedures and guidelines as outlined below.

The majority of policies, standards, procedures, and guidelines to support the creation of a safe, security and legendary environment fall into one of three categories:

1. Access—controlling access to the store
2. Cash Handling – controlling cash handling
3. Facilities – ensure building, doors and locks are in working order

Note: Emphasis on Access and Cash Handling when opening and closing a store is vital.

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL

STAR_MARSHALL0000872

# Access Standards:

- Non-Starbucks or off-duty partners must not be behind the counter or in the office. Ask partners to show their partner cards and picture identification. The partner in charge must verify this person is a Starbucks partner before allowing the person behind the front counter.

- Authorized city, county, state, provincial officials, or approved vendors must provide valid identification before entering the area behind the front counter.

- At least one partner must be at the front counter or in the retail area at all times.

- Greet all customers. This includes verbal greeting and eye contact. Customers love it; criminals hate it for fear of being identified later.

## Trash Removal Standard

Trash removal from the store shall be as follows:

- Trash must not to be taken out before dawn or after dusk.

- After dusk, all trash must be stored in the back room, not blocking an emergency exit.

Note: The only exception to these standards is front of store curb service. This should be done by a team of two or more partners.

## Back Door Policy

The back door policy must be followed at all times. A more restrictive back door policy (such as limiting usage solely to vendors) may be in effect in some stores at the discretion of senior field leadership and Partner & Asset Protection.

## Standards

- The back door must be closed and locked with panic hardware armed at all times. It must not be opened before dawn or after dusk for any reason except emergency exit.

- Open the back door only to receive deliveries from approved vendors after they have been identified at the front counter or to take out trash during daylight hours. (See Vendor Access Policy on next page.)

- Partners entering or leaving the store must use a front door at all times. Never admit partners through the back door.

- Back door areas are not to be used as smoking areas for partners.

CONFIDENTIAL                    STAR_MARSHALL0000873

## Procedures

1. If somebody outside the back door demands entrance:

   a. Do not open the door

   b. Instruct the person to enter through the front door and present identification

2. When the back door needs to be opened for a delivery or to take out the trash, the cash controller must:

   a. Look through the security window or peephole prior to opening the door, and do not open the door if unidentified people are outside or near the door

   b. Disarm the panic hardware before opening the door

   c. Arm the panic hardware immediately after returning or delivery is complete

### Vendor Access Policy

All vendors will provide picture identification before being allowed to enter the back room of the store. Vendors will be accompanied at all times by a Starbucks partner.

Vendors must enter through the front door, identify themselves at the front counter, and receive permission to enter the back room.

The back door may be opened to assist in a delivery, after the vendor has been identified at the front counter.

# Opening and Closing Policy

The store's opening and closing duties must include the following to ensure partner safety:

### Store Opening Safety Standards

Following these standards helps prevent robberies and keep partners safe at opening time.

- All stores must open with a minimum of two partners. Partners who are opening should enter the store together. If it is unsafe for an opening partner to wait outside the store alone, and if there is no alternative safe place to wait (such as the partner's car or a nearby open business), a partner may enter the store alone. In that instance, the partner must communicate any concerns to their district manager and contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com, including completing an Incident Report Form. Single entry into closed stores is not regularly permitted except in pre-approved situations (approval by district manager and Partner & Asset Protection).

- Ensure that all partners are observed by another partner who can summon help if needed.

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL    STAR_MARSHALL0000874

- Only opening partners and vendors with scheduled deliveries are allowed in the store at any time prior to opening.

    - Upon arrival, be alert. Look closely around the outside of the store for strangers or for signs of forced entry. **If it is evident that a crime has occurred, do not enter the store**. Leave immediately and call the police from the nearest phone, contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com and then call your district manager.

    - Once inside the store, perform a quick walk-through inspection to make sure everything is all right (no forced entries, water leaks, etc.)

Note: Opening procedures that focus on potential burglary and robbery will help reduce the likelihood of these incidents happening.

## Store Closing Safety Standards

Following these standards helps prevent robberies and keep partners safe at closing time.

- Ensure that all partners are observed by another partner who can summon help if needed.

- Begin checking the restrooms for loiterers 30 minutes prior to closing, and check again at closing.

- Lock internal roof access hatches and external roof access ladder covers with a padlock.

- Only closing partners and identified vendors are allowed in the store after closing.

- After closing, no one is to be admitted into the store. Identified vendors may be admitted if the safe is closed and no money is out. The vendor must have proper identification and use his/her store key.

- The store must be closed with a minimum of two partners so that no one is left in the store alone.

- The closing partners must leave the store together. When leaving, look outside through the front doors or windows and check the area for anything suspicious before leaving. If there is any concern, call the police.

- All closing partners will comply with additional closing procedures as dictated by senior field leadership or Partner & Asset Protection.

## Opening and Closing Procedures:

1. Identify the nearest phone or open business with a phone.
2. Identify and communicate a safe meeting place visible from the store.
3. Check all customer accessible areas that are not visible (restrooms or hallways).

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL

STAR_MARSHALL0000875

# Cash Handling Standards

- Funds must be secure at all times – in the safe, register or deposit.

## Safe Access Standards

- For partner safety, the safe must not be opened or the time delay activated during the first half hour and last half hour of customer operations. At open, this means that the safe must be securely closed before the store opens for customers and that the time delay must not be set until 30 minutes after the posted opening time. At close, this means that the safe must be securely closed 30 minutes before the posted closing time and that the time delay must not be set until the store is cleared of customers and the doors locked.

- Registers must not be cashed out in the last half hour of customer operations.

- Do not keep excess cash in your till. The store manager determines and communicates the store's cash limit. Use the drop boxes at all times for all bills $20 or greater, as well as any excess $1, $5 and $10 bills.

- When cashing out the register, ensure counting of funds takes place in an area not visible to people outside the store.

- Leave drop boxes unlocked and open at store close.

- Partners must not discuss sales volumes, cash handling policies, banking information, number of partners, opening and closing procedures, or back door policies with non-partners. Use discretion during discussions behind the counter.

- Do not open drop boxes to make change for customers. Compliance with use of cash drop boxes can act as a large deterrent. Studies show a correlation between cash available and robberies. Reducing the amount of money in the registers is a good robbery prevention strategy.

- Compliance with other cash control, safe and banking procedures helps eliminate or reduce the potential for robbery.

## Bank Deposit Transport Standards

Take special care when transporting the deposit and change order to the bank.

- For safety reasons, the deposit must only be transported to the bank between the hours of 8 a.m. and 3 p.m.

- The deposit must be transported to the bank every day the store is open.

- Only the cash controller may transport the deposit and change order to the bank. Tip funds must not be transported to the bank with the deposit and change order.

- Remove your apron and Starbucks logo items such as caps or jackets prior to leaving the store.

---

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL

STAR_MARSHALL0000876

- Vary the time when the deposit and change order are transported to the bank. Vary the route to the bank as much as possible.

- Carry the deposit and change order in a non-descript bag without the Starbucks logo. Use different bags when possible.

- Do not announce where you are going or what you are carrying where customers or vendors can hear you. Be discreet and do not discuss banking issues where customers and vendors can hear you.

- Do not perform additional errands while conducting banking duties. Go directly to the bank, and return directly to the store.

- Comply with additional standards and procedures as dictated by senior field leadership or Partner & Asset Protection.

# Facilities Standards

The store manager must ensure the following standards are maintained at all times:

## Security Systems

Refer to the Store Security Systems chapter for more detailed information on the use and maintenance of the store security system.

# Doors, Windows, Locks and Keys

## Door Standards

- All exterior doors must be equipped with dead bolt locks (except back doors and where prohibited by code) and be in good working condition.

- There should not be anything on the exterior of a back door (door knobs, handles, key cores, etc.).

- Back doors must be equipped with self closers, a 360 degree viewing device, and approved armable panic hardware (push bar). Panic hardware must be armed so that an alarm sounds if the door is opened without a key. Panic hardware can be disarmed for a garbage run or delivery, but must be immediately rearmed when the door is closed.

- Any door leading to the office that is accessible by customers must be equipped with a lock and viewing device, and the door must remain locked during business hours.

- All doors must be locked each night at close.

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL

STAR_MARSHALL0000877

## Window Standards

- All windows that open must be able to be locked.

- Each night at close ensure windows are locked.


Note: If your store does not have one or more of these items, contact the Facilities Contact Center at (877) 728-9349.

## Keys

Each set of cash controller keys includes:

- Drop Box key
- POS register drawer key (IBM key)
- Store key
- Bank depository key
- Key to any locked drawers
- Internal safe compartment key (for stores with an AMSEC manual safe only)
- Closed Circuit Television (CCTV) and VCR Lock Box key (if applicable)
- Key to arm/disarm the panic hardware (if applicable)


There are three sets of cash controller keys in the store for:

1. Store manager - kept in possession at all times.
2. Cash controller on duty - handed to the next cash controller at the change of shifts; secured in safe overnight; not shared with others.
3. Emergency/Back Up - kept in a sealed envelope in the inner compartment of the safe, signed and dated by the store manager.

## Key Standards

- Only store managers, assistant store managers and shift supervisors may have keys to the store.
- Extra drop box, register, and store keys (and all other controlled keys) should be inventoried by the store manager, sealed in a signed and dated envelope, and secured in the partner file box.
- Keys that are not specific to cash control (such as storage room keys and paper dispenser keys) should be attached on a removable clip to avoid sharing access with a non-cash control partner.
- The cash controller key ring must not include any Starbucks logo items.
- Keys should not be loaned out to others and should not be duplicated.
- All locks must be changed when keys that may be identified as Starbucks keys cannot be accounted for.

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL

## Restroom Security

Restroom vandalism can be prevented by ensuring the restrooms are properly stocked and routinely checked. It may be necessary to restrict access to restrooms by means of a system in which a customer must request a key or token from a partner.

## Guidelines:

- The key should be permanently affixed to a large holder to prevent concealment or loss.

- Tokens should be kept in a secure area.

## Daily Facilities Procedures

1. Ensure all entrances, exits, and back doors, as well as the interior of the store, are well lit after business hours to make any intruder visible from the street and to allow cameras to capture movement inside the store.

2. All exterior lights must be in proper working condition.

3. Immediately replace any burned out light bulbs.

4. Post in plain view near the telephone(s) the emergency phone numbers for police, fire, and ambulance.

5. All stores must establish a partner parking policy (often dictated by the property management company). Opening and closing partners should park their cars in a well-lighted area.

6. Fully charge and place in plain view all portable fire extinguishers.

7. Trim as often as necessary all exterior plants, trees, and shrubs to ensure maximum visibility inside and outside the store.

8. Keep window merchandising to a minimum to ensure maximum visibility inside and outside of the store.

CONFIDENTIAL                                                    STAR_MARSHALL0000879

# Responding to Security Incidents

> **All US retail non emergency and emergency security incidents should be reported to the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com**

Starbucks partners should not hesitate to contact the police if there is concern for the safety of partners or customers inside or outside the store. After calling the police, contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com and then your district manager. An Incident Report Form should be completed, with witness statements from customers and/or partners, if appropriate.

## Robbery and Burglary

**Robbery** is defined as the taking of property from a person or place by force or threat of force. Usually a weapon such as a gun or knife is used.

**Burglary** is defined as the entry of a closed store by a person with the intent to commit a theft or any crime.

### During a Robbery:

In the event of a robbery, follow the procedures below. Review these standards with partners frequently.

1. **Safety** of the partners and customers is the primary concern.

2. Cooperate with the robber's reasonable demands. Any person committing a robbery is under great tension, and may be under the influence of alcohol or narcotics. Do not say or do anything that will increase this tension. Make no sudden movements. Do not physically resist the robber. Assume that the robber has a weapon even if none is displayed.

3. Do not be a hero! People who resist robbers are more likely to be injured or killed than those who cooperate.

4. Inform the robber if someone is somewhere else in the store (such as the back room), or if you must move for any reason, to avoid potential injuries brought on by surprises to the robber.

5. Give up cash or any other items the robber demands. Do not resist or attempt to deceive the robber concerning the amount or location of what they demand. However, do not volunteer information.

CONFIDENTIAL                                                                                    STAR_MARSHALL0000880

6.  All partners should observe the physical characteristics of the robber. Do this without staring at the robber.

7.  Never chase the robber.

8.  After the robber has departed, phone the police and close the store immediately.

9.  Contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com.

10. If the store manager is not present, call him/her immediately.

11. Management must call the store's district manager, and the district manager must notify their regional director.

12. Each witness should immediately write down all the facts that can be remembered without consulting others. If the witness is a customer, get name, address, and phone number, too. The "Robbery Description" form on the following page can be printed out and used to help collect information. Send copies of all statements to the Risk Management department. When questioned by the police, give full and complete cooperation.

13. Conduct a cash audit immediately after police inspection of the robbery.

14. Complete an Incident Report Form, preferably within 24 hours, and send a copy to the Risk Management department, your district manager and keep a copy at the store.

15. Never discuss a robbery or the amount stolen with anyone but your manager. Other robbers may be attracted by reading or hearing about a theft or an effective technique in the news.


## In the Event of a Burglary:

If the partners opening the store discover signs of a burglary or forced entry upon arriving at the store, they must do the following:

1.  Do not enter the store.

2.  Warn arriving partners not to enter the store.

3.  Go to the nearest predetermined, off-site telephone and call the police.

4.  Cooperate fully with the police. Inform the police that an inventory must be completed before determining the loss. Do not estimate the amount.

5.  Call your district manager, who will inform appropriate field leadership partners.

6.  Contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com.

7.  Fill out and return an Incident Report Form within 24 hours.

8.  Send a copy of the police report to Partner & Asset Protection at mail stop S-P&AP.

9.  Conduct a cash audit immediately after the police inspection of the burglary

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL

STAR_MARSHALL0000881

Safety, Security and Health Resource Manual   **Preventing and Responding to Security Incidents**

## Robbery Description

Fill in the blanks and give to first police officer on the scene

### DESCRIPTION OF PERSON

SEX _____
RACE _____
AGE _____
HEIGHT _____
WEIGHT _____
HAIR _____
EYES _____
COMPLEXION _____
SCARS, etc. _____
WEAPON _____
CLOTHING _____

BUILD (Fat, bulk, Slim) _____
LOCATION LAST SEEN _____
DIRECTION OF TRAVEL _____
UNUSUAL CHARACTERISTICS (Voice, tool, jewelry, etc.) _____

### DESCRIPTION OF PERSON

SEX _____
RACE _____
AGE _____
HEIGHT _____
WEIGHT _____
HAIR _____
EYES _____
COMPLEXION _____
SCARS, etc. _____
WEAPON _____
CLOTHING _____

BUILD (Fat, bulk, Slim) _____
LOCATION LAST SEEN _____
DIRECTION OF TRAVEL _____
UNUSUAL CHARACTERISTICS (Voice, tool, jewelry, etc.) _____

## DESCRIPTION OF VEHICLE

2 Door _____ 4 Door _____ Conv. _____ Van _____
Truck _____ Sportscar _____ Sta. Wag. _____
Motorcycle _____ Other _____
MAKE _____ YEAR _____
Full Size _____ Compact _____
COLOR: Top _____ Bottom _____
License Number _____ State _____
License Color _____
How many in vehicle? Male _____ Female _____
Unusual Characteristics (Dents, nets, lights, bumper, stripes) _____

Location Last Seen _____
Direction of Travel _____

### other remarks:

_____
_____
_____
_____
_____

CONFIDENTIAL

STAR_MARSHALL0000882

## Vandalism

Vandalism is defined as the deliberate destruction or defacement of property.

### Witnessed Vandalism Procedures

1. Take immediate action so the situation does not get out of control. Do not tolerate any acts of vandalism. Report them to the police.

2. The partner in charge should convey the store rules in a firm but non-argumentative manner to identifiable ringleaders. Do not challenge a ringleader, especially in front of their peers.

3. Never make threats of violence to anyone who is causing problems.

4. Contact police, if necessary, for immediate response. File a report with the police department.

5. Contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com.

6. Call your district manager, who will inform appropriate field leadership partners.

7. Complete and return an Incident Report Form within 24 hours.

# Shoplifting/Disruptive customers

A disruptive customer is any customer that visits our store and impedes or interrupts the Third Place. A disruptive customer chooses not to show consideration or appreciation of the efforts to maintain an environment of legendary service to our customers.

### Approaching Disruptive Customers Guidelines

- Practice mental visualization and role playing. Through a variety of scenarios and potential remedies discussed, this exercise will enable partners to keep themselves and others as calm, focused, and as safe as possible during like events.
- Maintain increased levels of awareness while engaging all customers.
- Utilize daily opportunities in conversation with your partners, at meetings, or formal training sessions to talk through possible scenarios and solutions.

### Procedure

1. Before approaching a disruptive customer, tell a fellow partner that you are going to step off of the floor to have a conversation with this customer.

2. Ask your fellow partner to look, listen and be aware during your interaction and if necessary, discretely call 911 for assistance.

3. Engage the customer in conversation and ask that he/she stop his/her specific disruptive behavior. If his/her behavior continues, ask him/her to leave.

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL

STAR_MARSHALL0000883

4.  If the disruptive customer refuses to leave, retreat quietly without announcing that you are calling for police assistance and call 911.

5.  Maintain your distance from a disruptive or combative customer making note of his/her description; height, build, special features, clothing, vehicle type & plate.

6.  Contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com

7.  Call your district manager, who will inform appropriate field leadership partners.

8.  Complete and return an Incident Report Form within 24 hours.


# Shoplifting

Shoplifting is the criminal act of stealing goods from a store.

## Starbucks Shoplifting Policy

Shoplifting prevention is the responsibility of every partner. Never accuse a person of shoplifting. The focus should always be on what is suspected of being shoplifted instead of the person.

## Shoplifting Prevention Guidelines

Customer service is the best loss prevention technique available. Customers love it and shoplifters hate it!

- **Be Welcoming and Genuine:** Greet every customer with direct eye contact and a smile. Open the dialog to make the customer feel welcome, and establish attitudes about partner awareness in your store. Use strong body language when doing so, by standing with confidence and appearing alert.

- **Be alert and active:** Observe customer(s) behavior, and be ready to respond to their needs or actions. Let the customer know you are observing without being overbearing.

- **Identify:** Discuss the item(s) with the customer that you suspect a person is going to take. **Never accuse the customer, always focus on the item(s).**

- Always merchandise the store per Siren's Eye and Starbucks Visual Standards.

- Avoid placing easily removed items by exits or hallways leading to a restroom.

- Make high ticket items harder to remove by tying the power cords of coffee and espresso machines together.

- Avoid placement of too many small high ticket items on display. Make shelves appear to be full without having excessive back up stock available to the customer.

- Keep the backroom and storage door(s) secure.

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL

STAR_MARSHALL0000884

## Witnessed Shoplifting Incident Procedures:

1. **Do not position yourself between the suspected shoplifter and the door.** Make eye contact while moving towards him or her. Look where the item is concealed. Observe physical characteristics of the shoplifter while doing so.

2. **DO NOT ACCUSE THE SHOPLIFTER.** Instead, discuss the item. An example could be: "That stainless steel thermos is a great way to keep our coffee warm. Would you like me to ring that up for you?"

3. If a shoplifter is observed leaving with an item, call the police. Do not chase the shoplifter.

4. Contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com.

5. Request that each witness write down all the facts that he/she can remember without consulting others. When questioned by the police, give full and complete cooperation.

6. Call your district manager, who will inform appropriate field leadership partners.

7. Fill out and return an Incident Report Form within 24 hours.


# Expulsion

## Starbucks Expulsion Policy

Although we would always prefer to find a positive solution to problems in our stores, on very rare occasions a reoccurring or very serious problem with an individual may make it necessary for that person to be permanently expelled. Expulsion is a solution of last resort, and should only be used after the district manager has consulted with Partner & Asset Protection. The grounds for expulsion can vary by incident, but the following criteria indicate some potential situations in which expulsion may be appropriate:

- Person(s) found on Starbucks property and/or inside store premises when the store is closed and not otherwise authorized to be there.

- Person(s) found in a non-public area of the store premises and not otherwise authorized to be there.

- Person(s) engaged in any activity that constitutes a criminal offense (i.e. shoplifting, willful property damage, etc.)

- Person(s) interfering with the rights, comfort or convenience of partners, customers or other guests on the store premises.

- Person(s) possessing and/or consuming an open container of an alcoholic beverage on the store premises.

- Person(s) loitering or otherwise remaining on the store premises without a discernible legitimate purpose.

CONFIDENTIAL

- Person(s) whose conduct disturbs our ability to transact business or causes our partners or customers to fear for their safety.

The above list should not be deemed all inclusive. There may be situations warranting expulsion which are not listed here.

## Expulsion Procedure

1. If you believe an expulsion is necessary, **contact your district manager, who will consult with Partner & Asset Protection as well as the appropriate senior field management partners and obtain the expulsion notice.**
2. If an expulsion is determined to be necessary, the district manager will provide the approved expulsion notice and instruct the store manager on the proper procedure. **Actual expulsion can be potentially dangerous and is never to be performed by any store partner.**
3. Expulsions will typically be performed by the police or by other professional(s) specifically designated by the district manager.
4. Whether or not the subject agrees to sign the expulsion notice, keep the original for the store file. A copy will be delivered to the subject as determined by your district manager and Partner & Asset Protection.  Another copy should be forwarded to the Risk Management department.

CONFIDENTIAL

# Internal Theft

Internal theft is defined as the unauthorized removal of company property (cash, equipment, merchandise, etc.) by a Starbucks partner from any Starbucks location.

## Internal Theft Prevention Guidelines

The possibility of internal theft exists in all businesses and Starbucks stores are no exception. Creating a positive work environment is a key factor in preventing internal theft.

- Let partners know that their efforts are recognized. Show appreciation for a job well done. Ask about their feelings and be sensitive to them.

- Thoroughly educate all partners on store procedures and company policies. Review policies periodically with partners. Ensure that partners are informed of and held accountable for their areas of responsibility.

- Discuss problems with partners privately. Do not post any threatening notes as a way of communicating with partners.

- Make sure all necessary supplies are on hand and accessible to partners.

- Ensure that all equipment is in the proper place and in working order. An organized store is less prone to theft.

- Demonstrate inventory and cash consciousness by making unannounced inventory checks and varying the times of cash audits.

- Never leave valuable items where they can be stolen.

- Do not condone any unauthorized activities or unauthorized use of company property. The management team partners must be good role-models.

- Strictly enforce partner food and beverage consumption policies.

- Make frequent, unannounced visits to the store, especially when shifts are changing and at closing.

- See the *Store Operations Manual* for more information on identifying signs of theft due to POS manipulation.

- Contact the toll-free Starbucks Business Conduct Helpline, (800) 611-7792, to ask questions or report concerns, without giving your name if you prefer. The Helpline is available 24 hours a day, seven days a week, and all concerns will be taken seriously.

## Internal Theft Incident Procedure

1. **Never accuse a partner of stealing.** If a partner is suspected of stealing, the store manager may ask questions such as: "Why is your drawer short?"

2. Investigate all alternative causes of the loss.

3. Inform your district manager, who will provide direction on the appropriate course of action.

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL

STAR_MARSHALL0000887

4. Isolate offending partner(s) and take appropriate action, including suspension pending investigation if necessary. Mishandling of company funds or property is an offense that warrants termination.

5. File a police report regarding the theft. This does not mean you should have the partner(s) arrested. Notify the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com and your local Partner Resources Generalist within 24 hours.

6. Complete and return an Incident Report Form within 24 hours.

# Protest and Civil Disorder

The following guidelines and procedures are provided for use during protests, civil disorder or escalated incidents. Partners and customers safety are always our paramount concern.

## Daily Store Procedures
## Opening Supervisor on Duty

1. Prior to opening, assess the neighborhood for suspicious or threatening activity.

2. Before exiting your vehicle drive around the building, if possible, to identify suspicious activity, persons, or to look for signs of criminal conduct (vandalism, etc.). If either is noted only enter the store if it is safe to do so and contact the authorities. If it is not safe to enter the store drive to a safe location and contact the authorities.

3. Immediately after opening the front door, assess the inside of the store.

4. Notify your district manager and advise of any issues identified.

5. Give your district manager the following information:

   i) Any facility issues? (Yes/No, details if necessary)

   ii) Any event activity outside of the store? (Yes/No, details if necessary)

## Mid Day Activity

District manager will update local leadership and Partner and Asset Protection on activity that is pertinent to the event.

## Closing Supervisor on Duty

1. All partners should exit the store together.

2. Drive around the store perimeter, if possible to identify suspicious activity, persons, or look for signs of criminal conduct (vandalism, etc.). If either is noted drive to a safe location and contact the authorities.

3. Notify your district manager and advise of any issues identified.

4. Give your district manager the following information:

CONFIDENTIAL                                                   STAR_MARSHALL0000888

i)    Any facility issues? (Yes/No, details if necessary)

ii)   Any event activity outside of the store? (Yes/No, details if necessary)


# Demonstration Guidelines

## In-store demonstration

- If demonstrators try to protest inside your store, politely inform them that they must confine their activities to the public property around the store and cannot interfere with the business. We do not permit anyone to demonstrate in the store or block any entrance or exit.

- If groups of protestors come in to the store and try to distribute leaflets or stage their protest inside your store, you can politely ask them to stop and let them know they are welcome to hand out information outside the store. If they continue inside the store, discreetly notify the police. This should be done discreetly without advising the protestors that you are making this call.

- If individual protestors come in to the store to ask questions, please follow the guidelines on how to answer their questions and treat them like customers.

- The manager should address the customer's questions politely, away from other customers, to avoid causing additional interest or concern.

- Store partners should remain calm and conduct business routinely, taking extra effort to keep the customers and other partners calm.

## Outside of the store demonstration

- Demonstrators are permitted to demonstrate in front of a Starbucks store in a peaceful orderly manner (including distributing leaflets) provided they stay on public property.

- If the demonstrators block any access to Starbucks or interfere with customers' movement in and out of the store in any way ask them politely to provide clear access. If they refuse discreetly notify the police following the above stated guideline. It's important that the safety and convenience of our customers come first.

## Police Involvement

- If you have heard any word from protestors in your area or if you suspect your store will be targeted, place a "courtesy call" to the local police department to alert them to the planned protest and then notify your district manager. Ask the police if they would be willing to do a drive-by during the protest and let them know that you will contact them immediately should the protests get out of hand.

- In the event of violence or property damage, police should be notified at 911. Following an incident, store managers should contact their district manager, the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com and 1 (888) 796-JAVA and follow the prompts for incident reporting.

CONFIDENTIAL                                                    STAR_MARSHALL0000889

## Exit Procedure

In the event that the store must be closed due to activity surrounding this event, please follow the steps below:

1. Decision to close the store has been communicated between the store manager, district manager and regional director.

2. Lock up the exterior furniture (if possible).

3. Have all customers exit the store, if it is safe to do so. If customers remain in the store do not open the safe or remove funds from the registers.

4. Lock all doors, with all partners inside.

5. Pull all tills and drop box money. Each partner must put all money from their drawer and drop box in an individual bag with their name on the bag. Do not open the safe to put drawers away, put empty drawers back in the register or on the back desk.

6. Drop the drop box and till money from each register in the top of the safe compartment.

7. Close registers and perform store close function (when possible and if applicable).

8. Call police for escort out of the store if necessary.

9. Grab your Store Emergency Kit (take radio out of bag for ease of access) and Store Evacuation Packet.

10. Set alarm system.

11. Exit the store in a group and meet at a pre-assigned evacuation location. (With police escort if necessary).

12. Contact DM immediately – report safe exit, closure, and damage to the store.

13. Contact other partners as needed based on "Emergency Contacts" sheet.

14. Contact any partners that are scheduled for the remainder of the day or opening management partner with information on the status of the close.

# Bomb Threats

Direct partners to handle telephone bomb threats in the following manner:

1. Listen closely to get the threat being made as exact as possible.

2. Ask the caller where the bomb is, when it will go off, what does it look like, when it was placed, and why it was placed.

3. Immediately notify the partner in charge (manager, assistant manager or shift supervisor).

4. The partner in charge calls the police.

5. Contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com.

6. Avoid the use of cell or cordless phones.

CONFIDENTIAL                                      STAR_MARSHALL0000890

7.  If the partner in charge does conduct a search, he/she should pay particular attention to items left unattended or in remote areas of the store. The search should include restrooms, store retail area, behind the counter, storeroom, outside trash receptacles, and the outside area surrounding the store.

8.  **If a suspicious item is found while searching the store, partners should not attempt to move or touch it, and the store should be evacuated.** If customers are in the store, calmly explain that there is an emergency and the store must be evacuated. **Do not mention a bomb threat.** Make sure everyone has vacated the building, and then lock the building to prevent entry by new customers. All partners are to meet at a pre-designated spot, at least 100 yards from the store, and attempt to find suitable shelter. No one is to re-enter the store until local authorities, including the police give an "all clear."

9.  If nothing is found, advise police. Depending on local ordinance, they will either allow the store to continue operations or order evacuation.

10. The decision to evacuate should be made on the basis of the seriousness of the threat or as directed by the police.

11. **Call your district manager as soon as possible.** If you cannot contact your district manager, contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com.

CONFIDENTIAL                                              STAR_MARSHALL0000891

# Additional Information

## Lost and Found Policy

When customers accidentally leave items behind, Starbucks has a responsibility to make all reasonable efforts to locate the customer and to protect the item(s) from theft or damage. If the owner is not located, or if the item(s) are not claimed within 90 days, the item(s) should be turned over to law enforcement.

### Lost and Found Procedures

1.  If a lost item is found, the manager on duty and a witness are to complete an Incident Report Form including a written inventory of the item(s) found. Include articles found in pockets of clothing and the contents of wallets or purses.

2.  Place the item in the store's safe, a locked filing cabinet or a locked locker if possible. If this is not possible due to the item's size (such as a large handbag), remove any valuable items (such as a wallet, credit card, currency or other valuable article), place the article of value in a tamper-evident deposit bag, seal the bag, and place it in the safe with a witness. Record the bag number and have the witness record their initials in the Daily Records Book for that date. Also record the bag number on the Incident Report Form and place the remainder of the found item in a location reasonably secure from theft or damage.

3.  If the lost item(s) include identification, a checkbook, etc, use any available contact information to attempt to reach the customer. When the customer arrives to claim the item(s), verify the customer's identity, review the inventory from the Incident Report Form with him/her, and ask him/her to sign it to acknowledge receipt of the item(s).

4.  If the lost item is a credit card, call the toll-free number on the reverse side of the card and follow the issuer's instructions.

5.  If a customer wishes to report the loss of an item, and the item has not been found, fill out an Incident Report Form, noting any contact information for the customer, and route the form as usual. If this item is later found, fill out an Incident Report Form using the same procedure above, including the presence of a witness.

Note: Contact the district manager regarding any conflicts with customers or partners arising out of a lost and found situation.

### Lost and Found Starbucks Card Procedure

1.  When a Starbucks Card is found and the customer cannot be located, perform a balance inquiry on the Card and print a receipt which will capture the balance, Card number, date, and time. (If the Card balance is $0, destroy the Card so it is not accidentally resold.)

CONFIDENTIAL      STAR_MARSHALL0000892

2.  If there is a balance on the Card, attach the printed receipt to the Card with tape, and put the Card in the safe for follow-up. Document that the Card was put in the safe in the Comments Box of the Safe Count section of the Cash Management Log.

3.  If the customer does not return or contact the store within 48 hours, the Cash Controller calls the number on the back of the Card (1-800-STARBUC) and reports to the Customer Contact Center (CCC) that a loaded customer Card was left in the store. The CCC creates a case to document the loss.

4.  After the Cash Controller reports the lost Card to the CCC, he/she files an incident report and sends it to Risk Management, then physically destroys the Card.

5.  If the customer contacts the store and can prove it was his/her Card and action has not been taken to report the Card to the CCC, the Cash Controller can return the Card to the customer. This action should be documented in the Cash Management Log.

6.  If action has already been taken and the Card is reported to the CCC, the Cash Controller should direct the customer to call 1-800-STARBUC. Please advise unregistered Cardholders they will need confirmation of their Card number.

# Suspicious Mail Handling

Some typical characteristics which ought to trigger suspicion include letters of parcels that:

*   Are unexpected or from someone unfamiliar to you.
*   Are addressed to someone no longer at your store or are otherwise outdated.
*   Have no return address, or have one that cannot be verified as legitimate.
*   Are of unusual weight, given their size, or are lopsided or oddly shaped.
*   Are marked with restrictive endorsements, such as "Personal" or "Confidential."
*   Have protruding wires, strange odors or stains.
*   Show a city, state or province in the postmark that doesn't match the return address.
*   Have excessive postage, handwritten or poorly typed addresses, incorrect titles or titles with no name, or misspellings of common words.
*   Have an unusual amount of tape.
*   Have any powdery substance on the outside.

### How to Handle a Suspicious Letter or Parcel

Partners are asked to be especially alert and to err on the side of caution when dealing with incoming packages from an unknown origin and reporting suspicious activities to local authorities.

CONFIDENTIAL                                                    STAR_MARSHALL0000893

## Procedure

1. If a partner in your office receives or comes across a suspicious package (something out of the ordinary) handle with extreme caution. Wearing food-handling gloves will offer additional protection.

2. Do not shake, open, bump or taste the package or envelope. If a suspicious substance is discovered in the package or envelope, do not taste it.

3. If you believe you may have come into contact with a suspicious substance, immediately wash your hands with soap and hot water.

4. Isolate the package away from partners and customers. Wearing gloves, place it in a Ziploc or other plastic bag and seal it.

5. Advise building management and call 911. Anticipate meeting emergency responders at your main entrance and directing them to the package.

6. Follow the instructions from 911, building management, civil or health authorities. Always record the name, organization, and contact number of any official requesting activity.

7. Contact the Global Security Operations Center (GSOC) AT 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com.

8. As soon as it is safe to do so, contact your district manager.

9. Document all threats or events using the Incident Report Form, and contact Risk Management immediately to report by calling (888) 796-JAVA, option 3 and follow the prompts. Report all facts as they become available.


# Partner Bag and Package Check Policy

Starbucks reserves the right to check all handbags, packages, briefcases, and all other types of bags belonging to partners. Consult with the district manager and Partner Resources generalists before initiating bag checks.


## Guidelines

- To avoid personal loss, partners should not bring valuables items to the store.

- All partner packages must be stapled shut or securely taped and placed on a designated shelf in the back room, unless secured in designated lockers. All partner handbags must be kept in a secure designated place decided by the store manager.

- Partner in-store purchases and coffee markouts should be made at the end of a shift, and should be checked against a register receipt when leaving.

- All handbags, packages, briefcases, and all other types of bags belonging to partners may be visually checked by a management partner each time a partner leaves the premises.

---

©2009 Starbucks Coffee Company. All rights reserved. Printed in USA.

CONFIDENTIAL     STAR_MARSHALL0000894

- Another management person may check the store manager's packages, coat, etc. If another management person is not present, an hourly partner may conduct the check.
- All non-store partners (such as outside contractors) who have been working in the store are subject to the same check.
- All checks should be done in the back room area out of view of customers. Upon completion, escort the partner discreetly to the entrance.

**Procedure**

When a partner leaves the store at the end of a shift, the following steps should be taken:

1. In the back room, out of view of customers, the partner opens his/her bag(s). The person checking the item(s) will look for Starbucks items. The partner may be asked to empty the handbag or bag so this can be accomplished. If a partner is carrying a coat, sweater, or umbrella out of the store, these items should be checked as well.

2. If nothing is found, the partner returns any items to their handbag, etc. and is escorted to the entrance.

3. If merchandise or other items are found which the partner should not have in their possession, the item(s) are to be taken by the manager. The partner must be suspended immediately, and the store manager must follow up with the district manager for further directions.

4. Contact the Global Security Operations Center (GSOC) at 1-888-796-JAVA (5282), ext. 85400 or security@starbucks.com.

# Weapons Policy

Possession of a weapon in a Starbucks store or on Starbucks property is strictly prohibited and will result in corrective action, up to and including termination.

For purposes of this policy, the definition of a weapon includes, but is not limited to:

- Guns, including handguns, rifles and shotguns.
- Knives.
- "Weapon" as defined in the respective penal codes of those states or jurisdictions in which the Starbucks stores reside.

# Drugs and Alcohol Policy

Refer to the Important Employment Policies chapter of the *Partner Resources manual.*

CONFIDENTIAL                                                    STAR_MARSHALL0000895

# Partner Cash Handling

System to Automate Retail (STAR) Overview................................................................. 2
The Change Bank............................................................................................................ 3
Policy Violations............................................................................................................. 5
Cash Controller Functions ............................................................................................. 6
Tip Security Standards and Procedures ........................................................................ 6
Time Delay Safes............................................................................................................ 7
MWS Open Store Procedure.......................................................................................... 8
Verifying Till Funds at Open and Close ...................................................................... 10
Till Drop Procedure ..................................................................................................... 12
Preparing Till Drops after Final Use........................................................................... 13
Final Use Till Count Procedure ................................................................................... 13
Preparing a Bank Deposit ............................................................................................ 14
Counting Individual Till Drop Bags ............................................................................ 15
Adjusting Till Drop Amounts ...................................................................................... 17
Consolidating Till Drop Funds and Printing the Deposit Slip ................................... 19
Deposit Discrepancies................................................................................................... 20
Preprinted Bank Deposit Slips ..................................................................................... 22
Preparing and Taking the Deposit Bag to the Bank................................................... 24
Journal Viewer .............................................................................................................. 28
Cash Transfers In/Out.................................................................................................. 29
Close Till from Manager's Workstation ...................................................................... 32
Credit Card Chargeback Process ................................................................................. 33
Close Store Procedure .................................................................................................. 34

        Management Cash Control Functions................................................................ 35
Adjust Opening Fund Amount...................................................................................... 37
Maintaining Store Operating Funds Balance .............................................................. 37
Random Till Audits....................................................................................................... 39
Point of Sale (POS) Manipulation ............................................................................... 40
Cash Management Reports ........................................................................................... 44



Gurtov - 8

© 2010 Starbucks Coffee Company. All rights reserved.          Revised: July 2010          **4.1**

CONFIDENTIAL

STAR_MARSHALL0000821

# System to Automate Retail (STAR) Overview

The System to Automate Retail (STAR) consists of Point of Sale (POS) registers in the front of the store, and a computer in the backroom, commonly referred to as the Manager's Workstation (MWS). This equipment helps store managers manage store funds and helps partners efficiently manage customer purchases.

The POS records the details of each transaction, including items bought or returned, discounts, and how the customer paid. This information is saved on the MWS computer in the backroom. The system organizes transactions into detailed reports that allow the store manager to monitor and analyze store sales.

The system also transmits each store's information daily, or "polls," to the Starbucks Support Center. This information is sorted and organized to allow the company to archive information, analyze the business and plan for future growth.

### Types of Store Funds

The STAR System tracks amounts of money in the following places in the store:

- The till bank which includes both active tills and opening (inactive) tills.
- Register Till Drop Bags.
- The Change Bank in the safe.
- The deposit.

**POS Register Functions**

The *POS Register Resource Manual* describes in detail all partner and register functions performed on the POS registers.

CONFIDENTIAL                                    STAR_MARSHALL0000822

# The Change Bank

**Maintaining Adequate Change Standards**

- Partners are responsible for maintaining an adequate amount of change (rolled and loose coin) in their assigned till drawer at all times.

- The partner should alert the store cash controller when his or her till fund is low on change. Partners should remember that there is usually a delay required in making change from the safe.

**Buying Change Procedure**

If bills from the register partner's drop box are required to "buy" change for the register partner's till (e.g. rolls of pennies, quarters, etc.), the cash controller should perform the following procedure:

1. Open the register partner's drop box.

2. Ensure that the register partner removes the appropriate bills from the drop box.

   Note: the Cash Controller may not remove money from any register partner's till or drop box to buy change.

3. Exchange the funds for the necessary change from the store's change bank.

4. Give the change to the register partner. Wait for the register partner to count the change.

   Note: It is the register partner's responsibility to verify that he or she received the correct amount of change from the cash controller. The cash controller must wait while the register partner counts the change to verify the amount is accurate.

CONFIDENTIAL                                                                 STAR_MARSHALL0000823

**Partner Cash Handling**                                                                      Store Operations

# Capturing Refund Information

If a refund can be processed as cash back, credit card charge back or a Store Credit card, there is no need to capture customer information. Refunds without a receipt should be processed as a Store Credit. Refer to the Refund Policy in the Return and Exchange section of the POS Register Resource Manual for more information.

**Capturing Refund Information Standard**

Whenever a refund is made that requires a Send Check, customer information (name, address, phone, etc.) must be captured so that a check can be sent to the customer. **If this information is not completed, either at the POS or the MWS, the customer will not receive a check.**

**Capturing Refund Information Procedure**

The customer information should be keyed in at the POS at the time of the transaction. If that is not possible, have the customer write the information on the refund receipt. When this happens, the partner who conducted the transaction must enter it into the MWS **prior** to counting their till.

1. From the **Staff Menu**, select the **Record Refund Information** screen. This screen will bring up all refunds entered into the system for the day.

2. Use the **Page Down** key on the keyboard to page through the refunds.

3. Verify the transaction number, partner number and register number at the top of the screen against the register receipt to locate the correct refund.

4. Enter the information on the receipt completed by the customer (name, address, etc.) into the appropriate fields on the screen.

5. Press **F1**, **Update**. Save the refund receipt and place in the till drop bag.

6. Press **F7**, **Quit**, to return to the **Main Menu**.

7. Proceed with till count at currency scale.

      © 2010 Starbucks Coffee Company. All rights reserved.

CONFIDENTIAL                                      STAR_MARSHALL0000824

# Policy Violations

The following violations will result in corrective action up to and including termination:

- Sharing of tills or register operator passwords.

- Misuse of certificates, partner beverages, discounts or gift certificates.

- Voiding legitimate sales or failure to ring in sales.

- Giving free food or beverages to friends, relatives or partners.

- Any individual shortages and overages of $5 or more and any excessive or ongoing over/shorts.

- Excessive line voids.

- Not following cash handling policies, standards and procedures as outlined in the *POS Register Resource Manual.*

## Reporting Cash Control Violations Procedure

If any partner believes that proper cash handling procedures are not being followed, they should report it to the store manager or district manager as soon as possible.

Partners may also contact the toll-free **Standard of Business Conduct Helpline**, (800) 611-7792, to report concerns anonymously. The Helpline is available 24 hours a day, seven days a week and all concerns will be taken seriously.

CONFIDENTIAL                    STAR_MARSHALL0000825

# Cash Controller Functions

Information in this section applies to Cash Controllers and store management partners.

## Cash Management Log Standards

- To record and monitor cash handling, each store must use the Cash Management Log.

- It is the Cash Controller's responsibility to fill out this log throughout his or her shift. This log allows the store manager, district manager and Partner & Asset Protection (P&AP) to verify that cash handling policies are followed to standard as well as provide information to Sales Audit should a cash discrepancy arise. The Cash Management Log and policies are located in the Daily Records Book

# Tip Security Standards and Procedures

## Standards

- Tip funds should be stored in the safe, in the secured compartment (behind the second locking door).

- Tip drop bags should only be accessed when tip funds are being counted (for distribution), or being changed into bills to increase space in the safe.

- The Cash Controller on duty is the only partner authorized to access the safe and remove tip funds.

- Tip funds should not be transported to the bank with the deposit and change order.

- All undistributed tip funds should be sealed in tip drop bags, recorded on the Partner Tip Drop Log and secured in the safe.

- Tips must be distributed on a weekly basis. There should be no more than seven days worth of tips in the store at any time.

## Procedure

Refer to the Tip Drop Procedures and Tip Drop Removal Procedures on the Cash Management Log Policies, Standards & Procedures page which is located on the reverse side of the blue tab in the Daily Records Book.

Further policy information on distributing tips and tip imputation is located in the U.S. Partner Resources Manual in the Pay section. in the safe

---

Revised: July 2010                    © 2010 Starbucks Coffee Company. All rights reserved.

CONFIDENTIAL                                                                                        STAR_MARSHALL0000826

# Time Delay Safes

All stores are equipped with a safe that has a time delay function on the lock. The time delay function is provided for partner safety and security.

For more information on the operation of the safe, troubleshooting, or other safety features in the store, see the *Safety, Security and Health Standards Manual.*

## Cash Controller Responsibilities

The time delay safe imposes some challenges for the Cash Controller. Because of the time delay, the Cash Controller does not have immediate access to the safe funds. Proper communication and training of all partners to monitor their till status will ensure a smooth process of managing the change in the tills and avoid running out of change in a till.

## Opening the Time Delay Safe Procedure

1. When the Cash Controller is notified by a partner that change is needed, the Cash Controller enters his or her code combination on the safe, which will start a count down.

2. During the wait time, to the Cash Controller should collect the adequate amount of cash funds from the register partner who needs change or complete other tasks.

3. When the safe is ready, the lock beeps and the Cash Controller enters his or her code again. The safe can now be opened.

4. If the safe is not opened during the beeping, the safe automatically locks again and the procedure must be repeated.

# MWS Open Store Procedure

## MWS Open Store Standards

- The store's POS system requires the **Open Store** procedure to be completed every day the store is open for business.

- This procedure can only be completed once per day, immediately after the opening partners arrive at the store.

- Any problems or difficulties completing this operation should immediately be reported to the Enterprise Help Desk at (888) 796-JAVA, ext. 84352.

## MWS Open Store Procedure

Follow these steps to successfully perform the Open Store procedure:

1. At the MWS, select **Open Store** from the **Main Menu**.

2. Enter the password and press **Enter**. The following message will appear:
   **You are about to begin the store open process. Are you sure? (Y/N)**

3. Enter **Y**, which will cause the POS registers to reboot. During this period (about one or two minutes) partners cannot punch in using the POS registers.

4. The screen will go back to the **Main Menu** and the store is now ready for business. If the screen does not go back within two minutes, call the Enterprise Help Desk for assistance at (888) 796-JAVA, ext. 84352.

## Troubleshooting Open Store Problems

**Message:  Store Open Process has already been run.**

This message means either:

A. Someone has already opened the store.

B. No one closed the store the night before.

1. Verify with partners that the store open procedure has been completed that morning. If yes, no further action is needed.

2. If the store was not closed the night before, or you are unsure of whether it was closed, call the Enterprise Help Desk immediately at (888) 796-JAVA, ext. 84352.

3. To keep the previous and the current day's sales separate in the POS system, the **Close Store** procedure must be run.  This procedure takes approximately 20-30 minutes to complete, and the registers must be placed in "Stand Alone Mode" if the procedure is done while customers are being served. The Enterprise Help Desk will assist with this procedure. When the **Close Store** procedure is complete, the **Open Store** procedure must be run before the

 Revised: July 2010 © 2010 Starbucks Coffee Company. All rights reserved.

CONFIDENTIAL                                    STAR_MARSHALL0000828

registers can be taken off Standalone Mode.

CONFIDENTIAL

STAR_MARSHALL0000829

**Cash Controller Functions**                                              Store Operations

# Verifying Till Funds at Open and Close

**Till Fund
Verification
Standard**

Cash Controllers must verify that each till is at opening fund amount prior to placing
tills in register drawers at store open and securing tills in safe at store close.

**Using the
Currency Scale
Procedure**

The currency scale is used to verify the opening funds at the beginning and end of
day.

1. Remove each coin cup from the till drawer and place them, one at a time, in
   the basket on top of the scale to count.

2. Place bills directly into the basket. The currency scale displays the categories
   of "1c-penny," "5c-nickel," "10c-dime," as a prompt to place the till cup on
   the scale.

3. As each till cup or stack of bills is removed, the counter will automatically
   prompt for the next denomination of bills or coins.

### Recounting

To recount, or recount previous denominations, use the two arrow keys to toggle
backward or forward to a different denomination.

**Verifying
Till Fund Amount
Procedure**

To use the currency scale to verify the amount of money in a till drawer (in "cash
calculator" mode), follow these steps:

1. Remove any items on the scale. The basket on top of the scale must be
   empty.

2. Turn on the scale. The on/off key is on the bottom row of keys, second from
   the left.

3. Select **Function 2, Cash Calculator**.

4. Enter the opening fund amount.

5. All currency counted will be subtracted from the opening fund amount
   entered in step 4. The final quantity displayed on the screen at the end of the
   count will be $0.

Note: If $0 is entered as the opening fund, the scale will display a running total of the
count. The amount displayed at the end of the count should be equal to the

---

CONFIDENTIAL
STAR_MARSHALL0000830

opening fund.

**Cash Counting Procedures**

### Counting Loose Coins

Follow these steps to count loose coins:

1. Place the pennies cup from the till drawer into the basket on the cash counting scale. The cash counting scale will "beep" when the count is registered and both total lines on the scale will be updated.

2. Remove the till cup and place it back in register drawer.

3. Complete the counts for all loose coins by following the prompt for each coin denomination. The prompts will appear in the upper right corner of the cash counting scale display.

### Counting Rolled Coin

Follow these steps to count rolled coin:

1. Enter the number of rolls for each coin denomination. For example, for three rolls of pennies, key in "3" then press **Enter/Next** to add the rolls to the total.

2. Complete the count for all rolled coins by following the prompt for each coin denomination. The prompts will appear in the upper right corner of the display. Use the arrow keys to move or toggle between denominations.

### Counting Bills

Before counting the bills, visually "skim" the stacks of bills to ensure:

- The proper denomination (displayed in the upper right corner of screen).

- The bills are not taped excessively, which might alter the weight (bills with torn corners will be counted accurately).

- Bills are face up and all in the same direction.

To count bills follow these steps:

1. Place small stacks of bills (20 or less) on the currency scale.

2. Keep adding small stacks until all bills of the same denomination are in the basket. If too many bills are placed on the scale an audible "beep" will be heard and the message "TOO MANY, REMOVE SOME" will appear on the display. Remove some, but not all of the bills and gradually add a small amount of bills until all are counted.

3. When all bills of one denomination are in the basket, remove all bills at once and place back in register drawer.

4. This automatically adds the number of bills to the total and advances to the next denomination.

CONFIDENTIAL

STAR_MARSHALL0000831

**Cash Controller Functions**                                         Store Operations

### Miscellaneous Cash

The currency scale will prompt partners to enter amounts for miscellaneous cash after going through the standard denominations. Use this feature to enter amounts for $2, $50 and $100 bills, one (US and CAN) and two dollar coins (CAN only) and any torn/taped or forgotten currency.

1   Enter the total cash amount in cents. Make sure to enter zeros to equal whole dollar amounts without decimals. For example, a $10 bill would be entered as "1000."

### Final Step

1   Skip through the prompts requesting check amounts, gift certificates, beverage certificates and latte certificates.

2   Press **Enter/Next**. This is the final step to verify the Opening Till amount.

3   After all cash in the till has been counted, check the **Grand Tot** (grand total) amount on the display to ensure it matches the opening amount for the till drawer. If it does not match, alert your store manager or cash controller.

# Preparing Till Drops

## Preparing Till Drops

**Till Drop Procedure**
1. Record register partner's name, Register ID (#, Top/Bottom), date and CC initials on till drop bag.
2. Place funds from drop box, sales media from POS drawer and Closing Register Receipt in till drop bag. Seal till drop bag.
3. Record register partner name, entire till drop bag #, CC initials and time on the matching Register ID section of the Till Drop Log.
4. Secure till drop bag in inner compartment of safe, behind door 2.

---

4.12                         Revised: July 2010         © 2010 Starbucks Coffee Company. All rights reserved.

CONFIDENTIAL                                        STAR_MARSHALL0000832

# Preparing Till Drops after Final Use

**Preparing Till
Drops after Final
Use Procedure**

When a partner is closing a till and the till will not be used again that business day, the Cash Controller should remove the entire till and take it to the back room to be counted and returned to opening fund (status?).

A single till drop for the last register user will be made, consisting of the funds in the till over the opening fund

**Final Use Till Count Procedure:**
1. Remove till, sales media from POS drawer, funds from drop box and Closing Register Receipt.
2. Count down combined funds from till and drop box using cash scale in cash calculator mode. Refer to the Verifying Till Fund Amount procedure on page 4.12 for further information.
3. Remove funds in excess of opening fund amount, leaving opening fund amount in till.
4. Follow Till Drop Procedure to secure excess funds, sales media and closing register receipt.
5. Secure till with verified opening fund in POS drawer or safe.

© 2010 Starbucks Coffee Company. All rights reserved.                    Revised: July 2010           **4.13**

CONFIDENTIAL                                      STAR_MARSHALL0000833

# Preparing a Bank Deposit

**Preparing a Bank Deposit Overview**

It may be necessary for the Cash Controller to perform adjustments (post day voids, pay type adjustment) to ensure that the contents of a partner's till drop bag is reflected accurately in the MWS.

After any necessary adjustments have been made and the till drop bag contents have been counted and entered, the Cash Controller enters a consolidated deposit figure for each tender type (cash, coin and check) into the **STAR System** and prepares the deposit slip to take to the bank.

- Open each register partner's bag and counts the funds. Enter the funds total, each check (personal and travelers checks) and beverage, latte or gift certificates into the MWS.

- Verify the number of voided Customer Recovery Certificates against the Closing Register Receipt.

- Document and report to the store manager any variances in cash, checks, gift and beverage certificates, voided certificates (especially Customer Recovery Certificates).

- When the contents of each of the bags have been entered, combine the individual till drop bag contents into a single deposit, verify the combined total and enter the total into the MWS.

- File paid in/out slips in the Paid In/Out Envelope. File signed credit card receipts, customer refund receipts and voids in the Sales Media envelope in the Daily Records book. Discard and recycle any remaining sales media.

4.14                          Revised: July 2010                    © 2010 Starbucks Coffee Company. All rights reserved.

CONFIDENTIAL                                          STAR_MARSHALL0000834

Store Operations                                                    **Cash Controller Functions**

# Counting Individual Till Drop Bags

**Counting Till Drop Bags Procedure**

To prepare a daily bank deposit, the Cash Controller counts each till drop bag.

1. Access the **Daily Bookkeeping Menu,** then select **Manager Till Count/Deposit**. The screen shows all tills that have been closed since the last deposit.

2. Verify the number of till drop bags dropped in the safe as indicated by the **Till Count Summary** screen and recorded on the **Till Drop Log** of the **Cash Management Log**.

**Counting and Entering Till Drop Bag Contents Procedure**

The Cash Controller uses the cash scale in Cash Calculator mode to count the cash contents of the register partner's till drop bag. Ensure that any necessary adjustments are made while counting and entering each till drop bag. Refer to the "Adjusting Till Drop Amounts" section below for details.

1. From the **Daily Bookkeeping Menu**, select **Manager Till Count/Deposit**.

2. Use the arrow key to highlight the till drop to enter

3. Press **F3, Recount**. A screen will appear listing options of tender types to enter.

4. Use the arrow keys to highlight and press **Enter**. Select each tender type that needs to be entered. Press **F1, Count** after all desired tender types have been selected. Count screens will appear in the following order (if selected).

**Cash Tender Type**

- Select **F5, Enter Total,** enter the lump sum amount in one entry and then press **F1 Save and Quit**. Select "**Y**" for Count Completed.

**Foreign Currency Tender Type**

- Select **F5, Enter Total,** enter the lump sum amount in one entry and then press **F1 Save and Quit**. Select "**Y**" for Count Completed.

**Check Tender Type**

- Enter dollar amount of each check. Each check must be entered individually by entering the dollar amount, then selecting **Enter**. When all checks have been entered, select **F1 Update**. Select "**Y**" for Count Completed.

**Certificate Tender Types**

- Enter dollar amount of each gift certificate. Each gift certificate must be entered individually by entering the dollar amount, then selecting **Enter**

- Enter quantity of Latte and Beverage certificates individually as a total number of each certificate type. Select **F1 Update.** Select "**Y**" for Count Completed.

---

© 2010 Starbucks Coffee Company. All rights reserved.

CONFIDENTIAL                                   **STAR_MARSHALL0000835**

5. After completing each tender type highlight the partner name, select "**Y**" in the field **Accept? Y/N**, then **Enter**. This will indicate this till drop has been entered and accepted for deposit. Drawer Over/Short begins subtotaling with each accepted till count.

CONFIDENTIAL

STAR_MARSHALL0000836

# Adjusting Till Drop Amounts

When counting a till drop bag check for any notes from the register partner or cash controller indicating the need for an adjustment.

**Reasons to Adjust**

Reasons to make an adjustment to a completed till drop include:

- Incomplete Paid In/Paid Outs.

- Tender type error (for example, cash instead of check). Partners can only adjust check to cash and vice versa.

- Void Transaction (V-Tran).

**Adjust Till Drop Amount Procedure**

To adjust a till:

1. From the **Daily Bookkeeping** menu, select **Manager Till Count/Deposit**. A list of names of partners who have counted tills is displayed.

2. Use the cursor to highlight the till to adjust.

3. Press **F2, Adjust**. The **Adjustment Type** screen will appear.

4. Use the arrow keys to move the cursor to the first type of adjustment, then press **Enter**. The Transaction Adjustment screen will appear.

5. Enter the transaction number from the receipt. If the transaction number is missing, use **Journal Viewer** to find it.  This function cannot be performed without the transaction number. Remember to convert the encrypted register receipt number to an actual transaction number.

6. Enter in the adjustment reason. The amount and type fields are automatically filled in by the system from the transaction number.

7. Press **F1, Update**.

8. Repeat steps 3-7 for any other adjustments to be made to this till. The system goes back to the **Transaction Adjustment** screen after each adjustment. Enter ESC, select "**Q**" to quit and return to the **Till Count Summary** screen.

9. Press **F3 Recount** to retotal the tender type affected by the adjustment. Without retotaling after adjusting, the system will not reflect the change in the count.

© 2010 Starbucks Coffee Company. All rights reserved.                Revised: July 2010                **4.17**

## Void Transaction (V-Tran) Adjustment Procedure

1. Ensure the transaction receipt is included in the till drop bag, along with a reason for voiding that transaction.

2. Excessive amounts of V-Trans should immediately be discussed with the partner. Review the proper register operations with the partner to ensure accurate register transactions.

3. Follow the steps outlined on the previous page for adjustments.

## Adjustment Reports

To review all transaction adjustments (daily or weekly), access **Reporting Menu, Historical Reports, Transaction Adjustments** in the Manager's Menu on the MWS. This report identifies all adjustments made to individual tills. Use it to review repeated transaction corrections, paid-out adjustments and to monitor the amounts of transactions voided after till counts. This report is a management tool to identify loss prevention or training opportunities.

CONFIDENTIAL                                              STAR_MARSHALL0000838

# Consolidating Till Drop Funds and Printing the Deposit Slip

**Consolidating
Till Drop Funds
Procedure**

After all till drop bags have been counted and entered into the MWS by the Cash Controller, consolidate the funds to make a final total for deposit at the bank.

Store deposits must be accompanied by:

1. The bank's preprinted deposit slip with the correct store number printed on it. See the Preprinted Bank Deposit Slips section for more information.
2. The **Check Deposit Report** which can be printed from the MWS (if available).

**Creating a System
Deposit Slip
Procedure**

1. From the **Manager's Menu**, select **Daily Bookkeeping Menu**. Select **Manager Till Count/Deposit**.
2. Verify that all tills have a **Y** in the **Accept Yes/No** field.
3. Press **F1, Deposit**. Verify that the consolidated amounts of cash, checks and foreign currency are the same as on the screen.
4. If the amount is correct, press **Y**, then press **Enter**. A currency breakdown screen will appear.
5. Key in the amount of currency and coins exactly.
6. Press **F1, Accept**.
7. A second currency window appears if foreign currency has been accepted. Enter the foreign currency the same way as the regular currency.
8. The System will display a dialog box that asks, "**Do you want to print the deposit sheet? Y or N**." Select **Y** (yes).
9. If applicable, the **Check Listing Report** will also print. Use these reports to prepare the bank deposit slip.

**Consolidating
Sales Media**

The term "Daily Sales Media" describes all printed receipts from voids and refunds, validated gift certificates, validated coupons, and signed credit card sales drafts. Daily Sales Media should be consolidated, stapled together, and retained in the Sales Media Envelope at the back of the Daily Records book. Paid in/out slips must be filed in the Paid In/Out Envelope.

CONFIDENTIAL                                                        STAR_MARSHALL0000839

# Deposit Discrepancies

**Deposit Discrepancy Standard**

A deposit discrepancy must be (e.g., over/short, till drop bag or the deposit is entirely lost) immediately reported to the district manager and the Sales Audit Department at the SSC using the **Explain Over/Short to Sales Audit function** in the Daily Bookkeeping Menu, Manager's Menu on the MWS.

**Deposit Discrepancy – Sales Audit Department**

When Sales Audit finds a discrepancy in the deposit, they will email the store and district manager. Only the district manager is notified when the Sales Audit group finds that a deposit is missing. The district manager is expected to follow up with the store for resolution and communicate an explanation to Sales Audit.

In some more complicated situations, the Sales Audit Department may work directly with the store. However, the district manager will always be notified of the outcome.

Any cash or deposit discrepancies are subject to Corrective Action up to and including termination. It is the store manager's responsibility to research and help solve any deposit discrepancies.

**Correcting the System Deposit Amount Procedure**

This situation should rarely occur if individual tills are carefully verified and all cash handling standards and procedures are followed. However, if the amount shown on the MWS deposit screen is not correct, do the following:

1. Press **F7** to go back to the previous screen (Till Count Summary).

2. Verify each till shown has been accepted.

3. Recount all the money, including the deposit, change bank and all unassigned tills. Use the cash scale, if necessary.

4. Press **F1**, **Deposit**

5. If the amount shown on the screen is still different than the deposit, enter "N."

6. Enter in the actual deposit amount.

7. Make a note about the discrepancy in the Cash Management Log.

CONFIDENTIAL                                          STAR_MARSHALL0000840

Store Operations                                                    **Cash Controller Functions**

8. Use the **Explain Over/Short to Sales Audit** to notify Sales Audit of any discrepancy of total sales (see Explain Over/Short to Sales Audit on the MWS steps in this section).

9. Staple the copy of the email to Sales Audit to the Cash Management Log.

10. If the discrepancy is solved, adjust the next day's deposit by the amount of the discrepancy.

**Using Explain Over/Shorts Field on the MWS Procedure**

In situations when the store identifies a deposit discrepancy such as an over/short, the Sales Audit Department must be notified by using the Explain Over/Short function on the MWS. This will serve as a "heads up" for the Sales Audit Department and can help research the situation. The cash controller that prepared the deposit must notify the DM of the discrepancy and write it in the Daily Records Book.

Use the following procedure to enter your comments:

1. From the Daily Bookkeeping menu, select Explain Over/Short of sales.

2. Enter the date of the incident.

3. Enter in the explanation for the overage or shortage. If a mistake is made, press F6 to clear the screen and start over.

4. When finished entering the explanation, Press F1, Update. This information is provided to Sales Audit after the store has polled.

5. Press F7, Quit.

6. Staple a copy of the email to Sales Audit to the Cash Management Log.

If Sales Audit discovers a discrepancy and you have not explained the over/short, Sales Audit will send an Action Required e-mail to the store and District Manager needing an explanation.

CONFIDENTIAL

STAR_MARSHALL0000841

# Preprinted Bank Deposit Slips

**Ordering Deposit Slips**

**U.S Stores:** All U.S. stores receive preprinted deposit slips directly from our vendor. Deposit slips can be reordered by calling the number printed on the deposit slip. Allow one to two weeks from the date of order to receive the deposit slips. Do not order deposit slips directly from the bank. If you have any questions regarding ordering deposit slips, please contact your district manager or email the Sales Audit department at salesaudit@starbucks.com.

**Canada Stores:**
- Email the Sales Audit department at SalesAudit@starbucks.com with the subject line "Deposit Slip Reorder" and the store number.
- Allow three weeks for shipping from the date of order.

**Bank Deposit Slip Numbers**

Upon receiving the pad of deposit slips, verify that the correct store number and name are printed on the deposit slip.

Below the store name and number is a line of reference numbers that start with the store number, followed by the store's account number. This information is crucial in depositing the money because it serves as a reference number to let the Sales Audit Department know the store that made the deposit.

Do not use "counter" or blank deposit slips offered by the bank. **Do not borrow deposit slips from another store. Your store will not be credited with deposits made using another store's deposit slip.**

**Deposits with No Foreign Currency Procedure**

After accepting the deposit by selecting **Y,** a **Deposit Report and Deposited Checks Report** will print. Use these two reports to prepare the deposit slip as follows:

1. Enter the **date of the sales** included in the deposit, not the date the deposit is prepared.

2. Count and record all bills by denomination.

3. Enter the total dollar amount of bills in the Currency Box.

4. Enter the total dollar amount of coins in the Coin Box.

5. In the List Each Check Box, write: **See Tape.**

6. Enter the sum total amount of bills, coins, and checks in the Total Deposit Box. This amount is printed on the **Deposit Report.**

7. Combine all checks and wrap them inside the **Deposited Check Report.** Include this report with the bank deposit.

8. Stores that use the plastic Starbucks tamper-evident bank bags must record

CONFIDENTIAL                                                        STAR_MARSHALL0000842

the security number from the bag onto the deposit slip.

9.   Legibly record your initials on the deposit slip.

CONFIDENTIAL                                                    STAR_MARSHALL0000843

# Preparing and Taking the Deposit Bag to the Bank

**Bank Deposit Standards**

- The store is required to make one deposit daily, unless notified otherwise.

- The store is required to only go to the Bank assigned to them from Treasury. If there is a business need to change banks the District Manager must follow the steps provided by Treasury.

- A Starbucks plastic tamper-resistant deposit bag must be used.

- Duplicate copies of the daily deposit slip must be made, one for the bank and one for the store. The bank will validate all copies once they verify the deposit.

**Deposit Bag Procedure**

Instructions for how funds should be prepared and placed in the deposit bag will vary depending on the bank.  Check with your store's bank for more information

Follow these procedures unless otherwise instructed by your bank:

1. Place all currency, coins, and checks in the tamper-resistant deposit bag.

2. Write the bag's serial number on the deposit slip. Verify the two numbers match.

3. Place the correct deposit slip copy in the bag (consult with the bank if unsure which copy). Ensure the deposit slip is readable through the bag. The deposit slip should be on the top, followed by checks and then currency with the largest bills visible on the reverse side.

4. Seal the bag with the one copy of the deposit slip inside. The second copy should be kept separate, as the bank teller will need to validate it.

5. Remove the serial numbered strip from the bag. Record the number and attach the strip in the Cash Management Log. Refer to the **Cash Management Log Policies** for further instructions.

6. Take deposit and copy of deposit slip to bank.  Review the deposit trip policy on next page for important details regarding Starbucks policy.

7. The bank will verify the deposit or send it to be processed at a central location, then the teller will validate the deposit slip. Verify its accuracy prior to leaving. If it does not match the deposit, ask the teller to recount it. If a discrepancy is verified, note the error and notify the district manager immediately, and follow procedures outlined in the **Deposit Discrepancy** section.

8. Return the validated deposit slip back to the store, record the validated deposit amount and time in the Cash Management Log. Attach the slip to the log on the day that the deposit was transported to the bank.

Deposits that are processed at a central location or dropped in an after hours deposit box are subject to adjustments by the bank if a discrepancy is found.

CONFIDENTIAL                                                      STAR_MARSHALL0000844

All deposit corrections are sent to the Sales Audit Department and
communicated to the district manager and/or store.

© 2010 Starbucks Coffee Company. All rights reserved.          Revised: July 2010

CONFIDENTIAL                                        STAR_MARSHALL0000845

## Deposit Trip Standards

- Only shift supervisors, assistant store managers and store managers should make deposit trips. Baristas and partners under the age of 18, regardless of their job title, are not permitted to make deposit trips.

- The deposit should be transported to the bank each day between the hours of 8 a.m. - 3 p.m. local time. The bank's hours of operation should be confirmed before transporting the deposit. Return deposit slips immediately to the store and attach to the Cash Management Log.

- If the bank is open on weekends or a holiday, the deposit must be taken inside to be processed.

- The after-hours depository should be used only when the bank is closed. Never transport a deposit after dark.

- Side trips or personal errands must not be made during the deposit trip.

- Do not take the deposit home or leave it in a car to be deposited the next day.

- The route and time the deposit is transported to the bank should vary. Note: in areas identified as "high-risk," the district manager may consider having two partners go to the bank together.

- Clothing that identifies you as a Starbucks partner such as an apron or logo shirt should not be worn. Do not carry a beverage with a Starbucks logo. Remove or cover up any identifying logos/names.

- The Starbucks tamper-resistant deposit bag should be concealed by carrying it in an unmarked bag or briefcase that conceals the deposit bag. Do not use any bag displaying the Starbucks logo such as any Starbucks shopping bag.

## Making Deposits When the Bank is Closed Procedure

1. When the bank is closed, all deposits should be taken to the after hours deposit box. Do not drop deposits in this box after dark.

2. Prepare the bank deposit and drop it in the after hours deposit box with both copies of the deposit slip. Ask the bank for the store copy of the deposit slip the next business day.

CONFIDENTIAL                                                    STAR_MARSHALL0000846

**After Hours
Depository Key
Standards**

- The bank will provide a key to access the after hours depository. The store manager is accountable for all after-hours depository keys.

- One copy should be on the Cash Controller key ring, one on the manager's set of keys, and the third on the spare set of Cash Controller keys. If a key is lost, the manager must contact the bank immediately.

© 2010 Starbucks Coffee Company. All rights reserved. Revised: July 2010

CONFIDENTIAL STAR_MARSHALL0000847

# Journal Viewer

The Journal Viewer is an electronic copy of each POS register transaction. The Journal Viewer records transactions for the current day and the previous day only. If transactions need to be viewed beyond this time frame, a partner from Sales Audit or Partner & Asset Protection Department can help locate them for you.

When researching cash handling issues in the store, the Cash Controller may want to look at specific transactions that occurred during the day in the Journal Viewer. The search feature allows the Cash Controller to pinpoint a specific transaction or to research a group of transactions, rather than scrolling through transactions one by one.

The Journal Viewer is helpful in the following situations:

### Duplicate Receipts for Customers

If a customer returns several hours later and needs a receipt, the journal viewer can provide the transaction number to print a duplicate receipt.

### Lost V-Tran Receipts

If a v-tran receipt was lost, the Journal Viewer can be used to print a back-up copy.

### Training Issues

Use the Journal Viewer to monitor a partner's performance. Review the journal tape with the partner to explain the proper procedures for any mistakes made.

### Monitoring Accuracy

The Journal Viewer can be used to monitor cash handling accuracy in using the correct cash tender key on the POS register. It can also be used to monitor the frequency of no-sales, discounts, etc. Any unusual register activity must be further researched. Contact the district manager who can work with the Partner &Asset Protection Department to help resolve any loss prevention problems.

     © 2010 Starbucks Coffee Company. All rights reserved.

CONFIDENTIAL                                                        STAR_MARSHALL0000848

# Cash Transfers In/Out

The STAR system processes cash moving through the Change Bank. When transferring cash out of a till it goes into the Change Bank. When transferring cash into a till the cash comes from the Change Bank.

### Opening Fund Deficit Procedure

There are times when a till will be closed with less cash than the opening fund amount. The reason this may happen if the total refunds and/or paid outs are higher than the total sales rung for this till. If this happens, the Cash Controller must perform **three** steps to get this till back to the opening fund amount.

1. A cash transfer **IN** must be done for the till that has less cash than the opening fund.

2. A cash transfer **OUT** must be done from a till that has enough cash to cover the transfer.

3. To confirm the accuracy of the cash transfer IN/OUT above, double-check and update your Store Fund balance. See Maintaining Store Operating Fund Balance for more information on how to verify and update the store operating fund balance.

Remember to physically remove the cash from the cash transfer OUT till and place it in the cash transfer IN till.

### Short Opening Fund Alert Message and Balancing the Change Bank

The Cash Controller will be notified when a partner cannot establish an opening fund when they use the system to verify the register partner's till drop bag. This is called the Short Opening Fund Alert message, and it appears when the Manager Till Count/Deposit menu on the MWS is accessed. A screen will appear to alert the Cash Controller of a short opening fund and how much cash needs to be transferred into the fund from the change bank to bring it up to the standard level.

After transferring cash out of the Change Bank to bring a short opening fund up to the correct amount, the Change Bank will be lower than it should be. To resolve this situation, transfer enough cash out of a different open till to bring the Change Bank to its correct level (perform a transfer out). At no time should the Change Bank fund be over/short. Remember to remove the cash from the till and physically add it to the Change Bank in the safe.

A printed receipt will document the transfer. The register partner should sign the receipt and place it in their till in exchange for the funds.

CONFIDENTIAL   STAR_MARSHALL0000849