## Cash Transfers In or Out of a Till Procedure

To transfer cash into or out of a till, do the following:

1. Go to **Manager's Menu > Daily Bookkeeping Menu >Cash Transfer**.

2. Use the up and down arrow keys to highlight the till for the Transfer In or Out, then press **Enter**.

3. Make a note of the "Transfer Needed" amount and till number so that you can refer to it later. Press **F7** to quit.

4. Go to Cash Transfer under the Daily Bookkeeping menu. Select the short till and press **Enter**.

5. Select the Transfer In option. Enter the "Transfer Needed" amount from step #3. Press **F1 Update**.

6. Select an open till (one with enough cash to allow the transfer).

7. Select the Transfer Out option. Enter the "Transfer Needed" amount from step #3. Press **F1 Update**.

8. Remove the appropriate amount of cash from the till selected for the "Transfer Out."

9. Place the cash into the "Transfer In" till.

10. Recount the till using the Manager Till Count function.

CONFIDENTIAL                                          STAR_MARSHALL0000850

# Register Till Status

The Register Till Status screen is accessed through either the Manager's Menu > Daily Bookkeeping Menu, or through the Staff Menu. The till status screen shows:

- "Open tills" (tills that are in use on the sales floor).

- Tills that have been counted.

The Register Till Status screen provides information for these types of situations:

- Open vs. Counted Tills.

   Note: this may be important toward the end of the business day, as the POS system cannot close the store if there is anyone who has not closed their till at closing time.

- If a partner has gone home and did not close their till (Status: Open) contact the Enterprise Help Desk at (888) 796-JAVA, option 1, to close the till.

© 2010 Starbucks Coffee Company. All rights reserved.                     Revised: July 2010                **4.31**

CONFIDENTIAL                                                          STAR_MARSHALL0000851

# Close Till from Manager's Workstation

**Close Till from**  If a POS register malfunctions, preventing a register partner from closing their till,
**MWS Procedure**  the Cash Controller can close the till from the MWS. The Cash Controller completes
the following procedure:

1. Place all operating registers at the Restaurant Line System (RLS) screen.

2. From the **Manager's Menu** on the MWS, **Daily Bookkeeping Menu > Close Till**.

3. Use the up and down arrow keys to highlight the register partner's name, then press "**Y**" to close the till. Select **F3 Close**, press "**Y**" to confirm close till.

4. To verify the till has been closed, select **Till Status** from the **Daily Bookkeeping Menu**. It will show **Closed**.

5. Reboot all registers.

6. Call the Enterprise Help Desk to determine the reason for the register malfunction.

CONFIDENTIAL

STAR_MARSHALL0000852

# Credit Card Chargeback Process

**Credit Card
Chargeback
Process**

After preparing the daily deposit, all signed credit card sales drafts should be consolidated, stapled together and stored in the dedicated Sales Media Envelope in the Daily Records Book. Do not send drafts to Sales Audit unless asked. Never send the originals.

If a credit card transaction is disputed by a customer, the Sales Audit team will send an email to the store and district manager requesting the specific Sales Draft(s) be faxed to Sales Audit. The store will have 10 days from the time the email is sent to the complete the fax.

The fax number and any other necessary information will be included in the email. If the Sales Draft is not faxed to Sales Audit, the amount of the disputed transaction will be charged to the non-sufficient funds (NSF) line of the store's P&L.

© 2010 Starbucks Coffee Company. All rights reserved.                Revised: July 2010

CONFIDENTIAL                                                      STAR_MARSHALL0000853

# Close Store Procedure

To send the day's business information to the SSC from the MWS and POS system, it is necessary to complete the **Close Store** procedure. This allows the system to close transactions from the current day, create new files for the next day and set the store's system to be polled.  Failure to properly complete this procedure will cause a polling failure that can result in lost or inaccurate sales reporting.

**Close Store
Procedure**

To complete the **Close Store Procedure**, follow these steps:

1. Make sure all tills are closed, and all register screens are in the first screen mode (the RLS key is displayed on screen).

2. From the **Main Menu** at the MWS, select **Close Store** and press **Enter**.

3. Enter password, then **Enter**.

4. The message **You are about to begin the end of day process (Y/N)?** will appear; select **Y**.

6. A black screen will appear and the register drawers will open. If one or more of the drawers did not open, check first that the drawer is not locked with the register key. If this isn't the problem, call the Enterprise Help Desk.

7. Leave all POS registers and the MWS on. Partners can punch out using the POS registers, but the MWS cannot be used.

CONFIDENTIAL                                                                STAR_MARSHALL0000854

# Management Cash Control Functions

This section includes information for the store manager only.

© 2010 Starbucks Coffee Company. All rights reserved.

Revised: July 2010

**4.35**

CONFIDENTIAL

STAR_MARSHALL0000855

# Manager Responsibility for Store Operating Funds

One of the primary responsibilities of store management is to control and protect all funds in the store. The store manager is ultimately accountable for all aspects of cash control being followed on all shifts. The store manager is also responsible for implementing cash control policies, identifying and correcting cash control violations and irregularities, and communicating to the district manager any issues or concerns that arise.

## Cash Controller Keys Standards

- There should be three sets of cash controller keys for cash control in the store. There should be one set each for:

  - The store manager: This set is kept with the store manager at all times.

  - The cash controller on duty: This set rotates with the assignment of the cash controller role and is secured in the safe each night.

  - Emergency: This set is sealed in an envelope that is signed and dated by the store manager, and should be kept in the inner compartment of the safe.

- The cash controller's set of keys should be handed to the next cash controller at change of shift, or left inside the safe's non-locked compartment at store close.

- Each set of cash controller keys includes:

  - Drop box key(s)

  - POS register drawer key (IBM key)

  - Store key

  - Bank depository key

  - Keys for any locked drawers

  - Internal safe compartment key (for stores with Amsec™ safe only)

  - Closed circuit television (CCTV) and VCR lock box key (for limited stores)

  Note: Keys that are not specific to cash control, such as storage room keys and paper dispenser keys, should be attached via a removable clip. This prevents the cash controller from giving the cash controller key ring to a partner that needs access to non-cash control keys. The cash controller key rings should not include any Starbucks logo items.

## Cash Shortage Policy

The store manager is accountable for all store funds including over/short amounts. Total monthly cash overages or shortages in excess of 0.15% of sales may result in Corrective Action.

CONFIDENTIAL                                                    STAR_MARSHALL0000856

# Adjust Opening Fund Amount

**Adjusting Opening Fund Amount Procedure**

The Opening Fund amount is set at a default of $200. This amount can be adjusted by the following procedures:

1. From the MWS select "Managers Menu", "System Support Menu", "Change Default Open Fund Amount"
2. Enter open fund amount between $50-$300.
3. Select **Enter**, save and quit.
4. Reboot **ALL** POS registers (The updated opening cash fund will not be reflected until the reboot occurs.)

Note: Changing the Default Open Fund amount here does not change any information within the Store Operating Funds screen.

# Maintaining Store Operating Funds Balance

**Store Fund Balance Standards**

- The store operating fund (change bank plus till bank) total must always remain the same.

- Store operating funds are changed only with the approval of the district manager.

- Any discrepancies over US$20 in these balances must be immediately reported to the district manager by the cash controller on duty for further investigation.

- If the change bank has been shorted to ensure a till is at opening fund, document the shortage in the comments box of Safe Count section of the Cash Management Log. The change bank must be returned to the correct amount the next time the deposit is prepared.

**Updating the Daily Store Fund Balance Standards**

- The balance of the Daily Store Funds (also known as the Daily Store Operating Fund) must match accounting records in Sales Audit at the SSC. Differences will be charged to the over/short line of the store's P & L.

- Store managers must verify and **update** the Change Bank and Till Bank in the **Daily Bookkeeping Menu weekly**.

© 2010 Starbucks Coffee Company. All rights reserved.

CONFIDENTIAL
STAR_MARSHALL0000857

**Cash Controller Functions**  Store Operations

## Updating the Daily Store Fund Balance Procedure

Refer to the Report Store Operating Fund Procedure on the Cash Management Log Policies, Standards & Procedures page which is located on the reverse side of the blue tab in the Daily Records Book.

## Adjusting Store Operating Funds Procedure

The district manager and store manager should work together to determine when an increase or decrease to the total store operating funds is necessary. Once the district manager has approved the increase or decrease, follow this procedure to adjust store operating funds.

1. Prepare the daily deposit according to the procedures provided in this section.

2. Select **F2 – Adjust** before entering the consolidated deposit figures for cash, coin and check. These four options will appear on the screen:

   - Increase Change Bank
   - Decrease Change Bank
   - Increase Till Bank
   - Decrease Till Bank

3. Select the appropriate option, then add money to(or remove money from) the deposit for the Change Bank or Till Bank to complete the adjustment.

CONFIDENTIAL      STAR_MARSHALL0000858

# Random Till Audits

**Random Till Audits Overview**

Till audits will reduce the number of partners associated with a drawer over/short and can create individual over shorts. Till Audits can create individual cash over/shorts

Till audits can be used to identify cash mishandling, as well as internal theft. However, till audits should also be used to identify good cash handling.

If only one partner has been assigned to a till in a day, the cash variance is an individual over/short.

**Random Till Audit Standards**

- Random till audits must occur a minimum of twice per week by the store manager.

- New partners should be till audited to ensure compliance to cash handling standards, such as dropping twenties.

- Any discrepancies in the audited till count must be addressed through coaching and/or corrective action following the standards for cash handling policy violation.

**Random Till Audit Procedure**

Refer to the Till Audit Procedure on the Cash Management Log Policies, Standards & Procedures page which is located on the reverse side of the blue tab in the Daily Records Book.

© 2010 Starbucks Coffee Company. All rights reserved.          Revised: July 2010          **4.39**

# Point of Sale (POS) Manipulation

POS manipulation is the most common form of cash theft in our stores. There are many ways to manipulate the POS record of register sales. Many of the ways are common to all businesses where a cash register exists, while some are unique to our business. Some of the common methods that dishonest Starbucks partners have stolen from the register are reviewed in this section. After the description of each method is a tool or technique for discovering and preventing it.

As a deterrent to theft, partners should be aware that all transactions rung into the registers are visible to P&AP and other SSC departments.

## Partner Potential Indicators

The following items are tracked and audited by the Partner & Asset Protection team for policy and procedure. Exception-based reporting of POS activity is regularly utilized to investigate policy exceptions and potential fraud. Corrective action, up to and including termination, and/or prosecution may result. Observation of these activities by any partner should be reported to the district manager for follow-up investigation with Partner & Asset Protection.

### High Line Item Voids

The line item void key has a legitimate use: to delete incorrectly rung items or correct a transaction when a customer changes their mind. Excessive line voids may be a training issue, or a sign of theft.

*Example:* A partner accepts the money, voids out the item purchased and takes the cash. When actual sales are voided, dishonest partners often place the amount of the voided sale in the register, giving the transaction the appearance of a typical sale. This creates an overage that can be discovered with a random till audit. The dishonest partners typically track these transaction amounts in different ways (see "Tracking Signs Outside Register").

### Low Transaction Amounts

Transactions that total less than US$1.10 are usually legitimate (when they are fairly consistent amongst partners in similar day parts). If a partner begins showing an exceptional trend that is different from other partners, and there are no other mitigating factors, this could be a sign of theft.

*Example:* A partner, knowing the cost of most items purchased, asks the customer for the correct amount and then rings in a small value item to open the drawer to deposit the cash or make change. The partner tracks (see "Tracking Signs Outside Register") the cash total and takes it from the till. Like fraudulent Line Voids, improper sales less than a dollar will lower a partner's total sales and average ticket.

### Partner Beverages

A significant increase in partner beverages may be a sign of theft. Partners are entitled to free beverages during their shift. All partner beverages must be rung in the

CONFIDENTIAL                                                        STAR_MARSHALL0000860

POS by another partner using the partner's number from their Partner Card. Stores and partners have consistent numbers of these Partner Beverages.

*Example:* A dishonest partner may use the partner beverage key when a customer makes a purchase. If the customer is purchasing more than one item (coffee and pastry) the drawer will open but the beverage will not be recorded as a sale. The dishonest partner will take the cash.

### Refill Key

A significant increase in the number of refill transactions, with no other mitigating factors, could be a sign of theft. Sit-down ("for here") customers are entitled to a coffee refill at a special price (U.S. only). Refills are not permitted when customers leave the store and return for another cup of coffee.

*Example:* The partner rings in a refill instead of the legitimate customer order. The cash drawer will open to deposit the cash or make change. The partner will take the cash.

### Frequent Cash Shortages or Overages

Frequent or significant overages or shortages could be a sign of theft.

*Example:* Overages/shortages can occur when a dishonest partner is stealing and cannot keep track of the exact amount they intend to take from their till drawer. Overages/shortages may also occur when dropping bills into the wrong drop box or making change, but the over/short amount would be offset by the other till drops in these situations.

### Excessive Refunds

Refunds are a normal part of doing business. Individual stores and partners will establish a fairly consistent refund pattern. A significant increase in cash or credit card refunds, with incomplete information, may be a sign of theft.

*Example:* A dishonest partner may frequently create cash or credit card refunds using false or incomplete "customer" information. The partner then takes the cash or credits their personal credit card with the refund amount.

© 2010 Starbucks Coffee Company. All rights reserved.

CONFIDENTIAL

STAR_MARSHALL0000861

### Cash in Wrong Place in the Register Drawer

When coins or currency are in the wrong slot in the register, or under the till drawer, it may be a sign of theft.

*Example:* If a partner is stealing using one of the above methods they may place all the "stolen" cash in a separate slot in order to keep track. Coins of different values together in particular location could be a sign of tracking the "stolen" cash. The partner may have a system of assigning a dollar value to each coin (e.g., penny = dollar, nickel = five dollars etc.)

### Tracking Signs Outside the Register

A partner who is stealing may keep track of the "stolen" cash using a variety of items that would not normally seem out of place.

*Example:* Partners may use a calculator, paper clips, coins or even coffee beans on the till ledge, an improper coin slot, as a way of keeping track of "stolen" cash (e.g. pennies in the nickel cup, a piece of paper with marks on it, ink slashes on their hands, etc.). These items would be somewhat arranged near their work area at the register.

### Blocking the Register Window

If the customer readout window of the register is normally unobstructed but is covered by something whenever a partner is on the till may be a sign of theft. The partner may be using any of the aforementioned POS manipulation methods and does not want the customer to see what is actually being rung into the register.

### Comparative Sales

If comparative sales (comp sales) are decreasing for no apparent reason or are inconsistent daily, it may indicate that one or more partners are stealing.

### ALS Labor Compliance

If a store feels understaffed for the flow of customers or the customer count is dropping but the store seems busy, it may be a sign of theft.

*Example:* If one or more partners are not ringing in sales then the ALS system is not creating labor hours for the transactions generated. The result is lower ideal labor based on fraudulently low sales.

### Pastry Variance

High pastry cost of goods sold (COGS), combined with low markouts could be a sign of partner theft (consumption) or not being rung in. Unusually high markouts may be an indication that markouts being rung through the register to cover up theft.

CONFIDENTIAL                                              STAR_MARSHALL0000862

**Average Ticket**

Low or unexplained fluctuations in average ticket may be a sign of theft, especially when measured against comparable store sales from previous days or weeks in the recent past.

*Example:* Partners ringing in items of small value, refills and/or modifiers instead of the actual purchase will reduce the average ticket.

© 2010 Starbucks Coffee Company. All rights reserved.                Revised: July 2010                **4.43**

CONFIDENTIAL                                                    STAR_MARSHALL0000863

# Cash Management Reports

The Deposit Activity Report and the 28 Day Cash Over/Short Trending Report provide the means to track cash over/shorts by drawer assignment and by partner.

These reports are critical tools that will support store management in reviewing cash over/shorts and following up appropriately when cash is mishandled or missing. These reports, when used in conjunction with the Cash Management Log, provide a record of cash movement.

Starbucks measures cash loss as a percentage of cash sales. The target is to be at or below .10%. That means if your weekly cash sales are $20,000 then your cash loss should not exceed $20 total per week. .10% is the maximum cash loss allowed.

## Deposit Activity Report

Shows cash over/shorts by register assignment (Register 1 Top, Register 1 Bottom, Register 2 Top, etc) for each day of the week.
* This report is archived weekly for 25 weeks.
* Lag time is 2 days

Under each register assignment are listed the names of each partner who rang on the register that day, for each day of the week.
* Each drawer over/short is the variance between the Total Cash Sales (as recorded by the POS) of a Drawer +/- the Actual Cash manually counted for that drawer during the deposit process by the cash controller.
* Example: Drawer 1 Top had a Total Cash Sales of $854.91, the Actual Cash manually counted during the deposit process for Drawer 1 Top is $850.87, cash shortage for Drawer 1 Top is -$4.04
  * Total Cash Sales ($854.91) +/- Actual Cash Counted ($850.87) = Drawer O/S (-$4.04)

### Total Drawer Over/Short

The Total Drawer over/short is the variance between the Total Cash Sales (as recorded by the POS) of a business day +/- the Actual Cash manually counted and entered into the BOPC for all Drawers during the deposit process for that business day.

Example: Total Cash Sales equal $2315.20, the Actual Cash counted of all Drawers equals $2317.12 for an overage of +$1.92
* Total Cash Sales ($2315.20) +/- Actual Cash Counted (accumulative of all cash drawers) ($2317.12) = Total Drawer O/S (+$1.92)
* Drawer over/short of $5 or more require documented coaching if the drawer is assigned to more than one partner. Corrective action should be used if the drawer is assigned to one partner.
* Mis-dropped and mishandled funds should also be addressed as they are cash handling issues.

CONFIDENTIAL                                                                      STAR_MARSHALL0000864

### Deposit Count Over/Short

The Deposit Count over/short is variance between the Total Drawer count (the total combined $ amount from each drop bag as it was entered into the Back Office PC (BOPC) by the cash controller preparing the deposit) +/- Total Cash Sales (as recorded by the POS) of a business day.

- The Total Deposit count is the amount the cash controller manually enters into the BOPC prior to accepting the deposit. This amount includes any adjustments that have been made to the final deposit amount.
  - For example if $1 must be removed from the final deposit amount to balance out the safe that is short $1 or if $2 is found behind a drop box and needs to be added to the final deposit amount.

- An adjustment may also need to be made if the cash controller incorrectly counted an individual till drop bag.
  - For example: a till drop bag contains $387.52; however the cash controller mis-counts the funds by -$1and enters $386.52 into the BOPC. When counting the total cash amount to be deposited, the final deposit amount is over by +$1. Therefore, the Total Deposit count entered by the cash controller prior to accepting the deposit must be adjusted to account for the +$1.

### Variance

The Variance line on this report is calculated by Total Drawer Over/Short +/- the Deposit Count Over/Short.

Example: Total Drawer O/S = -$5.57, Deposit Count O/S = -$4.57 the Variance would be +$1

If all till drops bags have been counted and the amounts entered correctly into the BOPC and no adjustment, miscounting has occurred or incorrect entries have been made to the final deposit amount the Variance should be 0 (zero).

If the Total Drawer Over/Short and Deposit Count Over/Short do have a Variance +/- more then 0 (zero) follow up with the cash controller who prepared the deposit and inquire on the reason of the Variance.

### Total Drawer Deposit

The Total Drawer Deposit is the combined total cash of all till drop bags as entered by the cash controller.

### Final Adjusted Deposit

The Final Adjusted Deposit amount is the deposit amount accepted by the cash controller preparing the deposit and which will be transported to the bank. This amount includes any adjustment made to the deposit by the cash controller prior to the final accepting of the deposit.

© 2010 Starbucks Coffee Company. All rights reserved.              Revised: July 2010          **4.45**

**28 Day Cash
Over/Short
Trending Report**

This report displays cash over/short activity for the previous 28 days.

- This is a rolling report and at any time you can access the previous 28 days

  o NOTE: there is a 2 day lag on the report. If it is 05/04/2010 the report will show 05/02/2010 as the most recent date.

- This report is not archived.

Each time a partner is associated with a drawer over/short exceeding $5 (+/-) they will appear on the report. Drawer over/shorts *less* then (+/-) $5 do not appear on this report.

- The over/shorts displayed on this report are the drawer over/shorts which is why partners who worked on the same drawer will have the same over/short variance on a specific day.

  o For example: On 04/05 Joe Java and Betty Barista each show a shortage of -$20.24. This means that both Joe and Betty were on Drawer 1 Top and had a combined drawer shortage of -$20.24.

- This report is intended to aid the store manager in easily identifying partners most frequently associated with drawer over/shorts.

- The report is sorted with the partner associated with the greatest overall (28 day combined) negative variance at the top.

- The *Count* column indicates the number of times the partner has been associated with a drawer over/short (in excess of $5) in the past 28 days.

- This report should be used whenever cash variances occur to identify partners who may have cash handling performance issues.

- This report should be used in conjunction with the Deposit Activity Report which provides more detailed data.

- This report can help the store manager identify which partners should be till audited.
- Partners with the highest number of drawer over/short associations and the highest combined Total Over/Short should be till audited.

CONFIDENTIAL                                                        STAR_MARSHALL0000866

### Total Drawer Over/Short

The Total Drawer over/short is variance between Total Cash Sales of a business day +/- the Actual Cash manually counted for all Drawers during the deposit process for that business day.

- **NOTE:** the Total Drawer Over/Short includes ALL drawer over/shorts for that business day, not just the drawer over/short exceeding $5 (+/-) that are listed in this report.

    o The Total Drawer Over/Short will match the corresponding day's Total Drawer Over/Short from the *Deposit Activity Report*.
    o Example: Total Cash Sales equal $2315.20, the Actual Cash manually counted of all Drawers equals $2317.12 for an overage of +$1.92
        ▪ Total Cash Sales ($2315.20) +/- Actual Cash Counted (accumulative of all cash drawers) ($2317.12) = Total Drawer O/S (+$1.92)

### Deposit Count Over/Short

The Deposit Count over/short is variance between the Total Drawer count (the total combined $ amount from each drop bag as it was entered into the BOPC by the cash controller preparing the deposit) +/- Total Cash Sales (as recorded by the POS) of a business day.

- The Total Deposit Count is the amount the cash controller manually enters into the BOPC prior to accepting the deposit. This amount includes any adjustments that have been made to the final deposit amount. For example if $1 must be removed from the final deposit amount to balance out the safe that is short $1 or if $2 is found behind a drop box and needs to be added to the final deposit amount. An adjustment may also need to be made if the cash controller incorrectly counted an individual till drop bag.

    o The Deposit Count Over/Short will match the corresponding day's Deposit Count Over/Short from the *Deposit Activity Report*.

### Managing Cash in Your Store

Store managers must remain focused on actively managing cash in their store to prevent cash handling issues and/or cash loss. Store managers are required to review the CML and reporting daily and to take action immediately when cash handling issues or cash loss occurs. Refer to Cash Management Reports section for more information.

Anytime a drawer over/short is $5 or more documented coaching and/or corrective

© 2010 Starbucks Coffee Company. All rights reserved.          Revised: July 2010

CONFIDENTIAL                                    STAR_MARSHALL0000867

action is required. Or, if the total over/short for any day is $5 or more documented coaching and/or corrective action is required.

1. Review which partners were on a drawer with the over/short.
   - If only one partner has been assigned to a till in a day, the cash variance is an individual over/short and should be addressed appropriately through corrective action.

2. Inform each partner that they were associated with an over/short and investigate issues that may have caused it.

3. Plan a till audit on each partner **within three days** of the occurrence to see if any trends emerge.
   - Random till audits by the store manager (SM) must occur a minimum of twice per week. Till audits will reduce the number of partners associated with a drawer over/short and can create individual over shorts.
   - Review the Till Audit Procedure on the Cash Management Log Policies, Standards and Procedures for more information about the till audit process.

Note: Mis-dropped funds are cash handling issues. Even if cash is not missing, follow up with partners in a timely manner and provide coaching on the importance of correctly dropping funds.

### Cash Loss Threshold

Starbucks measures cash loss as a percentage of cash sales. The target is to be at or below .10%. That means if your weekly cash sales are $20,000 then your cash loss should not exceed $20 per week.

### Performance Management

Timely and open communication is important to effective performance management. Partners should be aware when they worked on a drawer where cash handling issues or cash loss occurred. All over/shorts of $5 or more must be investigated by the store manager and timely follow-up coaching and/or corrective action must occur.

• If you complete a till audit or if only one partner was on a drawer with an over/short of $5 or more then written corrective action is required to be given immediately.

• Cash Handling does not remove individual accountability. It is your responsibility to actively manage cash in your store and take action in a timeline manner when necessary.

CONFIDENTIAL                                        STAR_MARSHALL0000868



The below is a recap on the conversation Serenity Marshall and Jennifer Gurtov had regarding Creating the Environment on Tuesday, November 25th, 2008.

Creating the environment:  Develops a positive, respectful, productive, and professional work environment.

Derailer:  Allows discriminatory or inappropriate behavior to exist in the workplace

The issue was brought to Serenity's attention about challenging closings.
- Serenity will schedule herself for one closing a week.
- Serenity will pop in on store during times she is not scheduled.

Management of Shift Supervisor performance in cash handling.
- Serenity will evaluate the Daily Records Book daily and have coaching conversations and documentation in a timely manner.

Performance Management of partners treating customers with respect.
- Daily coaching conversations with partners around Green Apron Behaviors.
- Review conversations/connections with team daily.

Cleanliness/Operations of store:  Brought to attention on many occasions.
- Hold partners accountable daily to Duty Roster completeness.
- Hold SS accountable daily to FOH standards
- Re-visit cleanliness/general expectations of Bathroom Attendant and hold accountable.
- Utilize shifts to hold baristas accountable.
- Daily Values Walks

On review, was a needs improvement in Leadership.
Opportunity from review:  To raise personal sense of urgency regarding operational execution and presentation to raise the level of service, customer experience, and store success.

Partner Signature _Serenity Marshall_   Date _11/25/08_

Manager Signature _[signature]_   Date _11 25 /08_

Gurtov - 9




Gurtov - 10

Creating the environment:  Develops a positive, respectful, productive, and professional work environment.

Derailer:  Allows discriminatory or inappropriate behavior to exist in the workplace

How could she have handled things differently with ~~Jessica and Chris's~~ closings? ........rather than move Felicia to another daypart.

*what do I want her to do?*
*I want her to do = bullet point* ~~what~~
*Respect + Dignity ~ perhaps repeat of closing*
*pop/in visits*

Telling SS Chris that she didn't trust him.  What performance management could have happened in that place?

*Management of SS performance in Cash handling (what do I want her to do)*

Cash Management Log not being filled out appropriately:  ~~Chris, Leedel, Nadine.~~ ........partners not being held accountable until I am involved.

*Serenity is to deal daily*

~~Shift Supervisors:~~  Treating customer disrespectfully, customer complaints. ..........shift meeting/partner meeting post customer voice results.

*partner*

Cleanliness of store:  Brought to attention on many occasions .........becoming cleaner now, but not consistent. ..........Nicole's visits.

*Timely Manner*
*- cash conversations w/Leedel*
*Be very directive*
*Leadership w/ Bathroom Attendant*

On review, was a needs improvement in Leadership. Opportunity from review:  To raise personal sense of urgency regarding operational execution and presentation to raise the level of service, customer experience, and store success. Not holding partners accountable to higher standard in past
Having partners now fill out statements and sign, but is your action consistent with message? Evening pop ups on closes to see what is happening, it's already been brought to our attention that closes are not good shifts to work on? Customer Voice results dropping to 22% overall satisfaction. Consistent Weekly customer complaints.

*conversations w/Nadine*
*Should not have gone into conversation*

*Motivate partners to be successful w/out as much direction from DM*

*Do not know pre-conversation w/Chris what the reason be the average no*

Serenity and I had a conversation regarding the above bullet points on Tuesday, November 25th, 2008.

Partner Signature_____  Date_____

Manager Signature_____  Date_____

*Cleanliness / Store Operation*
*Multiple conversations*
*About store hours sign = signage in large window*
*walk-offs not = Need to continuously followup to see results.*

## PERFORMANCE REVIEW FOR STORE MANAGER

| | | | |
|---|---|---|---|
| **Partner Name:** | Serenity Marshall | **Date Current Review Administered:** | 9/18/2008 |
| **Partner Number:** | 1088330 | **Effective Date of Current Review:** | 9/29/2008 |
| **Department:** | 847 | **Time in Position:** | 33 month |
| **Supervisor's Name:** | Michael Nicodemus | | |

### Performance Ratings

**3 - (CE) Consistently Exceeds Expectations (2.6 - 3.0):** Performance and contributions consistently exceed the performance objectives of the position.

**2 - (ME) Meets Expectations (1.6 - 2.5):** Performance and contributions meet the performance objectives of the position.

**1 - (NI) Needs Improvement (1.0 - 1.5):** Performance and contributions do not meet the performance objectives of the position.

| KEY RESPONSIBILITIES | Rating 1-3 |
|---|---|
| **Leadership:** Trains and holds partners accountable for delivering legendary customer service. Provides appropriate coaching and direction to achieve operational goals. Drives implementation of company programs through partners. Reviews store environment/business indicators to identify and solve problems. Demonstrates a calm exterior presence during periods of high volume/unusual events. | 1 |
| **Planning/Execution:** Communicates clearly, concisely, and accurately to ensure effective store operations. Effectively manages staffing levels to achieve and maintain store operational requirements. | 2 |
| **Business Requirements:** Proactively analyzes financial reports to identify and address any trends or issues in store performance. Understands and uses all operational tools to achieve operational excellence, including ALS, status reports, QBRs, cash and inventory management. Solicits customer feedback to understand customer and community needs. | 2 |
| **Partner Development & Team Building:** Challenges and inspires partners to achieve business results. Develops and maintains positive relationships with store team. Regularly assesses performance, provides feedback, and sets challenging goals to improve partner performance. Appropriately recognizes individual and team accomplishments. | 2 |

| OTHER MEASURES | |
|---|---|
| | |
| | |
| | |

| STARBUCKS CORE COMPETENCIES | |
|---|---|
| Developing for the Future - Continuously fosters the development of partners for current role or future role. | 2 |
| Achieving Measurable Results - Consistently exceeds goals, dedicated to exceeding the expectations of internal and external customers. | 2 |
| Personal Learning - Takes personal responsibility for the continuous learning of new knowledge, skills and experiences. | 2 |
| Planning and Organizing - Establishing courses of action for self and others to ensure that work is completed efficiently. | 2 |
| Leadership Courage - Willing to take a managed risk to drive the business forward. | 2 |

| **Significant Accomplishments:** | **Overall Rating** |
|---|---|
| Success in developing Carla to ASM and supporting Leedel's PIP. Improved performance in customer voice metrics and consistent response rate above 30. Success in promotional contests such as the whole bean, espresso excellence, daily brew, and Vivanno. 5th highest Ecosure cleanliness score in Area 82. 90 day turnover below 30%. Financial management in regards to food inventory control. Scored a 97% on the Daily Records Book section of the PNAP audit. | 1.9 |

**Performance Improvement Opportunities in Current Role:**

Continue to set direction and inspire your team to exceed a 90% on Ecosure audit and have consistent café cleanliness. Inspiring partners to see more of a future with Starbucks to reduce barista turnover of 166%. To continue to raise hiring practices to hire for future leaders and continue consistently holding partners to policy and procedure. To raise personal sense of urgency regarding operational execution and presentation to raise the level of service, customer experience, and store success. Could show more creativity and proactivity in finding ways to drive sales when coming just short of sales targets.

**Signatures and Dates:**

| Manager's Signature | Date | Partner's Signature | Date |
|---|---|---|---|
| | 9/18/08 | | 9/18/08 |

\* Partner's signature indicates this review has been discussed and does not necessarily indicate the partner's agreement with the contents.



Gurtov - 11

STAR_MARSHALL0000183



# PERFORMANCE EXPECTATIONS & RESULTS – Non Retail and Field Leadership

| Partner Name: Serenity Marshall | Position Title: Store Manager |
|---|---|
| Partner Number: 108 8330 | Fiscal Year Date: 09/18/09 |

## Q1: What's Important and Where to Focus (for partners new in position, complete within first month of hire) — Date Completed:

*List the targeted results, goals and accountabilities to be achieved in order to be effective in your job. Reference the Core Competencies on the back of this form for determining how to achieve goals and accountabilities.*

**Goal 1: Increase our brewed coffee sales by 50%**
- All partners at 90 days are able to describe coffee origin, distinction between coffees and conduct legendary coffee tasting's
- We will measure success by increasing our Brewed Coffee Sales
- We will maximize the sales potential of our Coffee Traveler Sales with a goal of every store selling at least one each day

**Goal 2: Reduce overall barista turnover by 20%**
- Our promise is that NO SHIFT WILL RUN SHORT
- Our goal is to create great partners environments such that it results in no more than 1 partner per month choosing to leave
- District Managers are committed to engaging and connecting all new partners within their first 7 days of joining Starbucks
- We have a strong commitment to our partners ongoing training and development such that we have a robust pipeline of talent to take on next level challenges at all levels

**Goal 3: Increase overall satisfaction by 10% and/or achieve goal of 75%**
- We will provide a world class experience to our guests by providing front of the house leadership, ensuring we are 100% staffed with legendary partners in stores that are immaculately clean
  - This will be measured through...
    - Eco Sure scores with a goal of 90% or better
    - Customer Voice Overall Satisfaction, Cleanliness and Speed scores achieving a minimum goal of 75%.
    - Respondents meet or exceed 30 per store, per month
- SM's, DM's and RD's provide servant leadership to their teams while working the busiest days and day parts (peak periods)
  - We create enthusiastically satisfied customers by personally connecting with guests daily

**Goal 4: Deliver a sustainable economic model**
- It is through the tactics and strategies outlined above that we will achieve our sales and contribution targets. This will be our ultimate definition of success.

## Q2 / Q3: Check-in on Progress and Changes — Date Completed:

*Discuss performance to date, key learnings and next steps. Reference the Core Competencies on the back of this form as you explain how they were effectively utilized to achieve goals and accountabilities.*

**Goal 1:** Brewed coffee goal YTD March: $152,762, Actual: $124,260 (-28,502)
Tea goal YTD March: $83,352, Actual: $73,938 (-9,414)
Coffee traveler sales are not sustaining from contest. Not consistently selling at least 1 traveler a day. Whole bean sales are up $941 YTD, however trending down in March, (-$378 to LY). Not all partners have completed their coffee passports/nor conducting legendary coffee tastings.

**Goal 2:** Turn 7 baristas since October '09. Two shift supervisors. Of them, 1 shift and 3 baristas were voluntary.
Continue to develop ASM, Alfred Bernetti, in position to become SM.

**Goal 3:** Ecosure for FY'09: 77.7 vs goal of 90%
Customer Voice Overall Satisfaction: 22, 37, 48, 41, 46, 43. Not making consistent improvement in overall satisfaction.

**Goal 4:** Food UPH: fluctuates between 26-28 vs. LY of 33-36. Bakery Variance in 03/09 was 1.8, YTD is 4.3.
Sandwich Variance in 03/09 was 0.8, YTD is 7.5
(Improvements in markout/variance management have improved, however focus needs to remain on driving profit and growing UPHs By 5% vs. LY)
Cash shortage in March of $286, YTD: $1,183

## Q4: Review Results and Accomplishments — Date Completed:

*Provide examples of the actual performance against goals. Describe the competencies/behaviors that were demonstrated in achieving these results. Reference the competencies on the back page of this form.*

Results attached on Scorecard and P&L.
In regards to changes to goals, the 4 areas critiqued against results are Ecosure, Customer Voice, Turnover and Controllable Contribution.
Ecosure: 77.8, Customer Voice: Overall Satisfaction as of July: 51.4%, YTD: 40.2%, Controllable Contribution: YTD: 43.4 vs target of 43.1.
Turnover:
Serenity has struggled throughout FY '09 to achieve results. In the beginning of the year, Serenity struggled achieving results due to opportunities in competencies across the board: Puts the Customer First, Works well with Others, Leads Courageously, Develops Continuously, Achieves Results. After taking an LOA in April, Serenity has shown improvement in competencies. She is able to see the connection between operations and customer experiences. She has taken risks to drive the business forward and create fast service by adding an additional partner to peak, however continues to wait for direction from DM in certain areas before taking action. She has recently taken on the role to organize interview dates for the team, and has also helped in developing SMs to build interview skills(ie...Samba) She is

Starbucks Confidential – Internal Use Only

Gurtov - 12

STAR_MARSHALL0000206

gaining momentum in building relationships, not only in her store, but also amongst her peers. She has offered help in training peers new hires. She continues to show opportunity is leveraging the strengths of her peers to get things done. Serenity has shown improvement in her leadership style, and articulates clear expectations to store partners of future achievements. She has also been following up with team in an efficient manner to these expectations. She has been working to ensure partners are developing to meet job requirements.
It is essential going into FY '10 that Serenity focuses on the company goals and independently comes up with strategies to achieve these goals. Check and Adjust will be essential in achieving such results.

Accomplishments:  100% Health Department visit.

**Summary of Top Achievements, Strengths and Areas for Development:**

Achievements:  Work with TRUE and involving the district as a team.
       Controllable Contribution YTD is 43.4 vs target of 43.1.
Development Opportunities:
Develops Continuously: Serenity needs to focus on actively seeking work opportunities, job assignments and projects that will increase her skill level, as well as make learning and personal development a priority. She needs to calibrate with partners and peers to create specific, measurable and realistic development plans and independently/continuously build bench strength within her organization to meet talent needs, and take action to promote high performers.
Achieves Results:  Serenity plans and puts action plans in place, however, does not consistently check and adjust. She will continue to drive initial plan, even when it is not yielding the results she is looking for.
Leading Courageously:  Serenity needs to focus on taking calculated risks to achieve results, and coming up with plans independently. I would also like to see her solicit feedback from team to come up with creative solutions to challenges.
Works Well with Others:  Adjust delivery style to fit the message and audience and inspire both partners and peers.
Puts Customers First:  Integrate customer trends and market/industry knowledge into future strategies and approach to customer service.

| OVERALL RATING: | Meets Expectations | | Manager provides an overall rating at left based on performance against goals, accountabilities, and the use of competencies in achieving results |
|---|---|---|---|
| **Must Improve** | **Meets Expectations** | **Above Expectations** | **Consistently Exceeds** |
| Achievement of goals and key accountabilities is below expectations<br><br>* MI rating requires Performance Improvement Plan | Achieves all or the majority of goals and key accountabilities | Consistently meets and often exceeds in achieving goals and key accountabilities | Consistently exceeds in achieving goals and key accountabilities; pushes the organization to the next level and inspires others to excel |

_Serenity Marshall_  9/18/09        _[signature]_       9/18/09
Partner Signature         Date            Manager Signature        Date
_Partner's signature indicates this review has been discussed and does not necessarily indicate the partner's agreement with its contents_

## PERFORMANCE COMPETENCIES & DEVELOPMENT PLAN

**CORE COMPETENCIES FOR ALL PARTNERS:**

**Puts the Customer First:** Has a relentless focus on the customer. Understands what the customer wants and how to best deliver the experience.

**Works Well with Others:** Listens and communicates well with others within and outside of Starbucks. Creates a team environment that is positive and productive.

**Leads Courageously:** Takes personal responsibility to do the right thing, and persists in times of challenge or uncertainty. Adapts quickly to change and makes timely, thoughtful decisions.

**Develops Continuously:** Continuously seek opportunities to improve self and others. Leads with trust, honesty and commitment to hire, coach and develop partners to achieve their potential.

**Achieves Results:** Understands what drives overall business success and is accountable to prioritize and deliver quality results. Demonstrates knowledge of core products and processes to get results. Anticipates obstacles and takes action to prevent or minimize their impact.

| DEVELOPMENT PLAN: | Using feedback from recent performance review, create a development plan with the partner. Review progress against the plan at mid-year, but be sure to provide on-going feedback about progress throughout the year. | |
|---|---|---|
| Define skills and competencies for development; identify how success will be measured | | Date Completed: |

STAR_MARSHALL0000207

| | | | |
|---|---|---|---|
| Identify specific activities and experiences to learn and apply new skills/competencies | | | |

| Document progress at mid-year and on-going, as needed | Date: | Date: | Date: |
|---|---|---|---|
| | | | |

Starbucks Confidential – Internal Use Only

STAR_MARSHALL0000208

v. 01.20.09

 **PERFORMANCE EXPECTATIONS & RESULTS – Non Retail and Field Leadership**

| Partner Name: Serenity Marshall | Position Title: Store Manager |
|---|---|
| Partner Number: *1088330* | Fiscal Year Date: 2010 |

**Q1. What's Important and Where to Focus** | Date Completed:

*List the targeted results, goals and accountabilities to be achieved in order to be effective in your job. Reference the core competencies on the back of this form in determining how to achieve goals and accountabilities.*

**Be the Undisputed Coffee Authority**
    **Goal 1:** **Customer Sat.:** Taste of Beverage (% of highly satisfied) 78%
    **Goal 2:** VIA Sales variance to target
**Engage & Inspire our Partners**
    **Goal 3:** **Total Store Turnover** 65% or 10% improvement, measured on a rolling 12-month period
    **Goal 4:** **Barista New Hire Failure Rate:** 20%

**Ignite the emotional attachment with our customers**
    **Goal 5:** **Customer Overall Satisfaction:** 77%
    **Goal 6:** **Friendliness:** 85%
    **Goal 7:** **Speed of Service:** 75%
    **Goal 8:** **QASA overall score:** 90%

**Deliver a sustainable economic model:**
    **Goal 9:** **Sales:** 100% of target
    **Goal 10: Labor:** V2I not greater than 0%
    **Goal 11: Labor:** V2 NC not greater than 0%
    **Goal 12: Profitability:** CC: 100% of target

**Q2 / Q3 Check-in on Progress and Changes** | Date Completed:

*Discuss progress to date, key learnings and next steps. Reference the core competencies on the back of this form as you explain how they were developed/utilized to achieve goals and accountabilities.*

**Be the Undisputed Coffee Authority**
    **Goal 1:** **Customer Sat.:** Taste of Beverage (% of highly satisfied) 78%: 40.4%
    **Goal 2:** VIA Sales variance to target: up $764
**Engage & Inspire our Partners**
    **Goal 3:** **Total Store Turnover** 65% or 10% improvement, measured on a rolling 12-month period : 122.6%
    **Goal 4:** **Barista New Hire Failure Rate:** 20% : 100%

**Ignite the emotional attachment with our customers**
    **Goal 5:** **Customer Overall Satisfaction:** 77%: 40%
    **Goal 6:** **Friendliness:** 85% : 63.6%
    **Goal 7:** **Speed of Service:** 75% : 36.4%
    **Goal 8:** **QASA overall score:** 90% : not shopped yet for this year, however has not shown consistency in QASA standards

**Deliver a sustainable economic model:**
    **Goal 9:** **Sales:** 100% of target: up $110,452 to target, 13.5% comp growth
    **Goal 10: Labor:** V2I not greater than 0%: (0.2%)
    **Goal 11: Labor:** V2 NC not greater than 0%: 0.1%
    **Goal 12: Profitability:** CC: 100% of target: up $90,671, up 6.7% to target

**Other:**
    **Food UPH growth:** up 3.1%- goal of 5% increase
    **Coffee Cadence:** not consistent
    **Development:** promoted Becky Bledsoe to SS
            **MCM:** Nicole Mateulewich, Mari Fetzer, Keri Errico

**Q4 Review Results and Accomplishments** | Date Completed:

*Provide examples of the actual performance against goals. Describe the competencies/behaviors that were demonstrated in achieving these results. Reference the competencies on the back page of this form.*

Gurtov - 13

STAR_MARSHALL0000209

Be the Undisputed Coffee Authority
   Goal 1:  Customer Sat.: Taste of Beverage (% of highly satisfied) 78%:  57%
   Goal 2:  VIA Sales variance to target:  up $198
Engage & Inspire our Partners
   Goal 3:  Total Store Turnover 65% or 10% improvement, measured on a rolling 12-month period :  99.2%
   Goal 4:  Barista New Hire Failure Rate:  20% :  54.5%

Ignite the emotional attachment with our customers
   Goal 5:  Customer Overall Satisfaction: 77%:  72%
   Goal 6:  Friendliness: 85% : 81%
   Goal 7:  Speed of Service: 75% :  69%
   Goal 8:  QASA overall score: 90% : 87.6%
Deliver a sustainable economic model:
   Goal 9:  Sales: 100% of target:  up $245,447 to target, 20.5% comp growth
   Goal 10:  Labor:  V2I not greater than 0%:  0.6%
   Goal 11:  Labor:  V2 NC not greater than 0%:  0.2%
   Goal 12:  Profitability:  CC: 100% of target:  up $182,473, up 5.8% to target

## Summary of Top Achievements, Strengths and Areas for Development

**Puts Customer First: Effective:** Serenity is aware of what creates satisfied customers, knows the key drivers of overall customer satisfaction, and coaches her team on how they contribute to overall store success. Serenity has committed, in the latter half of this year, to consistently model and coach legendary service as well as set clear customer service and coaching expectations to her shift team. Serenity needs to maintain this focus consistently throughout FY'11. I would also like to see her continue to problem solve to achieve greater efficiency, influence customer decisions.

**Works Well with Others: Effective:** Serenity creates an environment where partners feel comfortable and communicates with her team in a clear, concise and sincere manner. She delivers difficult messages with confidence. I would like to see Serenity effectively build and utilize working relationships, both with partners, peers and support to get things done.

**Leads Courageously: Ineffective:** Throughout this past year, Serenity has struggled with leading courageously. She has not consistently made timely and effective decisions, she has pushed decisions upward, she has waited for things to be clearly defined(sometimes even multiple times...ie...cleanliness). She has struggled with helping partners maintain focus during competing priorities.
Serenity has begun to turn around these behaviors over the course of the last quarter, however has not been a significant/consistent change to show full turn around in behaviors. I would like to see Serenity focus on articulating a clear picture of future achievements to her team, as well as clear expectations on how to achieve results(QASA, customer focus expectations of values walks, 10 minute timer/lobby slide routine, VIA...)

**Develops Continuously: Effective:** Serenity has been an MCM multiple times over the course of the past year. She provides ongoing coaching to her team to strengthen performance and adapts her coaching style to meet diverse needs and learning styles. She has also played a role within district to help prep partners for interviews for next level. I would like to see Serenity ensure that she consistently utilizes tools, pdps to calibrate with partners and create specific, measurable and realistic development plans.

**Achieves Results: Ineffective:** Serenity has not consistently utilized plan, do, check, adjust throughout this past year. She has also not consistently held herself or her team accountable to success measures. She has had difficulty root causing/problem solving to remove obstacles for her partners. Again, over the past several months, Serenity has shown a renewed focus and has begun leading her team to be successful against achieving results. This must be the foundation for FY'11. Serenity is not to lose sight of the success she has had over the past few months and move backwards. Areas of continued focus include:  VIA, QASA, Customer Voice, succession planning and turnover, cash over/short.

| OVERALL RATING | Meets Expectations | Manager provides an overall rating level based on performance against goals, accountabilities, and the use of competencies in achieving results. | |
|---|---|---|---|
| **Must Improve** | **Meets Expectations** | **Above Expectations** | **Consistently Exceeds** |
| Achievement of goals and key accountabilities is below expectations<br>* MI rating requires Performance Improvement Plan | Achieves all or the majority of goals and key accountabilities | Consistently meets and often exceeds in achieving goals and key accountabilities | Consistently exceeds in achieving goal and key accountabilities; pushes the organization to the next level and inspires others to excel |

Partner Signature _Serenity Martell_   Date 10/4/10        Manager Signature _[signature]_   Date 10/4/10

Partner's signature indicates this review has been discussed and does not necessarily indicate the partner's agreement with its contents

# PERFORMANCE COMPETENCIES & DEVELOPMENT PLAN

## CORE COMPETENCIES FOR ALL PARTNERS

STAR_MARSHALL0000210

**Puts the Customer First:** Has a relentless focus on the customer. Understands what the customer wants and how to best deliver the experience.

**Works Well with Others:** Listens and communicates well with others within and outside of Starbucks. Creates a team environment that is positive and productive.

**Leads Courageously:** Takes personal responsibility to do the right thing, and persists in times of challenge or uncertainty. Adapts quickly to change and makes timely, thoughtful decisions.

**Develops Continuously:** Continuously seek opportunities to improve self and others. Leads with trust, honesty and commitment to hire, coach and develop partners to achieve their potential.

**Achieves Results:** Understands what drives overall business success and is accountable to prioritize and deliver quality results. Demonstrates knowledge of core products and processes to get results. Anticipates obstacles and takes action to prevent or minimize their impact.

---

**DEVELOPMENT PLAN** *Using feedback from recent performance review, create a development plan with the partner. Review progress against the plan throughout the year. Be sure to provide on-going feedback about progress throughout the year.*

| Define skills and competencies for development. Identify how success will be measured. | Date Completed |
|---|---|

Attain VIA Goal in quarter one

Staff internal succession plan, independent of team.

Improve customer voice metrics by 10 points during the quarter, have action plans completed Tuesday after results are posted...problem solving go see completed prior. Every partner must know action step as well as the three behaviors they are committing to elevate customer experience by the following Friday.

Improve speed of service by 8 points and taste of beverage by 20 points through our beverage repeatable routine

Ensure Quality Assurance/Customer Voice tools are fully executed, Values Walks 3x a day, daily duty roster, NY Top 10 Criticals & weekly quality assurance audits.

Arrive at labor numbers including efficiency at 75% or better. Make investments during am/pm peak to drive business forward. Check and adjust daily.

Cash over/short to be no greater than .05% of sales

| Identify specific activities and experiences to learn and apply new skills/competencies |
|---|

| Document progress at mid-year and on-going as needed. | Date | Date | Date |
|---|---|---|---|

STAR_MARSHALL0000211

**4 POINT PERFORMANCE RATING SCALE**

# PARTNER ACTION NOTICE

Gurtov - 14

(CLICK HERE TO SELECT ACTION) →SELECT ONE

## 1) BASIC INFORMATION: COMPLETE FOR ALL TRANSACTIONS

| PARTNER NUMBER | LAST NAME | FIRST & MIDDLE NAME | | KNOWN AS |
|---|---|---|---|---|
| 1088330 | Marshall | Serenity | | |

| SOCIAL SECURITY/INSURANCE #   Redacted 4674   (New / Rehire Only) | STORE/ DEPT. NAME | STORE/ DEPT. # | STATE/ PROVINCE |
|---|---|---|---|
| | Hudson and King | 11649 | NY |

## 2) PERSONAL INFORMATION: Complete for new hires, rehires and personal data changes

| BIRTHDATE / / | ☐ Single ☐ Married | ☐ Male ☐ Female | Emergency Contact Name Emergency Contact Phone # ( )   - |
|---|---|---|---|

| STREET ADDRESS | | CHANGE NAME TO: |
|---|---|---|
| CITY | STATE/PROVINCE | ZIP/POSTAL CODE | HOME PHONE ( )   - |

## 3) NEW HIRE/REHIRE: (For U.S., Complete & submit I-9 and WOTC forms)

| EFFECTIVE DATE / / | ☐ NEW HIRE  ☐ FULL TIME  ☐ REGULAR ☐ REHIRE  ☐ PART TIME  ☐ TEMPORARY | POSITION NAME | STARTING PAY $ _____ PER ☐ HR ☐ YR |
|---|---|---|---|

| *REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION* → | POSITION # | JOB TITLE | JOB # |
|---|---|---|---|

## 4) MERIT INCREASE: PERFORMANCE REVIEW MUST ALSO BE COMPLETED

| EFFECTIVE DATE / / | ☐ CONSISTENTLY EXCEEDS EXPECTATIONS ☐ ABOVE EXPECTATIONS ☐ MEETS EXPECTATIONS ☐ MUST IMPROVE | ASSISTANT MANAGERS AND PLANT HOURLY: OVERALL NUMERIC RATING_____ | FROM $_____ PER ☐HR ☐ YR TO  $_____ PER ☐ HR ☐ YR |
|---|---|---|---|

## 5) PROMOTION

| EFFECTIVE DATE / / | TO POSITION NAME | ☐ IN-PLACE PROMOTION ☐ PROMOTE TO VACANT POSITION | STORE/DEPT# | FROM $_____ PER☐HR ☐ YR TO  $_____ PER☐HR ☐ YR |
|---|---|---|---|---|

| *REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION* → | TO POSITION # | JOB TITLE | JOB # |
|---|---|---|---|

## 6) TRANSFER, POSITION AND/OR LOCATION CHANGE

| EFFECTIVE DATE / / | TO POSITION NAME | STORE/DEPT # | FROM $_____ PER☐HR ☐ YR TO  $_____ PER☐HR ☐ YR |
|---|---|---|---|

| *REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION* → | TO POSITION # | JOB TITLE | JOB # |
|---|---|---|---|

## 7) OTHER CHANGE: Please provide comments pertaining to change

| EFFECTIVE DATE / / | COMMENTS | FROM $_____PER ☐HR ☐ YR TO  $_____ PER ☐HR ☐ YR |
|---|---|---|

## 9) EXPATRIATE-INTERNATIONAL ASSIGNMENT

| START DATE / / | EXPECTED RETURN / / | ACTUAL RETURN / / | CITY | COUNTRY |
|---|---|---|---|---|

## 10) SEPARATION: For Store Partners Only: Send store file to Regional Office

| SEPARATION DATE / / | VOLUNTARY SEPARATION Click here \ SELECT REASON Explain "OTHER" here: _____ | INVOLUNTARY SEPARATION Click here \ SELECT REASON Explain "OTHER" here: _____ |
|---|---|---|

ELIGIBLE FOR REHIRE ☐ YES-OTHER POSITION ☐ YES-SAME POSITION ☐ NO-EXPLAIN IN COMMENTS BELOW
I HEREBY AUTHORIZE STARBUCKS COFFEE COMPANY TO DEDUCT $_____ FROM MY FINAL PAYCHECK FOR MONEY I OWE TO STARBUCKS COFFEE COMPANY FOR _____

## 11) BONUS: (For referral bonus, provide name and partner number of referred partner in Section 12 below-Comments field.)

BONUS TYPE: Click here \ MCM BONUS       BONUS AMOUNT: $400.00       CHARGE TO COST CTR:

## 12) APPROVALS & COMMENTS: Please check the Pay Notebook for approval guidelines

| MANAGER NAME Jennifer Gurtov | MANAGER TITLE District Manager | MANAGER PARTNER #282805 | DATE 10/29/10 |
|---|---|---|---|
| MANAGER NAME | MANAGER TITLE | MANAGER PARTNER # | DATE |
| PARTNER RESOURCES NAME Nancy Murgalo | PARTNER RESOURCES TITLE Partner Resources Manager | PARTNER RESOURCES PARTNER #209193 | DATE 10/29/10 |

COMMENTS: RMT: Asif Sial, partner number: 1700408, currently working in Store 7575.

NOV 0 1 2010

Updated   1/27/2009

## 4 POINT PERFORMANCE RATING SCALE
# PARTNER ACTION NOTICE

(CLICK HERE TO SELECT ACTION) →BONUS (Secs. 1, 11, 12)

### 1) BASIC INFORMATION: COMPLETE FOR ALL TRANSACTIONS

| PARTNER NUMBER 1088330 | LAST NAME Marshall | | FIRST & MIDDLE NAME Serenity | | KNOWN AS |
|---|---|---|---|---|---|
| SOCIAL SECURITY/INSURANCE # - - (New / Rehire Only) | STORE/ DEPT. NAME Hudson and King | STORE/ DEPT. # 11649 | | STATE/ PROVINCE NY | |

### 2) PERSONAL INFORMATION: Complete for new hires, rehires and personal data changes

| BIRTHDATE / / | ☐ Single ☐ Married | ☐ Male ☐ Female | Emergency Contact Name Emergency Contact Phone # ( ) - |
|---|---|---|---|
| STREET ADDRESS | | | CHANGE NAME TO: |
| CITY | STATE/PROVINCE | ZIP/POSTAL CODE | HOME PHONE ( ) - |

### 3) NEW HIRE/REHIRE: (For U.S., Complete & submit I-9 and WOTC forms)

| EFFECTIVE DATE / / | ☐ NEW HIRE ☐ FULL TIME ☐ REGULAR ☐ REHIRE ☐ PART TIME ☐ TEMPORARY | POSITION NAME | STARTING PAY $ ____ PER ☐ HR ☐ YR |
|---|---|---|---|
| *REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION* → | POSITION # | JOB TITLE | JOB # |

### 4) MERIT INCREASE: PERFORMANCE REVIEW MUST ALSO BE COMPLETED

| EFFECTIVE DATE / / | ☐ CONSISTENTLY EXCEEDS EXPECTATIONS ☐ ABOVE EXPECTATIONS ☐ MEETS EXPECTATIONS ☐ MUST IMPROVE | ASSISTANT MANAGERS AND PLANT HOURLY: OVERALL NUMERIC RATING____ | FROM $____ PER ☐HR ☐ YR TO $____ PER ☐ HR ☐ YR |
|---|---|---|---|

### 5) PROMOTION

| EFFECTIVE DATE / / | TO POSITION NAME | ☐ IN-PLACE PROMOTION ☐ PROMOTE TO VACANT POSITION | STORE/DEPT# | FROM $ ____ PER ☐HR ☐ YR TO $____ PER ☐HR ☐ YR |
|---|---|---|---|---|
| *REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION* → | TO POSITION # | | JOB TITLE | JOB # |

### 6) TRANSFER, POSITION AND/OR LOCATION CHANGE

| EFFECTIVE DATE / / | TO POSITION NAME | STORE/DEPT # | FROM $ ____ PER ☐HR ☐ YR TO $____ PER ☐HR ☐ YR |
|---|---|---|---|
| *REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION* → | TO POSITION # | JOB TITLE | JOB # |

### 7) OTHER CHANGE: Please provide comments pertaining to change

| EFFECTIVE DATE / / | COMMENTS | FROM $ ____ PER ☐HR ☐ YR TO $ ____ PER ☐HR ☐ YR |
|---|---|---|

### 9) EXPATRIATE-INTERNATIONAL ASSIGNMENT

| START DATE / / | EXPECTED RETURN / / | ACTUAL RETURN / / | CITY | COUNTRY |
|---|---|---|---|---|

### 10) SEPARATION: For Store Partners Only: Send store file to Regional Office

| SEPARATION DATE | VOLUNTARY SEPARATION Click here \ SELECT REASON Explain "OTHER" here: | INVOLUNTARY SEPARATION Click here \ SELECT REASON Explain "OTHER" here: |
|---|---|---|

ELIGIBLE FOR REHIRE ☐ YES-OTHER POSITION ☐ YES-SAME POSITION ☐ NO-EXPLAIN IN COMMENTS BELOW

I HEREBY AUTHORIZE STARBUCKS COFFEE COMPANY TO DEDUCT $ ____ FROM MY FINAL PAYCHECK FOR MONEY I OWE TO STARBUCKS COFFEE COMPANY FOR ____

### 11) BONUS: (For referral bonus, provide name and partner number of referred partner in Section 12 below-Comments field.)

BONUS TYPE: Click here \ MCM BONUS          BONUS AMOUNT: $200.00          CHARGE TO COST CTR: 3540

### 12) APPROVALS & COMMENTS: Please check the Pay Notebook for approval guidelines

| MANAGER NAME Jennifer Gurtov | MANAGER TITLE District Manager | MANAGER PARTNER #282805 | DATE 04/26/10 |
|---|---|---|---|
| MANAGER NAME | MANAGER TITLE | MANAGER PARTNER # | DATE / / |
| PARTNER RESOURCES NAME Nancy Murgalo | PARTNER RESOURCES TITLE PArtner Resources Manager | PARTNER RESOURCES PARTNER #209193 | DATE 4/27/10 |

COMMENTS: RMT: Mari Fetzer, partner number: 1680587

APR 2 9 2010

Updated   1/27/2009

STAR_MARSHALL0000201

## 4 POINT PERFORMANCE RATING SCALE
# PARTNER ACTION NOTICE

(CLICK HERE TO SELECT ACTION) ➔ BONUS (Secs. 1, 11, 12)

### 1) BASIC INFORMATION: COMPLETE FOR ALL TRANSACTIONS

| PARTNER NUMBER 1088330 | LAST NAME Marshall | | FIRST & MIDDLE NAME Serenity | KNOWN AS |
|---|---|---|---|---|
| SOCIAL SECURITY/INSURANCE #<br> - -   (New / Rehire Only) | STORE/ DEPT. NAME Hudson and King | STORE/ DEPT. # 11649 | STATE/ PROVINCE NY | |

### 2) PERSONAL INFORMATION: Complete for new hires, rehires and personal data changes

| BIRTHDATE / / | ☐ Single<br>☐ Married | ☐ Male<br>☐ Female | Emergency Contact Name<br>Emergency Contact Phone # ( ) - |
|---|---|---|---|

STREET ADDRESS                                              CHANGE NAME TO:

| CITY | STATE/PROVINCE | ZIP/POSTAL CODE | HOME PHONE ( ) - |
|---|---|---|---|

### 3) NEW HIRE/REHIRE: (For U.S., Complete & submit I-9 and WOTC forms)

| EFFECTIVE DATE / / | ☐ NEW HIRE  ☐ FULL TIME  ☐ REGULAR<br>☐ REHIRE  ☐ PART TIME  ☐ TEMPORARY | POSITION NAME | STARTING PAY<br>$ _____ PER ☐ HR ☐ YR |
|---|---|---|---|
| *REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION* ➔ | POSITION # | JOB TITLE | JOB # |

### 4) MERIT INCREASE: PERFORMANCE REVIEW MUST ALSO BE COMPLETED

| EFFECTIVE DATE / / | ☐ CONSISTENTLY EXCEEDS EXPECTATIONS<br>☐ ABOVE EXPECTATIONS<br>☐ MEETS EXPECTATIONS<br>☐ MUST IMPROVE | ASSISTANT MANAGERS AND PLANT HOURLY:<br>OVERALL NUMERIC RATING_____ | FROM $_____ PER ☐HR ☐ YR<br>TO    $_____ PER ☐ HR ☐ YR |
|---|---|---|---|

### 5) PROMOTION

| EFFECTIVE DATE / / | TO POSITION NAME | ☐ IN-PLACE PROMOTION<br>☐ PROMOTE TO VACANT POSITION | STORE/DEPT# | FROM $ _____PER ☐HR ☐ YR<br>TO    $_____ PER ☐HR ☐ YR |
|---|---|---|---|---|
| *REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION* ➔ | TO POSITION # | | JOB TITLE | JOB # |

### 6) TRANSFER, POSITION AND/OR LOCATION CHANGE

| EFFECTIVE DATE / / | TO POSITION NAME | STORE/DEPT # | FROM $ _____PER ☐HR ☐ YR<br>TO    $_____ PER ☐HR ☐ YR |
|---|---|---|---|
| *REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION* ➔ | TO POSITION # | JOB TITLE | JOB # |

### 7) OTHER CHANGE: Please provide comments pertaining to change

| EFFECTIVE DATE / / | COMMENTS | FROM $ _____ PER ☐ HR ☐ YR<br>TO    $ _____ PER ☐HR ☐ YR |
|---|---|---|

### 9) EXPATRIATE-INTERNATIONAL ASSIGNMENT

| START DATE / / | EXPECTED RETURN / / | ACTUAL RETURN / / | CITY | COUNTRY |
|---|---|---|---|---|

### 10) SEPARATION: For Store Partners Only: Send store file to Regional Office

| SEPARATION DATE / / | VOLUNTARY SEPARATION<br>Click here \ SELECT REASON<br>Explain "OTHER" here: | INVOLUNTARY SEPARATION<br>Click here \ SELECT REASON<br>Explain "OTHER" here: |
|---|---|---|

ELIGIBLE FOR REHIRE ☐ YES-OTHER POSITION  ☐ YES-SAME POSITION  ☐ NO-EXPLAIN IN COMMENTS BELOW
I HEREBY AUTHORIZE STARBUCKS COFFEE COMPANY TO DEDUCT $ _____ FROM MY FINAL PAYCHECK FOR MONEY I OWE TO STARBUCKS COFFEE COMPANY FOR _____

### 11) BONUS: (For referral bonus, provide name and partner number of referred partner in Section 12 below-Comments field.)

BONUS TYPE: Click here \ MCM BONUS        BONUS AMOUNT: $200.00        CHARGE TO COST CTR: 3540

### 12) APPROVALS & COMMENTS: Please check the Pay Notebook for approval guidelines

| MANAGER NAME Jennifer Gurtov | MANAGER TITLE District Manager | MANAGER PARTNER #282805 | DATE 04/26/10 |
|---|---|---|---|
| MANAGER NAME | MANAGER TITLE | MANAGER PARTNER # | DATE / / |
| PARTNER RESOURCES NAME Nancy Murgalo | PARTNER RESOURCES TITLE Partner Resources Manager | PARTNER RESOURCES PARTNER #209193 | DATE 4/27/10 |

COMMENTS: RMT: Keri Errico, partner number: 1684549

APR 2 9 2010

Updated  1/27/2009

# PARTNER ACTION NOTICE

(CLICK HERE TO SELECT ACTION) ➔SELECT ONE

## 1) BASIC INFORMATION: COMPLETE FOR ALL TRANSACTIONS

| PARTNER NUMBER | LAST NAME | FIRST & MIDDLE NAME | KNOWN AS |
|---|---|---|---|
| 1088330 | Marshall | Serenity | |

| SOCIAL SECURITY/INSURANCE # | STORE/ DEPT. NAME | STORE/ DEPT. # | STATE/ PROVINCE |
|---|---|---|---|
| Redacted4674 | 6th and Waverly | 847 | NY |

## 2) PERSONAL INFORMATION: Complete for new hires, rehires and personal data changes

| BIRTHDATE / / | ☐ Single ☐ Married | ☐ Male ☐ Female | Emergency Contact Name Emergency Contact Phone # (   )     - |
|---|---|---|---|

| STREET ADDRESS | | CHANGE NAME TO: |
|---|---|---|

| CITY | STATE/PROVINCE | ZIP/POSTAL CODE | HOME PHONE (   )    - |
|---|---|---|---|

## 3) NEW HIRE/REHIRE: (For U.S., Complete & submit I-9 and WOTC forms)

| EFFECTIVE DATE / / | ☐ NEW HIRE  ☐ FULL TIME  ☐ REGULAR ✓ ☐ REHIRE  ☐ PART TIME  ☐ TEMPORARY | POSITION NAME | STARTING PAY $ ____ PER ☐ HR ☐ YR |
|---|---|---|---|

| REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION ➔ | POSITION # | JOB TITLE | JOB # |
|---|---|---|---|

## 4) MERIT INCREASE: PERFORMANCE REVIEW MUST ALSO BE COMPLETED

| EFFECTIVE DATE / / | ☐ CONSISTENTLY EXCEEDS EXPECTATIONS ☐ MEETS EXPECTATIONS ☐ NEEDS IMPROVEMENT (Next review due in 90 days) | FROM $____ PER ☐HR ☐ YR TO  $____ PER ☐ HR ☐ YR |
|---|---|---|

## 5) PROMOTION

| EFFECTIVE DATE / / | TO POSITION NAME | ☐ IN-PLACE PROMOTION ☐ PROMOTE TO VACANT POSITION | STORE/DEPT# | FROM $____PER ☐HR ☐ YR TO   $____ PER ☐HR ☐ YR |
|---|---|---|---|---|

| REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION ➔ | TO POSITION # | JOB TITLE | JOB # |
|---|---|---|---|

## 6) TRANSFER, POSITION AND/OR LOCATION CHANGE

| EFFECTIVE DATE / / | TO POSITION NAME | STORE/DEPT # | FROM $ ____PER ☐HR ☐ YR TO   $____ PER ☐HR ☐ YR |
|---|---|---|---|

| REGIONAL OFFICES AND SSC ALSO COMPLETE THIS SECTION ➔ | TO POSITION # | JOB TITLE | JOB # |
|---|---|---|---|

## 7) OTHER CHANGE: Please provide comments pertaining to change

| EFFECTIVE DATE / / | COMMENTS | FROM $ ____PER ☐HR ☐ YR TO   $____ PER ☐HR ☐ YR |
|---|---|---|

## 9) EXPATRIATE-INTERNATIONAL ASSIGNMENT

| START DATE / / | EXPECTED RETURN / / | ACTUAL RETURN / / | CITY | COUNTRY |
|---|---|---|---|---|

## 10) SEPARATION: For Store Partners Only: Send store file to Regional Office

| SEPARATION DATE | VOLUNTARY SEPARATION Click here ↘ SELECT REASON Explain "OTHER" here: ____ | INVOLUNTARY SEPARATION Click here ↘ SELECT REASON Explain "OTHER" here: ____ |
|---|---|---|

ELIGIBLE FOR REHIRE ☐ YES-OTHER POSITION ☐ YES-SAME POSITION ☐ NO-EXPLAIN IN COMMENTS BELOW
I HEREBY AUTHORIZE STARBUCKS COFFEE COMPANY TO DEDUCT $     FROM MY FINAL PAYCHECK FOR MONEY I OWE TO STARBUCKS COFFEE COMPANY FOR ____

## 11) BONUS: (For referral bonus, provide name and partner number of referred partner in Section 12 below-Comments field.)

BONUS TYPE: Click here ↘ MCM BONUS       BONUS AMOUNT: $400.00

## 12) APPROVALS & COMMENTS: Please check the Pay Notebook for approval guidelines

| MANAGER NAME Jennifer Gurtov | MANAGER TITLE District Manager | MANAGER PARTNER #282805 | DATE 01/05/0 |
|---|---|---|---|
| MANAGER NAME | MANAGER TITLE | MANAGER PARTNER # | DATE / / |
| PARTNER RESOURCES NAME | PARTNER RESOURCES TITLE | PARTNER RESOURCES PARTNER # | DATE / / |

COMMENTS:

JAN 1 2 2009

Updated  2/15/2007

## PSS Case Information

| | |
|---|---|
| ID | 9001166 |
| Description | DM: Separtion consultation - Attorney client privilege |
| Assigned To | TPizarro |
| Categorization | PRSC General HR Questions/Policy -> Separation Consultation |
| Status | Closed |
| Priority | High - B |
| Activity | |
| Keyword | |
| Recall | |
| Reminder | ☐ |

## Details

| | |
|---|---|
| *Off Cycle Payment | No |
| *Payroll Area | NY (NY,CT,RI,PASQUA (NY)) |
| *State / Province | New York |
| *Type of Action | Action Request |
| Due Date | 01/10/2011 |
| *Store / Cost Center # | 11649 |

## Resolution Codes

| | |
|---|---|
| Resolution 1 | Completed |

## Customer Information

| | |
|---|---|
| ID | 1088330 |
| Customer | Serenity Marshall |

## Contact Information

Contact: Jennifer Anne Gurtov
Partner #: 282805
Store #: 390830
Phone:
Fax:
Company:
Title:
Dept:
Email:
Address:

Gurtov - 15

## Notes

⊟**** Entered By: Tina Pizarro @ 03/02/2011 04:46 PM ****

*Redacted*

STAR_MARSHALL0000222



−**** Entered By: Tina Pizarro @ 02/21/2011 10:49 AM ****

−**** Entered By: Tina Pizarro @ 02/16/2011 03:47 PM ****

−**** Entered By: Tina Pizarro @ 02/15/2011 12:39 PM ****

−**** Entered By: Tina Pizarro @ 02/08/2011 09:51 AM ****

−**** Entered By: Tina Pizarro @ 01/25/2011 09:15 AM ****

STAR_MARSHALL0000223



⊟**** Entered By: Tina Pizarro @ 01/10/2011 12:37 PM ****

LVM for Jennifer
on vm, I let Jennifer know that it appears the SM violated our policy under section 11 of the partner guide and has a case of serious misconduct that can result in immediate termination, "falsification or misrepresentation of any company document", I asked Jennifer to let me know if any money was missing and any other details that werent captured here, I let her know from the notes it appears the SM does admit to the situation and I agree with the consequence of separation, but would like to discuss further and provided number.

⊟**** Entered By: Stephen Somers @ 01/06/2011 10:51 AM ****

Caller Name:  Jennifer Anne Gurtov
Phone Number: 917-975-1331
SSN Verified (Y/N):  yes
Caller Position:   DM
----------------------

SM wants separation consultation for SM issues for cash handling issues

1. DM came in for store tour/eval on 12/22

2. DM noted that deposit records for 12/21 deposit were falsified

3. DM stated paperwork filledout stating deposit was given to bank, but there was no reciept from bank confirming deposit

4. DM found several deposits in safe that have not been deposited with bank

5. SM stated reason for falisifying deposit information is they were having trouble getting time off floor to complete deposit before bank closed, so they would complete the deposit information showing deposit was made even though deposit was not brough to the bank, SM stated they did not want to get in trouble for not making deposits daily

STAR_MARSHALL0000224

6. DM stated had recently separated another SM for same reason and had another SM having same issues of making sure bank deposits are done daily.  Stated recently reset district expectations to ensure deposits are done daily

7. past history with SM over 2 1/2 years, performance has never been consistent (between very poor to very good performance)

8. CA history

02/18/09 - not creating a great working environment, not meeting cleaniess standards, not providing clear direction to team
03/15/10 -  for same reasons - not creating a great working environment, not meeting cleaniess standards, not providing clear direction to team

no CA - but coaching coversation around 2009 near prior to 02//18/2009 CA
for not managing team from cash handling perspective, not evaluating daily records book and coaching team in a timely manner

9.
recent performance review - issues under lead couragously
not consistently desicion making
not meeting cleaniness statndards
not holding team accountable

10. DM seeking separation consultation, stated has documents of CA and performance reviews if needs to send in additional documentation

0-2 bd tat

STAR_MARSHALL0000225

| | |
|---|---|
| **From:** | Nancy Murgalo |
| **To:** | Jen Gurtov |
| **Sent:** | 1/12/2011 12:11:22 PM |
| **Subject:** | RE: Serenity Marshall |

Hi Jen — I concur with Tina and, with the support of legal, I would agree with separation.  It's consistent with what we have done in the past.

*Nancy*

**From:** Jen Gurtov
**Sent:** Wednesday, January 12, 2011 12:05 PM
**To:** Nancy Murgalo
**Subject:** Serenity Marshall

Hi Nancy-

So I heard back from Partner Resources Contact Center.  Tina Pizarro, a representative there, supports separation of Serenity's employment with Starbucks for her admitted falsification of company documents(in this case the Daily Records Book) as well for continuously not depositing deposits into the bank daily.   For the first point, Serenity admitted to filling out the Daily Records Book to show that a deposit was completed in the store and brought to the bank, when in truth the money had not been counted yet, all drop bags were still in the safe.  Serenity also admitted to several times in the month of November holding onto several deposits in the store(not making deposits to the bank daily) and bringing up to 3 deposits to the bank at a time.  Serenity knew these actions were against Starbucks cash handling policies, but said she made these decisions because she wasn't able to get off of the floor to complete deposits.

I am sending Tina an email stating specifically the conversation I had with Serenity on her development day and am also faxing all past corrective actions and performance reviews by the end of this week.  She is planning on bringing this case to the legal department, she thinks they will support Serenity's separation immediately even though she has initiated her LOA.

Nancy, I just wanted to grab your thoughts on the above as well as your recommendation so I can share with Victor.

*Jennifer Gurtov*
District Manager Starbucks Coffee Company 917.975.1331



Gurtov - 16

STAR_MARSHALL0001662

# Jen Gurtov

| | |
|---|---|
| **From:** | Tina Pizarro |
| **Sent:** | Tuesday, January 18, 2011 10:20 AM |
| **To:** | Jen Gurtov |
| **Subject:** | RE: Serenity Marshall |



Gurtov - 17

**Redacted**

*Regards,*
*Tina Pizarro, PHR*
*partner relations associate. PRSC*
*Starbucks Coffee Company*
*817-431-8838*

**From:** Jen Gurtov
**Sent:** Thursday, January 13, 2011 5:45 PM
**To:** Tina Pizarro
**Cc:** Nancy Murgalo; Victor Heutz; Jen Gurtov
**Subject:** Serenity Marshall

Hi Tina,

On December 22nd, 2010, I had spent a development day with Serenity Marshall, SM of store 11649. In reviewing her Daily Record's Book, I began to notice many discrepancies. The dates of the bank statements did not match the dates the deposits were completed. I asked Serenity why there were so many discrepancies and she said she was not able to complete the deposit daily. I asked her what Starbuck's policy was in reference to bringing deposits to the bank and she stated that it was policy to process deposits daily and bring them to the bank daily. I asked her why she had broken policy and she said she was not able to make it off of the floor daily to process the deposits.

I then began looking at the deposit that was supposed to be completed the day prior on 12/21. The deposit section was filled in by Serenity, she had signed off that she had brought the deposit to the bank, however there was not a printed bank slip attached. I asked her where the receipt was. She said she must have misplaced it and began going through a pile of slips looking for it. I asked her if she was sure she brought that deposit to the bank and she said yes. I then said, well then let's go to the bank to retrieve the slip. She paused and then said that she had lied and did not bring the deposit to the bank, she had not even yet processed it. I asked her why she lied and falsified the information in the Daily Record's Book and she said she was nervous she would get in trouble for not processing the deposit the day prior. The deposit bags for that deposit were still in the safe.

I then asked to see her log for the month of November. This log was in worse condition than December's. She had not even filled out the deposit section daily. There were also numerous occasions in which she did not even fill out safe counts. She has also been falsely documenting the deposit section in the Daily Record's Book on many occasions. She has filled in that her shift supervisors had brought the deposit to the bank on certain days when in truth she herself had brought the deposit to the bank the day after.

I have her November cash log for review with numerous instances of this behavior of falsifying documentation.

I would like to proceed with separating Serenity's employment with Starbucks for her admitted falsification of company documents(in this case the Daily Records Book) as well for continuously not depositing deposits into the bank daily.

3/1/2011

| | |
|---|---|
| **From:** | Jen Gurtov |
| **To:** | Nancy Murgalo |
| **CC:** | Victor Heutz |
| **Sent:** | 2/28/2011 10:18:23 AM |
| **Subject:** | RE: Serenity Marshall |



Yes, she's meeting me in the office tomorrow morning at 8am.  I will be delivering a separation conversation, Mark will be witness for me.  ████████████ Redacted ████████████  I'll be drafting a separation document for tomorrow's conversation.
Vikki will be stopping by your office today to get the key for Serenity's file.
I will be contacting Leave today to confirm her return for tomorrow.

Am I missing anything?

*Jennifer Gurtov*
District Manager  Starbucks Coffee Company  917.975.1331

---

**From:** Nancy Murgalo
**Sent:** Monday, February 28, 2011 10:12 AM
**To:** Jen Gurtov
**Cc:** Victor Heutz
**Subject:** Serenity Marshall

Hi Jen – Have we made a determination on Serenity?  When is she due back?

**Nancy Murgalo|** Partner Resources Manager| NY Metro office: 212.613.1280 x2205| cell:  203-464-8634





**To:**        Serenity Marshall

**From:**      Jennifer Gurtov

**Cc:**        Nancy Murgalo

**Date:**      03/01/11

**Subject:**   Separation Document


Employee's Name: Serenity Marshall

**Statement of Situation**

This serves as a separation document for Serenity Marshall.  Her employment at Starbucks is being terminated on 03/01/11 for her admitted falsification of the Daily Records Book of Store 11649 as well as for her admitted breaking company policy in regards to bank deposits, in which on numerous occasions throughout the months of November 2010 and December 2010, she did not bring the store's deposits to the bank daily.


_____        _____
Store Manager                    Date

                                 03/01/11
_____        _____
District Manager                 Date

                                 03/01/11



DRB 08959

# OUR STARBUCKS MISSION

## To inspire and nurture the human spirit—
### one person, one cup, and one neighborhood at a time.

Here are the principles of how we live that every day:

### Our Coffee
It has always been, and will always be, about quality.
We're passionate about ethically sourcing the finest coffee beans,
roasting them with great care,
and improving the lives of people who grow them.
We care deeply about all of this; our work is never done.

### Our Partners
We're called partners, because it's not just a job, it's our passion.
Together, we embrace diversity to create a place where each of us can be ourselves.
We always treat each other with respect and dignity.
And we hold each other to that standard.

### Our Customers
When we are fully engaged,
we connect with, laugh with, and uplift the lives of our customers—
even if just for a few moments.
Sure, it starts with the promise of a perfectly made beverage, but our work goes far beyond that.
It's really about human connection.

### Our Stores
When our customers feel this sense of belonging,
our stores become a haven, a break from the worries outside, a place where you can meet with friends.
It's about enjoyment at the speed of life—sometimes slow and savored, sometimes faster.
Always full of humanity.

### Our Neighborhood
Every store is part of a community, and we take our responsibility to be good neighbors seriously.
We want to be invited in wherever we do business. We can be a force for positive action—
bringing together our partners, customers, and the community to contribute every day.
Now we see that our responsibility—and our potential for good—is even larger.
The world is looking to Starbucks to set the new standard, yet again. We will lead.

### Our Shareholders
We know that as we deliver in each of these areas, we enjoy the kind
of success that rewards our shareholders. We are fully accountable to get each of these
elements right so that Starbucks—and everyone it touches—can endure and thrive.

### Onward.



© 2008 Starbucks Coffee Company. All rights reserved.

DRB 08960

# HELPLINE AND EMAIL REFERENCE GUIDE

## STORE OPERATIONS

| | | |
|---|---|---|
| Accounts Payable | APCustomerCare@starbucks.com (888) 796-5282 ext. 20631-84307 | Questions regarding invoices and payment status |
| Enterprise Help Desk (EHD) | (888) 796-5282 ext. 1 | All POS/MWS computer system related issues, IT hardware, software, network, telephone |
| Entertainment Support Desk (ESD) | (888) 796-5282 ext. 1 | For 32" LCD screen, Black Box, "Now Playing" equipment stores |
| Facility Contact Center (FCC) | (877) 728-9349 | Brewing, grinding, Alarm System, Safe, Drive Thru headsets, and building facility issues (i.e. roof leaks, parking lot, landscaping) |
| Inventory | retinv@starbucks.net (888) 796-5282 ext. 20631-88441 | Questions regarding cycle counts, coffee counts, full inventories and P&L inventory adjustments |
| Licenses and Permits | (888) 796-5282 ext. 20631-88705 | Questions regarding licenses or permits |
| Play Network Customer Service | (888) 567-PLAY | Order CDs if necessary for overhead play |
| Promo/Operations Hotline | (888) 796-5282 ext. 50000-51184 option 3 | Requests for promotional materials (Workbook, Siren's Eye, training materials, job aids), Daily Records Books and Duty Roster Notebooks. Questions regarding Siren's Eye, operational issues, products, beverages, or Hear Music. |
| Purolator Shipping Labels | (800) 326-4963 ext. 4240 (CN) | Order preprinted shipping labels for mailpack to the SSC (CN) |
| Retail Accounting | RetAcct@starbucks.net | Questions regarding P&L |
| Sales Audit | SalesAudit@starbucks.net | Questions regarding banking issues and overs/shorts |
| Sales Reporting Hotline | (888) 796-5282 Ext. 20631-87400 | For questions from a landlord or mall office representative requesting store sales information |
| Signage | Preferred: signage@starbucks.net Back up: (888) 796-5282 ext. 20631-84782 | Requests for promotional signage, Drive thru and interior menu inserts, pastry signage, non-SKU'd core signage and POS transaction policy stickers |
| Starbucks North America Voicemail (SNA VM) | (888) 729-5656 | Field and support partner access |

## EMERGENCIES AND SECURITY

| | | |
|---|---|---|
| Emergency Communications | (800) 923-BEAN [2326] ext. 2 | Message board used for unexpected emergencies and information |
| Global Security Operations Center - GSOC | (888) 796-5282 ext. 85400 | Report non-emergency and emergency security incidents |
| Risk Management/Quality Assurance | (888) 796-5282 ext. 3 | Report damage to store property, work-related injuries, and customer incidents |
| Product Quality Hotline | (888) 796-5282 ext. 3, option 3 | Report specific product quality issues |

## PAYROLL AND PARTNER RESOURCES

| | | |
|---|---|---|
| Canadian Benefits Centre | (866) 821-7913 | To enroll or review your Benefit selections and RRSP contribution |
| Employee Assistance Program | (800) 327-5564 (U.S.) (800) 268-5211 (CN) | For assistance with personal issues and services to help balance work and life |
| Partner Contact Center (PCC) | (866) 504-7368 | Questions regarding pay- related issues, reporting partner injuries, benefit inquiries and direct deposit assistance Canada only - contact for personal information and direct deposit changes |
| US Benefits Center | (877) SBUX-BEN [7289-236] | To enroll, review elections, and make changes to Benefits |
| Partner Self Service/My Partner Info | Store Portal | View/update personal information including  direct deposit, sick/vacation time, address, emergency contact, W-4 |

## CORPORATE COMPLIANCE

| | | |
|---|---|---|
| Business Conduct Helpline | (800) 611-7792 (866) 614-0760 – French-speaking partners | One of several ways that partners may ask questions or report concerns regarding Business Code of Conduct |

*The following is the only information that may be provided to customers.*

## CUSTOMER SERVICE

| | | |
|---|---|---|
| Customer Relations | (800) 23-LATTE [52883] | Store locations, donation requests, customer comments and questions, and equipment returns |
| Investor Relations | (888) 796-5282 20631-87118 | Starbucks stock information. |
| Media Relations | (206) 318-7100 | Starbucks media inquiries |
| Starbucks Internet website | Starbucks.com | Company information, Starbucks Card, nutritional information, job postings, etc. |
| Warranty Services | (800) 334-5553 | Home brewing equipment troubleshooting and repair |
| Starbucks Card | (800) 782-7282 | Questions regarding Starbucks Card |

DRB 08961

# FISCAL YEAR 2010

### OCTOBER, PERIOD 1—FY '10
#### 09/28/09–10/25/09

|        | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|--------|-----|-----|-----|-----|-----|-----|-----|
| week 1 | 28  | 29  | 30  | 1   | 2   | 3   | 4   |
| week 2 | 5   | 6   | 7   | 8   | 9   | 10  | 11  |
| week 3 | 12  | 13  | 14  | 15  | 16  | 17  | 18  |
| week 4 | 19  | 20  | 21  | 22  | 23  | 24  | 25  |

### APRIL, PERIOD 7—FY '10
#### 3/29/10–4/25/10

|         | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---------|-----|-----|-----|-----|-----|-----|-----|
| week 27 | 29  | 30  | 31  | 1   | 2   | 3   | 4   |
| week 28 | 5   | 6   | 7   | 8   | 9   | 10  | 11  |
| week 29 | 12  | 13  | 14  | 15  | 16  | 17  | 18  |
| week 30 | 19  | 20  | 21  | 22  | 23  | 24  | 25  |

### NOVEMBER, PERIOD 2—FY '10
#### 10/26/09–11/22/09

|        | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|--------|-----|-----|-----|-----|-----|-----|-----|
| week 5 | 26  | 27  | 28  | 29  | 30  | 31  | 1   |
| week 6 | 2   | 3   | 4   | 5   | 6   | 7   | 8   |
| week 7 | 9   | 10  | 11  | 12  | 13  | 14  | 15  |
| week 8 | 16  | 17  | 18  | 19  | 20  | 21  | 22  |

### MAY, PERIOD 8—FY '10
#### 4/26/10–5/23/10

|         | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---------|-----|-----|-----|-----|-----|-----|-----|
| week 31 | 26  | 27  | 28  | 29  | 30  | 1   | 2   |
| week 32 | 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| week 33 | 10  | 11  | 12  | 13  | 14  | 15  | 16  |
| week 34 | 17  | 18  | 19  | 20  | 21  | 22  | 23  |

### DECEMBER, PERIOD 3—FY '10
#### 11/23/09–12/27/09

|         | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---------|-----|-----|-----|-----|-----|-----|-----|
| week 9  | 23  | 24  | 25  | 26  | 27  | 28  | 29  |
| week 10 | 30  | 1   | 2   | 3   | 4   | 5   | 6   |
| week 11 | 7   | 8   | 9   | 10  | 11  | 12  | 13  |
| week 12 | 14  | 15  | 16  | 17  | 18  | 19  | 20  |
| week 13 | 21  | 22  | 23  | 24  | 25  | 26  | 27  |

### JUNE, PERIOD 9—FY '10
#### 5/24/10–6/27/10

|         | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---------|-----|-----|-----|-----|-----|-----|-----|
| week 35 | 24  | 25  | 26  | 27  | 28  | 29  | 30  |
| week 36 | 31  | 1   | 2   | 3   | 4   | 5   | 6   |
| week 37 | 7   | 8   | 9   | 10  | 11  | 12  | 13  |
| week 38 | 14  | 15  | 16  | 17  | 18  | 19  | 20  |
| week 39 | 21  | 22  | 23  | 24  | 25  | 26  | 27  |

### JANUARY, PERIOD 4—FY '10
#### 12/28/09–1/24/10

|         | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---------|-----|-----|-----|-----|-----|-----|-----|
| week 14 | 28  | 29  | 30  | 31  | 1   | 2   | 3   |
| week 15 | 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| week 16 | 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| week 17 | 18  | 19  | 20  | 21  | 22  | 23  | 24  |

### JULY, PERIOD 10—FY '10
#### 6/28/10–7/25/10

|         | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---------|-----|-----|-----|-----|-----|-----|-----|
| week 40 | 28  | 29  | 30  | 1   | 2   | 3   | 4   |
| week 41 | 5   | 6   | 7   | 8   | 9   | 10  | 11  |
| week 42 | 12  | 13  | 14  | 15  | 16  | 17  | 18  |
| week 43 | 19  | 20  | 21  | 22  | 23  | 24  | 25  |

### FEBRUARY, PERIOD 5—FY '10
#### 1/25/10–2/21/10

|         | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---------|-----|-----|-----|-----|-----|-----|-----|
| week 18 | 25  | 26  | 27  | 28  | 29  | 30  | 31  |
| week 19 | 1   | 2   | 3   | 4   | 5   | 6   | 7   |
| week 20 | 8   | 9   | 10  | 11  | 12  | 13  | 14  |
| week 21 | 15  | 16  | 17  | 18  | 19  | 20  | 21  |

### AUGUST, PERIOD 11—FY '10
#### 7/26/10–8/22/10

|         | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---------|-----|-----|-----|-----|-----|-----|-----|
| week 44 | 26  | 27  | 28  | 29  | 30  | 31  | 1   |
| week 45 | 2   | 3   | 4   | 5   | 6   | 7   | 8   |
| week 46 | 9   | 10  | 11  | 12  | 13  | 14  | 15  |
| week 47 | 16  | 17  | 18  | 19  | 20  | 21  | 22  |

### MARCH, PERIOD 6—FY '10
#### 2/22/10–3/28/10

|         | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---------|-----|-----|-----|-----|-----|-----|-----|
| week 22 | 22  | 23  | 24  | 25  | 26  | 27  | 28  |
| week 23 | 1   | 2   | 3   | 4   | 5   | 6   | 7   |
| week 24 | 8   | 9   | 10  | 11  | 12  | 13  | 14  |
| week 25 | 15  | 16  | 17  | 18  | 19  | 20  | 21  |
| week 26 | 22  | 23  | 24  | 25  | 26  | 27  | 28  |

### SEPTEMBER, PERIOD 12—FY '10
#### 8/23/10–10/3/10

|         | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---------|-----|-----|-----|-----|-----|-----|-----|
| week 48 | 23  | 24  | 25  | 26  | 27  | 28  | 29  |
| week 49 | 30  | 31  | 1   | 2   | 3   | 4   | 5   |
| week 50 | 6   | 7   | 8   | 9   | 10  | 11  | 12  |
| week 51 | 13  | 14  | 15  | 16  | 17  | 18  | 19  |
| week 52 | 20  | 21  | 22  | 23  | 24  | 25  | 26  |
| week 53 | 27  | 28  | 29  | 30  | 1   | 2   | 3   |

DRB 08962

**Cash Management Log Policies, Standards & Procedures**

The Cash Management Log must be completed each day.  Print legibly and complete in pen.
Store operating funds and tip funds must be secured at all times.

**Till Drop Procedure (Cash Controller):**
1. Record register partner's name, Register ID (#, Top/Bottom), date and CC initials on till drop bag.
2. Place funds from drop box, sales media from POS drawer and Closing Register Receipt in till drop bag.  Seal till drop bag.
3. Record register partner name, entire till drop bag #, CC initials and time on the matching Register ID section of the Till Drop Log.
4. Secure till drop bag in inner compartment of safe, behind door 2.

**Final Use Till Count Procedure (Cash Controller):**
1. Remove till, sales media from POS drawer, funds from drop box and Closing Register Receipt.
2. Count down combined funds from till and drop box using cash scale in cash calculator mode.
3. Remove funds in excess of opening fund amount, leaving opening fund amount in till.
4. Follow Till Drop Procedure to secure excess funds, sales media and closing register receipt.
5. Secure till with verified opening fund in POS drawer or safe.

**Safe Count Procedure (Cash Controller):**
The safe must not be left open and unattended.
The safe must not be opened or the time delay set during the first 30 minutes and the last 30 minutes of customer operations.
Only the Cash Controller may set and access the safe.
Complete and record an accurate physical "start" count when accepting the cash controller keys and an "end" count when passing the cash controller keys to the next cash controller or counting out at the end of day.
1. Record CC initials and start or end count time on the Safe Count Log.
2. Count and record change fund amount, opening till fund amounts, # of till drops, # of Customer Recovery certificates, PCard, and # of tip drops.
    NOTE: Lock Out Period Safes: When completing a safe count during the Lockout Period (3pm-8am) record "N/A" or "Locked Out" in the number of till and tip drop section of the safe count.  All safe counts occurring outside of the lockout period (8am-3pm) must include an actual physical count of all till and tip drop bags.

**Deposit Log (Cash Controller):**
    NOTE: Procedures for preparing the deposit and transporting the deposit to the bank are located in the Store Operations manual section 4 Cash Control.
The deposit must be prepared and transported to the bank every day.
The deposit must be prepared after 8am and must be transported to the bank by 3pm.
The deposit must be taken inside the bank for processing if the bank is open. The weekend depository box must only be used if the bank is closed.

**Deposit Prep Section Procedure:**
1. Record the start time and CC initials in the Deposit Prep section on the date the deposit is processed.
2. Record deposit $, deposit bag # and completion time.
3. **Deposit Witness** records their initials after confirming that the CC initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in the Deposit Prep section.
4. Secure sealed deposit bag in inner compartment of safe, behind door 2, if not immediately transported to bank.

**Deposit to Bank Section Procedure:**
1. Record CC name taking deposit to bank, date to bank, time to bank and deposit bag # in the Deposit to Bank section on the date the deposit is processed.
2. **Banking Witness** records their initials after confirming that the CC initials, date and time of the CC departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.
3. Record validated deposit amount and validated time on Deposit to Bank section and attach validated deposit slip after returning from the bank or when the deposit slip has been retrieved for deposits made through the weekend depository.

**Till Audit Procedure (Store Manager):**
A minimum of two random till audits must be performed each week.
1. Follow steps 1-4 of Final Use Till Count.
2. Record SM name, date, register partner's name and Register ID on Partner Till Audit Log. Over/short will be recorded when deposit is prepared.
3. Secure till with verified opening fund in POS drawer or safe.
4. Ensure over/short is recorded after deposit is prepared on following day.

**Report Store Operating Funds Procedure (Store Manager):**
The Store Operating Funds (change bank and till bank) must be physically verified and updated on the MWS each week.
1. From the MWS select "Manager Menu", "Daily Bookkeeping Menu", "Report Store Operating Funds"
2. F1 – to Count Change/Till Bank Funds. Enter the amount of money actually in the Change and Till Bank in the two fields "Total Change Bank" and "Total Assigned/Unassigned Tills". Record the total on the Cash Management Log under "Report Store Operating Funds" and sign off.
3. Upon completion of entering the funds amounts press "F1" to Save and then "F7" to Quit.

**Tip Drop Procedure (all partners):**
Tip funds must be secured at all times.
1. Remove tip funds from plexi, place funds in a tip drop bag and seal tip drop bag.
2. Record date on tip drop bag.
3. Record partner #, initials, and entire tip drop bag # on the Tip Drop Log.
4. Secure tip drop bag in inner compartment of safe, behind door 2.
5. Witness records their initials and time after verifying the tips have been secured in the safe.

**Tip Drop Removal Procedure**
1. Remove tip drop bags from inner compartment of safe (cash controller).
2. Record entire tip drop bag # for each tip drop bag on Partner Tip Removal Log.
3. Record CC initials as Witness and time.
4. Transfer tip drop bags to partner processing tips.
5. Partner receiving tip drop bags records partner # and initials after verifying tip drop bag #'s.

**Accountability and Duty to Report**
Failure to comply with cash management log policy endangers partner safety. Acts in violation or omissions of policy are grounds for disciplinary action up to and including termination. Uncorrected or continuing violations must be reported to management, your local Partner Resources generalist or the Standards of Business Conduct Helpline at 800/611-7792 (866/614-0760 for French-speaking partners).

DRB 08963

# Cash Management Log

## STORE COMMUNICATIONS

DAY - Monday                    DATE - 06-28-10

| REGISTER 1 TOP | | TILL DROP LOG | |
| --- | --- | --- | --- |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Sherborn | RF 93160493 | KT | 2:45 |
| | | | |
| | | | |
| | | | |

| REGISTER 1 BOTTOM | | TILL DROP LOG | |
| --- | --- | --- | --- |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Sade | 93160809 | RNK | 8:16 |
| Sheriff | 93160713 | PB | 12AM |
| | | | |
| | | | |

| REGISTER 2 TOP | | TILL DROP LOG | |
| --- | --- | --- | --- |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| Ileana | 93160499 | 30 | 12:42 |
| | | | |
| | | | |
| | | | |

| REGISTER 2 BOTTOM | | TILL DROP LOG | |
| --- | --- | --- | --- |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 TOP | | TILL DROP LOG | |
| --- | --- | --- | --- |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 3 BOTTOM | | TILL DROP LOG | |
| --- | --- | --- | --- |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |
| | | | |

| REGISTER 4 TOP | | TILL DROP LOG | |
| --- | --- | --- | --- |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |

| REGISTER 4 BOTTOM | | TILL DROP LOG | |
| --- | --- | --- | --- |
| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
| | | | |
| | | | |
| | | | |

DRB 08964

```
Real time, really easy.
Manage your account your way
        at Chase.com.
Get instant access to your account
  whenever and wherever you want.
Sign up today at Chase.com/chaseonline.
     My Transaction Summary

*****************************************
Transaction #227
Account Number Ending In:            8782
Checking Deposit              $3,391.88

Cash Amount                   $3,391.88
    Bag Number               1277901755

Further review may result in delayed
availability of this deposit
.........................................
    JPMorgan Chase Bank, N.A.
   Greenwich Village, Branch 747394
         1-800-935-9935
   Member FDIC, Equal Housing Lender
     Please keep your receipt
      06/29/2010 17:46

Business Date 06/29/2010
Session #102

Thank you - Biviana
Cashbox #03
```

DRB 08965



anSource®

DATE: 6/28/10   DEPOSIT TICKET

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 3391 | 88 |
| COIN | | |
| CHECKS LIST EACH SEPARATELY | | |

DEPOSIT PREPARED BY
DEPOSIT VERIFIED BY

PRINT NAME Zakia Slade

DEPOSIT BAG # 127790175S

TOTAL $ 3391 88

TO REORDER
CALL 1-888-750-4545
AND REFERENCE
ORDER #Z3JD9079

TOTAL ITEMS

CHECKS AND OTHER ITEMS ARE
RECEIVED FOR DEPOSIT SUBJECT
TO THE PROVISIONS ON THE UNI-
FORM COMMERCIAL CODE OR
ANY APPLICABLE COLLECTION
AGREEMENT. DEPOSIT MAY NOT
BE AVAILABLE FOR IMMEDIATE
WITHDRAWAL.

DEPOSIT TICKET

STARBUCKS COFFEE COMPANY
STORE #847
6TH & WAVERLY

JPMORGAN CHASE BANK

$ 339 88

⑈847⑈ ⑆56020 022⑆ 77468782⑈

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

DRB 08966

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL:$_____

DO NOT DISCARD UPON REMOVAL                    DATE:_____
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127790175

DRB 08967

DEPOSIT REPORT₀

6/28/10   Store # 00847  5TH & WAVERLY          DEPRP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Business Date: 06-27-2010
Deposit Number: 01

| | | |
|---|---|---|
| CURRENCY | $ | 3391.00 |
| COIN | $ | 0.88 |
| FOREIGN CURRENCY | $ | 0.00 |
| Converted | $ | 0.00 |
| FOREIGN COIN | $ | 0.00 |
| Converted | $ | 0.00 |
| | | ------------ |
| TOTAL | $ | 3391.88 |

Transfer Numbers to Bank Deposit Slip.

# Cash Management Log

DAY- Monday     DATE - 06 / 28 / 10

| SAFE COUNT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | OPEN: Keisha | | MID 1: Zakia | | MID 2: | | MID 3: | | CLOSE: Richie |
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 5:05 | 2:04 | 2:10 | 5PM | | | | | 5:30 | 11:15p |
| $0.01 | 24 | 30 | 24 | 24 | | | | | 24 | 14 |
| $0.05 | 25 | 14 | 22 | 22 | | | | | 22 | 22 |
| $0.10 | 14 | 14 | 7 | 7 | | | | | 7 | 5 |
| $0.25 | 19 | 26 | 24 | 24 | | | | | 24 | 21 |
| $1.00 | 88 | 69 | 114 | 114 | | | | | 114 | 97 |
| $2.00 | 0 | 0 | 0 | 0 | | | | | 0 | 0 |
| $5.00 | 134 | 102 | 101 | 81 | | | | | 81 | 47 |
| $10.00 | 22 | 23 | 23 | 23 | | | | | 23 | 24 |
| $20.00 | 49 | 66 | 101 | 60 | | | | | 66 | 77 |
| OTHER $'s | 0 | 0 | 0 | 0 | | | | | 0 | 0 |
| Total Change Fund | 2400 | 2460 | 2425 | 2400 | | | | | 2400 | 2400 |
| # Tills/Total $ | 4/200 | Active | Active | Active | | | | | Active | 4/200 |
| # Till Drops | TL | TL | 8 | TL | | | | | TL | 2 |
| Cust. Recov. Cert. | 21 | 21 | 21 | 21 | | | | | 21 | 21 |
| P-Card | M/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | TL | TL | TL | TL | | | | | TL | |
| Comments: | | | | | | | | | | |

| Report Store Operating Funds | |
|---|---|
| Signature: | $ Amount Entered: $3200 |

***Attach validated deposit slip/courier slip and deposit bag receipt to this sheet***

| DEPOSIT INFORMATION | |
|---|---|
| Deposit Prep | Deposit To Bank |
| Cash Controller: | Taken By Cash Controller: |
| Preparing Deposit: 3 fc SL | Date to Bank: |
| Start Time: 2:30 | Time to Bank: |
| Deposit Bag #: 127790175 | Deposit Bag #: |
| Deposit Witness: | Banking Witness: |
| Deposit $: 3391.88 | Bank Validated $: |
| Completion Time: 3PM | Bank Validation Time: |
| Change Order $: 0 | Change $ Received: |
| Comments: | Comments: |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit section.

**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

| PARTNER TILL AUDIT #1 | | PARTNER TILL AUDIT #2 | | PARTNER TILL AUDIT #3 | |
|---|---|---|---|---|---|
| Store Manager: | | Store Manager: | | Store Manager: | |
| Date: | | Date: | | Date: | |
| Partner Name: | | Partner Name: | | Partner Name: | |
| Register ID | | Register ID | | Register ID | |
| Over/Short $: | | Over/Short $: | | Over/Short $: | |
| Comments: | | Comments: | | Comments: | |

| PARTNER TIP DROP LOG | | | | | PARTNER TIP REMOVAL (weekly) | |
|---|---|---|---|---|---|---|
| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory): | TIME: | PARTNER #: | INITIALS: |
| 1201309 | RNC | 93160511 | W | 1215 | CC WITNESS (mandatory): | TIME: |
| 1201309 | RNC | 93160513 | W | 1215 | DROP BAG #'S: | |
| | | | | | | |

| DM VERIFICATION | |
|---|---|
| DM Signature: | Date Reviewed: |
| Comments: | |

*Witness on tip drop removals must be the scheduled cash controller.

DRB 08969

# Cash Management Log

## STORE COMMUNICATIONS

DAY -                    DATE -

Good Morning Keisha
1 of the tills have Shanell money in it and
Read the NOTES I left On the Screen
Tips Bags are locked in Drop Box
I Broke the Slot
                    B.

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Ileana | 93160473 | 20 | 2:48 |
| Sade | 9932192 | W | |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Sherborn | 93160554 | R | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Crystal | 93160018 | 20 | 2:41 |
| Takia | 99321929 | W | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Imara | 93160552 | R | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

DRB 08970



Real time, really easy.
Manage your account your way
at Chase.com.
Get instant access to your account
whenever and wherever you want.
Sign up today at Chase.com/chaseonline.
My Transaction Summary

*******************************************

Transaction #235
Account Number Ending In:                    8782
Checking Deposit                        $2,689.06

Cash Amount                             $2,689.06
    Bag Number                        1277921852

Further review may result in delayed
availability of this deposit
.........................................

JPMorgan Chase Bank, N.A.
Greenwich Village, Branch 747394
       1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
    06/29/2010 17:50

Business Date 06/29/2010
Session #105

Thank you - Biviana
Cashbox #03

DRB 08971



# Cash Management Log

DAY - _Tuesday_    DATE - _06/29/10_

## SAFE COUNT

| NAME | OPEN: _Regina_ | | MID 1: | | MID 2: | | MID 3: | | CLOSE: _Pablo V_ | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 507 | 2:40 | | | | | | | 4:16 | 7:04 |
| $0.01 | 28 | 10 | | | | | | | 10 | 10 |
| $0.05 | 22 | 21 | | | | | | | 21 | 21 |
| $0.10 | 5 | 0 | | | | | | | 0 | 0 |
| $0.25 | 21 | 10 | | | | | | | 16 | 16 |
| $1.00 | 41 | 48 | | | | | | | 48 | 48 |
| $2.00 | 0 | 0 | | | | | | | 0 | 0 |
| $5.00 | 47 | 13 | | | | | | | 13 | 13 |
| $10.00 | 24 | 18 | | | | | | | 18 | 18 |
| $20.00 | 77 | 90 | | | | | | | 90 | 48 |
| OTHER $'s | 0 | 1,100 | | | | | | | 1,100 | 1,100 |
| Total Change Fund | 2405 | 2400 | | | | | | | 2400 | 2391 |
| # Tills/Total $ | 4,200 | active | | | | | | | 20/2400 | 20/2400 |
| # Till Drops | 7L | 7L | | | | | | | 7L | 7L |
| Cust. Recov. Cert. | 21 | 21 | | | | | | | 21 | 21 |
| P-Card | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N | Y/N |
| # Tip Bags | 7L | 7L | | | | | | | | |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | _Rayla SL_ | Taken By Cash Controller: | _Rayla SL_ |
| Start Time: | 5:15 | Date to Bank: | |
| Deposit Bag #: | 127792188 | Time to Bank: | 6/29/10 |
| Deposit Witness: | | Deposit Bag #: | 127792185 |
| | | Banking Witness: | |
| Deposit $: | 2604.06 | Bank Validated $: | 2604.06 |
| Completion Time: | 5:29 | Bank Validation Time: | 5:40 |
| Change Order $: | -0- | Change $ Received: | -0- |
| Comments: | +1.23 | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.
**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

| PARTNER TILL AUDIT #1 | | PARTNER TILL AUDIT #2 | | PARTNER TILL AUDIT #3 | |
|---|---|---|---|---|---|
| Store Manager: | | Store Manager: | | Store Manager: | |
| Date: | | Date: | | Date: | |
| Partner Name: | | Partner Name: | | Partner Name: | |
| Register ID | | Register ID | | Register ID | |
| Over/Short $: | | Over/Short $: | | Over/Short $: | |
| Comments: | | Comments: | | Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS | DROP BAG # | WITNESS | TIME |
|---|---|---|---|---|
| 1629627 | TW | BF93160711 | | 1145P |
| " | TW | 993 2149.49 | | 1145P |
| " | TW | 93160715 | | 1145P |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | | INITIALS: | |
|---|---|---|---|
| CC WITNESS (mandatory): | | TIME: | |
| DROP BAG #'S: | | | |

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

## Cash Management Log

### STORE COMMUNICATIONS

DAY - Wednesday          DATE - 06-30-10

### REGISTER 1 TOP                                    TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Sarah | 9932195 | DN | 5:29m |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### REGISTER 1 BOTTOM                                 TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Brian | BF93160844 | KT | 100 |
| Trish | 9316070 | P | 11:15 |
|  |  |  |  |
|  |  |  |  |

### REGISTER 2 TOP                                    TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Deona | 93160848 | 7D | 11:15 |
| Maribl | 93160671 | PN |  |
|  |  |  |  |
|  |  |  |  |

### REGISTER 2 BOTTOM                                 TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| K. Whittick | BF93160836 | KT | 12:00 |
| T.FF | 93160669 | PN |  |
|  |  |  |  |
|  |  |  |  |

### REGISTER 3 TOP                                    TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### REGISTER 3 BOTTOM                                 TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### REGISTER 4 TOP                                    TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### REGISTER 4 BOTTOM                                 TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DRB 08974

Open a Home Equity Line of Credit,
Consolidate your bills,
Remodel your home, Pay for college,
Talk to a Personal Banker today!

My Transaction Summary

*******************************************

Transaction #72
Account Number Ending In:                8782
Checking Deposit              $2,757.19

Cash Amount                   $2,757.19

Further review may result in delayed
availability of this deposit
.........................................

JPMorgan Chase Bank, N.A.
W 14th Street, Branch 000025
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
06/30/2010 14:46

Business Date 06/30/2010
Session #42

Thank you - Dianne
Cashbox #01

DRB 08975



STARBUCKS COFFEE COMPANY
STORE #847
6TH & WAVERLY

JPMORGAN CHASE BANK

STARBUCKS COFFEE COMPANY DEPOSIT RECORD GRAND TOTAL:$_____

DO NOT DISCARD UPON REMOVAL                    DATE:_____
STAPLE TO CASH MANAGEMENT LOG WITH VALIDATED RECEIPT.

127792182

DRB 08977

```
                              DEPOSIT REPORT

   6/30/10   Store # 00847  6TH & WAVERLY           DEPRPT

   ------------------------------------------------------------

                       Business Date: 06-29-2010
                       Deposit Number: 01


             CURRENCY           $    2757.00

             COIN               $       0.19

             FOREIGN CURRENCY   $       0.00

                   Converted    $       0.00

             FOREIGN COIN       $       0.00

                   Converted    $       0.00
                                    -----------
             TOTAL              $    2757.19

      Transfer Numbers to Bank Deposit Slip.
```

DRB 08978

# Cash Management Log

DAY- _Tuesday_      DATE - _6 / 30/10_

## SAFE COUNT

| NAME | OPEN: _Keitha_ | | MID 1: | | MID 2: | | MID 3: | | CLOSE: _FABIO V_ | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | 505 | 1200 | | | | | | | 3:00 | |
| $0.01 | 54 | 52 | | | | | | | 52 | 48 |
| $0.05 | 21 | 21 | | | | | | | 21 | 17 |
| $0.10 | 31 | 29 | | | | | | | 29 | 21 |
| $0.25 | 46 | 44 | | | | | | | 44 | 35 |
| $1.00 | 210 | 254 | | | | | | | 260 | 220 |
| $2.00 | 0 | 0 | | | | | | | 0 | 0 |
| $5.00 | 263 | 248 | | | | | | | 250 | 220 |
| $10.00 | 4 | 1 | | | | | | | | |
| $20.00 | 6 | 11 | | | | | | | 11 | 28 |
| OTHER $'s | | | | | | | | | | |
| Total Change Fund | 2,369 | 2,382 | | | | | | | 0 | 2403 |
| # Tills/Total $ | 4,200 | Active | | | | | | | 2,383 | 4200 |
| # Till Drops | 1C | | | | | | | | Active | 4 |
| Cust. Recov. Cert. | 20 | 20 | | | | | | | 1C | 20 |
| P-Card | Y/N | Y/N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y/N | Y/N |
| # Tip Bags | 1C | | | | | | | | | |
| Comments: | | | | | | | | | | |

## Report Store Operating Funds

| Signature: | | $ Amount Entered: | |
|---|---|---|---|

### Attach validated deposit slip/courier slip and deposit bag receipt to this sheet

## DEPOSIT INFORMATION

| Deposit Prep | | Deposit to Bank | |
|---|---|---|---|
| Cash Controller Preparing Deposit: | _____ SL | Taken by Cash Controller: | _____ SL |
| Start Time: | 11:20 | Date to Bank: | 10/30/10 |
| Deposit Bag #: | 27792182 | Time to Bank: | 1:25 PM |
| Deposit Witness: | _Keitha Hickey_ | Deposit Bag #: | 27792182 |
| Deposit $: | 2757.19 | Banking Witness: | _Keitha Hickey_ |
| Completion Time: | 11:45 | Bank Validated $: | 2,757.19 |
| Change Order $: | | Bank Validation Time: | 2.46 |
| Comments: | (2.90) | Change $ Received: | |
| | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

| PARTNER TILL AUDIT #1 | | PARTNER TILL AUDIT #2 | | PARTNER TILL AUDIT #3 | |
|---|---|---|---|---|---|
| Store Manager: | | Store Manager: | | Store Manager: | |
| Date: | | Date: | | Date: | |
| Partner Name: | | Partner Name: | | Partner Name: | |
| Register ID | | Register ID | | Register ID | |
| Over/Short $: | | Over/Short $: | | Over/Short $: | |
| Comments: | | Comments: | | Comments: | |

## PARTNER TIP DROP LOG

| PARTNER # | INITIALS: | DROP BAG #: | WITNESS (mandatory): | TIME: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## PARTNER TIP REMOVAL (weekly)

| PARTNER #: | 1240821 | INITIALS: | KT |
|---|---|---|---|
| CC WITNESS (mandatory): | AVR | TIME: | 10:00 |

DROP BAG #'S:
TB459 63287  TB459 63283
TB459 63288  TB459 63290
TB459 63292  TB459 63289
TB459 63285
TB459 63, 284
TB459 63, 293
TB459 63286

*Witness on tip drop removals must be the scheduled cash controller.

## DM VERIFICATION

| DM Signature: | | Date Reviewed: | |
|---|---|---|---|
| Comments: | | | |

DRB 08979

# Cash Management Log

## STORE COMMUNICATIONS

DAY -                          DATE -

| | |
|---|---|
| 25 | 17+10 |
| 10 | 17 |
| 5 | 11 |
| 1 | 30+50 |
| 1 | 140 |
| 5 | 280+7 |
| 10 | 1 |
| 20 | 9 |

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Atresu | 9932/443 | AA | 11:17 |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Mar.BL | 9932/931 | 8/26 h | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Ileana | 93160072 | 78 | 11:19 |
| NBA | 93160550 | RU | 8:16 |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| Sherbon | 9316051/7 | P.V | 3:23 |
| Tiffany | 93160542 | RAR | 10:54 |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |

DRB 08980