1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4    SERENITY MARSHALL,

5           Plaintiff,

6    vs.        No. 11-CV-2521

7    STARBUCKS CORPORATION and

8    JENNIFER GURTOV, in her

9    individual and official capacities,

10          Defendants.

11    _____

12

13       DEPOSITION OF STARBUCKS 30(b)(6) REPRESENTATIVE

14                     TERRIE RUCKER

15        Taken on behalf of the Plaintiff

16                  January 9, 2012

17

18   BE IT REMEMBERED THAT, pursuant to the Washington Rules of

19   Civil Procedure, the deposition of TERRIE RUCKER was taken

20   before Jan K. Floate, a Certified Shorthand Reporter,

21   #2996, and a Notary Public for the State of Washington, on

22   January 9, 2012, commencing at the hour of 9:00 a.m., the

23   proceedings being reported at Seattle, Washington.

24

25   JoB # 45316

Page 2

APPEARANCES:

1
2
3    Appearing on behalf of the Plaintiff,
4    Serenity Marshall:
5    (telephonic appearance)
6    DAVID GOTTLIEB, ESQ.
7    Thompson Wigdor
8    85 Fifth Avenue
9    New York, New York 10003
10
11
12
13
14   Appearing on behalf of the Defendant,
15   Starbucks Corporation:
16   ESTELA DIAZ, ESQ.
17   Akin Gump Strauss Hauer & Feld
18   One Bryant Park
19   New York, New York 10036
20
21
22
23
24
25

Page 3

1              INDEX OF EXAMINATIONS
2
3    ATTORNEY                        PAGE
4
5    MR. GOTTLIEB                       4
6
7
8
9
10
11           INDEX OF EXHIBITS
12
13   MARKED AS       DESCRIPTION      PAGE
14
15   Exhibit 1    Daily Records Book, with    62
16                 attachments
17
18
19
20
21
22
23
24
25

Page 4

1                   TERRIE RUCKER
2         DEPOSITION OF TERRIE RUCKER
3            MONDAY, JANUARY 9, 2012
4                  9:00 A.M.
5
6    TERRIE RUCKER, having been first duly sworn, was examined
7    and testified as follows:
8
9        MR. GOTTLIEB:  I'm having a somewhat hard time
10   hearing everything.  Is there any way to correct it, if you
11   need to bring the phone closer to the witness?
12       MS. DIAZ:  Sure.  I also think the court reporter
13   was speaking not as loudly when she was swearing in the
14   witness, but let us know if you have any other problems.  I
15   think the phone is --
16       MR. GOTTLIEB:  Why don't I start and we can see
17   if there are any problems as we go.
18       MS. DIAZ:  Sounds good.
19
20   EXAMINATION
21   BY MR. GOTTLIEB:
22   Q.    Good morning, Ms. Rucker.  How are you?
23   A.    Good, thank you.
24   Q.    Thanks.  Have you ever been deposed before?
25   A.    No, I have not.

Page 5

1                   TERRIE RUCKER
2    Q.    I'm going to be asking you a number of questions
3    today; and typically a deposition is done in person, and
4    there may be some complications as we do it by telephone.
5    So I want to go through some kind of ground rules to make
6    sure you understand them, because it will really help in
7    making sure it goes smoothly and we will get it done as
8    efficiently and promptly as possible.  Okay?
9    A.    Yes.
10   Q.    First, I want to make sure you understand that my
11   name is David Gottlieb and I represent Serenity Marshall in
12   her case against Starbucks and Jen Gurtov, and I want to
13   make sure that you understand that the questions I'm going
14   to be asking you today and the testimony you'll be giving
15   today are involved in this matter.  Do you understand that?
16   A.    Yes, I do.
17   Q.    Okay.  And do you understand that you've just
18   taken an oath to tell the truth?
19   A.    Yes, I do.
20   Q.    Okay.  And do you understand that you're
21   testifying today on behalf of Starbucks regarding the
22   company's maintenance, transportation, and storage of daily
23   records books?
24   A.    Yes, I do.
25       MS. DIAZ:  David, can I interject here?  Terrie

TERRIE RUCKER

1
2 is testifying regarding the storage and transportation of
3 DRBs.
4       MR. GOTTLIEB:  Storage and transportation of
5 DRBs.  I believe maintenance was one of the topics listed
6 on the 30(b)(6) notice.
7       MS. DIAZ:  Right.  Maintenance with respect to
8 the extent that that means how they are maintained in
9 Seattle.  I believe the e-mail last week clarified that she
10 was testifying regarding storage and transportation.
11       MR. GOTTLIEB:  Okay.  I don't think I have any
12 problems with that.
13       MS. DIAZ:  Okay.
14 BY MR. GOTTLIEB:
15    Q.   Ms. Rucker, if you do not hear any question that
16 I ask, please let me know and I'll repeat it so that you
17 can hear it.  Okay?
18    A.   Yes.
19    Q.   If you do not understand any question that I ask,
20 please let me know and I'll try to rephrase in a way that
21 you do understand.  Okay?
22    A.   Yes.
23    Q.   If there is any term or any word that you don't
24 understand, please let me know and I'll try to rephrase the
25 question using a term that you do understand.  Okay?

TERRIE RUCKER

1
2    A.   Yes.
3    Q.   This is very important, particularly over the
4 phone; I ask that you wait for me to finish any question
5 that I'm asking before you answer, for a number of reasons.
6 One, so the court reporter can take down the question and
7 answer accurately, but also importantly, so that you
8 understand exactly what I'm asking before you answer.
9 Okay?
10    A.   Yes.
11    Q.   Now, all your answers, of course -- typically
12 more importantly because it's over the phone, all your
13 answers must be verbal so I can understand what your
14 response is and the court reporter can take everything down
15 accurately.  Okay?
16    A.   Yes.
17    Q.   Do you understand everything I've said so far?
18    A.   Yes, I do.
19    Q.   Do you have any questions about anything that I
20 have said so far?
21    A.   No, I don't.
22    Q.   If you want to take a break at any point during
23 the deposition, that's fine.  Just let me know and we can
24 take a break.  The only thing I ask is that there not be a
25 break taken while a question is pending.  Okay?

TERRIE RUCKER

1
2    A.   Yes.
3    Q.   Now, are you currently taking any medications
4 that could affect your memory?
5    A.   No, I'm not.
6    Q.   Are you taking any medications that could affect
7 your ability to understand my questions today?
8    A.   No, I'm not.
9    Q.   Are you taking any medications that could affect
10 your ability to answer questions truthfully today?
11    A.   No, I'm not.
12    Q.   Okay.  Did you do anything to prepare for this
13 deposition?
14    A.   I had conversation with legal counsel.
15    Q.   Okay.  How many conversations did you have?
16    A.   A conversation, one conversation with Estela and
17 one conversation with Shelly Ramos.
18    Q.   When was the conversation with Shelly Ramos?
19    A.   It was last week.  I believe it was Thursday.
20    Q.   Thursday last week?
21    A.   Correct.
22    Q.   And how long was that meeting?
23    A.   Approximately 20 minutes.
24       MS. DIAZ:  Objection.
25       MR. GOTTLIEB:  I'm sorry.

TERRIE RUCKER

1
2       MS. DIAZ:  Sorry.  I objected to the question.
3       MR. GOTTLIEB:  As to how long the meeting was?
4       MS. DIAZ:  I'm not sure if it was a meeting or a
5 phone call.
6 BY MR. GOTTLIEB:
7    Q.   Did you say you had a discussion with Ms. Ramos?
8    A.   Correct.
9    Q.   Was that in person, over the phone, or something
10 else?
11    A.   It was in person.
12    Q.   Was that in your office, her office, or something
13 else?
14    A.   Something else.
15    Q.   Where was it?
16    A.   A conference room.
17    Q.   A conference room.  What was the address of the
18 conference room?
19    A.   2401 Utah Avenue South, in Seattle.
20    Q.   Is that the address where your office is located?
21    A.   That's correct.
22    Q.   Is that also where Shelly Ramos's office is
23 located?
24    A.   That's correct.
25    Q.   Okay.  And during that meeting was anyone else

TERRIE RUCKER

2 present other than you and Ms. Ramos?
3    A.  One other person.
4    Q.  Who was that?
5    A.  My co-worker.
6    Q.  Who was that?
7    A.  Melinda Goodly.
8    Q.  Is she an attorney?
9    A.  No.
10   Q.  What's her title?
11   A.  Electronic Records Specialist.
12   Q.  Okay.  Did you review any documents during that
13 meeting?
14   A.  No, we did not.
15   Q.  You said you also had a meeting or a discussion
16 with Estela Diaz; is that correct?
17   A.  That's correct.
18   Q.  Was that in person, over the phone, or something
19 else?
20   A.  It was over the phone.
21   Q.  When was that discussion?
22   A.  That was Friday of last week.
23   Q.  How long was the phone call?
24   A.  About 90 minutes.
25   Q.  Was anyone else on the call other than you and

TERRIE RUCKER

2 Ms. Diaz?
3    A.  No.
4    Q.  Did you review any documents during that --
5    A.  No.
6    Q.  -- conversation?  You did not?
7    A.  No, we did not.
8    Q.  Other than what you've already testified to, have
9 you done anything else to prepare for this deposition?
10   A.  No, I have not.
11   Q.  Other than what you've already testified to, have
12 you discussed your deposition with anybody, in advance of
13 today, other than your counsel?
14   A.  My husband.
15   Q.  Anyone else?
16   A.  No.
17   Q.  What's your position at Starbucks?
18   A.  Senior Records Specialist.
19   Q.  How long have you been the senior records
20 specialist?
21   A.  Since about 2004.
22   Q.  What was your position before that?
23   A.  Records specialist.
24   Q.  When did you become a records specialist?
25   A.  In about 1999.

TERRIE RUCKER

2    Q.  Were you employed at Starbucks before that?
3    A.  Yes, I was.
4    Q.  What was your title before records specialist?
5    A.  Records coordinator.
6    Q.  When did you start that position?
7    A.  In 1998.
8    Q.  Did you have a position at Starbucks before that?
9    A.  No, sir.
10   Q.  Did you work with another company before 1998?
11   A.  Yes, I did.
12   Q.  What company did you work with just prior to
13 Starbucks?
14   A.  Carney Badley Smith & Spellman.
15   Q.  What type of company is that?
16   A.  It's a law firm.
17   Q.  How many senior records specialists are there at
18 Starbucks?
19   A.  Myself, and one other in another department.  I'm
20 sorry.
21   Q.  So there are two senior records specialists?
22   A.  That's correct.
23   Q.  And there's you and somebody else in another
24 department?
25   A.  That's correct.

TERRIE RUCKER

2    Q.  What department are you in?
3    A.  I am in information protection services.
4    Q.  What's the other department with the other senior
5 records specialist?
6    A.  The law and corporate affairs department.
7    Q.  Can I have that repeated back to me?
8    A.  The law and corporate affairs office.
9    Q.  Okay.  What are your duties and responsibilities
10 as a senior records specialist in the information
11 protection services department?
12   A.  Manage the retention of company records, some
13 documented destruction of company records.  I manage the
14 relationship between our Starbucks employees and our
15 off-site storage service provider, Iron Mountain, and then
16 consultation throughout the enterprise on a variety of
17 other duties that would relate to retention, destruction,
18 off-site storage and general management of company records.
19   Q.  Okay.  What's your yearly salary?
20   A.  $65,000.
21   Q.  Now, do you know of a document called a daily
22 records book?
23         MS. DIAZ:  Objection.
24   A.  Yes.
25 BY MR. GOTTLIEB:

Page 14

TERRIE RUCKER

2   Q.   Do you know of that document?

3       MS. DIAZ:  You can answer.

4   A.   Yes.

5   Q.   What do you understand a daily records book to

6   be?

7   A.   It's an operational tool for our retail stores.

8   Q.   And what kind of information does a daily records

9   book hold?

10  A.   Some operational information and, additionally,

11  time and attendance information.

12  Q.   When you say operational information, what do you

13  mean by that?

14  A.   Daily store operations.  I'm not too familiar

15  with it.  Store manager duties, I believe.

16  Q.   Now, daily records books, my understanding is

17  they are commonly referred to as DRBs.  Do you understand

18  that as well?

19  A.   Yes, I do.

20  Q.   Are you okay if I use the term DRB during the

21  course of this deposition?

22  A.   Yes, I am.

23  Q.   Do you understand DRB to be an important document

24  at Starbucks?

25      MS. DIAZ:  Objection.

Page 15

TERRIE RUCKER

2   BY MR. GOTTLIEB:

3   Q.   You can answer.

4   A.   While they're in the store.

5   Q.   Do you understand them to be important while

6   they're in the store?

7   A.   Correct.  That's my understanding.

8   Q.   I'm sorry?

9   A.   That is my understanding.

10  Q.   Why is that your understanding?

11  A.   It's a tool for the store managers to use during

12  the period of time that they are relevant.

13  Q.   Okay.  Anything else?

14  A.   No, sir.

15  Q.   Do you understand them to be important documents

16  when they're not in the store?

17  A.   No, I do not.

18  Q.   Why do you think they are not important when they

19  are no longer in the store?

20  A.   Because they have surpassed their operational

21  value and they're not considered to be a company record

22  after that period of time.

23  Q.   When you say they're not considered to be a

24  company record after that period of time, are you

25  testifying that they are not considered to be a company

Page 16

TERRIE RUCKER

2   record after they leave the store?

3   A.   That is correct.

4   Q.   And why are they no longer considered to be a

5   company record after they leave the store?

6   A.   Because they have a short operational value.

7   Q.   Okay.  So it's your testimony that the DRBs have

8   no value after they leave the store?

9   A.   That is correct.

10  Q.   Why do you have that belief?

11  A.   Because under normal business circumstances we

12  would destroy them once they reached Iron Mountain.

13  Q.   Any other reason?

14  A.   No, sir.

15  Q.   You said that under normal protocol you would

16  destroy the DRBs once they reach Iron Mountain?

17      MS. DIAZ: Objection.  Misstates testimony.  You

18  can answer.

19  A.   I said that once they -- under normal business

20  circumstances, once they reach Iron Mountain, they would be

21  destroyed.

22  BY MR. GOTTLIEB:

23  Q.   What I'd like to do is walk through the process

24  by which a DRB goes from being at a store to being in

25  storage in Iron Mountain.  Okay?

Page 17

TERRIE RUCKER

2   A.   Yes.

3   Q.   Can you explain to me -- well, when a DRB is at a

4   store do you have any understanding of where the DRB should

5   be kept?

6       MS. DIAZ:  Objection.  Outside the scope of Ms.

7   Rucker's testimony.

8   A.   Sir, that is outside my scope of understanding.

9   BY MR. GOTTLIEB:

10  Q.   You do not have any understanding where DRBs are

11  maintained in the store?

12  A.   That is correct.

13  Q.   What's the first step in the process where a DRB

14  gets put in storage that you would become familiar with?

15  A.   The communication that goes to the stores

16  directing them of what to do at that point in time.

17  Q.   Okay.  So what would be the first step?  What

18  would be the first communication?

19  A.   There's one communication that directs the store

20  managers how to proceed during the confidential document

21  return.

22  Q.   Okay.  So there's a confidential document return

23  that the store managers are required to engage in; is that

24  correct?

25  A.   That's correct.

## Page 18

TERRIE RUCKER

Q.  Okay.  And that goes for all Starbucks stores?

A.  Company-owned stores in U.S. and Canada.

Q.  Okay.  And how often does a confidential -- I'm sorry.  What was the term you used to describe it?

A.  Confidential document return.

Q.  How often does the confidential document return take place?

A.  Twice each year.

Q.  Are those on specific dates?

A.  Not specific dates.  Months.  So October and April.

Q.  Can you explain to me what the first step is in the confidential document return process?

A.  Yes.  The store managers receive a communication instructing them to place the -- excuse me -- the DRBs into a box.  They are instructed which dates of DRBs to send, put a shipping label on the box and hold them at the store until their Fed Ex driver comes, and then the Fed Ex driver picks them up and they are then delivered to Iron Mountain.

Q.  Is not the Iron Mountain's facility in Seattle?

A.  I'm sorry.  Please repeat that.

Q.  Is this an Iron Mountain facility in Seattle that the documents are returned to?

A.  The city is Kent, which is a small suburb of

## Page 19

TERRIE RUCKER

Seattle.

Q.  Okay.  Is this communication that goes out to store managers with regard to the confidential document return, is that a communication by e-mail, by regular mail, or something else?

A.  It's outside of my scope.  I'm not sure what the transmission is.

Q.  Okay.  Do you know who makes that communication to the store managers?

A.  I believe it's retail operations.

Q.  What does that mean, retail operations?

A.  A department.

Q.  That's a department?

A.  Correct.

Q.  So would that mean the district manager of the -- the manager of the store or something else?

A.  I'm sorry.  I don't understand your question.

Q.  Would that mean as retail operations, would that be the district manager who was in charge of a particular store would be required to make that communication to the store managers or was it somebody else completely?

A.  It's someone else completely.

Q.  Okay.  Do you know if -- can you describe in detail the manner in which the DRBs are supposed to be

## Page 20

TERRIE RUCKER

packaged before they are sent to Iron Mountain?

A.  The instructions are for the store managers to place them in a box.

Q.  Anything further?

A.  Secure the box with tape and place a label on the box.

Q.  What's the label that's supposed to be placed on the box?

A.  It would be the shipping label.

Q.  The shipping label?

A.  Correct.

Q.  What about any identifying -- an identification code or number that would identify the contents of the box?

A.  Are you asking me if there is anything on the outside of the box, other identifying information?

Q.  Yeah.  What I'm asking, is there any mark on the outside of the box that would help somebody know what the contents of the box is, should they need to know that?

A.  All of that information would be on the shipping label.

Q.  What information is maintained on the shipping label?

A.  The store number, the Iron Mountain address, and I believe a billing code.

## Page 21

TERRIE RUCKER

Q.  Anything else?

A.  Not to my knowledge.

Q.  So the only way to understand the contents of a specific box would be to look at the shipping label, and that would identify the store that the contents came from.  Is that correct?

MS. DIAZ:  Objection.  You can answer.

A.  I'll step back a moment.  It says or should say confidential document return on the shipping label.

BY MR. GOTTLIEB:

Q.  Okay.  And it would also identify the store that the documents inside the box came from, right?

A.  Correct.

Q.  Would there be a date range on the label?

A.  Not to my knowledge.

Q.  Okay.  Are there any computerized records that identify which documents are being packaged for document return?

A.  Not to my knowledge.

Q.  Do you have any understanding of --

MS. DIAZ:  David, before you answer the question can we take a very quick break?

MR. GOTTLIEB:  Sure.  Do you want to just --

MS. DIAZ:  I'll just step out for a second.

Page 22

TERRIE RUCKER

1          MR. GOTTLIEB: Sure. Why don't you just call
2  back the main line when you're ready.
3          MS. DIAZ: It will literally be a, I think,
4  one-minute break.
5          MR. GOTTLIEB: Okay.
6          (Brief recess.)
7          MS. DIAZ: David?
8          MR. GOTTLIEB: Yes.
9          MS. DIAZ: We're back. The witness actually just
10  forgot something in one of her previous answers and would
11  like to clarify what the store manager is instructed to do
12  during the confidential return process.
13          MR. GOTTLIEB: Okay. Are we still on the record
14  or did we go off?
15          MS. DIAZ: We're back on the record.
16          MR. GOTTLIEB: Since we were off briefly?
17          MS. DIAZ: Yes.
18          MR. GOTTLIEB: Okay. So we're back on the
19  record. I just want to confirm with the court reporter
20  that we're back on.
21          THE COURT REPORTER: We are back on the record.
22          MR. GOTTLIEB: Okay.
23  BY MR. GOTTLIEB:
24    Q.  We're back on the record.

Page 23

TERRIE RUCKER

1          And while we were briefly off the record, Ms.
2  Diaz indicated that the witness wanted to clarify one of
3  the answers to a particular question. What would you like
4  to clarify?
5    A.  In the initial one of the first steps the store
6  managers are instructed to do with the DRB before packing
7  up is they're instructed to write their store number on the
8  DRB on the outside cover.
9    Q.  Okay. Anything else?
10    A.  No, sir.
11    Q.  Now, the confidential --
12          MR. GOTTLIEB: Actually, can the court reporter
13  read back to me my last question before we took the very
14  short break?
15          THE COURT REPORTER: Yes.
16          (Record was read as requested.)
17  BY MR. GOTTLIEB:
18    Q.  Other than DRBs, what other documents are
19  packaged as part of this confidential document return?
20    A.  A book referred to as the duty roster notebook,
21  labor schedules, and obsolete manuals.
22    Q.  Okay. Now, is it fair to say that all of those
23  documents no longer maintain any value to Starbucks after
24  they leave the store, or is it just DRBs?

Page 24

TERRIE RUCKER

1          MS. DIAZ: Objection. You can answer.
2    A.  No, that is not correct.
3  BY MR. GOTTLIEB:
4    Q.  So which documents maintain value within
5  Starbucks after they leave the store of the documents you
6  just mentioned?
7    A.  The labor schedules.
8    Q.  Why is that?
9    A.  They are considered payroll backup materials.
10    Q.  What's the -- I'm sorry. What's the name of the
11  document?
12    A.  They are referred to as labor schedules.
13    Q.  Okay. What is a labor schedule?
14    A.  It's a schedule for labor hours, tracking labor
15  in the stores.
16    Q.  Okay. So it's a document to check the hours that
17  employees work in the store?
18    A.  Yes.
19    Q.  Those documents maintain their value after they
20  leave the store?
21    A.  Correct.
22    Q.  And why is that?
23    A.  They have an eight-year retention period per our
24  retention schedule.

Page 25

TERRIE RUCKER

1    Q.  Okay.
2    A.  I would also add, there are payroll records
3  removed from the DRBs that retain that same value.
4    Q.  Are there any documents that are generated that
5  reflect DRBs being shipped from stores to the Iron Mountain
6  facility?
7    A.  Can you clarify if you're asking about the actual
8  shipping?
9    Q.  As opposed to -- I'm just trying to -- I mean the
10  shipping as opposed to what other aspect?
11    A.  Once they're received at Iron Mountain.
12    Q.  I see. Okay. Let's start with shipping. Are
13  there any documents that you're aware of that are generated
14  which reflects DRBs being shipped out of a store and to
15  Iron Mountain?
16    A.  Not to my knowledge.
17    Q.  There are Fed Ex receipts, right?
18    A.  That's outside of my scope of responsibility.
19          MR. GOTTLIEB: I just want to state for the
20  record that I believe that that's a question that should be
21  within the scope of the witness's knowledge under the
22  notice.
23          MS. DIAZ: David, you also asked a very specific
24  question. Perhaps you might want to clarify your question.

TERRIE RUCKER

1
2  BY MR. GOTTLIEB:
3      Q.   Do you know whether any records are being
4  maintained by Starbucks which reflect the documents that
5  are shipped from stores to Iron Mountain as part of the
6  confidential document return?
7      A.   I have no specific knowledge of any of those
8  records.
9      Q.   Are you aware of any documents that reflect the
10 boxes that are sent from Starbucks stores to Iron Mountain?
11     A.   I don't understand your question.
12     Q.   My previous question was whether you were aware
13 of any documents that reflected the documents in the boxes
14 that are shipped from stores to Iron Mountain, and you said
15 you did not; you were not aware of any documents that
16 reflected that.  And the most recent question is not with
17 regard to the documents but whether there's any records
18 that would reflect the actual boxes being shipped.
19         MS. DIAZ:  David, can I interject here?  Are you
20 still talking about documents that reflect the shipping of
21 the boxes?
22         MR. GOTTLIEB:  Yes, that's correct.
23     A.   I have no specific knowledge of any documents.
24 BY MR. GOTTLIEB:
25     Q.   Do you believe Starbucks retains its shipping

TERRIE RUCKER

1
2  receipts?
3         MS. DIAZ:  Objection.
4      A.   I believe they do, but I have no knowledge of
5  those documents myself.
6  BY MR. GOTTLIEB:
7      Q.   Do you believe those receipts would be maintained
8  by the store from which the confidential document return is
9  shipped or somewhere else?
10         MS. DIAZ:  Objection.
11     A.   That's outside of my scope of responsibility.
12 BY MR. GOTTLIEB:
13     Q.   In what manner are documents shipped from stores
14 to Iron Mountain?  Or does it vary?
15     A.   I'm not sure I understand your question.
16     Q.   Well, are the documents shipped -- are the
17 confidential document return documents shipped by Fed Ex
18 overnight, Fed Ex ground, by U.S. mail, or something else?
19     A.   Fed Ex, I'm not sure if it's ground.  I'm not
20 sure whether it's ground or air.
21     Q.   Okay.  Now, each confidential document return,
22 would each confidential document return typically be one
23 box per store or something else?
24     A.   It can vary.
25     Q.   Would you say it's typically one box or typically

TERRIE RUCKER

1
2  more?
3         MS. DIAZ:  Objection.
4      A.   I can't answer that.
5  BY MR. GOTTLIEB:
6      Q.   You said the confidential document return takes
7  place in October and in April.  Correct?
8      A.   Correct.
9      Q.   And in each one of those returns the box will
10 contain DRBs; is that correct?
11         MS. DIAZ:  Objection.  You can answer.
12     A.   Not necessarily.
13 BY MR. GOTTLIEB:
14     Q.   Why would there not necessarily be any DRBs in a
15 confidential document return?
16     A.   Occasionally a store may not send them.
17     Q.   And why would that be?
18         MS. DIAZ:  Objection.
19     A.   I don't have any knowledge of why they wouldn't
20 send them.
21 BY MR. GOTTLIEB:
22     Q.   Is it fair to say that the confidential document
23 return should contain DRBs?
24     A.   Yes.
25     Q.   And why is that?

TERRIE RUCKER

1
2      A.   The stores are instructed in each communication
3  to send their DRBs.
4      Q.   Is it fair to say that there is a Starbucks
5  policy to send DRBs as part of a confidential document
6  return?
7         MS. DIAZ:  Objection.
8      A.   I'm not aware of one.
9  BY MR. GOTTLIEB:
10     Q.   I'm not asking if there's a written policy.  I'm
11 asking if there is a policy, whether written or otherwise,
12 to send DRBs as part of a confidential document return.
13     A.   I would refer to it as a process.
14     Q.   Okay.  So there's a Starbucks process that
15 requires sending DRBs as part of a confidential document
16 return?
17     A.   Correct.
18     Q.   So, now, let's take the October confidential
19 document return for a moment.  What month of DRBs would be
20 included in the October return?
21     A.   The instructions were to send October 2010
22 through March 2011.
23     Q.   So for an October 2011 confidential document
24 return, it would include -- I'm sorry.  Can you repeat the
25 date range?

TERRIE RUCKER

1
2     A.    October 2010 to March 2011.
3     Q.    Okay.  So then the DRBs from April 2011 through
4  October 2011 would remain in the store?
5     A.    That's correct.
6     Q.    Okay.  Then would it be fair to say that, then,
7  during the April 2012 confidential document return those
8  documents would be part of the shipment?
9     A.    Correct.
10    Q.    And why is that?
11    A.    The stores are to maintain six months worth of
12 DRBs in their stores, including or in addition to the one
13 they are currently working in.
14    Q.    And do you have any understanding of why that is?
15    A.    It's more tribal knowledge that it's a
16 reconciliation period for the deposit slips and receipts
17 that are stored in the DRB.
18    Q.    Now, I'd like to move back to the transportation
19 of the DRBs to the Iron Mountain.  Now, are there any documents
20 that reflect the receipts by Iron Mountain of the
21 confidential document return boxes?
22    A.    I want to -- may I say your question back please?
23    Q.    Of course.
24    A.    You're asking me if there is some type of
25 tracking information of what is received at Iron Mountain?

TERRIE RUCKER

1
2  Is that correct?
3     Q.    Well, not necessarily tracking information, but
4  that could be it.  What I'm asking is if there's any
5  documents.  Could be a tracking document, but any document
6  that reflects the receipt by Iron Mountain of the
7  confidential document return.
8     A.    There's formally what we refer to as a tracking
9  sheet.
10    Q.    Okay.
11    A.    It would indicate which DRBs the stores sent and
12 maybe notes of other materials that were sent.  That is no
13 longer in existence, as in it's no longer created.  All the
14 information is entered into a system referred to as Iron
15 Mountain Connect.  It would be similar information.
16    Q.    And who maintains that information?  The Iron
17 Mountain or the stores or somebody else?
18    A.    Which specific information are you asking about?
19 The tracking sheet or the system information?
20    Q.    There is no longer a tracking sheet being used;
21 is that correct?
22    A.    It's still maintained by me, and Iron Mountain
23 maintains their copy of it as well.  So it's historical
24 information that's used.
25    Q.    So is the tracking sheet a document that is still

TERRIE RUCKER

1
2  being updated and maintained?
3     A.    Maintained but not updated.
4     Q.    What do you mean when you say that?
5     A.    There's nothing being added to the former
6  tracking sheet.  It's maintained for reference.
7     Q.    I see.  When did you stop updating the tracking
8  sheet?
9     A.    It's not necessarily stopped updating it.  It's
10 stopped creating new ones.  And that was about -- I'm going
11 to speculate.  I don't have an absolute time.  I believe it
12 was 2010.  I don't have that information before me.
13        MR. GOTTLIEB:  Okay.  I'm going to call for
14 production of the tracking sheet as it relates to the
15 storage within Ms. Gurtov's district.
16        MS. DIAZ:  We will take it under advisement.
17 BY MR. GOTTLIEB:
18    Q.    The tracking sheet, what information is
19 maintained on the tracking sheet that you have?
20    A.    There's multiple tracking sheets for each period
21 of the document return.  It would include the store number,
22 the store address, zip code, city, state, months of the --
23 month tabs, so maybe October, November, December, January,
24 February, a bar code number or multiple bar code numbers,
25 and a comments field.

TERRIE RUCKER

1
2         The months may or may not contain a check mark
3  that would indicate whether the store had sent that month
4  of DRB, or a particular month of DRB.
5     Q.    How would you gather that information?
6     A.    How is the information input on the tracking
7  sheet?  Is that what you're asking me?
8     Q.    No.  What I'm asking is, the information that
9  ultimately goes on the tracking sheet, how would that
10 information be obtained?
11        MS. DIAZ:  Objection.
12    A.    Iron Mountain provides the tracking sheet to me.
13 BY MR. GOTTLIEB:
14    Q.    So Iron Mountain provides the tracking sheet to
15 you.  And then what do you do with the tracking sheet at
16 that point?
17    A.    I store it and maintain it.
18    Q.    Okay.  So do you have any understanding of how
19 Iron Mountain gathers the information to put on the
20 tracking sheet?
21    A.    Yes, I do.
22    Q.    How do they do that?
23    A.    They open the box; they pull the materials out of
24 the box; they start indicating in hand, by hand, which of
25 the DRBs the store sent per the requirements for each cycle

TERRIE RUCKER

1
2  of the document return.  So they fill in the information on
3  the tracking sheet.
4      Q.   I see.  Have you ever filled in information on
5  the tracking sheet?
6      A.   Yes.
7      Q.   What information have you filled in?
8      A.   Corrected information.
9      Q.   Have you ever reviewed a tracking sheet and
10 noticed that DRBs that should have been part of a shipment
11 were not part of the box?
12     A.   Yes.
13     Q.   And what action do you take at that point -- or
14 have you taken at that point?
15         MS. DIAZ:  Objection.
16     A.   None.
17 BY MR. GOTTLIEB:
18     Q.   Have you ever notified a district manager that a
19 store manager was not providing all the DRBs?
20     A.   No, I have not.
21     Q.   Have you ever notified a regional manager that a
22 store manager was not providing all the DRBs?
23         MS. DIAZ:  Objection.
24     A.   No, I have not.
25 BY MR. GOTTLIEB:

TERRIE RUCKER

1
2      Q.   Why not?
3      A.   It's outside of my scope of responsibility.
4      Q.   Have you ever notified anybody that a store
5  manager was not providing all the DRBs?
6      A.   Yes.
7      Q.   How many times?
8      A.   I can't answer that.
9      Q.   Who have you notified that a store manager was
10 not providing all the DRBs?
11     A.   A legal representative who was asking me for
12 information.
13     Q.   Okay.  Anything else?
14     A.   No, sir.
15     Q.   Was that in connection with this case?
16     A.   Yes.
17     Q.   Other than in connection with this case, have you
18 ever notified anybody that a store manager had not provided
19 all the DRBs?
20     A.   Yes.
21     Q.   Okay.  When before in this case have you done
22 that?
23     A.   On multiple occasions.
24     Q.   And who have you contacted?
25     A.   A representative from legal.

TERRIE RUCKER

1
2      Q.   Have you ever contacted anybody other than a
3  representative from legal to notify the person about a
4  store manager's failure to provide all the DRBs?
5      A.   No.
6      Q.   Is the person at legal that you would contact
7  about these issues always the same person?
8      A.   No.
9      Q.   Who have you contacted at legal to notify them of
10 the inability to provide the DRBs from stores?
11     A.   Numerous representatives.
12     Q.   Can you list them?
13     A.   By name?
14     Q.   Yes.
15     A.   Let's see.
16         MS. DIAZ:  To the extent that you remember.
17     A.   Jen Seidenberg, Emmie MacIlroy, David Johnson,
18 Jill Kaiser, and there's a few more, but at this point in
19 time I cannot recall their names.
20     Q.   Okay.  You said Jen Seidenberg?
21     A.   Seidenberg.
22     Q.   Seidenberg?
23     A.   Yes.
24     Q.   How many times have you contacted her to notify
25 her that there were DRBs missing from the confidential

TERRIE RUCKER

1
2  document return?
3      A.   At this point that's impossible for me to
4  determine.
5          MS. DIAZ:  David, I also don't want to get into
6  privileged conversations here.
7          MR. GOTTLIEB:  Okay.
8          MS. DIAZ:  So to the extent she's
9  communicating with legal regarding these issues, I think
10 we're venturing into privilege.
11         MR. GOTTLIEB:  Well, only if it's in the context
12 of legal advice.  If she's notifying them of DRBs being
13 missing, I'm not sure that that constitutes a privileged
14 communication unless it's in connection with some sort of
15 ongoing litigation.
16         MS. DIAZ:  But she may be seeking legal advice,
17 especially if it's in the context of a litigation.
18 BY MR. GOTTLIEB:
19     Q.   So to the extent that any questions that I'm
20 asking you requires you to disclose communications about an
21 ongoing litigation, not ongoing as of now, but litigation
22 that was ever taking place, I understand that that would be
23 privileged, and those are communications you do not need to
24 disclose.  Do you understand that?
25     A.   Yes, I do.

TERRIE RUCKER

1
2    Q.   So is it fair to say that you've spoken with Jen
3    Seidenberg on a number of occasions regarding missing DRBs?
4        MS. DIAZ:  Objection.  David, I'm just worried
5    again about the privilege issue.
6        MR. GOTTLIEB:  I just asked her about the number
7    of times, that's all.  That wouldn't be privileged in any
8    context.
9        A.   I'm not able to answer that question.
10   BY MR. GOTTLIEB:
11       Q.   When you say you're not able to answer it, do you
12   mean you're not able to answer it without disclosing
13   privileged information?
14       A.   I am unable answer it because I don't know the
15   number of times.
16       Q.   Have you ever -- have your notifications to her
17   regarding missing DRBs ever been in the context of
18   litigation?
19       A.   Yes.
20       Q.   Have you ever had conversations with her --
21   strike that.
22       Have you ever notified her of missing DRBs in a
23   context that did not involve litigation?
24       A.   No.
25       Q.   You said there was somebody named MacIlroy?

TERRIE RUCKER

1
2    A.   Correct.
3    Q.   What's the person's first name?
4    A.   Emmie.
5    Q.   Now, Ms. MacIlroy, you had discussions with her
6    regarding missing DRBs as well; is that correct?
7    A.   Correct.
8    Q.   And have you ever had any discussions with her
9    regarding missing DRBs that did not involve litigation?
10   A.   No.
11   Q.   You said you had conversations with David Johnson
12   regarding missing DRBs?
13   A.   Correct.
14   Q.   Did you ever have any conversations with him
15   about missing DRBs that did not involve litigation?
16   A.   No.
17   Q.   Did you ever have any conversations with Jill
18   Kaiser about missing DRBs that did not involve litigation?
19   A.   No.
20   Q.   Did you ever have any conversations with anyone
21   at legal that did not involve litigation that involved
22   missing DRBs?
23   A.   No.
24   Q.   Have you ever notified anybody that DRBs were
25   missing without first being prompted by legal or somebody

TERRIE RUCKER

1
2    else?
3        MS. DIAZ:  Objection.  You can answer.
4    A.   No.
5    BY MR. GOTTLIEB:
6    Q.   Have there been occasions where you noticed DRBs
7    have been missing from a confidential document return
8    without knowing that there was ongoing litigation?
9        MS. DIAZ:  Objection.
10   A.   Yes.
11   BY MR. GOTTLIEB:
12   Q.   And have you ever, in that context, notified
13   somebody that DRBs were missing?
14   A.   No.
15   Q.   Why not?
16   A.   There would be no one to notify.
17   Q.   What do you mean by that?
18   A.   I wouldn't know who to notify.
19   Q.   When you say that DRBs are missing from
20   confidential document returns, frequently or infrequently?
21       MS. DIAZ:  Objection.  You can answer.
22   A.   I can't say.
23   BY MR. GOTTLIEB:
24   Q.   Have you ever been concerned when you noticed
25   DRBs missing from a confidential document return?

TERRIE RUCKER

1
2    A.   No.
3    Q.   Why not?
4    A.   I don't have any reason to be.
5    Q.   Well, do you understand that if DRBs are missing
6    from a confidential document return, that that would be a
7    deviation from the instruction that the store manager was
8    given?
9    A.   Yes.
10   Q.   And by that you've never been concerned when DRBs
11   are missing?
12   A.   When you say concerned, what do you mean?
13   Q.   Has it ever raised a concern for you that
14   somebody might be violating company policy?
15       MS. DIAZ:  Objection.
16   A.   I don't have a concern in relation to what you
17   refer to as company policy.
18   BY MR. GOTTLIEB:
19   Q.   Why not?
20   A.   I'm not aware of a company policy.
21   Q.   It never raised a concern to you that missing
22   DRBs could indicate that a store manager was not following
23   instructions properly?
24       MS. DIAZ:  Objection.  Outside of her scope.
25   A.   That's outside of my scope.

TERRIE RUCKER

1   TERRIE RUCKER
2   BY MR. GOTTLIEB:
3       Q.   Well, it either has or hasn't raised a concern.
4           MS. DIAZ:  David, Ms. Rucker is testifying
5   regarding the storage and transportation of DRBs.
6           MR. GOTTLIEB:  Right.  I'm entitled to ask her
7   questions that would otherwise be relevant.
8           MS. DIAZ:  She is not answering any opinion
9   questions in her role as a 30(b)(6) witness.  I'll let you
10  continue with some of this questioning, but it's not -- she
11  has not been designated on these topics.
12          MR. GOTTLIEB:  I'm not asking any opinion
13  question.  I'm asking factually whether her observations
14  that a store manager was not providing DRBs ever raised a
15  concern for her that the store manager might have been
16  violating some instruction that was given to them.
17          MS. DIAZ:  And I'm just clarifying that Ms.
18  Rucker has been designated with respect to the storage and
19  transportation of DRBs and that that question falls outside
20  of that topic.
21          MR. GOTTLIEB:  Okay.
22          MS. DIAZ:  Answer the question if you understand.
23  Can you actually repeat the question, please?
24          MR. GOTTLIEB:  Let me ask the court reporter to.
25          MS. DIAZ:  The court reporter?

TERRIE RUCKER

1   TERRIE RUCKER
2       MR. GOTTLIEB:  Yes.
3           (Record was read as follows:
4           Well, it either has or hasn't raised a
5           concern.)
6       MR. GOTTLIEB:  Hello?
7       MS. DIAZ:  What was the last question?
8       THE COURT REPORTER:  The last question was:
9   Well, it either has or hasn't raised a concern.
10          The question before that, would you like me to
11  read that one?
12      MS. DIAZ:  Please.
13          THE COURT REPORTER:  "But it never raised a
14  concern to you that missing DRBs could indicate that a
15  store manager was not following instructions properly?"
16      MR. GOTTLIEB:  That's the question I'd like
17  answered.
18      A.   No.
19  BY MR. GOTTLIEB:
20      Q.   Why not?
21      A.   It's outside of my scope of responsibility.
22      Q.   Whose responsibility would that be?
23      A.   In regards to the document return.
24      Q.   Whose responsibility would that be to make sure
25  that the documents are being returned properly?

TERRIE RUCKER

1   TERRIE RUCKER
2       MS. DIAZ:  Objection.
3       A.   That's outside of my scope of knowledge.
4   BY MR. GOTTLIEB:
5       Q.   Who do you think that would be?
6           MS. DIAZ:  Objection.  Calls for speculation.
7       A.   I don't know.
8   BY MR. GOTTLIEB:
9       Q.   Now, you said in addition to the tracking sheet
10  that there is also a system that's maintained?
11      A.   I'm sorry.  Can you repeat the question?
12      Q.   Sure.  You said in addition to the tracking
13  sheet, there's also a system that's maintained that tracks
14  the receipt of confidential document return.  Is that
15  correct?
16      A.   Yes, that's correct.
17      Q.   Is that an electronic system?
18      A.   Yes, it is.
19      Q.   Is there a name for that system?
20      A.   It's called Iron Mountain Connect.
21      Q.   Can you explain to me how that works?
22      A.   Iron Mountain enters the information into the
23  system, similar to the information that was entered into
24  the tracking sheets.
25      Q.   And what happens next?

TERRIE RUCKER

1   TERRIE RUCKER
2       A.   I'm not sure I understand your question.
3       Q.   Is this a document that's on some sort of shared
4   network that Iron Mountain can view and you and people at
5   Starbucks can view as well?
6       A.   I have access to the system, that's correct.
7       Q.   Does anybody enter information onto the Iron
8   Mountain Connect system regarding the confidential document
9   return other than Iron Mountain?
10      A.   Yes.
11      Q.   Who?
12      A.   I have.
13      Q.   What information do you -- let me take a step
14  back.
15          Is it fair to say that the bulk and majority of
16  the information entered into the Iron Mountain Connect
17  system is done by Iron Mountain?
18      A.   That is correct.
19      Q.   And is it fair to say that on occasion you have
20  entered information as well?
21      A.   Correct.
22      Q.   What information have you entered?
23      A.   Information about a DRB that has been received.
24  It would be the same information Iron Mountain would enter.
25      Q.   I see.  Now, is the system similar to an Excel

TERRIE RUCKER

1
2  spreadsheet or something else?
3      A.  It's a form.
4      Q.  Okay.
5      A.  A report out of the system would look like an
6  Excel spreadsheet.
7          MR. GOTTLIEB:  I'm going to call for production
8  of the Iron Mountain Connect system form information for
9  the stores maintained or supervised by Jen Gurtov for the
10  period of January 2010 through the present.
11         MS. DIAZ:  I object to the time frame and also to
12  the relevance.  But we will take it under advisement.
13  BY MR. GOTTLIEB:
14     Q.  Now, what's the purpose of the Iron Mountain
15  Connect system?
16     A.  It's a tracking system to manage company records.
17     Q.  And does the Iron Mountain Connect system track
18  the DRBs that are incoming with the confidential document
19  return?
20     A.  Yes.
21     Q.  Okay.  Now, before the DRBs are packaged at the
22  stores and shipped to Iron Mountain, are you aware of
23  whether any information from the DRBs is extracted in any
24  way?
25         MS. DIAZ:  Objection.

TERRIE RUCKER

1
2      A.  Not to my knowledge.
3  BY MR. GOTTLIEB:
4      Q.  And when the DRBs are -- strike that.
5          When the boxes are received in Iron Mountain,
6  Iron Mountain, I believe you testified, opens the boxes and
7  logs the contents?
8      A.  Correct.
9      Q.  Other than logging the contents of the boxes, are
10  you aware of whether any information is extracted from DRBs
11  at Iron Mountain?
12     A.  Yes.
13     Q.  And is information extracted?
14     A.  Yes.
15     Q.  What information is extracted from DRBs at the
16  Iron Mountain facility?
17     A.  Time and attendance information.
18     Q.  Anything else?
19     A.  No.
20     Q.  Is that from the DRBs or is that from a labor
21  schedule or from both?
22     A.  That is from the DRBs.
23     Q.  Are you aware of whether any information
24  regarding cash management or cash handling is extracted
25  from the DRBs when they are received at Iron Mountain?

TERRIE RUCKER

1
2      A.  No.
3      Q.  No, you're not aware or, no, they are not?
4      A.  No, they are not.
5      Q.  Are you aware of any occasion, other than in this
6  case, where DRBs have had to be retrieved out of storage
7  from Iron Mountain?
8      A.  May I ask you to repeat that question, please?
9      Q.  Are you aware of any instance, other than in
10  connection with this case, where DRBs have had to be
11  retrieved from storage at Iron Mountain?
12     A.  Yes.
13     Q.  How many?
14     A.  I don't recall.
15     Q.  Do you recall the context in which DRBs have had
16  to be retrieved from storage at Iron Mountain?
17     A.  Yes.
18     Q.  Can you go through them, list them for me please?
19     A.  Be for litigation request.
20     Q.  For litigation request?
21     A.  Correct.
22     Q.  Anything else?
23     A.  No.
24     Q.  Can --
25     A.  I'm sorry.

TERRIE RUCKER

1
2      Q.  Can you route --
3          MS. DIAZ:  Wait.
4      A.  I'm sorry.  I need to step back.  That is
5  correct.  I've done research.  I cannot recall if I
6  actually retrieved DRBs.  I'd have to look at -- I don't
7  recall.  I have done research.
8  BY MR. GOTTLIEB:
9      Q.  When you say you have done research, what are you
10  -- I'm not sure which question you're answering.  So I'd
11  just like to kind of take a step back.
12         So you previously testified that you have
13  retrieved DRBs from Iron Mountain for purposes of a
14  litigation request, is that correct?
15     A.  That's correct.
16     Q.  Is there any other context in which you have
17  retrieved the boxes -- excuse me -- retrieved DRBs from
18  storage at Iron Mountain?
19     A.  I don't recall.
20     Q.  Do you recall any circumstance when you have --
21  or strike that.
22     Q.  Do you recall any circumstance in which DRBs have
23  had to be retrieved from storage for an audit?
24     A.  I don't recall.
25     Q.  Do you recall any circumstance in which DRBs have

TERRIE RUCKER

1
2 had to be retrieved from storage for any business purpose
3 other than litigation?
4    A.   I don't recall.
5    Q.   Would documents -- strike that.
6         When DRBs are retrieved from storage at Iron
7 Mountain, is there any record that reflects that?
8    A.   There's tracking about the box.
9    Q.   What do you mean by that?
10    A.   There's a history in Iron Mountain's system about
11 retrievals and returns of boxes to and from Iron Mountain.
12    Q.   Okay.  And would those records indicate the
13 documents that may have been removed from the boxes or just
14 that the box itself had been removed?
15    A.   Just that the box itself had been removed.
16    Q.   Are you aware of the manner in which documents --
17 strike that.
18         Are you aware of the manner in which the boxes
19 containing confidential document return documents are
20 stored and shred at Iron Mountain?
21    A.   I have to ask you a question.
22    Q.   Okay.  Ask the question, but I may not answer it.
23 But you can ask.
24    A.   Okay.  We have the payroll related records or the
25 time and attendance related records that are processed out

TERRIE RUCKER

1
2 of the DRBs and the labor schedules.  Is that what you're
3 asking me about?
4    Q.   Well, let me ask you another question that I
5 think might help us both out.  When the boxes are received
6 at Iron Mountain -- and you said the boxes are opened and
7 the contents of the boxes are tracked.  Is that correct?
8    A.   Correct.  Some of the contents is tracked, that's
9 correct.
10    Q.   Are any documents at that point removed from the
11 box and not returned?  Or is every document that comes in a
12 box maintained in the box?
13    A.   No.
14    Q.   No what?
15    A.   No, there is some information that is destroyed.
16    Q.   There's some information that is destroyed after
17 the box is received and the contents are tracked?
18    A.   Correct.
19    Q.   And is there the policy or procedure that that's
20 pursuant to?
21    A.   I'm sorry?
22    Q.   Is there some written policy or procedure that
23 that is pursuant to?
24    A.   There's written instruction on what should be
25 destroyed.

TERRIE RUCKER

1
2    Q.   Okay.  And where is that written instruction
3 maintained?  Is it part of a policy manual or something
4 else?
5    A.   It's a document.  It's a Word document maintained
6 by Iron Mountain and myself.
7         MR. GOTTLIEB:  I'm going to call for production
8 of that document.
9         MS. DIAZ:  Objection.  I don't see the relevance.
10 BY MR. GOTTLIEB:
11    Q.   Did that document have a title?
12    A.   It's Confidential Document Return, Document
13 Process Documentation.
14    Q.   Do you know how many pages that has?
15    A.   About -- no, not really.
16    Q.   Can you estimate?
17    A.   Ten.
18    Q.   And you have access to that document?
19    A.   I do.
20    Q.   So, for instance, if you wanted to view that
21 document and print it today, you could do that?
22    A.   Yes.
23    Q.   Would it be difficult to do?
24    A.   No.
25    Q.   How much time would it take you to do that?

TERRIE RUCKER

1
2         MS. DIAZ:  Objection.  You can answer.
3    A.   About five minutes.
4 BY MR. GOTTLIEB:
5    Q.   Can you explain the policies that that document
6 contains?
7    A.   I'm sorry?  Does that document --
8    Q.   Can you explain the policies that that document
9 contains?
10    A.   Thank you.  It's a process document.
11    Q.   So that document -- is it fair to say that that
12 document has instructions for what Iron Mountain is to do
13 upon retrieval of the confidential document return boxes?
14    A.   That's exactly correct.
15    Q.   And what does that entail?
16    A.   The process for what they do with the information
17 once they receive it.
18    Q.   And what is that process then?
19    A.   Open the boxes, remove the materials, process the
20 records out of the DRB, set the records that have a
21 retention into storage, separate the DRBs into boxes for
22 temporary storage, and do the indexing.  Some information
23 that can be destroyed, the instructions are for
24 destruction.
25    Q.   And what documents are instructed to be destroyed

TERRIE RUCKER

1
2  immediately?
3      A.  Obsolete manuals.
4      Q.  Anything else?
5      A.  DRBs from Canada.
6      Q.  Anything else?
7      A.  No.
8      Q.  So with regard specifically to DRBs, the process
9  at Iron Mountain is for them to be removed from the boxes
10 that they came in and put into a different box?
11     A.  That's correct.
12     Q.  And why is that?
13     A.  The boxes that they come in are not necessarily
14 sound or stable enough to be placed on the shelf at Iron
15 Mountain.
16     Q.  Any other reason?
17     A.  No.
18     Q.  Now, the boxes -- strike that.
19         The second boxes that the DRBs are placed into,
20 will those DRB boxes contain DRBs from multiple
21 confidential document return boxes?
22     A.  No.
23     Q.  Okay.  So the DRBs maintained in each
24 confidential document return box are placed into their own
25 DRB box at Iron Mountain; is that correct?

TERRIE RUCKER

1
2      MS. DIAZ:  Objection.
3      A.  If they come in in the same cycle, that's
4  correct.
5  BY MR. GOTTLIEB:
6      Q.  Is there a name for those boxes that the DRBs are
7  placed in?
8      A.  I'm sorry.  I don't understand what you mean.
9      Q.  I'm going to be referring to the boxes for the
10 next series of questions and it would be easier if there
11 was a term for those boxes other than the new DRB boxes.
12 Is there a term that you're aware of?
13     A.  DRBs boxes.
14     Q.  Just DRB boxes?
15     A.  Correct.
16     Q.  Are you aware whether the DRB boxes are
17 identified on the outside of the box in any way?
18     A.  I don't understand your question.
19     Q.  Is there some code or identification number
20 placed on the outside of the DRB boxes which would assist
21 if somebody later needed to find a particular DRB?
22     A.  A state abbreviation.
23     Q.  So, for instance, for New York, would it be NY?
24     A.  Correct.
25     Q.  Anything else?

TERRIE RUCKER

1
2      A.  Not to my knowledge.
3      Q.  Is there a date range put on the outside?
4      A.  Iron Mountain has not been instructed to do so.
5      Q.  So other than the identifying letters for the
6  state, is there any other information placed on the outside
7  of the box that would help somebody find a particular DRB?
8      A.  Not to my knowledge.
9      Q.  Other than marks placed on the DRB boxes, is
10 there any other system in place by Iron Mountain or
11 Starbucks or otherwise that would assist somebody in
12 locating a specific DRB?
13     A.  The period of the document return that the box
14 came in under would be entered into the system.
15         MR. GOTTLIEB:  Can I have that answer repeated
16 back to me, please, by the court reporter?
17         (Record was read as follows:
18         The period of the document return that the
19         box came in under would be entered into the
20         system.)
21 BY MR. GOTTLIEB:
22     Q.  And how would that assist somebody if they were
23 trying to find a particular DRB out of a DRB box?
24     A.  It may be date relevant.
25     Q.  I guess what I'm asking is, if you wanted to find

TERRIE RUCKER

1
2  a particular DRB, a specific DRB, how would you go about
3  locating that DRB in the most efficient manner?
4      A.  I would first look to see if the store actually
5  sent DRBs in.  So I would go to the tracking information
6  for the store, the payroll record section, look and see if
7  they sent a particular DRB in.  If they did, I would look
8  at the period of time that store's payroll records for the
9  relevant DRB were placed into storage.
10         I would then go and look for all DRBs for the
11 specific state that were placed into the storage within the
12 same period of time going forward a week to two weeks and
13 backwards a week to two weeks for the same -- for when it
14 was received into storage.
15     Q.  So my question is:  How would you locate the box
16 using that -- using those -- that particular criteria if
17 the boxes themselves did not have dates on the outside?
18         MS. DIAZ:  Objection.  Asked and answered.  You
19 can answer.
20     A.  I would look -- I would -- I'm not sure I
21 understand your question.
22 BY MR. GOTTLIEB:
23     Q.  Well, if you're looking for a particular month of
24 a DRB and the boxes do not indicate -- the DRB boxes do not
25 indicate the month that they contain, how would knowing the

TERRIE RUCKER

2 -- how would you go about doing that?
3     MS. DIAZ: Objection. I'm not sure what the
4 question is.
5     MR. GOTTLIEB: What I'm trying to understand is
6 really how she would locate a particular DRB month if the
7 boxes that they are stored in do not indicate the DRBs that
8 they contain.
9     MS. DIAZ: Objection. I think she has answered
10 the question. But, Terrie, if you can, you can answer his
11 question.
12     A.   I would look at the store information for payroll
13 information because the payroll information is pulled out
14 of specific months of DRBs. That would indicate to me if
15 the store actually did send the DRB in that I was looking
16 for. There would be payroll records for that month. If
17 that was the case, I would say I would look and see when
18 the payroll box came into Iron Mountain. I would know that
19 there must be a DRB in the DRB boxes.
20     I would pull a report for DRB boxes that contain
21 records from the relevant state that came into Iron
22 Mountain around the same period of time the payroll records
23 for that specific store were placed into storage. It may
24 mean that there would be several hundred boxes pulled if
25 that was the case, that the, you know, the state received

TERRIE RUCKER

2 many, many boxes during that same period of time.
3     Q.   I see. Why isn't it a practice to indicate which
4 store the DRBs in the DRB box came from for a situation
5 like that where you need to look in a particular box?
6     A.   They are not considered company records. We do
7 not put the same resources into managing them as we do
8 company records.
9     Q.   When you say they are not company records after
10 they are no longer at the store, what do you mean by that?
11     A.   Their operational value or record value has
12 diminished. They are no longer considered a valuable
13 company record because under normal business circumstances,
14 once they were received at Iron Mountain, they would then
15 be destroyed.
16     Q.   So they would be destroyed at some point; is that
17 correct?
18     A.   As soon as the processing was completed, they
19 would be placed into destruction.
20     Q.   Explain to me the document destruction process
21 with regard to DRBs.
22     A.   I'm not sure I understand what you're asking me.
23     Q.   Well, when DRBs are received by Iron Mountain,
24 they are first packaged into DRB boxes, correct?
25     A.   Correct.

TERRIE RUCKER

2     Q.   They are not destroyed immediately; is that
3 correct?
4     A.   They are placed into DRB boxes at the current
5 time because they are under a legal hold. If they were not
6 under a legal hold, for example, the Canada DRBs are not
7 under a legal hold. They are not placed in any kind of
8 secondary box. They are placed in what's referred to as a
9 gaylord, a big dumping bin. And then they are placed into
10 the shred bin.
11     Q.   Immediately?
12     A.   To my understanding.
13     Q.   And how long are DRBs maintained in the DRB boxes
14 at Iron Mountain before they are subject to destruction?
15     A.   They are under a legal hold indefinitely, for the
16 U.S.
17     Q.   What do you mean when you say indefinitely?
18     A.   They will be held until we're notified that the
19 hold has been lifted.
20     Q.   And have you ever been told that a hold has been
21 lifted and DRBs can be destroyed?
22     A.   No.
23     Q.   So for as long as you worked at Starbucks, you've
24 never been told that you can destroy a DRB?
25     A.   This process did not start until 2004. So since

TERRIE RUCKER

2 the hold was put in place, I have not been instructed I
3 could destroy DRBs, with the exception of Canada, because
4 Canada was never part of the hold.
5     MR. GOTTLIEB: I've provided the court reporter
6 in advance with documents. Can that be marked as Rucker 1
7 and provided to the witness?
8     THE COURT REPORTER: Yes.
9     MR. GOTTLIEB: And then do you have a copy as
10 well for Ms. Diaz?
11     THE COURT REPORTER: Let me check.
12     MR. GOTTLIEB: Okay.
13     (Discussion off the record.)
14     THE COURT REPORTER: What is the title of the
15 document again?
16     MR. GOTTLIEB: The title of the document is Daily
17 Records Book. It's one, two, three, four, five, six -- a
18 seven-page document.
19     THE COURT REPORTER: I have exactly seven pages.
20 The first page is Daily Records Book, the second is Cash
21 Management Log Policies, and then it continues on the third
22 page. The fourth page is Cash Management Log, as well as
23 the fifth page. The sixth page is Cash Management and is
24 troubleshooting --
25     MR. GOTTLIEB: What we should do is use the Bates

Page 62

TERRIE RUCKER

1
2 numbers in the lower right corner.  There should be 814
3 through 820.
4        THE COURT REPORTER:  I have no Bates stamps.
5        MR. GOTTLIEB:  There's no Bates stamps.
6        THE COURT REPORTER:  There's no Bates stamps.
7 I'm passing the documents to Ms. Diaz.
8        MS. DIAZ:  The stamps are cut off, David.
9 Looks like it's -- you can't see anything.
10        MR. GOTTLIEB:  Can you see the entire document
11 itself?
12        MS. DIAZ:  You can see entire document.  You just
13 can't see the Bates stamps at the bottom.
14        MR. GOTTLIEB:  Okay.  So I'm going to represent
15 that it's Defendant Starbucks 814 through 820.  I will have
16 it marked as Rucker 1.
17        (Exhibit 1 marked for identification.)
18        MR. GOTTLIEB:  Can you please hand it to the
19 witness.
20        THE COURT REPORTER:  Yes.
21        MR. GOTTLIEB:  There is no copy for you, but you
22 can feel free to look on with the witness.
23        MS. DIAZ:  Sure.
24        MR. GOTTLIEB:  Okay.
25        MS. DIAZ:  Sure.

Page 63

TERRIE RUCKER

1
2 BY MR. GOTTLIEB:
3     Q.   So, Ms. Rucker, you have been handed what's been
4 marked as Rucker 1.  Can you please review that document
5 and tell me if you recognize it.
6     A.   Yes, I do.
7     Q.   What do you recognize this as?
8     A.   It's pages from the DRB.
9     Q.   Okay.  And I'd like to direct your attention to
10 the first page toward the top.  Do you see where it says
11 retention and destruction?
12     A.   Yes, I do.
13     Q.   And towards the bottom of that section or the
14 last sentence of that section -- or strike that.
15        Why don't we read from the second sentence which
16 starts every six months.  Do you see that?
17     A.   I do.
18     Q.   Let's read it into the record:
19        Every six months you will receive communication
20 requiring all DRBs older than six months to be boxed up and
21 returned using an online return or a pre-addressed mailing
22 label.  This ensures retention of legally required payroll
23 documents that are included in the DRB.
24        Do you see that?
25     A.   I do.

Page 64

TERRIE RUCKER

1
2     Q.   And you understand that to be accurate in terms
3 of Starbucks' practices?
4     A.   I do.
5     Q.   Now, what are the legally required payroll
6 documents that that refers to?
7     A.   It's the documents that are referred to as time
8 and attendance in the DRB.
9     Q.   Okay.  But that does not include the cash
10 management log; is that correct?
11     A.   That is correct.
12     Q.   And when they refer to the cash management log
13 you understand that I'm referring to the pages of the DRB
14 that contain information regarding cash management, bank
15 deposits, and so forth, correct?
16     A.   Yes, correct.
17     Q.   Now, you previously testified -- and I think I
18 may be done with that document.  Put it side for now and
19 I'll let you know if we come back to it.
20        MS. DIAZ:  David, can we actually take a short
21 break?
22        MR. GOTTLIEB:  Sure.  Why don't we make it five
23 minutes or so.  Why don't you call back when you're ready.
24        MS. DIAZ:  Sounds good.
25        (Brief recess.)

Page 65

TERRIE RUCKER

1
2        MR. GOTTLIEB:  I just want to make sure that
3 you've been able to take everything down enough and you've
4 been able to hear me and follow enough for the record?
5        THE COURT REPORTER:  Yes.
6        MR. GOTTLIEB:  You've been able to hear me
7 appropriately and everything?
8        THE COURT REPORTER:  Yes.
9        MR. GOTTLIEB:  Okay, very good.
10 BY MR. GOTTLIEB:
11     Q.   Now, previously you testified that the DRBs are
12 no longer company records once they leave the store,
13 correct?
14     A.   Correct.
15     Q.   You said the reason that they're no longer
16 company records is because they no longer have any value;
17 is that correct?
18     A.   Correct.
19     Q.   Now, just because they have no value, it doesn't
20 mean that they're not company records, does it?
21     A.   There's -- they are not a record in our Starbucks
22 company records schedule.
23     Q.   So they're the record retention schedule for
24 certain documents indicated by Starbucks; is that correct?
25     A.   That's correct.

TERRIE RUCKER

1
2   Q.   And is there a document that reflects that
3   schedule?
4   A.   Yes, there is.
5        MR. GOTTLIEB:  I'm going to call for production
6   of the document.
7        MS. DIAZ:  Objection.  I don't see the relevance.
8   The witness has testified that the DRBs are not part of
9   that schedule.
10  BY MR. GOTTLIEB:
11  Q.   If the DRBs are no longer company documents,
12  company records after they leave the store, what are they?
13  A.   Non-record materials.
14  Q.   Now, were you involved in the search for DRBs
15  relevant to this case?
16       MS. DIAZ:  David, I want to interject here.
17  Terrie Rucker has been designated as the 30(b)(6) witness
18  for storage and transportation of DRBs.  To the extent
19  you're getting into factual questions, I just want to be
20  clear that she should be testifying as a fact witness and
21  not as a corporate representative.
22       MR. GOTTLIEB:  I believe I'm still permitted
23  under the federal rules to ask the witness relevant
24  questions within her knowledge.  So --
25       MS. DIAZ:  I'm not saying that I'm not permitting

TERRIE RUCKER

1
2   you to ask the questions.  I'm saying that she would be
3   responding in her role as a fact witness and not as a
4   corporate representative to factual questions that you may
5   pose in the Serenity Marshall case.
6        MR. GOTTLIEB:  Right, right.  That would be my
7   understanding as well, that she would no longer be the
8   corporate representative for those questions, yes.
9        MS. DIAZ:  Okay.
10  BY MR. GOTTLIEB:
11  Q.   Ms. Rucker, are you aware that there was --
12  strike that.
13       Are you aware that Starbucks was ordered by the
14  court to produce the DRBs maintained at the stores of Ms.
15  Gurtov's district from January 1, 2010, through March 2011?
16  A.   I was aware of a request to produce records.  I
17  was not aware of any person's -- the person's name that you
18  mentioned.  I'm sorry.  So I was aware of the request but
19  not the person's name.
20  Q.   So you were aware of the request.  You weren't
21  aware of Jen Gurtov or her role as a distinct manager?
22  A.   Correct.
23  Q.   And what steps did you take to locate and secure
24  the DRBs that were pursuant to that request?
25  A.   I looked for the specific store numbers to see if

TERRIE RUCKER

1
2   they sent in DRBs for the dates in that request.  Again, I
3   would have looked for the payroll information that would
4   have been contained in those months DRBs.  And if I found
5   that they had sent in information, I would have then pulled
6   a report for all DRBs, obviously for New York, that came in
7   to Iron Mountain around the same period of time that those
8   payroll records for the specific store numbers were placed
9   on the shelf at Iron Mountain.
10  Q.   Okay.  And when was the first time you were told
11  that these documents needed to be located for production?
12       MS. DIAZ:  Objection.  I don't want to get into
13  privileged conversations here.
14  BY MR. GOTTLIEB:
15  Q.   Without going into the substance of any
16  conversation you had with counsel, when was the first time
17  that you -- that you took steps to look for and secure the
18  DRBs at issue?
19  A.   I don't recall exactly.
20  Q.   Well, to the best of your recollection.
21  A.   I believe sometime in September, but again I
22  don't recall exactly.
23  Q.   Do you remember when it first came to your
24  attention that some of the DRBs in the time frame requested
25  were not available?

TERRIE RUCKER

1
2   A.   When I would have been looking at the payroll
3   information for that store.
4   Q.   Did it ever occur to you that a large portion of
5   the DRBs at issue were not in storage?
6        MS. DIAZ:  Objection.
7   A.   No.
8   BY MR. GOTTLIEB:
9   Q.   Do you know what percentage of the DRBs that were
10  requested were not available for production?
11  A.   I do not.
12  Q.   Do you have any idea?
13  A.   I do not.
14  Q.   If I told you that -- strike that.
15       If I told you that 30 percent of the DRBs
16  requested were not available, would that sound like a high
17  number to you or low number to you?
18       MS. DIAZ:  Objection.  You can answer.
19  A.   I don't have an opinion.
20  BY MR. GOTTLIEB:
21  Q.   Do you think it's a problem if 30 percent of the
22  DRBs from that time frame cannot located?
23       MS. DIAZ:  Objection.
24  A.   I don't have an opinion.
25  BY MR. GOTTLIEB:

TERRIE RUCKER

1
2      Q.   As the senior records specialist at Starbucks, do
3   you think it's a problem if 30 percent of the DRBs
4   requested cannot be located?
5          MS. DIAZ:  Objection.  Asked and answered.
6      A.   I don't have an opinion.
7   BY MR. GOTTLIEB:
8      Q.   I'm going to represent to you that there's a
9   store in New York that's referred to as the -- with the
10  identification number 7711.  Are you familiar with that
11  store?
12     A.   No.
13     Q.   If the store with the identification number 7711
14  and DRBs from that store were not produced by Starbucks for
15  the period of January 2010 through December of 2010, the
16  entire calendar year of 2010, do you know how that could
17  happen?
18     A.   I do not.
19     Q.   Do you have any idea?
20     A.   I do not.
21     Q.   What do you think is the likely reason those
22  documents were unavailable?
23         MS. DIAZ:  Objection.
24     A.   I can't speculate.
25  BY MR. GOTTLIEB:

TERRIE RUCKER

1
2      Q.   Are you aware whether anyone has ever been
3   disciplined for failing to provide necessary documents for
4   the confidential document return?
5      A.   I have no knowledge of anything like that.
6      Q.   Have you ever been disciplined for the lack of
7   proper document retention at Starbucks?
8      A.   No, I have not.
9          MR. GOTTLIEB:  Estela, I only have a very small
10  amount left.  Being that we just took a break, I just
11  wanted to maybe take a few minutes and make sure of the few
12  things left, but we should be done very shortly.
13         MS. DIAZ:  Sure.  We will just mute the line
14  here.
15         MR. GOTTLIEB:  I'm sorry?
16         MS. DIAZ:  We will just mute the line.
17         MR. GOTTLIEB:  So leave the line open?
18         MS. DIAZ:  Yeah.
19         MR. GOTTLIEB:  Okay.
20         (Brief recess.)
21  BY MR. GOTTLIEB:
22     Q.   Ms. Rucker, as I indicated, there were a number
23  of -- and as you're aware of, there were a number of DRBs
24  that were required for production in this case that were
25  not produced.  And you're aware of that, correct?

TERRIE RUCKER

1
2      A.   Yes.
3      Q.   Are there any documents that you're aware of that
4   would reflect that DRBs that have not been produced ever at
5   any points existed?
6      A.   Not that I'm aware of.
7      Q.   Is it fair to say that the DRBs that were not
8   produced were not destroyed after they were received by
9   Iron Mountain?  Correct?
10     A.   Correct.
11     Q.   Other than being at Iron Mountain in Washington
12  State or at the particular stores, is there anywhere else
13  that DRBs could be maintained?
14     A.   Not to my knowledge.
15     Q.   You said the only other context in which you've
16  been -- in which you've had to retrieve -- strike that
17         You previously testified that the only other
18  circumstance in which you were aware DRBs needed retrieval
19  from Iron Mountain was often in connection with litigation.
20  Is that correct?
21     A.   Correct, with some clarification.
22     Q.   Okay.  What would you like to clarify?
23     A.   I have had requests from our tax audit department
24  to do research.  I don't recall if I did actually retrieve
25  the DRBs for them.  I have conducted research.

TERRIE RUCKER

1
2      Q.   What type of research have you conducted with
3   regard to DRBs?
4      A.   For the tax department?
5      Q.   For the tax department or otherwise.
6      A.   The only other research I would have done would
7   have been for the tax department.  It would have been to
8   produce DRBs as of specific time periods.
9      Q.   Okay.  And what would -- was there any specific
10  time when you have had to do that?
11     A.   I've had to do it.  I don't recall the specific
12  time.
13     Q.   Do you remember the most recent time you had to
14  do that?
15     A.   It's speculation.  Three years ago.
16     Q.   Okay.  Do you know what the reason was that you
17  had to provide DRBs to the tax department?
18     A.   Again I don't --
19         MS. DIAZ:  Objection.
20     A.   I don't recall if I provided them -- it's tax
21  business.  I don't recall why they were asking for them.
22  BY MR. GOTTLIEB:
23     Q.   Do you remember if they at any point -- they
24  being the tax department -- ever requested pages of the DRB
25  related to cash management log?

Page 74

TERRIE RUCKER

1
2      A.  I don't recall.
3      Q.  On other situations when DRBs have had to be
4  retrieved from storage for litigation, has a similar
5  problem occurred, as occurred in this case, where a number
6  of DRBs were unavailable?
7          MS. DIAZ:  Objection.
8      A.  I don't recall.
9  BY MR. GOTTLIEB:
10     Q.  When you were conducting your search for DRBs
11 related to this case, did you think that the amount of
12 missing DRBs was surprising?
13         MS. DIAZ:  Objection.
14     A.  No.
15 BY MR. GOTTLIEB:
16     Q.  Why not?
17     A.  That wasn't my role.
18     Q.  I know it wasn't your role.  But I'm asking if it
19 was surprising when you noticed the number of DRBs that
20 were missing.
21     A.  No.
22     Q.  Why not?  Why was that not surprising?
23     A.  I don't have a reason for it to be surprising to
24 me.
25     Q.  Did you think it was strange that so many DRBs

Page 75

TERRIE RUCKER

1
2  were missing?
3      A.  No.
4          MS. DIAZ:  Objection.
5  BY MR. GOTTLIEB:
6      Q.  Why not?
7      A.  I didn't have any reason to think it was strange.
8          MR. GOTTLIEB:  One other item I would like to
9  call for production of is any communications to store
10 managers in Ms. Gurtov's district that included any
11 instructions regarding the shipment of confidential -- the
12 shipping of the confidential document return.
13         MS. DIAZ:  I'll take it under advisement.
14         MR. GOTTLIEB:  At this point I have no further
15 questions.
16         MS. DIAZ:  Thank you.
17         MR. GOTTLIEB:  Thank you, Ms. Rucker.
18         THE WITNESS:  Thank you.
19            (Deposition concluded at 10:52 a.m.)
20
21
22
23
24
25

Page 76

CERTIFICATE

1
2
3      I, Jan K. Floate, do hereby certify that pursuant
4  to the Rules of Civil Procedure, the witness named herein
5  appeared before me at the time and place set forth in the
6  caption herein; that at the said time and place, I reported
7  in stenotype all testimony adduced and other oral
8  proceedings had in the foregoing matter; and that the
9  foregoing transcript pages constitute a full, true and
10 correct record of such testimony adduced and oral proceeding
11 had and of the whole thereof.
12
13     IN WITNESS HEREOF, I have hereunto set my hand this
14 20th day of January, 2012.
15
16
17
18
19 _____
20 Jan K. Floate        April 29, 2012
21              Commission Expiration
22
23
24
25

Page 77

CORRECTION SHEET

1
2  Deposition of: Terrie Rucker      Date: 01/09/12
3  Regarding: Serenity Marshall v. Starbucks Corporation
4  Reporter:     Jan Floate
5  _____
6  Please make all corrections, changes or clarifications
7  to your testimony on this sheet, showing page and line
8  number.  If there are no changes, write "none" across
9  the page. Sign this sheet on the line provided.
10 Page  Line  Reason for Change
11 _____ _____ _____
12 _____ _____ _____
13 _____ _____ _____
14 _____ _____ _____
15 _____ _____ _____
16 _____ _____ _____
17 _____ _____ _____
18 _____ _____ _____
19 _____ _____ _____
20 _____ _____ _____
21 _____ _____ _____
22 _____ _____ _____
23 _____ _____ _____
24      Signature_____
25            Terrie Rucker

Page 78

1           DECLARATION
2
3    Deposition of:  Terrie Rucker       Date: 01/09/12
4    Regarding: Serenity Marshall v. Starbucks Corporation
5    _____
6
7
8    I declare under penalty of perjury the following to
9    be true:
10
11   I have read my deposition and the same is true and
12   accurate save and except for any corrections as made
13   by me on the Correction Page herein.
14
15   Signed at _____, _____
16   on the _____ day of _____, 2012.
17
18
19
20
21
22
23           _____
24           Terrie Rucker
25

**A**

**abbreviation (1)**
55:22
**ability (2)**
8:7,10
**able (6)**
38:9,11,12 65:3,4,6
**absolute (1)**
32:11
**access (2)**
45:6 52:18
**accurate (2)**
64:2 78:12
**accurately (2)**
7:7,15
**action (1)**
34:13
**actual (2)**
25:8 26:18
**add (1)**
25:3
**added (1)**
32:5
**addition (3)**
30:12 44:9,12
**additionally (1)**
14:10
**address (4)**
9:17,20 20:24 32:22
**adduced (2)**
76:7,10
**advance (2)**
11:12 61:6
**advice (2)**
37:12,16
**advisement (3)**
32:16 46:12 75:13
**affairs (2)**
13:6,8
**affect (3)**
8:4,6,9
**ago (1)**
73:15
**air (1)**
27:20
**Akin (1)**
2:17
**amount (2)**
71:10 74:11
**answer (26)**
7:5,7,8 8:10 14:3 15:3
16:18 21:8,22 24:2
28:4,11 35:8 38:9
38:11,12,14 40:3,21
42:22 50:22 53:2
56:15 57:19 58:10

69:18
**answered (4)**
43:17 57:18 58:9 70:5
**answering (2)**
42:8 49:10
**answers (4)**
7:11,13 22:11 23:4
**anybody (6)**
11:12 35:4,18 36:2
39:24 45:7
**appearance (1)**
2:5
**APPEARANCES (1)**
2:1
**appeared (1)**
76:5
**Appearing (2)**
2:3,14
**appropriately (1)**
65:7
**Approximately (1)**
8:23
**April (5)**
18:12 28:7 30:3,7
76:20
**asked (4)**
25:24 38:6 57:18 70:5
**asking (23)**
5:2,14 7:5,8 20:15,17
25:8 29:10,11 30:24
31:4,18 33:7,8
35:11 37:20 42:12
42:13 51:3 56:25
59:22 73:21 74:18
**aspect (1)**
25:11
**assist (3)**
55:20 56:11,22
**attachments (1)**
3:16
**attendance (4)**
14:11 47:17 50:25
64:8
**attention (2)**
63:9 68:24
**attorney (2)**
3:3 10:8
**audit (2)**
49:23 72:23
**available (3)**
68:25 69:10,16
**Avenue (2)**
2:8 9:19
**aware (29)**
25:14 26:9,12,15 29:8
41:20 46:22 47:10

47:23 48:3,5,9
50:16,18 55:12,16
67:11,13,16,17,18
67:20,21 71:2,23,25
72:3,6,18
**a.m (3)**
1:22 4:4 75:19

**B**

**back (18)**
13:7 21:9 22:3,10,16
22:19,21,22,25
23:14 30:18,22
45:14 49:4,11 56:16
64:19,23
**backup (1)**
24:10
**backwards (1)**
57:13
**Badley (1)**
12:14
**bank (1)**
64:14
**bar (2)**
32:24,24
**Bates (5)**
61:25 62:4,5,6,13
**behalf (4)**
1:15 2:3,14 5:21
**belief (1)**
16:10
**believe (14)**
6:5,9 8:19 14:15
19:11 20:25 25:21
26:25 27:4,7 32:11
47:6 66:22 68:21
**best (1)**
68:20
**big (1)**
60:9
**billing (1)**
20:25
**bin (2)**
60:9,10
**book (8)**
3:15 13:22 14:5,9
23:21 59:5 61:17,20
**books (2)**
5:23 14:16
**bottom (2)**
62:13 63:13
**box (37)**
18:17,18 20:4,6,7,9
20:14,16,18,19 21:5
21:13 27:23,25 28:9
33:23,24 34:11 50:8

50:14,15 51:11,12
51:12,17 54:10,24
54:25 55:17 56:7,13
56:19,23 57:15
58:18 59:4 60:8
**boxed (1)**
63:20
**boxes (44)**
26:10,13,18,21 30:21
47:5,6,9 49:17
50:11,13,18 51:5,6
51:7 53:13,19,21
54:9,13,18,19,20,21
55:6,9,11,11,13,14
55:16,20 56:9 57:17
57:24,24 58:7,19,20
58:24 59:2,24 60:4
60:13
**break (8)**
7:22,24,25 21:23 22:5
23:15 64:21 71:10
**Brief (3)**
22:7 64:25 71:20
**briefly (2)**
22:17 23:2
**bring (1)**
4:11
**Bryant (1)**
2:18
**bulk (1)**
45:15
**business (5)**
16:11,19 50:2 59:13
73:21

**C**

**calendar (1)**
70:16
**call (10)**
9:5 10:23,25 22:2
32:13 46:7 52:7
64:23 66:5 75:9
**called (2)**
13:21 44:20
**Calls (1)**
44:6
**Canada (5)**
18:3 54:5 60:6 61:3,4
**capacities (1)**
1:9
**caption (1)**
76:6
**Carney (1)**
12:14
**case (13)**
5:12 35:15,17,21 48:6

48:10 58:17,25
66:15 67:5 71:24
74:5,11
**cash (9)**
47:24,24 61:20,22,23
64:9,12,14 73:25
**certain (1)**
65:24
**CERTIFICATE (1)**
76:1
**Certified (1)**
1:20
**certify (1)**
76:3
**Change (1)**
77:10
**changes (2)**
77:6,8
**charge (1)**
19:20
**check (3)**
24:17 33:2 61:11
**circumstance (4)**
49:20,22,25 72:18
**circumstances (3)**
16:11,20 59:13
**city (2)**
18:25 32:22
**Civil (2)**
1:19 76:4
**clarification (1)**
72:21
**clarifications (1)**
77:6
**clarified (1)**
6:9
**clarify (6)**
22:12 23:3,5 25:8,25
72:22
**clarifying (1)**
42:17
**clear (1)**
66:20
**closer (1)**
4:11
**code (6)**
20:14,25 32:22,24,24
55:19
**come (3)**
54:13 55:3 64:19
**comes (2)**
18:19 51:11
**commencing (1)**
1:22
**comments (1)**
32:25

**Commission (1)**
76:21
**commonly (1)**
14:17
**communicating (1)**
37:9
**communication (11)**
17:15,18,19 18:15
19:3,5,9,21 29:2
37:14 63:19
**communications (3)**
37:20,23 75:9
**company (24)**
12:10,12,15 13:12,13
13:18 15:21,24,25
16:5 41:14,17,20
46:16 59:6,8,9,13
65:12,16,20,22
66:11,12
**company's (1)**
5:22
**Company-owned (1)**
18:3
**completed (1)**
59:18
**completely (2)**
19:22,23
**complications (1)**
5:4
**computerized (1)**
21:17
**concern (8)**
41:13,16,21 42:3,15
43:5,9,14
**concerned (3)**
40:24 41:10,12
**concluded (1)**
75:19
**conducted (2)**
72:25 73:2
**conducting (1)**
74:10
**conference (3)**
9:16,17,18
**confidential (43)**
17:20,22 18:4,6,7,14
19:4 21:10 22:13
23:12,20 26:6 27:8
27:17,21,22 28:6,15
28:22 29:5,12,15,18
29:23 30:7,21 31:7
36:25 40:7,20,25
41:6 44:14 45:8
46:18 50:19 52:12
53:13 54:21,24 71:4
75:11,12

**confirm (1)**
22:20
**Connect (7)**
31:15 44:20 45:8,16
46:8,15,17
**connection (5)**
35:15,17 37:14 48:10
72:19
**considered (7)**
15:21,23,25 16:4
24:10 59:6,12
**constitute (1)**
76:9
**constitutes (1)**
37:13
**consultation (1)**
13:16
**contact (1)**
36:6
**contacted (4)**
35:24 36:2,9,24
**contain (8)**
28:10,23 33:2 54:20
57:25 58:8,20 64:14
**contained (1)**
68:4
**containing (1)**
50:19
**contains (2)**
53:6,9
**contents (9)**
20:14,19 21:4,6 47:7
47:9 51:7,8,17
**context (9)**
37:11,17 38:8,17,23
40:12 48:15 49:16
72:15
**continue (1)**
42:10
**continues (1)**
61:21
**conversation (7)**
8:14,16,16,17,18 11:6
68:16
**conversations (8)**
8:15 37:6 38:20 39:11
39:14,17,20 68:13
**coordinator (1)**
12:5
**copy (3)**
31:23 61:9 62:21
**corner (1)**
62:2
**corporate (5)**
13:6,8 66:21 67:4,8
**Corporation (4)**

1:7 2:15 77:3 78:4
**correct (75)**
4:10 8:21 9:8,21,24
10:16,17 12:22,25
15:7 16:3,9 17:12
17:24,25 19:15
20:12 21:7,14 24:3
24:22 26:22 28:7,8
28:10 29:17 30:5,9
31:2,21 39:2,6,7,13
44:15,16 45:6,18,21
47:8 48:21 49:5,14
49:15 51:7,8,9,18
53:14 54:11,25 55:4
55:15,24 59:17,24
59:25 60:3 64:10,11
64:15,16 65:13,14
65:17,18,24,25
67:22 71:25 72:9,10
72:20,21 76:10
**Corrected (1)**
34:8
**Correction (2)**
77:1 78:13
**corrections (2)**
77:6 78:12
**counsel (3)**
8:14 11:13 68:16
**course (3)**
7:11 14:21 30:23
**court (24)**
1:1 4:12 7:6,14 22:20
22:22 23:13,16
42:24,25 43:8,13
56:16 61:5,8,11,14
61:19 62:4,6,20
65:5,8 67:14
**cover (1)**
23:9
**co-worker (1)**
10:5
**created (1)**
31:13
**creating (1)**
32:10
**criteria (1)**
57:16
**current (1)**
60:4
**currently (2)**
8:3 30:13
**cut (1)**
62:8
**cycle (2)**
33:25 55:3

**D**

**daily (9)**
3:15 5:22 13:21 14:5
14:8,14,16 61:16,20
**date (6)**
21:15 29:25 56:3,24
77:2 78:3
**dates (5)**
18:10,11,17 57:17
68:2
**David (15)**
2:6 5:11,25 21:22
22:8 25:24 26:19
36:17 37:5 38:4
39:11 42:4 62:8
64:20 66:16
**day (2)**
76:14 78:16
**December (2)**
32:23 70:15
**DECLARATION (1)**
78:1
**declare (1)**
78:8
**Defendant (2)**
2:14 62:15
**Defendants (1)**
1:10
**delivered (1)**
18:20
**department (14)**
12:19,24 13:2,4,6,11
19:13,14 72:23 73:4
73:5,7,17,24
**deposed (1)**
4:24
**deposit (1)**
30:16
**deposition (13)**
1:13,19 4:2 5:3 7:23
8:13 11:9,12 14:21
75:19 77:2 78:3,11
**deposits (1)**
64:15
**describe (2)**
18:5 19:24
**DESCRIPTION (1)**
3:13
**designated (3)**
42:11,18 66:17
**destroy (4)**
16:12,16 60:24 61:3
**destroyed (11)**
16:21 51:15,16,25
53:23,25 59:15,16
60:2,21 72:8

**destruction (7)**
13:13,17 53:24 59:19
59:20 60:14 63:11
**detail (1)**
19:25
**determine (1)**
37:4
**deviation (1)**
41:7
**Diaz (93)**
2:16 4:12,18 5:25 6:7
6:13 8:24 9:2,4
10:16 11:2 13:23
14:3,25 16:17 17:6
21:8,22,25 22:4,8
22:10,16,18 23:3
24:2 25:24 26:19
27:3,10 28:3,11,18
29:7 32:16 33:11
34:15,23 36:16 37:5
37:8,16 38:4 40:3,9
40:21 41:15,24 42:4
42:8,17,22,25 43:7
43:12 44:2,6 46:11
46:25 49:3 52:9
53:2 55:2 57:18
58:3,9 61:10 62:7,8
62:12,23,25 64:20
64:24 66:7,16,25
67:9 68:12 69:6,18
69:23 70:5,23 71:13
71:16,18 73:19 74:7
74:13 75:4,13,16
**different (1)**
54:10
**difficult (1)**
52:23
**diminished (1)**
59:12
**direct (1)**
63:9
**directing (1)**
17:16
**directs (1)**
17:19
**disciplined (2)**
71:3,6
**disclose (2)**
37:20,24
**disclosing (1)**
38:12
**discussed (1)**
11:12
**discussion (4)**
9:7 10:15,21 61:13
**discussions (2)**

39:5,8
**distinct (1)**
67:21
**district (8)**
1:1,2 19:16,20 32:15
34:18 67:15 75:10
**document (79)**
13:21 14:2,23 17:20
17:22 18:6,7,14
19:4 21:10,18 23:20
24:12,17 26:6 27:8
27:17,21,22 28:6,15
28:22 29:5,12,15,19
29:23 30:7,21 31:5
31:5,7,25 32:21
34:2 37:2 40:7,20
40:25 41:6 43:23
44:14 45:3,8 46:18
50:19 51:11 52:5,5
52:8,11,12,12,18,21
53:5,7,8,10,11,12
53:13 54:21,24
56:13,18 59:20
61:15,16,18 62:10
62:12 63:4 64:18
66:2,6 71:4,7 75:12
**Documentation (1)**
52:13
**documented (1)**
13:13
**documents (46)**
10:12 11:4 15:15
18:24 21:13,18
23:19,24 24:5,6,20
25:5,14 26:4,9,13
26:13,15,17,20,23
27:5,13,16,17 30:8
30:19 31:5 43:25
50:5,13,16,19 51:10
53:25 61:6 62:7
63:23 64:6,7 65:24
66:11 68:11 70:22
71:3 72:3
**doing (1)**
58:2
**DRB (47)**
14:20,23 16:24 17:3,4
17:13 23:7,9 30:17
33:4,4 45:23 53:20
54:20,25 55:11,14
55:16,20,21 56:7,9
56:12,23,23 57:2,2
57:3,7,9,24,24 58:6
58:15,19,19,20 59:4
59:24 60:4,13,24
63:8,23 64:8,13

73:24
**DRBs (130)**
6:3,5 14:17 16:7,16
17:10 18:16,17
19:25 23:19,25 25:4
25:6,15 28:10,14,23
29:3,5,12,15,19
30:3,12,19 31:11
33:25 34:10,19,22
35:5,10,19 36:4,10
36:25 37:12 38:3,17
38:22 39:6,9,12,15
39:18,22,24 40:6,13
40:19,25 41:5,10,22
42:5,14,19 43:14
46:18,21,23 47:4,10
47:15,20,22,25 48:6
48:10,15 49:6,13,17
49:22,25 50:6 51:2
53:21 54:5,8,19,20
54:23 55:6,13 57:5
57:10 58:7,14 59:4
59:21,23 60:6,13,21
61:3 63:20 65:11
66:8,11,14,18 67:14
67:24 68:2,4,6,18
68:24 69:5,9,15,22
70:3,14 71:23 72:4
72:7,13,18,25 73:3
73:8,17 74:3,6,10
74:12,19,25
**driver (2)**
18:19,19
**duly (1)**
4:6
**dumping (1)**
60:9
**duties (3)**
13:9,17 14:15
**duty (1)**
23:21

_____
                **E**
**easier (1)**
55:10
**efficient (1)**
57:3
**efficiently (1)**
5:8
**eight-year (1)**
24:24
**either (3)**
42:3 43:4,9
**electronic (2)**
10:11 44:17
**Emmie (2)**

36:17 39:4
**employed (1)**
12:2
**employees (2)**
13:14 24:18
**engage (1)**
17:23
**ensures (1)**
63:22
**entail (1)**
53:15
**enter (2)**
45:7,24
**entered (7)**
31:14 44:23 45:16,20
45:22 56:14,19
**enterprise (1)**
13:16
**enters (1)**
44:22
**entire (3)**
62:10,12 70:16
**entitled (1)**
42:6
**especially (1)**
37:17
**ESQ (2)**
2:6,16
**Estela (4)**
2:16 8:16 10:16 71:9
**estimate (1)**
52:16
**Ex (6)**
18:19,19 25:18 27:17
27:18,19
**exactly (5)**
7:8 53:14 61:19 68:19
68:22
**EXAMINATION (1)**
4:20
**EXAMINATIONS ...**
3:1
**examined (1)**
4:6
**example (1)**
60:6
**Excel (2)**
45:25 46:6
**exception (1)**
61:3
**excuse (2)**
18:16 49:17
**Exhibit (2)**
3:15 62:17
**EXHIBITS (1)**
3:11

**existed (1)**
72:5
**existence (1)**
31:13
**Expiration (1)**
76:21
**explain (6)**
17:3 18:13 44:21 53:5
53:8 59:20
**extent (5)**
6:8 36:16 37:8,19
66:18
**extracted (5)**
46:23 47:10,13,15,24
**e-mail (2)**
6:9 19:5

_____
                **F**
**facility (4)**
18:21,23 25:7 47:16
**fact (2)**
66:20 67:3
**factual (2)**
66:19 67:4
**factually (1)**
42:13
**failing (1)**
71:3
**failure (1)**
36:4
**fair (9)**
23:23 28:22 29:4 30:6
38:2 45:15,19 53:11
72:7
**falls (1)**
42:19
**familiar (3)**
14:14 17:14 70:10
**far (2)**
7:17,20
**February (1)**
32:24
**Fed (6)**
18:19,19 25:18 27:17
27:18,19
**federal (1)**
66:23
**feel (1)**
62:22
**Feld (1)**
2:17
**field (1)**
32:25
**fifth (2)**
2:8 61:23
**fill (1)**

34:2
**filled (2)**
34:4,7
**find (4)**
55:21 56:7,23,25
**fine (1)**
7:23
**finish (1)**
7:4
**firm (1)**
12:16
**first (16)**
4:6 5:10 17:13,17,18
18:13 23:6 39:3,25
57:4 59:24 61:20
63:10 68:10,16,23
**five (3)**
53:3 61:17 64:22
**Floate (4)**
1:20 76:3,20 77:4
**follow (1)**
65:4
**following (3)**
41:22 43:15 78:8
**follows (3)**
4:7 43:3 56:17
**foregoing (2)**
76:8,9
**forgot (1)**
22:11
**form (2)**
46:3,8
**formally (1)**
31:8
**former (1)**
32:5
**forth (2)**
64:15 76:5
**forward (1)**
57:12
**found (1)**
68:4
**four (1)**
61:17
**fourth (1)**
61:22
**frame (3)**
46:11 68:24 69:22
**free (1)**
62:22
**frequently (1)**
40:20
**Friday (1)**
10:22
**full (1)**
76:9

**further (2)**
20:5 75:14

_____
**G**
**gather (1)**
33:5
**gathers (1)**
33:19
**gaylord (1)**
60:9
**general (1)**
13:18
**generated (2)**
25:5,14
**getting (1)**
66:19
**given (2)**
41:8 42:16
**giving (1)**
5:14
**go (8)**
4:17 5:5 22:15 48:18
57:2,5,10 58:2
**goes (6)**
5:7 16:24 17:15 18:2
19:3 33:9
**going (12)**
5:2,13 32:10,13 46:7
52:7 55:9 57:12
62:14 66:5 68:15
70:8
**good (5)**
4:18,22,23 64:24 65:9
**Goodly (1)**
10:7
**Gottlieb (116)**
2:6 3:5 4:9,16,21 5:11
6:4,11,14 8:25 9:3,6
13:25 15:2 16:22
17:9 21:11,24 22:2
22:24 23:13,18 24:4
25:20 26:2,22,24
27:6,12 28:5,13,21
29:9 32:13,17 33:13
34:17,25 37:7,11,18
38:6,10 40:5,11,23
41:18 42:2,6,12,21
42:24 43:2,6,16,19
44:4,8 46:7,13 47:3
49:8 52:7,10 53:4
55:5 56:15,21 57:22
58:5 61:5,9,12,16
61:25 62:5,10,14,18
62:21,24 63:2 64:22
65:2,6,9,10 66:5,10

66:22 67:6,10 68:14
69:8,20,25 70:7,25
71:9,15,17,19,21
73:22 74:9,15 75:5
75:8,14,17
**ground (4)**
5:5 27:18,19,20
**guess (1)**
56:25
**Gump (1)**
2:17
**Gurtov (4)**
1:8 5:12 46:9 67:21
**Gurtov's (3)**
32:15 67:15 75:10

_____
**H**
**hand (4)**
33:24,24 62:18 76:13
**handed (1)**
63:3
**handling (1)**
47:24
**happen (1)**
70:17
**happens (1)**
44:25
**hard (1)**
4:9
**Hauer (1)**
2:17
**hear (4)**
6:15,17 65:4,6
**hearing (1)**
4:10
**held (1)**
60:18
**Hello (1)**
43:6
**help (4)**
5:6 20:18 51:5 56:7
**HEREOF (1)**
76:13
**hereunto (1)**
76:13
**high (1)**
69:16
**historical (1)**
31:23
**history (1)**
50:10
**hold (10)**
14:9 18:18 60:5,6,7
60:15,19,20 61:2,4
**hour (1)**
1:22

**hours (2)**
24:15,17
**hundred (1)**
58:24
**husband (1)**
11:14

_____
**I**
**idea (2)**
69:12 70:19
**identification (5)**
20:13 55:19 62:17
70:10,13
**identified (1)**
55:17
**identify (4)**
20:14 21:6,12,18
**identifying (3)**
20:13,16 56:5
**immediately (3)**
54:2 60:2,11
**important (5)**
7:3 14:23 15:5,15,18
**importantly (2)**
7:7,12
**impossible (1)**
37:3
**inability (1)**
36:10
**include (3)**
29:24 32:21 64:9
**included (3)**
29:20 63:23 75:10
**including (1)**
30:12
**incoming (1)**
46:18
**indefinitely (2)**
60:15,17
**INDEX (2)**
3:1,11
**indexing (1)**
53:22
**indicate (10)**
31:11 33:3 41:22
43:14 50:12 57:24
57:25 58:7,14 59:3
**indicated (3)**
23:3 65:24 71:22
**indicating (1)**
33:24
**individual (1)**
1:9
**information (59)**
13:3,10 14:8,10,11,12
20:16,20,22 30:25

31:3,14,15,16,18,19
31:24 32:12,18 33:5
33:6,8,10,19 34:2,4
34:7,8 35:12 38:13
44:22,23 45:7,13,16
45:20,22,23,24 46:8
46:23 47:10,13,15
47:17,23 51:15,16
53:16,22 56:6 57:5
58:12,13,13 64:14
68:3,5 69:3
**infrequently (1)**
40:20
**initial (1)**
23:6
**input (1)**
33:6
**inside (1)**
21:13
**instance (3)**
48:9 52:20 55:23
**instructed (8)**
18:17 22:12 23:7,8
29:2 53:25 56:4
61:2
**instructing (1)**
18:16
**instruction (4)**
41:7 42:16 51:24 52:2
**instructions (7)**
20:3 29:21 41:23
43:15 53:12,23
75:11
**interject (3)**
5:25 26:19 66:16
**involve (5)**
38:23 39:9,15,18,21
**involved (3)**
5:15 39:21 66:14
**Iron (71)**
13:15 16:12,16,20,25
18:20,21,23 20:2,24
25:6,12,16 26:5,10
26:14 27:14 30:19
30:20,25 31:6,14,16
31:22 33:12,14,19
44:20,22 45:4,7,9
45:16,17,24 46:8,14
46:17,22 47:5,6,11
47:16,25 48:7,11,16
49:13,18 50:6,10,11
50:20 51:6 52:6
53:12 54:9,14,25
56:4,10 58:18,21
59:14,23 60:14 68:7
68:9 72:9,11,19

**issue (3)**
38:5 68:18 69:5
**issues (2)**
36:7 37:9
**item (1)**
75:8

_____
**J**
**Jan (4)**
1:20 76:3,20 77:4
**January (8)**
1:16,22 4:3 32:23
46:10 67:15 70:15
76:14
**Jen (6)**
5:12 36:17,20 38:2
46:9 67:21
**JENNIFER (1)**
1:8
**Jill (2)**
36:18 39:17
**JoB (1)**
1:25
**Johnson (2)**
36:17 39:11

_____
**K**
**K (3)**
1:20 76:3,20
**Kaiser (2)**
36:18 39:18
**Kent (1)**
18:25
**kept (1)**
17:5
**kind (4)**
5:5 14:8 49:11 60:7
**know (23)**
4:14 6:16,20,24 7:23
13:21 14:2 19:9,24
20:18,19 26:3 38:14
40:18 44:7 52:14
58:18,25 64:19 69:9
70:16 73:16 74:18
**knowing (2)**
40:8 57:25
**knowledge (17)**
21:3,16,20 25:17,22
26:7,23 27:4 28:19
30:15 44:3 47:2
56:2,8 66:24 71:5
72:14

_____
**L**
**label (11)**
18:18 20:6,8,10,11,21

20:23 21:5,10,15
63:22
**labor (8)**
23:22 24:8,13,14,15
24:15 47:20 51:2
**lack (1)**
71:6
**large (1)**
69:4
**law (3)**
12:16 13:6,8
**leave (9)**
16:2,5,8 23:25 24:6
24:21 65:12 66:12
71:17
**left (2)**
71:10,12
**legal (15)**
8:14 35:11,25 36:3,6
36:9 37:9,12,16
39:21,25 60:5,6,7
60:15
**legally (2)**
63:22 64:5
**letters (1)**
56:5
**let's (4)**
25:13 29:18 36:15
63:18
**lifted (2)**
60:19,21
**line (7)**
22:3 71:13,16,17 77:7
77:9,10
**list (2)**
36:12 48:18
**listed (1)**
6:5
**literally (1)**
22:4
**litigation (17)**
37:15,17,21,21 38:18
38:23 39:9,15,18,21
40:8 48:19,20 49:14
50:3 72:19 74:4
**locate (3)**
57:15 58:6 67:23
**located (5)**
9:20,23 68:11 69:22
70:4
**locating (2)**
56:12 57:3
**log (5)**
61:21,22 64:10,12
73:25
**logging (1)**

47:9
**logs (1)**
47:7
**long (6)**
8:22 9:3 10:23 11:19
60:13,23
**longer (13)**
15:19 16:4 23:24
31:13,13,20 59:10
59:12 65:12,15,16
66:11 67:7
**look (13)**
21:5 46:5 49:6 57:4,6
57:7,10,20 58:12,17
59:5 62:22 68:17
**looked (2)**
67:25 68:3
**looking (3)**
57:23 58:15 69:2
**Looks (1)**
62:9
**loudly (1)**
4:13
**low (1)**
69:17
**lower (1)**
62:2

---

**M**

**MacIlroy (3)**
36:17 38:25 39:5
**mail (2)**
19:5 27:18
**mailing (1)**
63:21
**main (1)**
22:3
**maintain (5)**
23:24 24:5,20 30:11
33:17
**maintained (20)**
6:8 17:11 20:22 26:4
27:7 31:22 32:2,3,6
32:19 44:10,13 46:9
51:12 52:3,5 54:23
60:13 67:14 72:13
**maintains (2)**
31:16,23
**maintenance (3)**
5:22 6:5,7
**majority (1)**
45:15
**making (1)**
5:7
**manage (3)**
13:12,13 46:16

**management (9)**
13:18 47:24 61:21,22
61:23 64:10,12,14
73:25
**manager (18)**
14:15 19:16,17,20
22:12 34:18,19,21
34:22 35:5,9,18
41:7,22 42:14,15
43:15 67:21
**managers (10)**
15:11 17:20,23 18:15
19:4,10,20 20:3
23:7 75:10
**manager's (1)**
36:4
**managing (1)**
59:7
**manner (5)**
19:25 27:13 50:16,18
57:3
**manual (1)**
52:3
**manuals (2)**
23:22 54:3
**March (3)**
29:22 30:2 67:15
**mark (2)**
20:17 33:2
**marked (5)**
3:13 61:6 62:16,17
63:4
**marks (1)**
56:9
**Marshall (6)**
1:4 2:4 5:11 67:5 77:3
78:4
**materials (5)**
24:10 31:12 33:23
53:19 66:13
**matter (2)**
5:15 76:8
**mean (16)**
14:13 19:12,16,19
25:10 32:4 37:8
38:12 40:17 41:12
50:9 55:8 58:24
59:10 60:17 65:20
**means (1)**
6:8
**medications (3)**
8:3,6,9
**meeting (6)**
8:22 9:3,4,25 10:13
10:15
**Melinda (1)**

10:7
**memory (1)**
8:4
**mentioned (2)**
24:7 67:18
**minutes (5)**
8:23 10:24 53:3 64:23
71:11
**missing (23)**
36:25 37:13 38:3,17
38:22 39:6,9,12,15
39:18,22,25 40:7,13
40:19,25 41:5,11,21
43:14 74:12,20 75:2
**Misstates (1)**
16:17
**moment (2)**
21:9 29:19
**MONDAY (1)**
4:3
**month (8)**
29:19 32:23 33:3,4
57:23,25 58:6,16
**months (9)**
18:11 30:11 32:22
33:2 58:14 63:16,19
63:20 68:4
**morning (1)**
4:22
**Mountain (69)**
13:15 16:12,16,20,25
18:20,23 20:2,24
25:6,12,16 26:5,10
26:14 27:14 30:19
30:20,25 31:6,15,17
31:22 33:12,14,19
44:20,22 45:4,8,9
45:16,17,24 46:8,14
46:17,22 47:5,6,11
47:16,25 48:7,11,16
49:13,18 50:7,11,20
51:6 52:6 53:12
54:9,15,25 56:4,10
58:18,22 59:14,23
60:14 68:7,9 72:9
72:11,19
**Mountain's (2)**
18:21 50:10
**move (1)**
30:18
**multiple (4)**
32:20,24 35:23 54:20
**mute (2)**
71:13,16

---

**N**

**name (8)**
5:11 24:11 36:13 39:3
44:19 55:6 67:17,19
**named (2)**
38:25 76:4
**names (1)**
36:19
**necessarily (5)**
28:12,14 31:3 32:9
54:13
**necessary (1)**
71:3
**need (5)**
4:11 20:19 37:23 49:4
59:5
**needed (3)**
55:21 68:11 72:18
**network (1)**
45:4
**never (5)**
41:10,21 43:13 60:24
61:4
**new (10)**
1:2 2:9,9,19,19 32:10
55:11,23 68:6 70:9
**Non-record (1)**
66:13
**normal (4)**
16:11,15,19 59:13
**Notary (1)**
1:21
**notebook (1)**
23:21
**notes (1)**
31:12
**notice (2)**
6:6 25:23
**noticed (4)**
34:10 40:6,24 74:19
**notifications (1)**
38:16
**notified (9)**
34:18,21 35:4,9,18
38:22 39:24 40:12
60:18
**notify (5)**
36:3,9,24 40:16,18
**notifying (1)**
37:12
**November (1)**
32:23
**number (20)**
5:2 7:5 20:14,24 23:8
32:21,24 38:3,6,15
55:19 69:17,17
70:10,13 71:22,23

74:5,19 77:8
**numbers (4)**
32:24 62:2 67:25 68:8
**Numerous (1)**
36:11
**NY (1)**
55:23

**O**

**oath (1)**
5:18
**object (1)**
46:11
**objected (1)**
9:2
**Objection (42)**
8:24 13:23 14:25
16:17 17:6 21:8
24:2 27:3,10 28:3
28:11,18 29:7 33:11
34:15,23 38:4 40:3
40:9,21 41:15,24
44:2,6 46:25 52:9
53:2 55:2 57:18
58:3,9 66:7 68:12
69:6,18,23 70:5,23
73:19 74:7,13 75:4
**observations (1)**
42:13
**obsolete (2)**
23:22 54:3
**obtained (1)**
33:10
**obviously (1)**
68:6
**occasion (2)**
45:19 48:5
**Occasionally (1)**
28:16
**occasions (3)**
35:23 38:3 40:6
**occur (1)**
69:4
**occurred (2)**
74:5,5
**October (9)**
18:11 28:7 29:18,20
29:21,23 30:2,4
32:23
**office (5)**
9:12,12,20,22 13:8
**official (1)**
1:9
**off-site (2)**
13:15,18
**okay (71)**

5:8,17,20 6:11,13,17
6:21,25 7:9,15,25
8:12,15 9:25 10:12
13:9,19 14:20 15:13
16:7,25 17:17,22
18:2,4 19:3,9,24
21:12,17 22:6,14,19
22:23 23:10,23
24:14,17 25:2,13
27:21 29:14 30:3,6
31:10 32:13 33:18
35:13,21 36:20 37:7
42:21 46:4,21 50:12
50:22,24 52:2 54:23
61:12 62:14,24 63:9
64:9 65:9 67:9
68:10 71:19 72:22
73:9,16
**older (1)**
63:20
**once (8)**
16:12,16,19,20 25:12
53:17 59:14 65:12
**ones (1)**
32:10
**one-minute (1)**
22:5
**ongoing (4)**
37:15,21,21 40:8
**online (1)**
63:21
**open (3)**
33:23 53:19 71:17
**opened (1)**
51:6
**opens (1)**
47:6
**operational (6)**
14:7,10,12 15:20 16:6
59:11
**operations (4)**
14:14 19:11,12,19
**opinion (5)**
42:8,12 69:19,24 70:6
**opposed (2)**
25:10,11
**oral (2)**
76:7,10
**ordered (1)**
67:13
**outside (19)**
17:6,8 19:7 20:16,18
23:9 25:19 27:11
35:3 41:24,25 42:19
43:21 44:3 55:17,20
56:3,6 57:17

**overnight (1)**
27:18

**P**

**packaged (5)**
20:2 21:18 23:20
46:21 59:24
**packing (1)**
23:7
**page (12)**
3:3,13 61:20,22,22,23
61:23 63:10 77:7,9
77:10 78:13
**pages (6)**
52:14 61:19 63:8
64:13 73:24 76:9
**Park (1)**
2:18
**part (11)**
23:20 26:5 29:5,12,15
30:8 34:10,11 52:3
61:4 66:8
**particular (13)**
19:20 23:4 33:4 55:21
56:7,23 57:2,7,16
57:23 58:6 59:5
72:12
**particularly (1)**
7:3
**passing (1)**
62:7
**payroll (15)**
24:10 25:3 50:24 57:6
57:8 58:12,13,16,18
58:22 63:22 64:5
68:3,8 69:2
**penalty (1)**
78:8
**pending (1)**
7:25
**people (1)**
45:4
**percent (3)**
69:15,21 70:3
**percentage (1)**
69:9
**period (15)**
15:12,22,24 24:24
30:16 32:20 46:10
56:13,18 57:8,12
58:22 59:2 68:7
70:15
**periods (1)**
73:8
**perjury (1)**
78:8

**permitted (1)**
66:22
**permitting (1)**
66:25
**person (8)**
5:3 9:9,11 10:3,18
36:3,6,7
**person's (4)**
39:3 67:17,17,19
**phone (9)**
4:11,15 7:4,12 9:5,9
10:18,20,23
**picks (1)**
18:20
**place (10)**
18:8,16 20:4,6 28:7
37:22 56:10 61:2
76:5,6
**placed (17)**
20:8 54:14,19,24 55:7
55:20 56:6,9 57:9
57:11 58:23 59:19
60:4,7,8,9 68:8
**Plaintiff (3)**
1:5,15 2:3
**please (13)**
6:16,20,24 18:22
30:22 42:23 43:12
48:8,18 56:16 62:18
63:4 77:6
**point (11)**
7:22 17:16 33:16
34:13,14 36:18 37:3
51:10 59:16 73:23
75:14
**points (1)**
72:5
**policies (3)**
53:5,8 61:21
**policy (9)**
29:5,10,11 41:14,17
41:20 51:19,22 52:3
**portion (1)**
69:4
**pose (1)**
67:5
**position (4)**
11:17,22 12:6,8
**possible (1)**
5:8
**practice (1)**
59:3
**practices (1)**
64:3
**prepare (2)**
8:12 11:9

**present (2)**
10:2 46:10
**previous (2)**
22:11 26:12
**previously (4)**
49:12 64:17 65:11
72:17
**pre-addressed (1)**
63:21
**print (1)**
52:21
**prior (1)**
12:12
**privilege (2)**
37:10 38:5
**privileged (6)**
37:6,13,23 38:7,13
68:13
**problem (3)**
69:21 70:3 74:5
**problems (2)**
4:14,17 6:12
**procedure (4)**
1:19 51:19,22 76:4
**proceed (1)**
17:20
**proceeding (1)**
76:10
**proceedings (2)**
1:23 76:8
**process (14)**
16:23 17:13 18:14
22:13 29:13,14
52:13 53:10,16,18
53:19 54:8 59:20
60:25
**processed (1)**
50:25
**processing (1)**
59:18
**produce (3)**
67:14,16 73:8
**produced (4)**
70:14 71:25 72:4,8
**production (8)**
32:14 46:7 52:7 66:5
68:11 69:10 71:24
75:9
**prompted (1)**
39:25
**promptly (1)**
5:8
**proper (1)**
71:7
**properly (3)**
41:23 43:15,25

**protection (2)**
13:3,11
**protocol (1)**
16:15
**provide (4)**
36:4,10 71:3 73:17
**provided (5)**
35:18 61:5,7 73:20
77:9
**provider (1)**
13:15
**provides (2)**
33:12,14
**providing (5)**
34:19,22 35:5,10
42:14
**Public (1)**
1:21
**pull (2)**
33:23 58:20
**pulled (3)**
58:13,24 68:5
**purpose (2)**
46:14 50:2
**purposes (1)**
49:13
**pursuant (5)**
1:18 51:20,23 67:24
76:3
**put (8)**
17:14 18:18 33:19
54:10 56:3 59:7
61:2 64:18

**Q**
**question (41)**
6:15,19,25 7:4,6,25
9:2 19:18 21:22
23:4,14 25:21,25,25
26:11,12,16 27:15
30:22 38:9 42:13,19
42:22,23 43:7,8,10
43:16 44:11 45:2
48:8 49:10 50:21,22
51:4 55:18 57:15,21
58:4,10,11
**questioning (1)**
42:10
**questions (15)**
5:2,13 7:19 8:7,10
37:19 42:7,9 55:10
66:19,24 67:2,4,8
75:15
**quick (1)**
21:23

**R**
**raised (7)**
41:13,21 42:3,14 43:4
43:9,13
**Ramos (4)**
8:17,18 9:7 10:2
**Ramos's (1)**
9:22
**range (3)**
21:15 29:25 56:3
**reach (2)**
16:16,20
**reached (1)**
16:12
**read (8)**
23:14,17 43:3,11
56:17 63:15,18
78:11
**ready (2)**
22:3 64:23
**really (3)**
5:6 52:15 58:6
**reason (9)**
16:13 41:4 54:16
65:15 70:21 73:16
74:23 75:7 77:10
**reasons (1)**
7:5
**recall (19)**
36:19 48:14,15 49:5,7
49:19,20,22,24,25
50:4 68:19,22 72:24
73:11,20,21 74:2,8
**receipt (2)**
31:6 44:14
**receipts (5)**
25:18 27:2,7 30:16,20
**receive (3)**
18:15 53:17 63:19
**received (12)**
25:12 30:25 45:23
47:5,25 51:5,17
57:14 58:25 59:14
59:23 72:8
**recess (3)**
22:7 64:25 71:20
**recognize (2)**
63:5,7
**recollection (1)**
68:20
**reconciliation (1)**
30:16
**record (24)**
15:21,24 16:2,5 22:14
22:16,20,22,25 23:2
23:17 25:21 43:3

50:7 56:17 57:6
59:11,13 61:13
63:18 65:4,21,23
76:10
**records (48)**
3:15 5:23 10:11 11:18
11:19,23,24 12:4,5
12:17,21 13:5,10,12
13:13,18,22 14:5,8
14:16 21:17 25:3
26:3,8,17 46:16
50:12,24,25 53:20
53:20 57:8 58:16,21
58:22 59:6,8,9
61:17,20 65:12,16
65:20,22 66:12
67:16 68:8 70:2
**refer (4)**
29:13 31:8 41:17
64:12
**reference (1)**
32:6
**referred (7)**
14:17 23:21 24:13
31:14 60:8 64:7
70:9
**referring (2)**
55:9 64:13
**refers (1)**
64:6
**reflect (7)**
25:6 26:4,9,18,20
30:20 72:4
**reflected (2)**
26:13,16
**reflects (4)**
25:15 31:6 50:7 66:2
**regard (5)**
19:4 26:17 54:8 59:21
73:3
**regarding (16)**
5:21 6:2,10 37:9 38:3
38:17 39:6,9,12
42:5 45:8 47:24
64:14 75:11 77:3
78:4
**regards (1)**
43:23
**regional (1)**
34:21
**regular (1)**
19:5
**relate (1)**
13:17
**related (4)**
50:24,25 73:25 74:11

**relates (1)**
32:14
**relation (1)**
41:16
**relationship (1)**
13:14
**relevance (3)**
46:12 52:9 66:7
**relevant (7)**
15:12 42:7 56:24 57:9
58:21 66:15,23
**remain (1)**
30:4
**remember (4)**
36:16 68:23 73:13,23
**REMEMBERED (1)**
1:18
**remove (1)**
53:19
**removed (6)**
25:4 50:13,14,15
51:10 54:9
**repeat (6)**
6:16 18:22 29:24
42:23 44:11 48:8
**repeated (2)**
13:7 56:15
**rephrase (2)**
6:20,24
**report (3)**
46:5 58:20 68:6
**reported (2)**
1:23 76:6
**reporter (24)**
1:20 4:12 7:6,14
22:20,22 23:13,16
42:24,25 43:8,13
56:16 61:5,8,11,14
61:19 62:4,6,20
65:5,8 77:4
**represent (3)**
5:11 62:14 70:8
**representative (7)**
1:13 35:11,25 36:3
66:21 67:4,8
**representatives (1)**
36:11
**request (8)**
48:19,20 49:14 67:16
67:18,20,24 68:2
**requested (6)**
23:17 68:24 69:10,16
70:4 73:24
**requests (1)**
72:23
**required (5)**

17:23 19:21 63:22
64:5 71:24
**requirements (1)**
33:25
**requires (2)**
29:15 37:20
**requiring (1)**
63:20
**research (7)**
49:5,7,9 72:24,25
73:2,6
**resources (1)**
59:7
**respect (2)**
6:7 42:18
**responding (1)**
67:3
**response (1)**
7:14
**responsibilities (1)**
13:9
**responsibility (6)**
25:19 27:11 35:3
43:21,22,24
**retail (4)**
14:7 19:11,12,19
**retain (1)**
25:4
**retains (1)**
26:25
**retention (9)**
13:12,17 24:24,25
53:21 63:11,22
65:23 71:7
**retrieval (2)**
53:13 72:18
**retrievals (1)**
50:11
**retrieve (2)**
72:16,24
**retrieved (11)**
48:6,11,16 49:6,13,17
49:17,23 50:2,6
74:4
**return (47)**
17:21,22 18:6,7,14
19:5 21:10,19 22:13
23:20 26:6 27:8,17
27:21,22 28:6,15,23
29:6,12,16,19,20,24
30:7,21 31:7 32:21
34:2 37:2 40:7,25
41:6 43:23 44:14
45:9 46:19 50:19
52:12 53:13 54:21
54:24 56:13,18

63:21 71:4 75:12
**returned (4)**
18:24 43:25 51:11
63:21
**returns (3)**
28:9 40:20 50:11
**review (3)**
10:12 11:4 63:4
**reviewed (1)**
34:9
**right (7)**
6:7 21:13 25:18 42:6
62:2 67:6,6
**role (5)**
42:9 67:3,21 74:17,18
**room (3)**
9:16,17,18
**roster (1)**
23:21
**route (1)**
49:2
**Rucker (92)**
1:14,19 4:1,2,6,22 5:1
6:1,15 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1,4,18 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1,6 62:1,16 63:1
63:3,4 64:1 65:1
66:1,17 67:1,11
68:1 69:1 70:1 71:1
71:22 72:1 73:1
74:1 75:1,17 77:2
77:25 78:3,24
**Rucker's (1)**
17:7
**rules (4)**
1:18 5:5 66:23 76:4

────────
**S**

**salary (1)**
13:19
**save (1)**
78:12
**saying (2)**
66:25 67:2

**says (2)**
21:9 63:10
**schedule (8)**
24:14,15,25 47:21
65:22,23 66:3,9
**schedules (4)**
23:22 24:8,13 51:2
**scope (11)**
17:6,8 19:7 25:19,22
27:11 35:3 41:24,25
43:21 44:3
**search (2)**
66:14 74:10
**Seattle (6)**
1:23 6:9 9:19 18:21
18:23 19:2
**second (4)**
21:25 54:19 61:20
63:15
**secondary (1)**
60:8
**section (3)**
57:6 63:13,14
**secure (3)**
20:6 67:23 68:17
**see (20)**
4:16 25:13 32:7 34:4
36:15 45:25 52:9
57:4,6 58:17 59:3
62:9,10,12,13 63:10
63:16,24 66:7 67:25
**seeking (1)**
37:16
**Seidenberg (5)**
36:17,20,21,22 38:3
**send (8)**
18:17 28:16,20 29:3,5
29:12,21 58:15
**sending (1)**
29:15
**senior (7)**
11:18,19 12:17,21
13:4,10 70:2
**sent (10)**
20:2 26:10 31:11,12
33:3,25 57:5,7 68:2
68:5
**sentence (2)**
63:14,15
**separate (1)**
53:21
**September (1)**
68:21
**Serenity (6)**
1:4 2:4 5:11 67:5 77:3
78:4

**series (1)**
55:10
**service (1)**
13:15
**services (2)**
13:3,11
**set (3)**
53:20 76:5,13
**seven (1)**
61:19
**seven-page (1)**
61:18
**shared (1)**
45:3
**sheet (23)**
31:9,19,20,25 32:6,8
32:14,18,19 33:7,9
33:12,14,15,20 34:3
34:5,9 44:9,13 77:1
77:7,9
**sheets (2)**
32:20 44:24
**shelf (2)**
54:14 68:9
**Shelly (3)**
8:17,18 9:22
**shipment (3)**
30:8 34:10 75:11
**shipped (10)**
25:6,15 26:5,14,18
27:9,13,16,17 46:22
**shipping (13)**
18:18 20:10,11,20,22
21:5,10 25:9,11,13
26:20,25 75:12
**short (3)**
16:6 23:15 64:20
**Shorthand (1)**
1:20
**shortly (1)**
71:12
**showing (1)**
77:7
**shred (2)**
50:20 60:10
**side (1)**
64:18
**Sign (1)**
77:9
**Signature (1)**
77:24
**Signed (1)**
78:15
**similar (4)**
31:15 44:23 45:25
74:4

**sir (6)**
12:9 15:14 16:14 17:8
23:11 35:14
**situation (1)**
59:4
**situations (1)**
74:3
**six (5)**
30:11 61:17 63:16,19
63:20
**sixth (1)**
61:23
**slips (1)**
30:16
**small (2)**
18:25 71:9
**Smith (1)**
12:14
**smoothly (1)**
5:7
**somebody (12)**
12:23 19:22 20:18
31:17 38:25 39:25
40:13 41:14 55:21
56:7,11,22
**somewhat (1)**
4:9
**soon (1)**
59:18
**sorry (17)**
8:25 9:2 12:20 15:8
18:5,22 19:18 24:11
29:24 44:11 48:25
49:4 51:21 53:7
55:8 67:18 71:15
**sort (2)**
37:14 45:3
**sound (2)**
54:14 69:16
**Sounds (2)**
4:18 64:24
**South (1)**
9:19
**SOUTHERN (1)**
1:2
**speaking (1)**
4:13
**specialist (9)**
10:11 11:18,20,23,24
12:4 13:5,10 70:2
**specialists (2)**
12:17,21
**specific (17)**
18:10,11 21:5 25:24
26:7,23 31:18 56:12
57:2,11 58:14,23

**67:25 68:8 73:8,9
73:11
specifically (1)**
54:8
**speculate (2)**
32:11 70:24
**speculation (2)**
44:6 73:15
**Spellman (1)**
12:14
**spoken (1)**
38:2
**spreadsheet (2)**
46:2,6
**stable (1)**
54:14
**stamps (5)**
62:4,5,6,8,13
**Starbucks (33)**
1:7,13 2:15 5:12,21
11:17 12:2,8,13,18
13:14 14:24 18:2
23:24 24:6 26:4,10
26:25 29:4,14 45:5
56:11 60:23 62:15
64:3 65:21,24 67:13
70:2,14 71:7 77:3
78:4
**start (5)**
4:16 12:6 25:13 33:24
60:25
**starts (1)**
63:16
**state (9)**
1:21 25:20 32:22
55:22 56:6 57:11
58:21,25 72:12
**STATES (1)**
1:1
**stenotype (1)**
76:7
**step (8)**
17:13,17 18:13 21:9
21:25 45:13 49:4,11
**steps (3)**
23:6 67:23 68:17
**stop (1)**
32:7
**stopped (2)**
32:9,10
**storage (27)**
5:22 6:2,4,10 13:15
13:18 16:25 17:14
32:15 42:5,18 48:6
48:11,16 49:18,23
50:2,6 53:21,22

57:9,11,14 58:23
66:18 69:5 74:4
**store (71)**
14:14,15 15:4,6,11,16
15:19 16:2,5,8,24
17:4,11,19,23 18:15
18:18 19:4,10,17,21
19:22 20:3,24 21:6
21:12 22:12 23:6,8
23:25 24:6,18,21
25:15 27:8,23 28:16
30:4 32:21,22 33:3
33:17,25 34:19,22
35:4,9,18 36:4 41:7
41:22 42:14,15
43:15 57:4,6 58:12
58:15,23 59:4,10
65:12 66:12 67:25
68:8 69:3 70:9,11
70:13,14 75:9
**stored (3)**
30:17 50:20 58:7
**stores (20)**
14:7 17:15 18:2,3
24:16 25:6 26:5,10
26:14 27:13 29:2
30:11,12 31:11,17
36:10 46:9,22 67:14
72:12
**store's (1)**
57:8
**strange (2)**
74:25 75:7
**Strauss (1)**
2:17
**strike (10)**
38:21 47:4 49:21 50:5
50:17 54:18 63:14
67:12 69:14 72:16
**subject (1)**
60:14
**substance (1)**
68:15
**suburb (1)**
18:25
**supervised (1)**
46:9
**supposed (2)**
19:25 20:8
**sure (26)**
4:12 5:6,7,10,13 9:4
19:7 21:24 22:2
27:15,19,20 37:13
43:24 44:12 45:2
49:10 57:20 58:3
59:22 62:23,25

64:22 65:2 71:11,13
**surpassed (1)**
15:20
**surprising (4)**
74:12,19,22,23
**swearing (1)**
4:13
**sworn (1)**
4:6
**system (20)**
31:14,19 44:10,13,17
44:19,23 45:6,8,17
45:25 46:5,8,15,16
46:17 50:10 56:10
56:14,20

───────── **T** ─────────

**tabs (1)**
32:23
**take (18)**
7:6,14,22,24 18:8
21:23 29:18 32:16
34:13 45:13 46:12
49:11 52:25 64:20
65:3 67:23 71:11
75:13
**taken (5)**
1:15,19 5:18 7:25
34:14
**takes (1)**
28:6
**talking (1)**
26:20
**tape (1)**
20:6
**tax (7)**
72:23 73:4,5,7,17,20
73:24
**telephone (1)**
5:4
**telephonic (1)**
2:5
**tell (2)**
5:18 63:5
**temporary (1)**
53:22
**Ten (1)**
52:17
**term (6)**
6:23,25 14:20 18:5
55:11,12
**terms (1)**
64:2
**Terrie (83)**
1:14,19 4:1,2,6 5:1,25
6:1 7:1 8:1 9:1 10:1

11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
58:10 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1,17 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
77:2,25 78:3,24
**testified (9)**
4:7 11:8,11 47:6
49:12 64:17 65:11
66:8 72:17
**testifying (6)**
5:21 6:2,10 15:25
42:4 66:20
**testimony (7)**
5:14 16:7,17 17:7
76:7,10 77:7
**thank (5)**
4:23 53:10 75:16,17
75:18
**Thanks (1)**
4:24
**thereof (1)**
76:11
**thing (1)**
7:24
**things (1)**
71:12
**think (16)**
4:12,15 6:11 15:18
22:4 37:9 44:5 51:5
58:9 64:17 69:21
70:3,21 74:11,25
75:7
**third (1)**
61:21
**Thompson (1)**
2:7
**three (2)**
61:17 73:15
**Thursday (2)**
8:19,20
**time (29)**
4:9 14:11 15:12,22,24
17:16 32:11 36:19

46:11 47:17 50:25
52:25 57:8,12 58:22
59:2 60:5 64:7 68:7
68:10,16,24 69:22
73:8,10,12,13 76:5
76:6
**times (4)**
35:7 36:24 38:7,15
**title (5)**
10:10 12:4 52:11
61:14,16
**today (8)**
5:3,14,15,21 8:7,10
11:13 52:21
**told (5)**
60:20,24 68:10 69:14
69:15
**tool (2)**
14:7 15:11
**top (1)**
63:10
**topic (1)**
42:20
**topics (2)**
6:5 42:11
**track (1)**
46:17
**tracked (3)**
51:7,8,17
**tracking (29)**
24:15 30:25 31:3,5,8
31:19,20,25 32:6,7
32:14,18,19,20 33:6
33:9,12,14,15,20
34:3,5,9 44:9,12,24
46:16 50:8 57:5
**tracks (1)**
44:13
**transcript (1)**
76:9
**transmission (1)**
19:8
**transportation (8)**
5:22 6:2,4,10 30:18
42:5,19 66:18
**tribal (1)**
30:15
**troubleshooting (1)**
61:24
**true (3)**
76:9 78:9,11
**truth (1)**
5:18
**truthfully (1)**
8:10
**try (2)**

6:20,24
**trying (3)**
25:10 56:23 58:5
**Twice (1)**
18:9
**two (4)**
12:21 57:12,13 61:17
**type (3)**
12:15 30:24 73:2
**typically (5)**
5:3 7:11 27:22,25,25

───────── **U** ─────────

**ultimately (1)**
33:9
**unable (1)**
38:14
**unavailable (2)**
70:22 74:6
**understand (35)**
5:6,10,13,15,17,20
6:19,21,24,25 7:8
7:13,17 8:7 14:5,17
14:23 15:5,15 19:18
21:4 26:11 27:15
37:22,24 41:5 42:22
45:2 55:8,18 57:21
58:5 59:22 64:2,13
**understanding (12)**
14:16 15:7,9,10 17:4
17:8,10 21:21 30:14
33:18 60:12 67:7
**UNITED (1)**
1:1
**updated (2)**
32:2,3
**updating (2)**
32:7,9
**use (3)**
14:20 15:11 61:25
**Utah (1)**
9:19
**U.S (3)**
18:3 27:18 60:16

───────── **V** ─────────

**v (2)**
77:3 78:4
**valuable (1)**
59:12
**value (11)**
15:21 16:6,8 23:24
24:5,20 25:4 59:11
59:11 65:16,19
**variety (1)**
13:16

**vary (2)**
27:14,24
**venturing (1)**
37:10
**verbal (1)**
7:13
**view (3)**
45:4,5 52:20
**violating (2)**
41:14 42:16
**vs (1)**
1:6

**W**

**wait (2)**
7:4 49:3
**walk (1)**
16:23
**want (14)**
5:5,10,12 7:22 21:24
22:20 25:20,25
30:22 37:5 65:2
66:16,19 68:12
**wanted (4)**
23:3 52:20 56:25
71:11
**Washington (4)**
1:18,21,23 72:11
**wasn't (2)**
74:17,18
**way (5)**
4:10 6:20 21:4 46:24
55:17
**week (6)**
6:9 8:19,20 10:22
57:12,13
**weeks (2)**
57:12,13
**weren't (1)**
67:20
**we're (7)**
22:10,16,19,21,25
37:10 60:18
**Wigdor (1)**
2:7
**witness (16)**
4:11,14 22:10 23:3
42:9 61:7 62:19,22
66:8,17,20,23 67:3
75:18 76:4,13
**witness's (1)**
25:22
**word (2)**
6:23 52:5
**work (3)**
12:10,12 24:18

**worked (1)**
60:23
**working (1)**
30:13
**works (1)**
44:21
**worried (1)**
38:4
**worth (1)**
30:11
**wouldn't (3)**
28:19 38:7 40:18
**write (2)**
23:8 77:8
**written (5)**
29:10,11 51:22,24
52:2

**Y**

**Yeah (2)**
20:17 71:18
**year (2)**
18:9 70:16
**yearly (1)**
13:19
**years (1)**
73:15
**York (8)**
1:2 2:9,9,19,19 55:23
68:6 70:9

**Z**

**zip (1)**
32:22

**$**

**$65,000 (1)**
13:20

**#**

**#2996 (1)**
1:21

**0**

**01/09/12 (2)**
77:2 78:3

**1**

**1 (6)**
3:15 61:6 62:16,17
63:4 67:15
**10:52 (1)**
75:19
**10003 (1)**
2:9
**10036 (1)**

2:19
**11-CV-2521 (1)**
1:6
**1998 (2)**
12:7,10
**1999 (1)**
11:25

**2**

**20 (1)**
8:23
**20th (1)**
76:14
**2004 (2)**
11:21 60:25
**2010 (8)**
29:21 30:2 32:12
46:10 67:15 70:15
70:15,16
**2011 (6)**
29:22,23 30:2,3,4
67:15
**2012 (7)**
1:16,22 4:3 30:7
76:14,20 78:16
**2401 (1)**
9:19
**29 (1)**
76:20

**3**

**30 (3)**
69:15,21 70:3
**30(b)(6) (4)**
1:13 6:6 42:9 66:17

**4**

**4 (1)**
3:5
**45316 (1)**
1:25

**6**

**62 (1)**
3:15

**7**

**7711 (2)**
70:10,13

**8**

**814 (2)**
62:2,15
**820 (2)**
62:3,15
**85 (1)**

2:8

**9**

**9 (3)**
1:16,22 4:3
**9:00 (2)**
1:22 4:4
**90 (1)**
10:24

# DAILY RECORDS BOOK

### Use of the Daily Records Book (DRB)
This monthly book is used to record daily store information and is divided into weekly tabs for quick reference.

### Retention and Destruction
For security and legal compliance, the Daily Records Book must remain in store for six months and then be returned for long-term storage and destruction. Every six months you will receive communication requiring all DRBs older than six months to be boxed up and returned using an online return or pre-addressed mailing label. This ensures retention of legally required payroll documents that are included in the DRB.

### Calendar
The Daily Records Book contains the Fiscal Year Calendar to use for planning and recording store events.

### Checklists and Logs
- **Paid Out Log** is a monthly log located behind the Paid Out tab and is designed to ensure all paid outs are recorded and approved. This log should be reconciled weekly by the store manager.
- **Emergency Wage Advance Log** is a monthly log designed to record all emergency wage paid outs.
- **Store Repair and Maintenance Tracking Log** is a monthly log located in the front of the DRB and is designed to track calls made to the Enterprise Help Desk, Facility and Service Desk and the Facility Contact Center.
- **Punch Communication Log, Borrowed Partner Log,** and **Paid Time Off Log** are located at the end of the book under the Time and Attendance tab. Use these logs to record key time and attendance information using the policies and procedures on the Time and Attendance tab.

### Weekly Tabs
The following information is included in each Weekly Tab section:
- **Store Partner Pages:** a flexible tool to capture store information in one easy-to-reference place.
    - *Store Communication* ~ communicate voicemail, email and barista need-to-know information for all store partners.
    - *Partner Till Drop Log* ~ all partners with assigned tills must complete this section using the policies and procedures behind each Weekly tab.
    - *Safe Count, Change Bank Reconciliation, Deposit, and Partner Till Audit* ~ for details refer to the policies and procedures behind each Weekly tab.
    - *Partner Tip Drop Log* ~ use this log to track all tip bags dropped into the safe on a daily basis.
    - *Partner Tip Drop Removal* ~ use this space to track tip bags being removed from the store safe on a weekly basis.

### Miscellaneous
- **Sales Audit Envelope** ~ for credit card slips, refunds, voids and gift certificates.
- **P-Card/Paid Out Envelope** ~ for all P-Card, Paid In and Paid Out receipts.

**This book is the property of Starbucks Coffee Company.**
**The materials in this book should not be reproduced and should not be used by anyone other than an authorized Starbucks partner.**
**Keep book secured when not in use.**

EXH ___1___ DATE _1/9/12_
WITNESS _Rucker_
JANIS K. FLOATE

# Cash Management Log Policies, Standards & Procedures

The Cash Management Log must be completed each day. Print legibly and complete in pen.
Store operating funds and tip funds must be secured at all times.

**Till Drop Procedure (Cash Controller):**
1. Record register partner's name, Register ID (#, Top/Bottom), date and CC initials on till drop bag.
2. Place funds from drop box, sales media from POS drawer and Closing Register Receipt in till drop bag. Seal till drop bag.
3. Record register partner name, entire till drop bag #, CC initials and time on the matching Register ID section of the Till Drop Log.
4. Secure till drop bag in inner compartment of safe, behind door 2.

**Final Use Till Count Procedure (Cash Controller):**
1. Remove till, sales media from POS drawer, funds from drop box and Closing Register Receipt.
2. Count down combined funds from till and drop box using cash scale in cash calculator mode.
3. Remove funds in excess of opening fund amount, leaving opening fund amount in till.
4. Follow Till Drop Procedure to secure excess funds, sales media and closing register receipt.
5. Secure till with verified opening fund in POS drawer or safe.

**Safe Count Procedure (Cash Controller):**
- The safe must not be left open and unattended.
- The safe must not be opened or the time delay set during the first 30 minutes and the last 30 minutes of customer operations.
- Only the Cash Controller may set and access the safe.
- Complete and record an accurate physical "start" count when accepting the cash controller keys and an "end" count when passing the cash controller keys to the next cash controller or counting out at the end of day.
    1. Record CC initials and start or end count time on the Safe Count Log.
    2. Count and record change fund amount, opening till fund amounts, # of till drops, # of Customer Recovery certificates, PCard, and # of tip drops.
    **NOTE:** Lock Out Period Safes: When completing a safe count during the Lockout Period (3pm-8am) record "N/A" or "Locked Out" in the number of till and tip drop section of the safe count. All safe counts occurring outside of the lockout period (8am-3pm) must include an actual physical count of all till and tip drop bags.

**Deposit Log (Cash Controller):**
**NOTE:** Procedures for preparing the deposit and transporting the deposit to the bank are located in the Store Operations manual section 4 Cash Control.
1. The deposit must be prepared and transported to the bank every day.
2. The deposit must be prepared _after_ 8am and must be transported to the bank _by_ 3pm.
3. The deposit must be taken inside the bank for processing if the bank is open. The weekend depository box must only be used if the bank is closed.

**Deposit Prep Section Procedure:**
1. Record the start time and CC initials in the Deposit Prep section on the date the deposit is processed.
2. Record deposit $, deposit bag # and completion time.
3. **Deposit Witness** records their initials after confirming that the CC initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in the Deposit Prep section.
4. Secure sealed deposit bag in inner compartment of safe, behind door 2, if not immediately transported to bank.

**Deposit to Bank Section Procedure:**
1. Record CC name taking deposit to bank, date to bank, time to bank and deposit bag # in the Deposit to Bank section on the date the deposit is processed.
2. **Banking Witness** records their initials after confirming that the CC initials, date and time of the CC departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.
3. Record validated deposit amount and validated time on Deposit to Bank section and attach validated deposit slip after returning from the bank or when the deposit slip has been retrieved for deposits made through the weekend depository.

**Till Audit Procedure (Store Manager):**
A minimum of two random till audits must be performed each week.
1. Follow steps 1-4 of Final Use Till Count.
2. Record SM name, date, register partner's name and Register ID on Partner Till Audit Log. Over/short will be recorded when deposit is prepared.
3. Secure till with verified opening fund in POS drawer or safe.
4. Ensure over/short is recorded after deposit is prepared on following day.

**Report Store Operating Funds Procedure (Store Manager):**
The Store Operating Funds (change bank and till bank) must be physically verified and updated on the MWS each week.
1. From the MWS select "Manager Menu", "Daily Bookkeeping Menu", "Report Store Operating Funds"
2. F1 – to Count Change/Till Bank Funds.  Enter the amount of money actually in the Change and Till Bank in the two fields "Total Change Bank" and "Total Assigned/Unassigned Tills". Record the total on the Cash Management Log under "Report Store Operating Funds" and sign off.
3. Upon completion of entering the funds amounts press "F1" to Save and then "F7" to Quit.

**Tip Drop Procedure (all partners):**
Tip funds must be secured at all times.
1. Remove tip funds from plexi, place funds in a tip drop bag and seal tip drop bag.
2. Record date on tip drop bag.
3. Record partner #, initials, and entire tip drop bag # on the Tip Drop Log.
4. Secure tip drop bag in inner compartment of safe, behind door 2.
5. Witness records their initials and time after verifying the tips have been secured in the safe.

**Tip Drop Removal Procedure**
1. Remove tip drop bags from inner compartment of safe (cash controller).
2. Record entire tip drop bag # for each tip drop bag on Partner Tip Removal Log.
3. Record CC initials as **Witness** and time.
4. Transfer tip drop bags to partner processing tips.
5. Partner receiving tip drop bags records partner # and initials after verifying tip drop bag #'s.

**Accountability and Duty to Report**
Failure to comply with cash management log policy endangers partner safety. Acts in violation or omissions of policy are grounds for disciplinary action up to and including termination. Uncorrected or continuing violations must be reported to management, your local Partner Resources generalist or the Standards of Business Conduct Helpline at 800/611-7792 (866/614-0760 for French-speaking partners).

# Cash Management Log

## STORE COMMUNICATIONS

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 1 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 1 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 2 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 3 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 TOP — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### REGISTER 4 BOTTOM — TILL DROP LOG

| PARTNER NAME | DROP BAG # | CC INITIALS | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

# Cash Management Log

| SAFE COUNT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | OPEN: | | MID 1: | | MID 2: | | MID 3: | | CLOSE: | |
| SAFE COUNT | START | END | START | END | START | END | START | END | START | END |
| TIME | | | | | | | | | | |
| $0.01 | | | | | | | | | | |
| $0.05 | | | | | | | | | | |
| $0.10 | | | | | | | | | | |
| $0.25 | | | | | | | | | | |
| $1.00 | | | | | | | | | | |
| $2.00 | | | | | | | | | | |
| $5.00 | | | | | | | | | | |
| $10.00 | | | | | | | | | | |
| $20.00 | | | | | | | | | | |
| OTHER $'s | | | | | | | | | | |
| Total Change Fund | | | | | | | | | | |
| # Tills/Total $ | | | | | | | | | | |
| # Till Drops | | | | | | | | | | |
| Cust. Recov. Cert. | | | | | | | | | | |
| P-Card | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N | Y / N |
| # Tip Bags | | | | | | | | | | |
| Comments: | | | | | | | | | | |

| Report Store Operating Funds | |
|---|---|
| Signature: | $ Amount Entered: |

*Attach validated deposit slip/courier slip and deposit bag receipt to this sheet*

| DEPOSIT INFORMATION | | | |
|---|---|---|---|
| Cash Controller: | | Taken By Cash Controller: | |
| Preparing Deposit: | | Date to Bank: | |
| Start Time: | | Time to Bank: | |
| Deposit Bag #: | | Deposit Bag #: | |
| | | | |
| Deposit $: | | Bank Validated $: | |
| Completion Time: | | Bank Validation Time: | |
| Change Order $: | | Change $ Received: | |
| Comments: | | Comments: | |

*Deposit Witness confirms that cc initials, completion time, deposit slip amount and sealed deposit bag # are accurately recorded in Deposit Prep section.

**Banking Witness confirms that the cc initials, date and time of cc departure to bank and sealed bag # are accurate and recorded in the Deposit to Bank section.

| PARTNER TILL AUDIT #1 | |
|---|---|
| Store Manager: | |
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

| PARTNER TILL AUDIT #2 | |
|---|---|
| Store Manager: | |
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

| PARTNER TILL AUDIT #3 | |
|---|---|
| Store Manager: | |
| Date: | |
| Partner Name: | |
| Register ID | |
| Over/Short $: | |
| Comments: | |

| PARTNER TIP DROP LOG | | | | |
|---|---|---|---|---|
| PARTNER # | INITIALS | DROP BAG # | WITNESS (mandatory) | TIME |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| PARTNER TIP REMOVAL (weekly) | | | |
|---|---|---|---|
| PARTNER # | | INITIALS | |
| CC WITNESS (mandatory) | | TIME | |
| DROP BAG #'S: | | | |

| DM VERIFICATION | |
|---|---|
| DM Signature: | Date Reviewed: |
| Comments: | |

*Witness on tip drop removals must be the scheduled cash controller.

# CASH MANAGEMENT TROUBLESHOOTING

**ISSUE: Till is short opening fund when CC counts down drawer after final use.**
Possible Causes:
- Drop box funds were not pulled.
- Drop box swept and till drop made without realization that till would not be used again that day.
- Paid Out brought drawer below opening funds.
- Register partner dropped funds in wrong drop box.

Solution:
1. Verify drop box funds were pulled (do not mix funds from other Register ID's).
2. Calculate funds needed to bring till to opening fund (whole $ amount only) and remove that amount from change bank.
3. *Record removal of funds ($ amount and Register ID [#, Top/Bottom]) on Comments section of Safe Count Log.*
4. The shortage in the change bank must be corrected when the deposit is prepared.

*NEXT DAY:*
1. Before beginning to prepare the deposit, to balance the change bank, review Comments section of the Safe Count Log from the previous day to determine which Register ID was associated with the change bank shortage.
2. Remove funds from the last logged till drop bag of that Register ID and place funds in the change bank to return it to the correct amount.
3. *Record removal of funds ($ amount and Register ID [#, Top/Bottom]) on the Comments section of the Deposit Prep Log.*


**ISSUE: Unassigned till is over opening funds.**
Possible Causes:
- Drop box funds were not pulled the last time the till was closed.
- Till drop was made without realization that the till would not be used again that day.
- Funds were dropped from another till in this till's drop box.

Solution:
1. Using the cash scale in cash calculator mode return the till to opening fund.
2. Refer to the Till Drop Log to determine which partner was the last to use that Register ID.
3. Place extra funds in till drop bag and record Register ID (#, Top/Bottom), the final register partner's name, and "extra funds drop" on the till drop bag.
4. Record till drop bag in the correct Till Drop section per normal.

*NEXT DAY:*
1. When preparing the deposit combine the contents of the two drop bags before entering that partner's till funds at the MWS.


**ISSUE: Forgot to pull drop box funds and sales media before next register partner begins ringing transactions.**
Possible Cause: Drop box funds and sales media not pulled by CC before next register partner begins to ring transactions.
Solution:
1. As soon as possible, pull drop box funds and sales media and prepare a till drop per normal.
2. Make a note on the till drop bag that funds/sales media were pulled late.


**ISSUE: There are no drop box funds/sales media to pull and drop after register partner closes till.**
Possible Cause: Register partner rang very few transactions and received no 20's or sales media.
Solution:
1. Even though there are no funds or sales media to drop, prepare a till drop bag per normal, placing the Closing Register Receipt in the bag.
2. Record the till drop bag on the Till Drop Log under the appropriate Register ID (#, Top/Bottom) and secure the till drop bag in the safe.

Confidential.  For internal use only.    ©2011 Starbucks Coffee Company.   All rights reserved.

# CASH MANAGEMENT TROUBLESHOOTING

**ISSUE: "undocumented till drop bag" Till drop bag in safe; not logged on Till Drop Log; no till assignment listed on MWS.**
Possible Causes:
- Till drop not recorded when a drawer overage was found and dropped.
- Change bank was over during safe count and overage was removed to balance safe.
- Funds were discovered FOH and were dropped without documentation.

Solution:
1. Look for any documentation on CML, on or inside bag (Register ID or Closing Register Receipt) to indicate source of funds.
2. If funds belong to an identified partner combine the contents of the two drop bags before entering that partner's till funds at the MWS.
   - If the partner had two till assignments, combine the contents of the two drop bags that are from the same Register ID before entering that partner's till funds at the MWS.

   **NOTE:** If the Register ID is unknown, combine the contents of the undocumented till drop bag to one of the identified partner's till drop bags before entering that partner's till funds at the MWS. This will create an overage in one of the partner's Register ID Drawer O/S and a shortage in the partner's other Register ID Drawer O/S. These two Drawer O/S should balance each other out.
3. If funds belong to a Register ID but no partner is identified, combine the contents of the undocumented till drop bag with the contents of the till drop bag of the final partner assigned to that Register ID before entering that partner's till funds at the MWS.
4. If funds can not be matched to a partner or Register ID, the funds will be added to the deposit total after all other till drop bags have been processed and accepted.
5. ***After adjusting the deposit total to include the undocumented till drop bag funds make a note in the Deposit Prep section Comments box. Notify Sales Audit (Explain Over/Short to Sales Audit).***

**ISSUE: Consolidated till drop bag funds do not match MWS deposit total:**
Possible Cause:
- A data entry error was made when entering funds at the MWS during the recount process.
- A till assignment was not Accepted (Y) on the MWS deposit screen.
- An error was made when counting funds.

Solution:
1. Recount consolidated deposit funds using the cash scale in cash calculator mode.
2. Verify that all till assignments have been Accepted (Y) on the MWS deposit screen.
3. Adjust deposit total to match actual funds on hand and accept deposit.
4. ***Make a note in the Deposit Prep section Comments box of the deposit adjustment amount. Notify Sales Audit (Explain Over/Short to Sales Audit).***

Confidential.  For internal use only.     ©2011 Starbucks Coffee Company.   All rights reserved.