# I'm Back!!!

**From:** S00847 6th Waverly
</O=STARBUCKS/OU=SSC/CN=RECIPIENTS/CN=S00847>
**To:** Jen Gurtov
**CC:** S00847 6th Waverly
**Subject:** I'm Back!!!
**Sent:** 5/23/2009 2:47:03 PM +00:00

Hi Jen!

I wanted to take a moment and thank you for your support surrounding my decision to take a personal LOA...not having a SM present for 30 days couldn't have made your job any easier and I wanted to extend my appreciation towards you...

Having said that I also wanted to let you know I am so excited to be back in the swing of things...Kevin seems to have done an amazing job during his tenure but I see there is still a lot of work to be done to ensure I am Center of Excellence ready and sustainable...

I'm hoping that you have some time for me over the next few days...I wanted to talk more in-depth about what happens going forward and some of the plans I have for the future of 6th & Waverly...

Serenity


**Message Headers:**    
```
Received: from seams045.starbucks.net (10.1.2.115) by paems363.starbucks.net
 (10.4.11.42) with Microsoft SMTP Server id 8.1.340.0; Sat, 23 May 2009
 07:47:03 -0700
Received: from seant040.starbucks.net ([10.1.1.78]) by seams045.starbucks.net
 with Microsoft SMTPSVC(5.0.2195.6920);   Sat, 23 May 2009 07:47:03 -0700
Content-Class: urn:content-classes:message
Subject: I'm Back!!!
MIME-Version: 1.0
Content-Type: multipart/mixed;
                boundary="----_=_NextPart_001_01C9DBB5.563AB9FE"
x-mimeole: Produced By Microsoft Exchange V6.0.6603.0
Date: Sat, 23 May 2009 07:47:03 -0700
Message-ID: <E06DD4CDD61BD5118FD600508BB8ADCE19345E95@seant040.starbucks.net>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
<E06DD4CDD61BD5118FD600508BB8ADCE19345E95@seant040.starbucks.net>
Thread-Topic: I'm Back!!!
Thread-Index: AcnbtVY1VSFL8S91RU+hHkxJV5xXhw==
From: S00847 6th Waverly <S00847@starbucks.net>
To: "Jen Gurtov" <jgurtov@starbucks.com>
CC: "S00847 6th Waverly" <S00847@starbucks.net>
Return-Path: S00847@starbucks.com
X-OriginalArrivalTime: 23 May 2009 14:47:03.0969 (UTC) FILETIME=[5644E910:01C9DBB5]
```

**SourceLastModifiedTime:** 6/7/2009 11:19:20 PM +00:00

---

This RTF was generated by AccessData using data parsed from "jgurtov.pst".
Please refer to that file for the original evidence.

STAR_MARSHALL0002119