## S00847 6th Waverly

**To...**

**Cc...**

**Bcc...**

    **Subject:**

**Attachments:**

Here are some other policies and procedures I forgot to include:

1. If it is between 8am-3p the two CC MUST COUNT THE INNER SAFE! If you do not count the inner safe this is a violation and will be documented!

2. There should be at least one tip drop each day so if you are the closing CC you MUST drop the tips- only hourly partners can touch tips.

3. Service Recovery Coupons:
*you MUST count these and you MUST have five of them on you or in your till in case you need them
*if you lose the coupons you will be written up- this is as bad as losing money- they are worth free drinks!
*do NOT add coupons to the count- the count should only increase when we get a new book of 25
*you MUST document in the log why you gave coupons away- do NOT simply have different start and end counts for these coupons without an explanation

4. Please use the comment section to explain any variances- if there isn't enough room, use the communication page- I shouldn't have to track down key holders for explanations

5. The keys MUST stay on you- if a barista has the keys you will receive a corrective action- YOU are responsible for the cash in the store. If they need it for toilet paper you need to get it back IMMEDIATELY

6. If a customer has a bill larger than $20, do NOT open the drop box. Ask the customer for another form of payment and if they don't have, let the barista give them fives and tens and singles. The only time that box is opened is for pulling tills and till audits.

I can't stress the importance of these memos- I will NOT run a store where the people who are responsible can't manage their cash- PLEASE ask me any questions you may have- don't wait to be written up to say you were unsure of any of this.

Serenity Marshall