Procedures for Disposal of Potentially Infectious Items
Sharps and other potentially infectious items should be disposed of in a manner that does not place others at risk and that is consistent with local public health regulations regarding such disposal.

Sharps should be placed into a proper sharps container designed for that purpose and should NEVER be carried in a pocket or disposed of in ordinary trash. **Use the Sharps Kit located in the store's First Aid Kit supplies to properly dispose of sharps. If your store does not have a Sharps Kit, one can be ordered by calling the Sharps Kit supplier for your area.** Other soft items that could result in exposure (gauze, bandages, cotton, etc.) should be placed in waterproof bags for disposal.

Once an object is placed into a sharps container, **do not** dispose of the container kit in the garbage. Instead, follow the instructions enclosed with the container to package the filled sharps container in the pre-paid return box and then contact your local postal carrier for pick-up. Sharps containers are to be shipped to the disposal company within seven days of use.

**Recordkeeping:** Disposal Shipping Tracking Forms are to be kept on file with Incident Report Forms in the store for a minimum of three years.

Tools Available for Partners
To help protect partners from exposure, the following tools are made available to order by our First Aid Kit vendor, Synergy Logistics. **Do not attempt to dispose of sharps or other possible sources of exposure without proper equipment or without having received proper instruction on how to do so safely.**

- **Sharps container, tongs and gloves** — Each store can order a Sharps Kit as a part of the store's first aid supplies. The Sharps Kit contains tongs, gloves, an approved sharps disposal container, instructions for proper use and the contact number to call for pick-up once the kit is full. The sharps container is to be used to dispose of needles, razors, glass or other sharp items that may carry a risk of blood-borne pathogen exposure.
- **Bodily fluid spill clean-up kit** — Found in the store's First Aid Kit. Use this kit whenever you need to clean up a spill of blood or other bodily fluids.
- **Rubber gloves** — Found in the store's First Aid Kit. Use these whenever you are performing a task (such as taking out trash, cleaning restrooms or outside areas, etc.) in which there is a chance that you may come into contact with sources of blood-borne pathogen exposure.

Proper Garbage Handling
Follow these steps to prevent contact with sharps or others items improperly discarded in trash containers:

1. Handle the trash **as little as possible.**
2. Always use the Starbucks-approved **waterproof trash bags.**
3. **Be alert.** Look for sharps (e.g., hypodermic needles) sticking out of trash bags. Listen for broken glass when moving the bag.
4. **Do not** compress the trash or reach into the trash container, even with gloves on.
5. **Do not** use your bare hands to pick up trash that has spilled out of a trash container. Wear gloves.

CONFIDENTIAL                                                STAR_MARSHALL0000590

6. **Do not** allow the trash containers to get too full. You need to leave enough space free at the top of the bag so that you can grab the top of the bag without grabbing any of the contents. This may mean that you need to empty the trash more often, but this will also make it lighter and easier to hold away from your body.
7. **Hold trash bags by the top of the bag and away from your body.** Be careful to ensure that you do not hold the trash bag against your body or allow the bag to rest or brush against you at any time.
8. **Don't** place your other hand under the bag to support it.
9. Take the trash **directly to the approved disposal container** with a minimum of additional handling.

Cleaning Publicly Accessible Areas

- When cleaning outdoor seating areas, restrooms or other publicly accessible areas, take care to avoid accidental exposures by remaining alert. **NEVER** reach for objects that you can't see or behind objects or into spaces where you cannot see. Never reach into containers or personal bags that you find unattended. WATCH OUT! Discarded hypodermic needles have been found in all of these places:
    » In handbags and backpacks
    » In restrooms and storage rooms
    » In trash cans and bags
    » Between seat cushions
    » Behind and under toilets and other restroom equipment
    » In alleys and courtyards
    » In hedges and flower pots
    » **Anywhere else that is concealed from view**
- When sweeping or mopping, stay alert to the possibility of picking up sharps or other potential sources of exposure (cotton, gauze, bandages, etc.) in the broom or mop. If you find such an object, stop what you're doing and deal with the potential exposure risk according to proper procedures before continuing.
- If you encounter a dark place into which you cannot see or discover an object that you can't see clearly, use a flashlight to see more clearly before reaching. Use a long-handled stick or other object to probe spaces or move objects that can't be readily identified.
- If you are inspecting a handbag, backpack or other container left unattended, DO NOT REACH INTO THE BAG. Instead, empty the contents onto a cleared table or other flat surface first.
- If the toilet is plugged or backed up, ensure you use only a plunger to clear the obstruction. DO NOT REACH INTO THE TOILET at any time. The obstruction may be a sharp (hypodermic needle). If after using a plunger you determine that the obstruction is a needle or other sharp, ensure you use tongs or pliers to pick up and place the sharp in a proper disposal container.

**More Information Is Available to You**
An addendum discussing sharps prevention can be found in the *Safety, Security and Health Standards Manual* in the back of the red-tabbed Incident Prevention section.

PAGE 21

CONFIDENTIAL                                                                                                    STAR_MARSHALL0000591

# HAZARDOUS MATERIALS

Governmental occupational safety and health regulations require that an easy reference be made available to partners with important information regarding hazardous materials in the workplace. This reference is the Material Safety Data Sheet (MSDS) for each chemical used in the store environment and these can be found in the Hazardous Materials section of your store's *Safety, Security and Health Standards Manual*.

Before using any hazardous material for the first time, be sure to review the MSDS for that chemical and comply with all necessary requirements. If a chemical exposure, injury or illness should occur through the use of any hazardous material, refer to the appropriate MSDS for instructions on what to do. The store manager should be familiar with all MSDS sheets and able to answer partner questions on the proper use of all materials.

The information on each MSDS for a hazardous material includes:

- What it is.
- What company makes or sells it.
- Where the chemical manufacturer is located.
- Why it is hazardous.
- How someone can be exposed to the hazard.
- How to handle the substance safely.
- What protection to use while working with it.
- What to do if someone is exposed.
- What to do if there is a spill or emergency.

> ONLY approved cleaning chemicals found in the MSDS section of the *Safety, Security and Health Standards Manual* may be used in our stores.

### HAZARD COMMUNICATION

In the interest of partner safety and full communication, and to ensure that information about the potential hazards of some chemicals used in stores is available to all partners, the Hazardous Materials section of the *Safety, Security and Health Standards Manual* should always be available in all stores and accessible by all partners. Any questions or concerns regarding the safe handling, use and disposal of potentially hazardous chemicals should be directed to the Risk Control group in the Risk Management Department at (888) 796-5282 ext. 87475.

As needed, new MSDS sheets and any other new information will be distributed to stores.

### PARTNER ROLES AND RESPONSIBILITIES

All chemical containers received by the store are clearly labeled to indicate the contents, hazards associated with the product and the name and address of the manufacturer. Any secondary containers into which these chemicals are placed (e.g., sanitizer buckets, spray bottles, etc.) are also clearly marked with this same information, either by using a label provided by the manufacturer or by creating a label with this same information. Damaged or defaced labels should be replaced

CONFIDENTIAL STAR_MARSHALL0000592



CONFIDENTIAL

STAR_MARSHALL0000593