# RE: Upon Your Return

| | |
|---|---|
| **From:** | Jen Gurtov </O=STARBUCKS/OU=SSC/CN=RECIPIENTS/CN=JGURTOV> |
| **To:** | Adler Ludvigsen |
| **Subject:** | RE: Upon Your Return |
| **Sent:** | 1/4/2011 2:41:14 PM +00:00 |

Hi Adler...Happy New Year to you as well!!  Just catching up on a few emails while in the airport, am returning tomorrow, thanks for the communication below...will reach out tomorrow.
Talk soon, JenSent with Good (www.good.com)


-----Original Message-----
From:    Adler Ludvigsen
Sent:    Monday, January 03, 2011 01:55 PM Pacific Standard Time
To:      Jen Gurtov
Subject:         Upon Your Return

Happy New Year, Jen!

Here are some things for you to be aware of upon your return.  Please take note I am with Andrew for the entire day and then doing my team celebration that night.  My suggestion would be to check in with Victor on the two store openings which we will discuss on Thursday's huddle.

* REDACTED
* Serenity going on medical leave commencing this Wednesday, January 5th due to the fibroids and mild hysterectomy. Serenity already applied for the papers. Chris Martinez will oversee for the rest of week by going to store, checking labor, Values Walk, etc.  Serenity completing the next two week's schedules.
* REDACTED
* REDACTED

We can connect over all other things on Thursday.

Adler

Adler K. Ludvigsen
Starbucks Coffee Company
District Manager, New York City
917-497-6183


**SourceLastModifiedTime:** 7/18/2011 4:25:48 PM +00:00

This HTML was generated by AccessData using data parsed from "jgurtov.pst".
Please refer to that file for the original evidence.

STAR_MARSHALL0002163