| | |
|---|---|
| **From:** | Jen Gurtov |
| **To:** | Victor Heutz |
| **Sent:** | 1/12/2011 12:54:08 PM |
| **Subject:** | FW: Serenity Marshall |

I recapped below the information I received from the partner resources support center.  Nancy agrees.
I will copy you on all information I send to Tina by the end of this week.

Thanks-

*Jennifer Gurtov*
District Manager  Starbucks Coffee Company 917.975.1331

---

**From:** Nancy Murgalo
**Sent:** Wednesday, January 12, 2011 12:11 PM
**To:** Jen Gurtov
**Subject:** RE: Serenity Marshall

Hi Jen – I concur with Tina and, with the support of legal, I would agree with separation.  It's consistent with what we have done in the past.

*Nancy*

---

**From:** Jen Gurtov
**Sent:** Wednesday, January 12, 2011 12:05 PM
**To:** Nancy Murgalo
**Subject:** Serenity Marshall

Hi Nancy-

So I heard back from Partner Resources Contact Center.  Tina Pizarro, a representative there, supports separation of Serenity's employment with Starbucks for her admitted falsification of company documents(in this case the Daily Records Book) as well for continuously not depositing deposits into the bank daily.   For the first point, Serenity admitted to filling out the Daily Records Book to show that a deposit was completed in the store and brought to the bank, when in truth the money had not been counted yet, all drop bags were still in the safe.  Serenity also admitted to several times in the month of November holding onto several deposits in the store(not making deposits to the bank daily) and bringing up to 3 deposits to the bank at a time.  Serenity knew these actions were against Starbucks cash handling policies, but said she made these decisions because she wasn't able to get off of the floor to complete deposits.

I am sending Tina an email stating specifically the conversation I had with Serenity on her development day and am also faxing all past corrective actions and performance reviews by the end of this week.  She is planning on bringing this case to the legal department, she thinks they will support Serenity's separation immediately even though she has initiated her LOA.

Nancy, I just wanted to grab your thoughts on the above as well as your recommendation so I can share with Victor.

*Jennifer Gurtov*
District Manager  Starbucks Coffee Company 917.975.1331