## PSS Case Information

| | |
|---|---|
| ID | 9001166 |
| Description | DM: Separtion consultation - Attorney client privilege |
| Assigned To | TPizarro |
| Categorization | PRSC General HR Questions/Policy -> Separation Consultation |
| Status | Closed |
| Priority | High - B |
| Activity | |
| Keyword | |
| Recall | |
| Reminder | ☐ |

## Details

| | |
|---|---|
| *Off Cycle Payment | No |
| *Payroll Area | NY (NY,CT,RI,PASQUA (NY)) |
| *State / Province | New York |
| *Type of Action | Action Request |
| Due Date | 01/10/2011 |
| *Store / Cost Center # | 11649 |

## Resolution Codes

| | |
|---|---|
| Resolution 1 | Completed |

## Customer Information

| | |
|---|---|
| ID | 1088330 |
| Customer | Serenity Marshall |

## Contact Information

Contact: Jennifer Anne Gurtov
Partner #: 282805
Store #: 390830
Phone:
Fax:
Company:
Title:
Dept:
Email:
Address:

## Notes

📄**** Entered By: Tina Pizarro @ 03/02/2011 04:46 PM ****

talked with DM Jen Gurtov
she stated that she had the conversation with Serrnity yesterday and another DM was present
she stated that she told Serenity that she was separated for falsifying the books and not taking the deposit to the bank on numerous occassions.
I asked DM Jen about the questions we discussed last time and what was Serenity's response? Jen paused for a minute and stated can you elaborate? I told her that last time we

CONFIDENTIAL                                                                 STAR_MARSHALL0009703

talked, we talked about bringing up what she has already admitted to and to question the extra pieces that were discovered during the investigation. Jen apologized and stated that maybe she misunderstood our conversation and did not ask those questions. (our last conversation was very clear, I think she might have forgot)  I told Jen well it was a week ago and that was alot of detail, I told her that is okay and I feel good about the separation as the SM had a number of policy violations.  DM agreed and stated that Serenity got up during the conversation and walked out and called PRM Nancy and talked to her about the situation and eventually hung up on Nancy when Nancy was asking questions about the books.  DM Jen also stated that Serenity said she was going to call business ethics as she does not believe she should befired without any write-ups.
I let DM Jen know that her claims will be reviewed and we can go from there. Jen thanked me for my time and we discussed her other case.

**** Entered By: Tina Pizarro @ 02/21/2011 10:49 AM ****

**REDACTED**

**** Entered By: Tina Pizarro @ 02/16/2011 03:47 PM ****

**REDACTED**

Called benefits, Serenity is due to return March 1, no extension request on file with benefits or Unum

**** Entered By: Tina Pizarro @ 02/15/2011 12:39 PM ****

**REDACTED**

**** Entered By: Tina Pizarro @ 02/08/2011 09:51 AM ****

**REDACTED**

**** Entered By: Tina Pizarro @ 01/25/2011 09:15 AM ****

CONFIDENTIAL                                                                STAR_MARSHALL0009704

**REDACTED**

**** Entered By: Tina Pizarro @ 01/14/2011 07:31 PM ****

**REDACTED**

**** Entered By: Tina Pizarro @ 01/12/2011 11:02 AM ****

Talked with DM Jennifer
Jennifer will fax me her statement when the SM admitted to falsifying the books to hide the fact that the SM was not taking the deposits to the bank on a daily basis. DM Jennifer stated that she found multiple days in which the deposits were not taken to the bank and were just sitting in the store--we discussed that is a major violation of the safety and security policy, in addition to the falsifying of records which is a violation of the partner guide policies. DM Jennifer stated that she also discovered that on a regular basis the store was short $300-$400 per month, the SM was not conducting till audits and the DM stated it is suspicious where the money has gone and was wondering if the books were being manipulated to make up for the lost amounts. DM Jennifer will send me the entire file and her statement of the conversation with SM Serenity.
SM Serenity is currently out on LOA, I advised I will present to legal to determine if we can move forward with separation while on LOA

**** Entered By: Tina Pizarro @ 01/10/2011 12:37 PM ****

LVM for Jennifer
on vm, I let Jennifer know that it appears the SM violated our policy under section 11 of the partner guide and has a case of serious misconduct that can result in immediate termination, "falsification or misrepresentation of any company document", I asked Jennifer to let me know if any money was missing and any other details that werent captured here, I let her know from the notes it appears the SM does admit to the situation and I agree with the consequence of separation, but would like to discuss further and provided number.

**** Entered By: Stephen Somers @ 01/06/2011 10:51 AM ****

Caller Name:  Jennifer Anne Gurtov
Phone Number: 917-975-1331
SSN Verified (Y/N):  yes
Caller Position:   DM
---------------------

SM wants separation consultation for SM issues for cash handling issues

1. DM came in for store tour/eval on 12/22

2. DM noted that deposit records for 12/21 deposit were falsified

3. DM stated paperwork filledout stating deposit was given to bank, but there was no reciept from bank confirming deposit

4. DM found several deposits in safe that have not been deposited with bank

5. SM stated reason for falisifying deposit information is they were having trouble getting time off floor to complete deposit before bank closed, so they would complete the deposit information showing deposit was made even though deposit was not brough to the bank, SM stated they did not want to get in trouble for not making deposits daily

6. DM stated had recently separated another SM for same reason and had another SM having same issues of making sure bank deposits are done daily. Stated recently reset district expectations to ensure deposits are done daily

7. past history with SM over 2 1/2 years, performance has never been consistent (between very poor to very good performance)

8. CA history

02/18/09 - not creating a great working environment, not meeting cleaniess standards, not providing clear direction to team
03/15/10 -  for same reasons - not creating a great working environment, not meeting cleaniess standards, not providing clear direction to team

no CA - but coaching coversation around 2009 near prior to 02//18/2009 CA
for not managing team from cash handling perspective, not evaluating daily records book and coaching team in a timely manner

9.
recent performance review - issues under lead couragously
not consistently desicion making
not meeting cleaniness statndards
not holding team accountable

10. DM seeking separation consultation, stated has documents of CA and performance reviews if needs to send in additional documentation

0-2 bd tat

CONFIDENTIAL                                                                  STAR_MARSHALL0009706