## Davis, Sofia

| | |
|---|---|
| **From:** | Jen Gurtov [jgurtov@starbucks.com] |
| **Sent:** | Thursday, January 13, 2011 6:45 PM |
| **To:** | Tina Pizarro |
| **Cc:** | Nancy Murgalo; Victor Heutz; Jen Gurtov |
| **Subject:** | Serenity Marshall |
| **Attachments:** | Creating the environment with Serenity.doc; Serenity Marshall--Corrective Action--2.17.doc; Serenity Marshall--Corrective Action--3.15.10.doc; Serenity Marshall FY 10 Checkin-Assessment.doc |

Hi Tina,

On December 22nd, 2010, I had spent a development day with Serenity Marshall, SM of store 11649. In reviewing her Daily Record's Book, I began to notice many discrepancies. The dates of the bank statements did not match the dates the deposits were completed. I asked Serenity why there were so many discrepancies and she said she was not able to complete the deposit daily. I asked her what Starbuck's policy was in reference to bringing deposits to the bank and she stated that it was policy to process deposits daily and bring them to the bank daily. I asked her why she had broken policy and she said she was not able to make it off of the floor daily to process the deposits.

I then began looking at the deposit that was supposed to be completed the day prior on 12/21. The deposit section was filled in by Serenity, she had signed off that she had brought the deposit to the bank, however there was not a printed bank slip attached. I asked her where the receipt was. She said she must have misplaced it and began going through a pile of slips looking for it. I asked her if she was sure she brought that deposit to the bank and she said yes. I then said, well then let's go to the bank to retrieve the slip. She paused and then said that she had lied and did not bring the deposit to the bank, she had not even yet processed it. I asked her why she lied and falsified the information in the Daily Record's Book and she said she was nervous she would get in trouble for not processing the deposit the day prior. The deposit bags for that deposit were still in the safe.

I then asked to see her log for the month of November. This log was in worse condition than December's. She had not even filled out the deposit section daily. There were also numerous occasions in which she did not even fill out safe counts. She has also been falsely documenting the deposit section in the Daily Record's Book on many occasions. She has filled in that her shift supervisors had brought the deposit to the bank on certain days when in truth she herself had brought the deposit to the bank the day after.

I have her November cash log for review with numerous instances of this behavior of falsifying documentation.

I would like to proceed with separating Serenity's employment with Starbucks for her admitted falsification of company documents(in this case the Daily Records Book) as well for continuously not depositing deposits into the bank daily.

I am attaching prior corrective actions as well as Serenity's FY '10 Performance Review which highlights continued areas of focus in the Q4 competency section.

Please let me know if you need any other information or any of the attached documents faxed.

Thanks so much for your help,

*Jennifer Gurtov*
District Manager  Starbucks Coffee Company  917.975.1331

STAR_MARSHALL0001614



The below is a recap on the conversation Serenity Marshall and Jennifer Gurtov had regarding Creating the Environment on Tuesday, November 25th, 2008.

Creating the environment: Develops a positive, respectful, productive, and professional work environment.

Derailer: Allows discriminatory or inappropriate behavior to exist in the workplace

The issue was brought to Serenity's attention about challenging closings.
- Serenity will schedule herself for one closing a week.
- Serenity will pop in on store during times she is not scheduled.

Management of Shift Supervisor performance in cash handling.
- Serenity will evaluate the Daily Records Book daily and have coaching conversations and documentation in a timely manner.

Performance Management of partners treating customers with respect.
- Daily coaching conversations with partners around Green Apron Behaviors.
- Review conversations/connections with team daily.

Cleanliness/Operations of store: Brought to attention on many occasions.
- Hold partners accountable daily to Duty Roster completeness.
- Hold SS accountable daily to FOH standards
- Re-visit cleanliness/general expectations of Bathroom Attendant and hold accountable.
- Utilize shifts to hold baristas accountable.
- Daily Values Walks

On review, was a needs improvement in Leadership.
Opportunity from review: To raise personal sense of urgency regarding operational execution and presentation to raise the level of service, customer experience, and store success.


Partner Signature_____ Date_____


Manager Signature_____ Date_____

# Corrective Action Form

Store/Dept: 847

**Employee's Name:** Serenity Marshall

**Manager's name:** Jennifer Gurtov

**Employee's Hire Date:**

**Today's Date:** 02/18/09

## Statement of Situation

**Manager's Statement**   Describe the situation leading to the completion of this notice. Use Corrective Action Plan form if necessary.

Date of Occurrence(s): 02/15/09

Description: Serenity has not consistently created a great environment by not setting clear direction to her team to maintain the store operations to cleanliness standards. On the above date, during a tour of the store, bathrooms were dirty(floors and corners needed to be detailed, fixtures needed to be wiped down), whole bean stand display was facing the wrong direction, was not completely stocked, and was dirty. Floors along edges of store were dusty and dirty. Many flies were noted both front of house and back of house. Felisha was out of dress code with bright red hair. Serenity and I have had many conversations regarding the inconsistency of the cleanliness in her store. I have repeatedly set direction on opportunities listed above.

**Employee's Statement**   Employee is encouraged to remark about this event. Use Corrective Action Plan Form, if necessary.

Date of Occurrence(s):

Description:

## Corrective Action

(circle one)   Verbal   **Written**

Date 02/18/09:   By Whom: Jennifer Gurtov

Comments: Serenity and I have had many conversations regarding the opportunities listed in this document.

(circle one)   Verbal   Written

Date:   By Whom:

Comments:

X   Employee scheduled to meet for follow-up evaluation on 03/03/09 @ 4p and on 03/17/09 @ 4p to review Action Plan to improve performance.

X   See attached Action Plan.   ☐ Other:

## Reinforcing Improved Performance

Date: 03/17/09   Performance has (circle one):   improved   not improved

If performance has improved:

Specific description of how employee performance has improved:

Action Plan for continued reinforcement of improved performance:

If performance has NOT improved:

Action Taken:

## Signatures

Manager preparing form   Date   Next level manager   Date

I have read the above document and understand the information.

SKU 104130   Signed Original Copy – employee   Signed Copy – Human Resources/Regional Office   Copy – manager/store copy

| Employee: Serenity Marshall | Date: 02/18/09 |
|---|---|

**Setting Direction**: Establishes and communicates a compelling and inspired vision and sense of core purpose; creates competitive strategies and plan; ensures department strategies are aligned with company strategies.

Serenity needs to set clear direction to her team and follow up accordingly to ensure operations are maintained to standards.

**What does success look like?**

- Ecosure Results to company standard of 90%

- Bathrooms are consistently detailed cleaned(corners, grouting on both floors and walls, area behind toilet, toilet brush holder)
- Mirrors and stainless on doors are consistently wiped down, free of fingerprints and splash marks.
- Bathroom is free of graffiti...if graffiti is noted in bathroom, it must be called in to facilities immediately and an e-mail must also be sent to DM to confirm with work order number.

- Front entranceway is consistently free of debri.
- Walk off mat is free of debri.
- Windows/Ledges are cleaned daily and free of fingerprints and smudges.

- Store is dusted daily(ie...retail wall bays, bean stand, ledges, electric outlets.
- Bases of basket stands, banner stand, tea stand are wiped down daily.

- Partners are consistently following standards with dress code. If they don't, they will be sent home.

**Actions to be completed:**

- Serenity is to set clear expectations to leadership team around Values Walks being completed at the beginning of every SM/ASM/SS shift. She is to set clear direction that action is to be taken in the moment on anything that needs to be corrected as noted on Values Walk. **To be completed by: 02/23/09**

- Serenity is to clean the bathroom with her bathroom attendants to set clear direction on what the bathroom is to look like at all times. She is to follow-up during her scheduled shifts with her bathroom attendants to ensure the cleanliness is to standards.    **To be completed by: 02/23/09**

- Serenity is to set clear direction with new ASM, Alfred Berneti, on his first day in the store. She is to review all expectations of all partners and positions and ensure he has a clear understanding of responsibilities. She is to follow up weekly with Alfred to review operations, check for understanding, and provide feedback.
  **To be completed by: 02/23/09**

- Serenity is to perform a Values Walk along side each partner in the store to set clear direction to team and ensure they have a clear understanding of expectations.    **To be completed by: 03/02/09**

- Serenity is to perform weekly QASA audits in store. She is to perform a QASA audit with every Shift Supervisor and ASM to set clear direction to leadership team and ensure they have a clear understanding of expectations.    **To be completed by: 03/17/09**



# Corrective Action Form

**Store/Dept:** 847

**Employee's Name:** Serenity Marshall

**Employee's Hire Date:**

**Manager's name:** Jennifer Gurtov

**Today's Date:** 03/15/10

## Statement of Situation

**Manager's Statement**   Describe the situation leading to the completion of this notice. Use Corrective Action Plan form if necessary.

Date of Occurrence(s): 03/12/10

Description: Serenity is not consistently setting clear direction to her team to maintain the store operations to cleanliness standards. On the above date, during a tour of the store, bathrooms were dirty(walls/grout beneath hand dryer, rim of garbage bin). Floors along edges of store were dirty. There was multiple days worth of build up under counters of back line spanning from brewer area all the way to underneath the warming station. Back of house floors were just as dirty. Partners were not consistently making genuine connections at hand off, not delivering the promise. Front of house was still in the process of being stocked when deployment standards should have already been in place. Serenity and I have had many conversations regarding the inconsistency of the cleanliness in her store as well as the inconsistency in behaviors around creating highly satisfied customers. I have repeatedly set direction on opportunities listed above.

**Employee's Statement**   Employee is encouraged to remark about this event. Use Corrective Action Plan Form, if necessary.

Date of Occurrence(s):

Description:

## Corrective Action

(circle one)   Verbal   **Written**

Date 03/15/10:   By Whom: Jennifer Gurtov

Comments: Serenity and I have had many conversations regarding the opportunities listed in this document.

(circle one)   Verbal   Written

Date:   By Whom:

Comments:

☐ Other:

## Reinforcing Improved Performance

Date:   Performance has (circle one):   improved   not improved

If performance has improved:

Specific description of how employee performance has improved:

Action Plan for continued reinforcement of improved performance:

If performance has NOT improved:

Action Taken:

## Signatures

Manager preparing form   Date     Next level manager   Date

I have read the above document and understand the information.

Employee: Serenity Marshall     Date: 03/15/10

SKU 104130     Signed Original Copy – employee     Signed Copy – Human Resources/Regional Office     Copy – manager/store copy

STAR_MARSHALL0001618

## PERFORMANCE EXPECTATIONS & RESULTS – Non Retail and Field Leadership

| Partner Name: Serenity Marshall | Position Title: Store Manager |
|---|---|
| Partner Number: | Fiscal Year Date: 2010 |

### Q1: What's Important and Where to Focus (for partners new in position complete within first month of hire) Date Completed:

*List the targeted results, goals and accountabilities to be achieved in order to be effective in your job. Reference the Core Competencies on the back of this form for determining how to achieve goals and accountabilities.*

**Be the Undisputed Coffee Authority**
    Goal 1: **Customer Sat.:** Taste of Beverage (% of highly satisfied) 78%
    Goal 2: **VIA** Sales variance to target
**Engage & Inspire our Partners**
    Goal 3: **Total Store Turnover** 65% or 10% improvement, measured on a rolling 12-month period
    Goal 4: **Barista New Hire Failure Rate:** 20%

**Ignite the emotional attachment with our customers**
    Goal 5: **Customer Overall Satisfaction:** 77%
    Goal 6: **Friendliness:** 85%
    Goal 7: **Speed of Service:** 75%
    Goal 8: **QASA overall score:** 90%

**Deliver a sustainable economic model:**
    Goal 9: **Sales:** 100% of target
    Goal 10: **Labor:** V2I not greater than 0%
    Goal 11: **Labor:** V2 NC not greater than 0%
    Goal 12: **Profitability:** CC: 100% of target

### Q2 / Q3: Check-In on Progress and Changes  Date Completed:

*Discuss performance to date, key learnings and next steps. Reference the Core Competencies on the back of this form as you explain how they were effectively utilized to achieve goals and accountabilities.*

**Be the Undisputed Coffee Authority**
    Goal 1: **Customer Sat.:** Taste of Beverage (% of highly satisfied) 78%: 40.4%
    Goal 2: **VIA** Sales variance to target: up $764
**Engage & Inspire our Partners**
    Goal 3: **Total Store Turnover** 65% or 10% improvement, measured on a rolling 12-month period : 122.6%
    Goal 4: **Barista New Hire Failure Rate:** 20% : 100%

**Ignite the emotional attachment with our customers**
    Goal 5: **Customer Overall Satisfaction:** 77%: 40%
    Goal 6: **Friendliness:** 85% : 63.6%
    Goal 7: **Speed of Service:** 75% : 36.4%
    Goal 8: **QASA overall score:** 90% : not shopped yet for this year, however has not shown consistency in QASA standards

**Deliver a sustainable economic model:**
    Goal 9: **Sales:** 100% of target: up $110,452 to target, 13.5% comp growth
    Goal 10: **Labor:** V2I not greater than 0%: (0.2%)
    Goal 11: **Labor:** V2 NC not greater than 0%: 0.1%
    Goal 12: **Profitability:** CC: 100% of target: up $90,671, up 6.7% to target

**Other:**
    **Food UPH growth:** up 3.1%- goal of 5% increase
    **Coffee Cadence:** not consistent
    **Development:** promoted Becky Bledsoe to SS
        MCM: Nicole Mateulewich, Mari Fetzer, Keri Errico

### Q4: Review Results and Accomplishments  Date Completed:

*Provide examples of the actual performance against goals. Describe the competencies/behaviors that were demonstrated in achieving these results. Reference the competencies on the back page of this form.*

**Be the Undisputed Coffee Authority**
    **Goal 1:** **Customer Sat.:** Taste of Beverage (% of highly satisfied) 78%: 57%
    **Goal 2: VIA** Sales variance to target: up $198

**Engage & Inspire our Partners**
    **Goal 3: Total Store Turnover** 65% or 10% improvement, measured on a rolling 12-month period : 99.2%
    **Goal 4: Barista New Hire Failure Rate:** 20% : 54.5%

**Ignite the emotional attachment with our customers**
    **Goal 5: Customer Overall Satisfaction:** 77%: 72%
    **Goal 6: Friendliness:** 85% : 81%
    **Goal 7: Speed of Service:** 75% : 69%
    **Goal 8: QASA overall score:** 90% : 87.6%

**Deliver a sustainable economic model:**
    **Goal 9: Sales:** 100% of target: up $245,447 to target; 20.5% comp growth
    **Goal 10: Labor:** V2I not greater than 0%: 0.6%
    **Goal 11: Labor:** V2 NC not greater than 0%: 0.2%
    **Goal 12: Profitability:** CC: 100% of target: up $182,473, up 5.8% to target

---

**Summary of Top Achievements, Strengths and Areas for Development:**

Puts Customer First: Effective: Serenity is aware of what creates satisfied customers, knows the key drivers of overall customer satisfaction, and coaches her team on how they contribute to overall store success. Serenity has committed, in the latter half of this year, to consistently model and coach legendary service as well as set clear customer service and coaching expectations to her shift team. Serenity needs to maintain this focus consistently throughout FY'11. I would also like to see her continue to problem solve to achieve greater efficiency, influence customer decisions.

Works Well with Others: Effective: Serenity creates an environment where partners feel comfortable and communicates with her team in a clear, concise and sincere manner. She delivers difficult messages with confidence. I would like to see Serenity effectively build and utilize working relationships, both with partners, peers and support to get things done.

Leads Courageously: Ineffective: Throughout this past year, Serenity has struggled with leading courageously. She has not consistently made timely and effective decisions, she has pushed decisions upward, she has waited for things to be clearly defined(sometimes even multiple times...ie...cleanliness). She has struggled with helping partners maintain focus during competing priorities.
Serenity has begun to turn around these behaviors over the course of the last quarter, however has not been a significant/consistent change to show full turn around in behaviors. I would like to see Serenity focus on articulating a clear picture of future achievements to her team, as well as clear expectations on how to achieve results(QASA, customer focus expectations of values walks, 10 minute timer/lobby slide routine, VIA...)

Develops Continuously: Effective: Serenity has been an MCM multiple times over the course of the past year. She provides ongoing coaching to her team to strengthen performance and adapts her coaching style to meet diverse needs and learning styles. She has also played a role within district to help prep partners for interviews for next level. I would like to see Serenity ensure that she consistently utilizes tools, pdps to calibrate with partners and create specific, measurable and realistic development plans.

Achieves Results: Ineffective: Serenity has not consistently utilized plan, do, check, adjust throughout this past year. She has also not consistently held herself or her team accountable to success measures. She has had difficulty root causing/problem solving to remove obstacles for her partners. Again, over the past several months, Serenity has shown a renewed focus and has begun leading her team to be successful against achieving results. This must be the foundation for FY'11. Serenity is not to lose sight of the success she has had over the past few months and move backwards. Areas of continued focus include: VIA, QASA, Customer Voice, succession planning and turnover, cash over/short.

| OVERALL RATING: | Meets Expectations | Manager provides an overall rating at left based on performance against goals, accountabilities, and the use of competencies in achieving results. |
|---|---|---|

| Must Improve | Meets Expectations | Above Expectations | Consistently Exceeds |
|---|---|---|---|
| Achievement of goals and key accountabilities is below expectations<br>* MI rating requires Performance Improvement Plan | Achieves all or the majority of goals and key accountabilities | Consistently meets and often exceeds in achieving goals and key accountabilities | Consistently exceeds in achieving goals and key accountabilities; pushes the organization to the next level and inspires others to excel |

---

**Partner Signature**        **Date**        **Manager Signature**        **Date**


'artner's signature indicates this review has been discussed and does not necessarily indicate the partner's agreement with its contents

# PERFORMANCE COMPETENCIES & DEVELOPMENT PLAN

**CORE COMPETENCIES FOR ALL PARTNERS:**

**Puts the Customer First:** Has a relentless focus on the customer. Understands what the customer wants and how to best deliver the experience.

**Works Well with Others:** Listens and communicates well with others within and outside of Starbucks. Creates a team environment that is positive and productive.

**Leads Courageously:** Takes personal responsibility to do the right thing, and persists in times of challenge or uncertainty. Adapts quickly to change and makes timely, thoughtful decisions.

**Develops Continuously:** Continuously seek opportunities to improve self and others. Leads with trust, honesty and commitment to hire, coach and develop partners to achieve their potential.

**Achieves Results:** Understands what drives overall business success and is accountable to prioritize and deliver quality results. Demonstrates knowledge of core products and processes to get results. Anticipates obstacles and takes action to prevent or minimize their impact.

---

**DEVELOPMENT PLAN:** Using feedback from recent performance review, create a development plan with the partner. Review progress against the plan at mid-year, but be sure to provide on-going feedback about progress throughout the year.

| Define skills and competencies for development; Identify how success will be measured | Date Completed: |
|---|---|

Attain VIA Goal in quarter one

Staff internal succession plan, independent of team.

Improve customer voice metrics by 10 points during the quarter, have action plans completed Tuesday after results are posted...problem solving go see completed prior. Every partner must know action step as well as the three behaviors they are committing to elevate customer experience by the following Friday.

Improve speed of service by 8 points and taste of beverage by 20 points through our beverage repeatable routine

Ensure Quality Assurance/Customer Voice tools are fully executed, Values Walks 3x a day, daily duty roster, NY Top 10 Criticals & weekly quality assurance audits.

Arrive at labor numbers including efficiency at 75% or better. Make investments during am/pm peak to drive business forward. Check and adjust daily.

Cash over/short to be no greater than .05% of sales

**Identify specific activities and experiences to learn and apply new skills/competencies**

| Document progress at mid-year and on-going, as needed | Date: | Date: | Date: |
|---|---|---|---|

v. 01.2009

Starbucks Confidential – Internal Use Only

STAR_MARSHALL0001622