# Referral Report

|  |  |  |  |
|---|---|---|---|
| **Matter ID:** | 082822 | | |
| **Description:** | Allegations of Unfair and Poorly Handled Separation<br>Initiator: Serenity Marshall<br>Subject: Jennifer Gurtov<br>Store #11649 | | |
| **Historical Identifier:** | | | |
| **Organization Unit:** | Hudson & King (11649) | | |
| **Category:** | Partner Relations | **Subcategory:** | Termination |
| **Country:** | United States | **Matter Type:** | Referral |
| **Open Date:** | 3/1/2011 | **Close Date:** | 3/1/2011 |
| **Status:** | Closed | **Present Responsibility:** | No |
| **Disposition:** | Referral to PRO | **Anonymous:** | No |
| **Priority:** | C | | |
| **Segment:** | N/A | | |
| **Source:** | Helpline | **Financial Exposure:** | 0.00 |
| **Local Number:** | 114944720 | **Recovery Amount:** | 0.00 |
| **Manager Involved:** | No | **Initiator Contacted:** | 3/1/2011 |
| | | **Initiator Notified About Process:** | No |
| **How Known:** | Partner Resources | **Topic Tracker:** | N/A |
| **Audit Committee Requested:** | No | **Sarbanes Oxley Reportable:** | No |
| **Attorney Client Privilege:** | No | | |

## Approval

| | | | |
|---|---|---|---|
| **Approved By:** | Kami Norris | **Approved Date:** | 3/1/2011 |

## Initiators/Witnesses

| Name | Person Type | External Identifier | Title | Phone Number | Email | Role | Type |
|---|---|---|---|---|---|---|---|
| Marshall, Serenity | Former Partner | 1088330 | Store Manager | (917) 334-8699 | serenitygranted6@yahoo.com | | Initiator |

## Case Managers/Investigators

| Name | Title | Phone | Case Role | Role | External Identifier | Type | Email |
|---|---|---|---|---|---|---|---|
| Mitchell, Pier | Ethics & Compliance Specialist | (206) 318-7660 | Case Manager | | | Case Manager | pmitchel@starbucks.com |

## Subjects

| Name | Party Type | Person Type | Title | Job Function | Phone Number | Outcome | Result | External Identifier |
|---|---|---|---|---|---|---|---|---|
| GURTOV, JENNIFER | Individual | Partner | DISTRICT MANAGER | | | | | 282805 |

## Narratives

| Created | Created By | Type | #Attach | Narrative |
|---|---|---|---|---|
| 3/2/2011 | Norris, Kami | Status | 1 | From: Kami Norris<br>Sent: Tuesday, March 01, 2011 3:51 PM<br>To: Nancy Murgalo<br>Cc: Kami Norris<br>Subject: RE: BEC Referral - CM 082822 / PN 1088330 / Store # 11649<br><br>Hi Nancy ~<br><br>Thank you so much.<br><br>Kindest regards, |
| 3/2/2011 | Norris, Kami | Status | 1 | From: Nancy Murgalo<br>Sent: Tuesday, March 01, 2011 3:37 PM<br>To: Kami Norris |

| Date | Name | Action | Count | Details |
|---|---|---|---|---|
| | | | | Subject: RE: BEC Referral - CM 082822 / PN 1088330 / Store # 11649<br><br>Hi Kami - you may have gotten my out-of-office message, but I was able to reach Serenity this evening and explained the termination to her. |
| 3/1/2011 | Norris, Kami | Closing | 2 | From: Kami Norris<br>Sent: Tuesday, March 01, 2011 2:01 PM<br>To: Nancy Murgalo<br>Cc: Kami Norris<br>Subject: BEC Referral - CM 082822 / PN 1088330 / Store # 11649<br>Importance: High<br><br>Hi Nancy ~<br><br>I hope you are doing well.<br><br>The attached Compliance Matter 082822 is from a recently separated store manager alleging her separation was unfair and poorly handled. Based on these concerns, the report is being forwarded to you for investigation.<br><br>The Compliance Matter will be closed in the BEC case management system and we do not require follow-up from you. If you have received this report in error, please reply to this email with an explanation of why you do not believe this is within the scope of your investigation responsibility.<br><br>Kindest regards, |
| 3/1/2011 | Norris, Kami | Initiator Contact | 0 | On 03/01/11 at 1:55pm, I (Kami Norris) called and spoke with Serenity Marshall. I thanked Serenity for her report, and let her know that based on the nature of her concerns, her report will be forwarded to Partner Resources Manager Nancy Murgalo for investigation. I informed Serenity that Nancy would reach out to her directly. I also encouraged Serenity to call the Business Conduct Helpline back if she had any additional questions or additional information prior to hearing from Nancy. |
| 3/1/2011 | | Call Center Communications | 0 | Call Date: 3/1/2011 2:37 PM<br><br>Caller, MARSHALL, reported on 12/23/10, District Manager, Jen GURTOV came to the location and they sat down to review the Daily Records Book. This is something that they do once every two months or so and the purpose is to review how the store is being run. They duscissed two items that day, one involved MARSHALL taking the deposit to the bank the day after as opposed to the day of the deposit. She was unaware of the policy and explained that sometimes she got very busy and would sometimes miss the bank, however, she always made sure the money was counted and secure for deposit the following day when that happened. She has never had any discrepancy with the deposit. The other issue they discussed is that MARSHALL accidentally wrote the wrong date once in the log book (the date was a day off but the deposit slip was accurate). GURTOV advised MARSHALL of how important it was to make sure these issues were addressed and MARSHALL was of the understanding that the issues were correctable, she'd been coached and this was the end of it. GURTOV did not write her up or discipline her in any way other than to provide verbal instruction. MARSHALL worked until 1/4/2011 without any issues then went on an approved leave (FMLA) on 1/5/11 to have surgery. She came back to work on 3/1/11. She returned today and was told to report to the office by GURTOV, who then advised she was being terminated. District Manager, Mike UNKNOWN was present and served as a witness. The separation notice GURTOV presented stated that MARSHALL admitted to falsifying the Daily Log and that she committed cash policy violations. MARSHALL did not sign the form because she did not falsify anything. To falsify implies intent to deceive and she merely recorded the date a day off which is simply human error, no more, no less. MARSHALL contends that making the deposits a day late violated policy but is not the same as mishandling cash. She but was hurt, blind-sided and shocked by GURTOV's actions but had no further dialogue and simply left. MARSHALL has two concerns that she'd like addressed with urgency. She stated that although she did something wrong, she been a Partner for ten years and has never had a violation of any sort. As Store Manager, she could not fire anyone for a first occurrence unless it involved theft. There is a procedure to be followed which involves a warning and series of write ups before termination. Again, she pointed out that she has not been accused of mishandling money, only a policy violation so why does the punishment seem so severe for the infraction. Not to mention, GURTOV allowed her to work for 15 days after they met, then go out for an approved medical leave only to terminate her the first day back from medical leave. The whole issue seems suspicious to her. GURTOV framed the conversation to give the impression that the issues from the December visit was the reason for termination but MARSHALL does not know what to believe. She was basically terminated without any previous documentation of any wrongdoing. She was not even suspended so she does not understand what's going on. The day she met with GURTOV back in 12/10, GURTOV left as she was in the midst of preparing a deposit and saw her handling money at that very moment but said nothing of pending disciplinary action. MARSHALL feels her job should be re-instated immediately. She could have accepted a warning even if it was a last warning for the infractions. She cannot accept the termination without further explanation of her concerns. She is asking to be contacted as soon as possible. |
| 3/1/2011 | | HelpLine Notes | 0 | Client Instructions: No callback arrangements have been made for this individual. The caller has provided his/her name and number indicating an interest in discussing this matter with a company representative. Please contact the caller as soon as possible.<br><br>When Happened: 12/23/10 AND 3/1/11 |

Location: Hudson & King
345 Hudson St.
New York, NY 10014 USA

Location Site: AT STORE LOCATION

| | | | | |
|---|---|---|---|---|
| 3/1/2011 | HelpLine Questions | 0 | Question: May I have your partner ID?<br>Answer: 1088330<br><br>Question: How did you hear about this resource?<br>Answer: Partner Resources<br><br>Question: Name appears as a reported party.<br>Answer: No Match<br><br>Question: If you are age 18 or older, would you be willing to complete a confidential, online survey describing your experience with the Helpline? If so, research staff from NYU will email you after your report file has been closed.<br>Answer: YES<br><br>Question: At what e-mail address would you like to be contacted?<br>Answer: serenitygranted6@yahoo.com<br><br>Question: Please enter email address from caller tab.<br>Answer:<br><br>Question: Please enter phone number from caller tab.<br>Answer:<br><br>Question: How was the report information received?<br>Answer: Phone Call | |

| | |
|---|---|
| **From:** | Kami Norris |
| **Sent:** | Tuesday, March 01, 2011 3:51 PM |
| **To:** | Nancy Murgalo |
| **Cc:** | Kami Norris |
| **Subject:** | RE: BEC Referral - CM 082822 / PN 1088330 / Store # 11649 |

Hi Nancy ~

Thank you so much. ☺

Kindest regards,

Kami

---

**From:** Nancy Murgalo
**Sent:** Tuesday, March 01, 2011 3:37 PM
**To:** Kami Norris
**Subject:** RE: BEC Referral - CM 082822 / PN 1088330 / Store # 11649

Hi Kami – you may have gotten my out-of-office message, but I was able to reach Serenity this evening and explained the termination to her.

*Nancy*

---

**From:** Kami Norris
**Sent:** Tuesday, March 01, 2011 5:01 PM
**To:** Nancy Murgalo
**Cc:** Kami Norris
**Subject:** BEC Referral - CM 082822 / PN 1088330 / Store # 11649
**Importance:** High


Hi Nancy ~

I hope you are doing well.

The attached Compliance Matter 082822 is from a recently separated store manager alleging her separation was unfair and poorly handled. Based on these concerns, the report is being forwarded to you for investigation.

The Compliance Matter will be closed in the BEC case management system and we do not require follow-up from you. If you have received this report in error, please reply to this email with an explanation of why you do not believe this is within the scope of your investigation responsibility.

Kindest regards,

Kami

file:///C|/Documents%20and%20Settings/estonebr/Desktop/McElroy%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/082822_Gurtov_Additional.htm[4/22/2011 2:24:03 PM]

STAR_MARSHALL0000004