

# Job Description

**Job Group:** Management  
**Job Family:** Operations  
**Job Subfamily:** Retail Store Management  
**Job Location:** United States, Canada  

**Job Number:** 50000113  
**FLSA:** Exempt  

**Job Title:** mgr district - Retail

## Job Summary and Mission

This job contributes to Starbucks success by leading store operations within an assigned district to create and maintain the Starbucks Experience for our customers and partners. The district manager is required to regularly and customarily exercise discretion in managing the overall operation of the stores within the assigned district. In particular, a majority of time is spent developing store management talent, overseeing the district's store management workforce, making management staffing decisions, ensuring district-wide customer satisfaction and product quality, managing the district's financial performance, and managing safety and security within the district. The incumbent is responsible for modeling and acting in accordance with Starbucks guiding principles.

## Summary of Key Responsibilities

Responsibilities and essential job functions include but are not limited to the following:

**Leadership** - Setting goals for the work group, developing organizational capability, and modeling how we work together:

- Develops the store management team within the district to deliver legendary customer experiences in all stores.
- Drives the implementation of company programs by motivating and supporting the store management team within the district to develop and implement action plans that meet operational and organizational objectives.
- Manages through unusual events to keep district operating to standard.
- Manages with integrity, honesty and knowledge that promote the culture, values and mission of Starbucks.
- Plans, identifies, communicates and delegates key responsibilities and practices to the store management team to ensure smooth flow of operations within the district.
- Reviews store environments and key business indicators within the district to identify problems, concerns, and opportunities for improvement in order to provide coaching to the store management team to take action and achieve operational goals.

**Planning and Execution** - Developing strategic and operational plans for the work group, managing execution, and measuring results:

- Creates district implementation plans to support execution of regional and company initiatives to achieve both operational excellence and business results. Follows up consistently to ensure accountability to plans.
- Monitors and manages district-wide management staffing levels. Ensures management-level partner development and talent acquisition in order to achieve and maintain district operational requirements.
- Utilizes existing tools to identify and prioritize communications and filters communications to the store management team within the district. Communicates clearly, concisely and accurately in order to ensure effective operations at the store and district level.

**Business Requirements** - Providing functional expertise and executing functional responsibilities:

- Accesses external resources to support district-wide operations and to execute district and regional initiatives such as Partner Resources, Marketing, Partner & Asset Protection, Finance, Real Estate, and Store Development.
- Ensures adherence to applicable wage and hour laws for nonexempt partners and minors.
- Solicits customer feedback to understand customer needs and the needs of the local community.
- Utilizes management information tools and analyzes financial reports to identify and address trends and issues in district performance.

**Partner Development & Team Building** - Providing partners with coaching, feedback, and developmental opportunities and building effective teams:

- Challenges and inspires partners to achieve business results.
- Develops and maintains positive relationships with partners in the district by understanding and addressing individual motivation, needs and concerns.
- Ensures partners adhere to legal and operational compliance requirements.
- Manages district-wide store management team by regularly conducting performance assessments, providing feedback, and setting challenging goals to improve partner performance. Manages ongoing partner performance using performance management tools to support organizational objectives.
- Recognizes and reinforces individual and team accomplishments by using existing organizational tools and programs as well as by finding new, creative, and effective methods of recognition.
- Utilizes and demonstrates effective management principles and practices to create and maintain a successful team of store managers, resulting in an environment where partners are valued and respected.

## Summary of Experience

| | |
|---|---|
| - Progressively responsible retail experience | 5 years |
| - Experience analyzing financial reports | |
| - Experience in a complex, fast-paced environment | |
| - Experience in a multi-unit environment | |
| - Retail management experience | |

## Required Knowledge, Skills and Abilities

- Ability to manage the overall operations of multiple stores independently
- Knowledge of retail or restaurant industry operations
- Organization and planning skills
- Strong operational skills in a customer-service environment
- Supervisory skills
- Team-building skills
- Ability to communicate clearly and concisely, both orally and in writing
- Ability to build relationships
- Ability to handle confidential and sensitive information
- Working knowledge of business processes and system development

## Job Scope

| | |
|---|---|
| - Direct Reports | 6-10 |

## Education

- College degree in business or a closely related field may substitute for a portion of the required experience
- High school or GED

## Leadership Competencies

### Setting Direction
- Establishes and communicates a compelling and inspired vision, creates competitive winning strategies and plans, ensures department strategies are aligned with company strategies

### Leadership Courage
- Willing to take a managed risk to drive the business forward

### Creating the Environment
- Develops a positive, respectful, productive and professional work environment

### Building and Maintaining Relationships
- Establishes positive connections with others so as to facilitate the attainment of business results

### Developing for the Future
- Continuously develops the competencies of both self and others

### Organizational Savvy
- Understands and effectively leverages the organization to accomplish business and unit goals

### Achieving Measurable Results
- Consistently exceeds goals, dedicated to exceeding the expectation of internal and external customers

CONFIDENTIAL                                                                 STAR_MARSHALL0009595

## Core Competencies

**Customer Focus**
- Delivers legendary service that meets and exceeds all customers' expectations

**Ethics and Integrity**
- Adheres to Starbucks values, beliefs and principles during good and bad times

**Composure**
- Remains calm, maintains perspective and responds in a professional manner when faced with tough situations

**Personal Learning**
- Takes personal responsibility for the continuous learning of new knowledge, skills and experiences

**Dealing with Ambiguity**
- Able to successfully function during times of uncertainty and changing priorities

**Decision-Making**
- Makes timely and quality decisions based on a mixture of analysis, wisdom, experience and judgment

**Interpersonal Savvy**
- Builds effective relationships with all people; up, down and sideways, inside and outside of Starbucks

**Results Oriented**
- Gets results and achieves goals

*All Starbucks Job Descriptions are confidential and proprietary, and are to be handled in accordance with the Starbucks Standards of Business Conduct. Accordingly, job descriptions cannot be shared with individuals outside of the company without the written permission of the director Compensation, Starbucks Coffee Company.*

**Job Description Effective Date:** 05/25/2006