Samidh Guha
Estela Díaz
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
(212) 872-1000
(212) 872-1002
sguha@akingump.com
ediaz@akingump.com

*Attorneys for Starbucks Corporation and Jennifer Gurtov*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERENITY MARSHALL,<br><br>                    Plaintiff,<br><br>     v.<br><br>STARBUCKS CORPORATION and JENNIFER GURTOV, in her individual and official capacities,<br><br>                    Defendants. | Civ. Action No. 11-CV-2521(AJN)(KNF)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for defendants Starbucks Corporation and Jennifer Gurtov.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
            September 17, 2012

                                                            AKIN GUMP STRAUSS HAUER & FELD LLP


                            By:    /s/ Jennelle D. Menendez
                                    Jennelle D. Menendez

                                    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 17, 2012, I caused to be served via the Court's Electronic Case Filing system a true and correct copy of the <u>Notice of Appearance</u> on plaintiff's counsel:

David E. Gottlieb
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
Email: dgottlieb@thompsonwigdor.com


Dated:  September 17, 2012
        New York, New York

                                                 <u>/s/ Jennelle D. Menendez</u>
                                                 Jennelle D. Menendez