USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 07 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SERENITY MARSHALL,

                Plaintiff,

-v-

STARBUCKS CORPORATION AND JENNIFER
GURTOV, IN HER INDIVIDUAL AND OFFICIAL
CAPACITIES,

                Defendant.

------------------------------------------------------------X

11 Civ. 02521 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' proposed Joint Pre-Trial Order as well as the parties' motions *in limine*. These papers make reference to two witnesses whom Defendants intend to call at trial, and who, for privacy purposes, are listed as Employee A and Employee B. This substitution appears to be essentially an impermissible, unapproved redaction under Rule 4(A) of the Court's Individual Practices in Civil Cases. Moreover, the unapproved redactions make it difficult for the Court to evaluate Plaintiff's motion *in limine*.

    Accordingly, the parties are ORDERED to resubmit by February 11, 2013, non-redacted copies of the proposed Joint Pre-Trial Order, the motions *in limine*, and any other filings that contain the unapproved redaction. Should the parties instead wish to file these papers in redacted form, they may request to do so pursuant to Rule 4(A). However, the parties should note that if Employee A and Employee B are permitted to testify at trial, their identities will, presumably, become a part of the public record in any event.

    SO ORDERED:

Dated: February __, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Judge